Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>***EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

*Ex Parte* Motion for TRO and OSC, No. 3:25-cv-01780-WHA

**EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

TO DEFENDANTS UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his capacity as Acting Director of the U.S. Office of Personnel Management: PLEASE TAKE NOTICE that as soon as counsel may be heard in Courtroom 12, 19th Floor, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, Plaintiffs will move the Court pursuant to Rule 65 of the Federal Reules of Civil Procedure and Rule 65-1 of the Civil Local Rules for a temporary restraining order to:

1. Enjoin Defendants, their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with Defendants (referred to collectively hereinafter as "Defendants") are enjoined from taking any actions to implement or effectuate OPM's directive to terminate probationary federal employees;

2. Order Defendants within two (2) business days to file a complete accounting of all probationary employees, listed by federal agency, who have been terminated pursuant to OPM's termination program;

3. Order Defendants to rescind OPM's unlawful directive to terminate probationary employees and take all necessary steps to return federal agencies and their employees to their status prior to this unlawful directive, pending further order of this Court, including by reinstating probationary employees fired after February 13, 2025 based on OPM's unlawful directive;

4. Order Defendants within two (2) business days to give notice of the TRO and of their reinstatement to all probationary employees terminated after February 13, 2025 as a result of OPM's unlawful directive.

The Motion will be made on the grounds that Plaintiffs will suffer irreparable injury unless the relief described above is granted; that OPM's directive to terminate probationary federal employees is *ultra vires* and unlawful because it exceeds OPM's constitutional and statutory authority, in violation of the Constitution's separation of powers principles, and violates the Administrative Procedure Act, 5 U.S.C. §§706(2)(A), (C), and (D); and that the balance of equities and public interest favor injunctive relief.

This Motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order and Order to Show Cause; the Declarations of Oscar Arbulu, Katherine Archuleta, Liliana Caetano Bachelder, Kory Blake, Paul Eaton, Thomas Evans, Andrew Frassetto, Yolanda Jacobs, Jonathan B. Jarvis, Everett Kelley, Erik Molvar, Denise Nemeth-Greenleaf, Don L. Neubacher, Shawn Phetteplace, Daniel T. Ronneberg, Elizabeth Turner-Nichols, Milana Walls, and Eileen B. Goldsmith; the First Amended Complaint; and the complete records filed in this case. Plaintiffs' notice and service of this Motion on Defendants is set forth in the accompanying Declaration of Plaintiffs' counsel Eileen Goldsmith.

DATED: February 23, 2025

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: /s/ Danielle Leonard

*Attorneys for Plaintiffs*

Norman L. Eisen (*pro hac vice forthcoming*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: /s/ Norman L. Eisen

*Attorneys for Plaintiffs*

|     |     |
| --- | --- |
| 1   |     |
| 2   | Rushab Sanghvi (SBN 302809) |
| 3   | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES |
| 4   | 80 F Street, NW |
|     | Washington, DC 20001 |
| 5   | Tel: (202) 639-6426 |
| 6   | Sanghr@afge.org |
| 7   | By: */s/ Rushab Sanghvi* |
| 8   | *Attorneys for Plaintiff American Federation of Government Employees (AFGE)* |
| 9   |     |
| 10  | Teague Paterson (SBN 226659) |
| 11  | Matthew Blumin  (*pro hac vice forthcoming*) |
|     | AMERICAN FEDERATION OF STATE, COUNTY, |
| 12  | AND MUNICIPAL EMPLOYEES |
| 13  | 1625 L Street, N.W. |
|     | Washington, D.C.  20036 |
| 14  | Tel: (202) 775-5900 |
|     | TPaterson@afscme.org |
| 15  | MBlumin@afscme.org |
| 16  |     |
| 17  | By: */s/Teague Paterson* |
| 18  |     |
|     | *Attorneys for Plaintiff American Federation of State* |
| 19  | *County and Municipal Employees (AFSCME)* |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |