Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**DECLARATION OF MAJOR GENERAL (RET.) PAUL EATON, USA** |

Declaration of Major General (Ret.) Paul Eaton, USA, No. 3:25-cv-01780-WHA

# DECLARATION OF MAJOR GENERAL (RET.) PAUL EATON, USA

1. I, Major General (Ret.) Paul Eaton, USA, hereby declare as follows:

2. I am Chairman at Vote Vets Action Fund Inc. ("VoteVets"). In that position, I provide strategic leadership by overseeing the board of directors, ensuring effective governance, and guiding the organization's long-term vision. I also act as a bridge between the board and executive management, facilitating decision-making, accountability, and stakeholder engagement. I make this statement based on personal knowledge and if called as a witness could and would testify competently thereto.

3. VoteVets is a non-partisan, non-profit organization incorporated under the laws of the District of Columbia. Its purpose is to lift up the voices of veterans on matters of national security, veterans' care, and everyday issues that affect the lives of those who served as well as their families including foreign policy, veterans' unemployment, robust investment in care for veterans, energy security, protecting the rights of those who serve, and upholding the Constitution and democracy that every military member swore to uphold and protect. VoteVets has nearly 2 million supporters across the country, in all 50 states, with whom it regularly communicates about issues affecting veterans, including the operations, programs, and services available through the U.S. Department of Veterans Affairs ("VA").

4. Approximately 417,000 of VoteVets' supporters live in California, including 131,000 in Northern California.

5. As of February 2025, many veterans, including hundreds of VoteVets' supporters, were employed as federal employees in probationary positions until they were recently terminated. Military veterans, many of whom have service-related disabilities, comprise a large percentage of the federal workforce.

6. The termination of probationary employees has had a severe impact on VoteVet's supporters. Veterans constitute approximately 30% of the federal workforce. The recent mass layoffs have disproportionately affected them, leading to job losses and increased uncertainty. Many veterans rely on federal employment for stability, and these cuts have disrupted their livelihoods.

7. In addition, the termination of tens of thousands of probationary federal employees has had an adverse impact on the services provided to veterans, leading to staffing shortages, diminished support for critical programs, and increased uncertainty for veterans and their families.

8. The VA has dismissed over 1,000 probationary employees across various roles, including those in mental health research, cancer treatment, addiction recovery, prosthetics, and burn pit exposure studies. These layoffs have raised concerns about potential staffing shortages and the quality of care provided to veterans.

9. The Veterans Crisis Line ("VCL") is the VA's crisis hotline that provides emergency mental health care (including suicide prevention) and support for military veterans, service members, their families, and caregivers, and is supposed to be available 24/7. It handles tens of thousands of crisis calls each month. The VCL is extremely important in light of the high rates of post-traumatic stress disorder and suicide rates among veterans. The layoffs have hindered the recruitment of essential support staff for VCL positions such as trainers and quality assurance personnel. This shortage has overwhelmed existing supervisors and affected the VCL's ability to provide timely assistance to veterans in crisis.

10. In response to these developments, VoteVets established an online platform designed to collect and amplify stories from veterans affected by the layoffs. Since launching the tipline on February 16, 2025, VoteVets has received more than 200 submissions from veterans and military family members negatively impacted by cuts to the federal workforce, including loss of their job and associated health care.

11. The February 2025 probationary terminations have had a significant impact on the organizational activities of VoteVets. The time of VoteVets' staff and consultants has been diverted from VoteVets' regular activities to field and respond to inquiries from veterans and their families and to connect them with case workers in congressional offices. This has taken almost all of our resources since the probationary terminations began, and has prevented us from performing our regular activities to meet the needs of veterans and their families.

12. I am able to recount three examples of experiences reported by individuals to VoteVets. Because of the potential for retaliation, the individuals are not being identified, but I am using general descriptors rather than their names.

13. With over three decades of military service, VETERAN transitioned to a civilian role at the VA, beginning employment there in early 2025. However, in February 2025, VETERAN was unexpectedly terminated via an email that stated the termination was for "poor performance." This job was critical for VETERAN's family's financial stability, as VETERAN was the sole wage earner, and VETERAN's military retirement income is not sufficient to support the family's basic needs. VETERAN is now struggling to make ends meet with no current employment.

14. Veterans' Transportation Service is a VA program that provides safe and reliable transportation to veterans who require assistance traveling to and from VA health care facilities and authorized non-VA health care appointments. The Veterans' Transportation Service was already facing significant staffing shortages as of February 2025, and as a result, veterans were already experiencing transportation denials in some cases. However, the VA position overseeing the Veterans' Transportation Service was not included in the hiring freeze exemption list and the person in the position was terminated from employment.

15. VETERAN anticipates that this decision will have severe consequences—veterans will face even greater challenges in accessing the care and resources they need. The removal of key personnel in an already strained system will only worsen these issues.

16. VETERAN'S WIDOW recently secured a position at the Census Bureau, only to receive a call stating that the hiring freeze would prevent the job from starting. As the widow of a totally disabled service-connected veteran, VETERAN'S WIDOW receives Dependency and Indemnity Compensation (DIC) and has CHAMPVA healthcare coverage. These benefits are the only things preventing her from becoming homeless. VETERAN'S WIDOW's spouse gave their life for this country, passing away due to service-related injuries after two decades of dedicated care. After a long period of unemployment, VETERAN'S WIDOW finally had secured a job, only to have it taken away.

17. SERVICE-DISABLED VETERAN began working with FEMA in early 2024 and quickly became a key employee, frequently relied upon by management. Within a short period, SERVICE-DISABLED VETERAN was appointed to oversee multiple training courses.

18. Later that year, SERVICE-DISABLED VETERAN deployed for disaster response efforts and, upon returning, seamlessly transitioned back to office work, earning praise from supervisors for adaptability and efficiency.

19. At the beginning of the following year, SERVICE-DISABLED VETERAN was tasked with overseeing an entire division of courses, surpassing employees who had been in the office for years. This role was typically assigned to a higher-level supervisor, but due to staffing shortages, SERVICE-DISABLED VETERAN—despite holding a lower-ranking position—was asked to assume these responsibilities without appropriate pay or grade recognition. Viewing this as an opportunity to demonstrate capability for advancement, SERVICE-DISABLED VETERAN took on the challenge with professionalism and dedication.

20. Despite this commitment, SERVICE-DISABLED VETERAN was abruptly terminated, with the stated reason being "performance." However, SERVICE-DISABLED VETERAN had multiple successful evaluations and end-of-year reviews, all rating performance as exceeding expectations—documented proof that contradicts the termination claim.

21. As a medically retired veteran receiving VA benefits, SERVICE-DISABLED VETERAN now faces financial and professional uncertainty due to this unjust termination.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21 day of February 2025 in Key West, FL (city, state).

_____
Major General (Ret.) Paul Eaton, USA

Decl. of Major General (Ret.) Paul Eaton, USA, No. 3:25-cv 01780-WHA                                4