Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **DECLARATION OF ELIZABETH TURNER-NICHOLS** |

Declaration of Elizabeth Turner-Nichols, No. 3:25-cv-01780-WHA

1   I, Elizabeth Turner-Nichols, declare the following under penalties of perjury:

2          1.      I am over 18 years of age and competent to provide this declaration. This declaration is

3   based on my personal knowledge, information, and belief.

4          2.      I am the President of the American Federation of Government Employees, Local 2110

5   ("AFGE Local 2110"), a labor organization that represents approximately 4,000 government

6   employees who are employed by the Department of Veterans Affairs ("VA") at the VA Palo Alto

7   Health Care System including Menlo Park and Livermore Divisions, as well as several Community-

8   Based Outpatient Clinics in Fremont, San Jose, Monterey, and Capitola. Additionally, I am the 12th

9   District Representative of the National VA Council #263 representing multiple Locals, including: VA

10  Local 1216 (San Francisco), VA Local 1061 (Los Angeles), VA Local 1206 (Sacramento), VA and

11  VBA Local 1224 (Las Vegas), VA Local 2654 (Fresno), VA and VBA Local 2152 (Reno); VBA Local

12  1201 (San Diego), VBA Local 1159 (Oakland), NCA Local 3723 (Fallbrook), and NCA Local 3854

13  (Riverside).

14         3.      AFGE Local 2110 advocates for the rights, safety, and fair treatment of the employees

15  it represents, serving as their officially recognized exclusive representative. Our core functions include

16  guidance and resources to bargaining unit employees.

17         4.      AFGE Local 2110 currently has approximately 1,587 members, with membership being

18  voluntary.

19         5.      AFGE Local 2110's operations are funded through voluntary dues paid by members.

20         6.      AFGE Local 2110 represents at least ten probationary employees who were terminated

21  on or about February 14, 2025, some of whom are administrative staff. Additionally, other probationary

22  employees who are represented by other AFGE affiliates have also been terminated around the same

23  time or thereafter.  Based on information and belief, these terminations are part of a broader mass

24  termination program targeting federal probationary employees, which is the subject of the above-

25  referenced legal action. Both AFGE Local 2110's members and its affiliates believe that

26  implementation of this mass termination program is ongoing.

27         7.      These recent termination of probationary employees—combined with widespread

28  media reports on the thousands of similar firings as part of the unprecedented mass termination program

Declaration of Elizabeth Turner-Nichols, No. 3:25-cv-01780-WHA                                1

1    at issue in this lawsuit—has caused significant fear and concern among AFGE Local 2110's members

2    and leadership.  Many employees have relocated their families, from various states, to accept positions

3    with the VA and now find themselves unemployed or fear that they will soon.

4       8.  In response to these developments, AFGE Local 2110 has been forced to devote

5    substantial resources to assisting and responding to requests from our members and providing guidance

6    about the probationary removals. Many members, fearing that believe that their own termination  may

7    be imminent, and understandably have asked questions—by email, in person, and by phone—about the

8    impact of these actions on their rights. Addressing this overwhelming demand has diverted critical

9    resources from other union priorities.

10      9.  As a result, AFGE Local 2110 has had to begin preparing for additional terminations of

11   federal probationary employees, as well as the financial and operational harm these actions will cause.

12      10.  The removal of AFGE Local 2110 members from federal employment will significantly

13   weaken the union's bargaining power in future negotiations, as bargaining strength is directly tied to

14   the number of employees represented.

15      11.  AFGE Local 2110 will likely lose dozens of members if the probationary employees it

16   represents are terminated. This loss will have a direct impact on the union's financial stability and its

17   ability to provide essential services to both members and affiliates.

18      12.  The continued implementation of this mass termination program, challenged in this

19   lawsuit, will have severe consequences for AFGE Local 2110's ability to perform its core functions.

20   *Every* non-supervisory employee at VA Palo Alto Health Care System and the Community-Based

21   Outpatient Clinics, identified above, is represented by AFGE Local 2110. These employees include

22   doctors, nurses, emergency medical services personnel, food service workers, custodial staff, and

23   administrative staff—*all* of which perform functions critical to successfully delivering services to the

24   veterans they serve. For example, the loss of probationary administrative staff directly impacts veterans

25   by reducing the availability of personnel to handle phone calls and other essential services.  The impact

26   of these terminations extends far beyond employees and directly affects the quality of care provided to

27   veterans. These disruptions will also compromise the safety and well-being of other hospital

28   employees.

Declaration of Elizabeth Turner-Nichols, No. 3:25-cv-01780-WHA       2

13.     Such disruptions to AFGE Local 2110's members' ability to deliver services to our veterans severely undermine their capacity to fulfill the VA's mission. As demonstrated during the COVID-19 pandemic, staffing shortages quickly escalate into broader service failures. VA staff already face demanding conditions in providing critical healthcare to veterans, even when resources are adequate. When staffing levels are insufficient, patient care suffers, and so do caregivers.  At a time of crisis, insufficient staffing leads to burnout, which in turn worsens staffing shortages, further diminishing the quality of care provided. The effects of these disruptions extend beyond the loss of AFGE Local 2110 members; they create conditions so severe that the union will not be positioned to effectively fulfill its mission of ensuring dignity, safety, and fairness in employment for the workers it represents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 22nd day of February in _____San Jose,_____ California.

_____
Elizabeth Turner-Nichols

Declaration of Elizabeth Turner-Nichols, No. 3:25-cv-01780-WHA                                3