Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **DECLARATION OF MILANA WALLS** |

Declaration of Milana Walls, No. 3:25-cv-01780-WHA

I, Milana Walls, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Litigation Assistant at Altshuler Berzon LLP. I have worked for the Altshuler Berzon LLP since June of 2024.

3. Extensive data concerning the federal workforce is available at https://www.fedscope.opm.gov/ ("Fed Scope"). For the purposes of this lawsuit, I have repeatedly accessed Fed Scope to review the available data regarding personnel actions. According to Fed Scope's Separations Trend data cube (a database that provides information about personnel actions for each fiscal year), only 364 federal government employees in California were terminated for discipline or performance-related reasons between October 2023 and March 2024.

4. Fed Scope also permits members of the public to view certain federal employment statistics for particular months. As of the date of this declaration, Fed Scope showed that the total number of persons employed by the federal government in California was at least 150,544 as of August 2024—the most recent month for which there is available data. According to Fed Scope, this figure excludes employees in the "Federal Bureau of Investigation (Justice Department), Drug Enforcement Agency (Justice Department), Bureau of Alcohol, Tobacco, and Firearms (Treasury/Treasury and Justice Department beginning in 2003), Secret Service (Treasury/Homeland Security Department beginning in 2003); or Bureau of the Mint (Treasury Department)".

5. Based on the data available on Fed Scope, I compiled the available data showing the total number of federal employees for each federal department or division (excluding the departments identified above, for which Fed Scope does not provide such data). A true and correct copy of the chart I compiled reflecting this data is attached as Exhibit A.

6. I have carefully reviewed the OPM's website on February 23, 2025 and there is no information being provided to the public on the numbers of probationary employees who have been terminated from any federal agencies since early February.

Declaration of Milana Walls, No. 3:25-cv-01780-WHA                                                                 1

7. I downloaded from OPM's website a memorandum published by OPM on January 20, 2025. A true and correct copy of that memorandum is attached as Exhibit B.

Executed this 23 day of February in San Francisco, California.

*/s/ Milana L. Walls*

Milana Walls

Declaration of Milana Walls, No. 3:25-cv-01780-WHA                                        2

# Exhibit A

| Department | Aug-24 |
|---|---|
| AF03-AIR FORCE OPERATIONAL TEST AND EVALUATION CENTER | 40 |
| AF07-AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS | 19 |
| AF0J-AIR EDUCATION AND TRAINING COMMAND | 58 |
| AF0M-HEADQUARTERS, AIR FORCE RESERVE COMMAND | 944 |
| AF1C-AIR COMBAT COMMAND | 494 |
| AF1L-AIR MOBILITY COMMAND | 725 |
| AF1M-AIR FORCE MATERIEL COMMAND | 4,137 |
| AF1Y-AIR FORCE CIVILIAN CAREER TRAINING | 163 |
| AF4G-UNITED STATES SPACE FORCE | 580 |
| AF6F-UNITED STATES SPACE FORCE FORCES | 168 |
| AF6K-United States Space Force Components | 46 |
| AF6S-SPACE SYSTEMS COMMAND | 1,196 |
| AF6T-SPACE TRAINING AND READINESS COMMAND | 26 |
| AFGS-AIR FORCE GLOBAL STRIKE COMMAND | 26 |
| AFNG-AIR NATIONAL GUARD UNITS | 530 |
| AG02-AGRICULTURAL MARKETING SERVICE | 355 |
| AG03-AGRICULTURAL RESEARCH SERVICE | 565 |
| AG07-RURAL DEVELOPMENT | 121 |
| AG08-RISK MANAGEMENT AGENCY | 15 |
| AG11-FOREST SERVICE | 6,966 |
| AG14-OFFICE OF THE GENERAL COUNSEL | 15 |
| AG16-NATURAL RESOURCES CONSERVATION SERVICE | 408 |
| AG20-NATIONAL AGRICULTURAL STATISTICS SERVICE | 37 |
| AG23-OFFICE OF THE INSPECTOR GENERAL | 24 |
| AG30-FOOD AND NUTRITION SERVICE | 134 |
| AG34-ANIMAL AND PLANT HEALTH INSPECTION SERVICE | 358 |
| AG37-FOOD SAFETY AND INSPECTION SERVICE | 558 |
| AG99-FPAC BUSINESS CENTER | 24 |
| AGFA-FARM SERVICE AGENCY | 62 |
| AGIT-OFFICE OF THE CHIEF INFORMATION OFFICER | 50 |
| AM00-U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT | 46 |
| AR2A-UNITED STATES ARMY CYBER COMMAND | 114 |
| ARAE-U.S. ARMY ACQUISITION SUPPORT CENTER | 12 |
| ARAF-UNITED STATES ARMY FUTURES COMMAND | 83 |
| ARAP-U. S. MILITARY ENTRANCE PROCESSING COMMAND | 184 |
| ARCE-U.S. ARMY CORPS OF ENGINEERS | 2,083 |
| ARCH-US ARMY CIVILIAN HUMAN RESOURCES AGENCY | 94 |
| ARFC-U.S. ARMY FORCES COMMAND | 331 |
| ARHR-U.S. ARMY RESERVE COMMAND | 703 |
| ARMC-U.S. ARMY MEDICAL COMMAND | 41 |
| ARNG-ARMY NATIONAL GUARD UNITS | 1,072 |
| ARSB-FIELD OPERATING OFFICES OF THE OFFICE OF THE SECRETARY OF THE ARMY | 20 |

