Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Civil Local Rule 7-11 |

Plaintiffs American Federation of Government Employees, AFL-CIO, *et al.* hereby respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the page limitation applicable to Plaintiffs' Memorandum in Support of *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause, which is being filed today. Plaintiffs seek an additional five (5) pages for their memorandum. Plaintiffs have been unable to reach counsel for Defendants to determine if they will stipulate to the requested relief.

In support of their request, Plaintiffs provide the following showing of good cause:

1. Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order involves constitutional and statutory claims in a case of national importance, as well as extensive evidence of irreparable harm, the standing of ten different plaintiff organizations, and other factual and equitable issues.

2. Plaintiffs have been diligent in drafting their motion and supporting papers, in conformity with the format and content mandated by the Court, and have attempted to shorten the length of the brief as much as possible. Plaintiffs have also been working as swiftly as possible to present these issues to the Court. However, Plaintiffs require an additional five (5) pages in order to fully address the complex factual and legal background for the Court, particularly given the rapidly developing factual circumstances.

3. It was not possible to reach Defendants to seek their consent to this motion. The Complaint was filed on the evening of February 19, 2025. In order to provide notice of this action to the Defendants as quickly as possible, on February 20, 2025, Plaintiffs' counsel emailed the complaint and supporting documents to all attorneys who could be identified through PACER at the U.S. Department of Justice who have represented the Office of Personnel Management and Acting OPM Director Charles Ezell in other very recent cases. Declaration of Eileen B. Goldsmith in Support of Plaintiffs' Application for Temporary Restraining Order ¶2. None of the U.S. Department of Justice attorneys contacted have responded since February 20. *Id*. ¶3. Thus, a stipulation to the present motion could not be obtained from opposing counsel. *Id.* ¶5.

On the basis of the foregoing showing of good cause, Plaintiffs respectfully request this Court to permit them to file the accompanying Memorandum in support of the Ex Parte Motion for Temporary Restraining Order and Order to Show Cause of 30 pages.

DATED: February 23, 2025

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: */s/ Danielle Leonard*

*Attorneys for Plaintiffs*

Norman L. Eisen (*pro hac vice forthcoming*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin  (*pro hac vice forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org


By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*