|   |   |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>      Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Memorandum in Support of Ex Parte Motion for Temporary Restraining Order and Order to Show Cause. Plaintiffs may file a brief of up to 30 pages in length.

IT IS SO ORDERED.

Dated: _____, 2025         _____
                                                The Honorable William H. Alsup
                                                United States District Court Judge