| | |
|---|---:|
| ARTA-U.S. ARMY RECRUITING COMMAND AND U.S. ARMY CADET COMMAND | 101 |
| ARTC-U.S. ARMY TRAINING AND DOCTRINE COMMAND | 1,570 |
| ARX6-U.S. ARMY AVIATION AND MISSILE COMMAND | 16 |
| ARX7-U.S. ARMY TANK-AUTOMOTIVE AND ARMAMENT COMMAND (TACOM) | 1,078 |
| ARX9-UNITED STATES ARMY MEDICAL LOGISTICS COMMAND | 28 |
| ARXA-UNITED STATES ARMY INSTALLATION MANAGEMENT COMMAND | 547 |
| ARXC-U.S. ARMY SUSTAINMENT COMMAND | 52 |
| ARXD-U. S. ARMY CONTRACTING COMMAND | 48 |
| ARXF-UNITED STATES ARMY FINANCIAL MANAGEMENT COMMAND | 13 |
| ARXT-U.S. ARMY MILITARY SURFACE DEPLOYMENT AND DISTRIBUTION COMMAND | 123 |
| BD00-MERIT SYSTEMS PROTECTION BOARD | 12 |
| BO00-OFFICE OF MANAGEMENT AND BUDGET | 24 |
| CM54-NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | 661 |
| CM55-INTERNATIONAL TRADE ADMINISTRATION | 46 |
| CM56-PATENT AND TRADEMARK OFFICE | 510 |
| CM57-NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY | 23 |
| CM61-NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION | 17 |
| CM63-U.S. CENSUS BUREAU | 663 |
| CU00-NATIONAL CREDIT UNION ADMINISTRATION | 68 |
| DD01-OFFICE OF THE SECRETARY OF DEFENSE | 20 |
| DD06-DEFENSE SECURITY COOPERATION AGENCY | 53 |
| DD07-DEFENSE LOGISTICS AGENCY | 1,321 |
| DD10-DEFENSE CONTRACT AUDIT AGENCY | 458 |
| DD12-DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | 66 |
| DD27-MISSILE DEFENSE AGENCY | 14 |
| DD34-DEFENSE COMMISSARY AGENCY | 1,114 |
| DD48-DEFENSE HUMAN RESOURCES ACTIVITY | 231 |
| DD60-DEFENSE HEALTH AGENCY | 151 |
| DD63-DEFENSE CONTRACT MANAGEMENT AGENCY | 1,240 |
| DD71-DEFENSE MICROELECTRONICS ACTIVITY | 199 |
| DD80-DEFENSE MEDIA ACTIVITY | 111 |
| DD81-DEFENSE ACQUISITION UNIVERSITY | 51 |
| DD82-NATIONAL RECONNAISSANCE OFFICE | 32 |
| DD83-MILITARY TREATMENT FACILITIES UNDER DHA | 3,264 |
| DJ01-OFFICES, BOARDS AND DIVISIONS | 127 |
| DJ03-BUREAU OF PRISONS/FEDERAL PRISON SYSTEM | 1,579 |
| DJ08-U.S. MARSHALS SERVICE | 47 |
| DJ10-OFFICE OF THE INSPECTOR GENERAL | 25 |
| DJ11-U.S. TRUSTEE PROGRAM | 90 |
| DJ12-EXECUTIVE OFFICE FOR IMMIGRATION REVIEW | 409 |
| DLAA-OFFICE OF THE SECRETARY OF LABOR | 15 |

| | |
|---|---|
| DLAM-OFFICE OF THE ASSISTANT SECRETARY FOR ADMINISTRATION AND MANAGEMENT | 43 |
| DLET-EMPLOYMENT AND TRAINING ADMINISTRATION | 82 |
| DLLS-BUREAU OF LABOR STATISTICS | 148 |
| DLMS-MINE SAFETY AND HEALTH ADMINISTRATION | 38 |
| DLOF-OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS | 20 |
| DLOW-OFFICE OF WORKERS' COMPENSATION PROGRAMS | 99 |
| DLPW-EMPLOYEE BENEFITS SECURITY ADMINISTRATION | 25 |
| DLSH-OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION | 31 |
| DLSL-OFFICE OF THE SOLICITOR | 41 |
| DLVE-VETERANS EMPLOYMENT AND TRAINING SERVICES | 19 |
| DLWH-WAGE AND HOUR DIVISION | 166 |
| DN00-DEPARTMENT OF ENERGY | 468 |
| DNFE-FEDERAL ENERGY REGULATORY COMMISSION | 29 |
| EDEC-OFFICE FOR CIVIL RIGHTS | 56 |
| EDEN-FEDERAL STUDENT AID | 65 |
| EE00-EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | 149 |
| EP00-ENVIRONMENTAL PROTECTION AGENCY | 930 |
| FD00-FEDERAL DEPOSIT INSURANCE CORPORATION | 399 |
| FL00-FARM CREDIT ADMINISTRATION | 18 |
| FRFT-BUREAU OF CONSUMER FINANCIAL PROTECTION | 99 |
| FT00-FEDERAL TRADE COMMISSION | 54 |
| GB00-DEVELOPMENT FINANCE CORPORATION | 12 |
| GJ00-PRESIDIO TRUST | 304 |
| GS03-PUBLIC BUILDINGS SERVICE | 461 |
| GS11-OFFICE OF THE CHIEF FINANCIAL OFFICER | 35 |
| GS12-OFFICE OF GENERAL COUNSEL | 12 |
| GS14-OFFICE OF THE HUMAN RESOURCES MANAGEMENT | 21 |
| GS15-OFFICE OF INSPECTOR GENERAL | 12 |
| GS28-OFFICE OF GSA IT | 14 |
| GS30-FEDERAL ACQUISITION SERVICE | 267 |
| HE10-OFFICE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES | 75 |
| HE13-OFFICE OF INSPECTOR GENERAL | 84 |
| HE34-HEALTH RESOURCES AND SERVICES ADMINISTRATION | 42 |
| HE36-FOOD AND DRUG ADMINISTRATION | 700 |
| HE37-INDIAN HEALTH SERVICE | 319 |
| HE38-NATIONAL INSTITUTES OF HEALTH | 100 |
| HE39-CENTERS FOR DISEASE CONTROL AND PREVENTION | 205 |
| HE50-OFFICE OF MEDICARE HEARINGS AND APPEALS | 76 |
| HE60-ADMINISTRATION FOR STRATEGIC PREPAREDNESS AND RESPONSE | 361 |
| HE70-CENTERS FOR MEDICARE & MEDICAID SERVICES | 199 |
| HE90-ADMINISTRATION FOR CHILDREN AND FAMILIES | 102 |
| HSAA-DHS HEADQUARTERS | 62 |
| HSAB-CITIZENSHIP AND IMMIGRATION SERVICES | 793 |

| | |
|---|---:|
| HSAC-U.S. COAST GUARD | 510 |
| HSAE-OFFICE OF THE INSPECTOR GENERAL | 22 |
| HSBC-TRANSPORTATION SECURITY ADMINISTRATION | 383 |
| HSCA-CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY | 87 |
| HSCB-FEDERAL EMERGENCY MANAGEMENT AGENCY | 1,114 |
| HU09-OFFICE OF THE SENIOR COORDINATOR FOR PACIFIC/HAWAII | 338 |
| HUBB-OFFICE OF THE CHIEF HUMAN CAPITAL OFFICER | 12 |
| HUCC-OFFICE OF GENERAL COUNSEL | 13 |
| HUDD-ASSISTANT SECRETARY FOR COMMUNITY PLANNING AND DEVELOPMENT | 25 |
| HUGG-OFFICE OF INSPECTOR GENERAL | 25 |
| HUMM-ASSISTANT SECRETARY FOR HOUSING--FEDERAL HOUSING COMMISSIONER | 40 |
| HUPP-ASSISTANT SECRETARY FOR PUBLIC AND INDIAN HOUSING | 28 |
| IN01-OFFICE OF THE SECRETARY OF THE INTERIOR | 97 |
| IN05-BUREAU OF LAND MANAGEMENT | 868 |
| IN06-INDIAN AFFAIRS | 113 |
| IN07-BUREAU OF RECLAMATION | 942 |
| IN08-GEOLOGICAL SURVEY | 943 |
| IN10-NATIONAL PARK SERVICE | 2,550 |
| IN15-U.S. FISH AND WILDLIFE SERVICE | 770 |
| IN21-OFFICE OF THE SOLICITOR | 35 |
| IN24-OFFICE OF THE INSPECTOR GENERAL | 26 |
| IN26-BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT | 40 |
| IN27-BUREAU OF OCEAN ENERGY MANAGEMENT | 55 |
| IN28-BUREAU OF INDIAN EDUCATION | 101 |
| KS00-CORPORATION FOR NATIONAL AND COMMUNITY SERVICE | 54 |
| NF00-NATIONAL SCIENCE FOUNDATION | 16 |
| NL00-NATIONAL LABOR RELATIONS BOARD | 104 |
| NN10-HEADQUARTERS, NASA | 88 |
| NN21-AMES RESEARCH CENTER | 1,176 |
| NN23-LANGLEY RESEARCH CENTER | 20 |
| NN24-NEIL A. ARMSTRONG FLIGHT RESEARCH CENTER | 507 |
| NN76-JOHN F. KENNEDY SPACE CENTER | 12 |
| NQ00-NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | 107 |
| NV11-IMMEDIATE OFFICE OF THE CHIEF OF NAVAL OPERATIONS | 93 |
| NV12-DIRECTORATE FOR ADMINISTRATIONS, LOGISTICS, AND OPERATIONS (DALO) | 309 |
| NV14-OFFICE OF NAVAL RESEARCH | 109 |
| NV18-NAVAL MEDICAL COMMAND | 347 |
| NV19-NAVAL AIR SYSTEMS COMMAND | 8,701 |
| NV22-BUREAU OF NAVAL PERSONNEL | 874 |
| NV23-NAVAL SUPPLY SYSTEMS COMMAND | 708 |
| NV24-NAVAL SEA SYSTEMS COMMAND | 4,550 |
| NV25-NAVAL FACILITIES ENGINEERING COMMAND | 4,368 |
| NV27-U.S. MARINE CORPS | 4,040 |

| Agency | Count |
|---|---:|
| NV30-STRATEGIC SYSTEMS PROGRAMS (SSP) | 38 |
| NV39-COMMANDER, NAVAL INFORMATION WARFARE SYSTEMS COMMAND (NAVWARSYSCOM) | 5,148 |
| NV41-NAVY SYSTEMS MANAGEMENT ACTIVITY | 89 |
| NV52-COMMANDER, NAVY INSTALLATIONS | 1,409 |
| NV60-UNITED STATES FLEET FORCES COMMAND | 576 |
| NV70-U.S. PACIFIC FLEET, COMMANDER IN CHIEF | 2,765 |
| NV72-NAVY RESERVE FORCE | 29 |
| NV74-NAVAL SPECIAL WARFARE COMMAND | 455 |
| NV76-NAVAL EDUCATION AND TRAINING COMMAND | 479 |
| OM00-OFFICE OF PERSONNEL MANAGEMENT | 47 |
| PU00-PEACE CORPS | 26 |
| RR00-RAILROAD RETIREMENT BOARD | 25 |
| SB00-SMALL BUSINESS ADMINISTRATION | 801 |
| SE00-SECURITIES AND EXCHANGE COMMISSION | 339 |
| ST00-DEPARTMENT OF STATE | 229 |
| SZ00-SOCIAL SECURITY ADMINISTRATION | 5,782 |
| TD01-OFFICE OF THE SECRETARY OF TRANSPORTATION | 29 |
| TD03-FEDERAL AVIATION ADMINISTRATION | 3,388 |
| TD04-FEDERAL HIGHWAY ADMINISTRATION | 63 |
| TD05-FEDERAL RAILROAD ADMINISTRATION | 58 |
| TD09-FEDERAL TRANSIT ADMINISTRATION | 40 |
| TD13-MARITIME ADMINISTRATION | 69 |
| TD16-PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | 15 |
| TD17-FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION | 67 |
| TR91-DEPARTMENTAL OFFICES | 18 |
| TR93-INTERNAL REVENUE SERVICE | 6,624 |
| TRAD-U.S. MINT | 164 |
| TRAJ-OFFICE OF THE COMPTROLLER OF THE CURRENCY | 172 |
| TRTG-OFFICE OF THE INSPECTOR GENERAL FOR TAX ADMINISTRATION | 38 |
| VAAA-OFFICE OF THE SECRETARY | 57 |
| VAAD-BOARD OF VETERANS APPEALS | 39 |
| VAAE-GENERAL COUNSEL | 33 |
| VAAF-INSPECTOR GENERAL | 86 |
| VABC-CHIEF HUMAN CAPITAL OFFICER | 13 |
| VABF-DEPUTY ASSISTANT SECRETARY FOR OFFICE OF RESOLUTION MANAGEMENT | 31 |
| VADD-DEPUTY ASSISTANT SECRETARY FOR FINANCE | 23 |
| VADG-EXECUTIVE DIRECTOR, OFFICE OF ACQUISITION AND LOGISTICS | 20 |
| VAEB-DEPUTY ASSISTANT SECRETARY FOR INFORMATION AND TECHNOLOGY | 476 |
| VALA-VETERANS BENEFITS ADMINISTRATION | 2,011 |
| VAPA-NATIONAL CEMETERY ADMINISTRATION | 224 |
| VATA-VETERANS HEALTH ADMINISTRATION | 35,548 |

| | |
|---|---:|
| **All Agencies** | 150,554 |

# Exhibit B



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

The Director

# MEMORANDUM

| | |
|---|---|
| **TO:** | Heads and Acting Heads of Departments and Agencies |
| **FROM:** | Charles Ezell, Acting Director, U.S. Office of Personnel Management |
| **DATE**: | January 20, 2025 |
| **RE**: | Guidance on Probationary Periods, Administrative Leave and Details |

The U.S. Office of Personnel Management (OPM) is providing the following guidance to agencies regarding critical potential personnel actions. Specifically, this memorandum deals with 1) probationary periods, and 2) administrative leave and details.

### I.    Probationary Periods

Probationary periods are an essential tool for agencies to assess employee performance and manage staffing levels.[1] Employees on probationary periods can be terminated during that period without triggering appeal rights to the Merit Systems Protection Board (MSPB).[2]

Generally, employees in the competitive service with less than one year of service, and in the excepted service with less than two years of service, can be terminated without triggering MSPB appeal rights.[3] This applies to temporary employees on appointments "not to exceed" a date certain.[4]

No later than January 24, 2025, agencies should identify all employees on probationary periods, who have served less than a year in a competitive service appointment, or who have served less than two years in an excepted service appointment, and send a report to OPM listing all such employees to employeeaccountability@opm.gov, with a copy to Amanda Scales at amanda.scales@opm.gov. In addition, agencies should promptly determine whether those employees should be retained at the agency.

### II.    Administrative Leave and Details

---

[1] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005), https://www.mspb.gov/studies/studies/The_Probationary_Period_A_Critical_Assessment_Opportunity_224555.pdf.

[2] *Starkey v. Dep't of Hous. and Urban Dev.*, 2024 MSPB 6, ¶ 16; *Marynowski v. Dep't of the Navy*, 2012 MSPB 82, ¶ 4 (2012).

[3] *Forest v. Merit Sys. Prot. Bd,* 47 F.3d 409, 412 (Fed. Cir. 1995); *Holmes v. Merit Sys. Prot. Bd.*, 655 F. App'x 816, 818 (Fed. Cir. 2016); see also 5 U.S.C. §§ 7511(a)(1)(A), (C).

[4] *See Forest,* 47 F.3d at 410*; Holmes,* 655 F. App'x at 816.

"Federal agencies have the discretion to grant paid administrative leave to employees to help manage their workforces when it is in their best interest to do so."[5] The flexibility given to agencies in using paid administrative leave reflects the fact that "heads of Executive agencies have broad authority to manage their organizations, including the authority to grant administrative leave, unless prohibited by law."[6]

OPM regulations note four pertinent areas where paid administrative leave is appropriate: (1) "the absence is directly related to the agency's mission," (2) "the absence is officially sponsored or sanctioned by the agency," or (3) "the absence will clearly enhance the professional development or skills of the employee in the employee's current position," or (4) "the absence is in the interest of the agency or of the Government as a whole."[7] "An agency must retain the discretion to grant or not grant administrative leave in any circumstance based on agency judgments regarding mission needs."[8]

Placing an employee on paid administrative leave may be an appropriate action where the agency component in which the employee works is being eliminated or restructured, or where the agency weighs changes to the individual's role at the agency as part of a workforce realignment. It also may be appropriate when a new agency manager determines that the absence of the employee from the office "is in the interest of the agency or of the Government as a whole."[9] Agencies are encouraged to use flexibilities associated with paid administrative leave as they implement agency restructuring initiatives or determine the best ways to manage agency components going forward.

In addition, agency heads have broad discretion to detail employees "among the bureaus and offices of [their] department[s]" for up to 120 days by written order.[10] An agency may temporarily detail an employee to "unclassified duties."[11] Such details may provide additional

---

[5] *Administrative Leave, Investigative Leave, and Notice Leave*, 89 Fed. Reg. 10,2256-01 (Dec. 17, 2024).

[6] U.S. Office of Personnel Management, *Fact Sheet: Administrative Leave*, https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/administrative-leave/.

[7] 5 C.F.R. § 630.1403(a)(1).

[8] 5 C.F.R. § 630.1403(a)(4). OPM reiterates that while "[t]he effective date for these regulations addressing administrative leave (subpart N) and investigative and notice leave (subpart O) is 30 days after the date of publication," nonetheless "the compliance date is set as 270 days after the date of publication." 89 Fed. Reg. at 10,2257. That is, agencies must " revise and implement their internal policies consistent with the Act within 270 calendar days from the date OPM prescribes the regulations," and "[a]gencies are responsible for compliance with time limits provided for in the Act, these OPM regulations, and any related guidance." *Id.* OPM thus believes that agencies are not required to comply with the administrative leave rule and new regulations until September 13, 2025, the deadline for agencies to issue their own implementing regulations. **OPM requests that agencies not issue any agency-specific rules until such rules have been reviewed and approved by OPM.**

[9] 5 C.F.R. § 630.1403(a)(1).

[10] 5 U.S.C. § 3341.

[11] *Frankel v. Dep't of Educ.*, 17 M.S.P.R. 453, 455–56 (1983).

flexibilities to agencies during the transition period and as agencies undertake reorganization efforts and close offices.

      Please do not hesitate to contact OPM if you have any questions regarding these matters at employeeaccountability@opm.gov, with a copy to Amanda Scales at amanda.scales@opm.gov.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors