Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br>          Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 23, 2025, I served the following document(s):

**Amended Complaint for Declaratory and Injunctive Relief**

***Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause**

**[Proposed] Order Granting Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue**

**Declaration of Oscar Arbulu, Deputy Political Director, Common Defense Civic Engagement**

**Declaration of Former United States Office of Personnel Management Director Katherine Archuleta**

**Declaration of Liliana Caetano Bachelder, President, Foreign Agricultural Service Employees, Local 3976, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO**

**Declaration of Kory Blake, Area Field Services Director, American Federation of State, County and Municipal Employees, AFL-CIO**

**Declaration of Major General (Ret.) Paul Eaton, USA, Vote Vets**

**Declaration of Dr. Thomas Evans, National Science Foundation**

**Declaration of Dr. Andrew Frassetto, National Science Foundation**

**Declaration of Yolanda Jacobs, President, American Federation of Government Employees Local 2883, Centers for Disease Control and Prevention**

**Declaration of Jonathan B. Jarvis, Former Director, National Park Service**

**Declaration of Everett Kelley, President, American Federation of Government Employees, AFL-CIO**

**Declaration of Erik Molvar, Executive Director, Western Watersheds Project**

**Declaration of Denise Nemeth-Greenleaf, Vice-Chair, American Federation of Government Employees Defense Conference**

**Declaration of Don L. Neubacher, Coalition to Protect America's National Parks**

**Declaration of Shawn Phetteplace, National Campaigns Director, Main Street Alliance**

**Declaration of Daniel T. Ronneberg, President, Federal Aviation Administration Employees Union, Local 1653, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO**

1

2

**Declaration of Elizabeth Turner-Nichols, President, American Federation of Government Employees, Local 2110, Department of Veterans Affairs, VA Palo Alto Health Care System**

3

**Declaration of Milana Walls**

4

**Declaration of Eileen B. Goldsmith in Support of Plaintiffs' Ex Parte Motion for Temporary Restraining Order**

5

6

**Plaintiffs' Motion for Administrative Relief to Exceed Page Limitation for Memorandum In Support Of *Ex Parte* Motion For Temporary Restraining Order and Order to Show Cause**

7

8

**[Proposed] Order Granting Plaintiffs' Motion for Administrative Relief to Exceed Page Limitation for Memorandum in Support of Ex Parte Motion for Temporary Restraining Order and Order To Show Cause**

9

10

on the parties, through their attorneys of record, as designated below:

11

**By Electronic Service:** By Email: I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

12

13

14

15

Patrick Robbins
Acting U.S. Attorney for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: patrick.robbins@usdoj.gov

16

17

18

19

20

Michelle Lo
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: Michelle.lo@usdoj.gov

21

22

23

24

Joshua E. Gardner
DOJ-Civ
1100 L St., N.W., Ste 12200
Washington, DC 20530
202-305-7583
Email: joshua.e.gardner@usdoj.gov

25

26

27

28

Eric Hamilton
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-514-3301
Email: eric.hamilton@usdoj.gov

1

2

3

4

Jason Altabet
DOJ-Civ
1100 L St NW, Ste Office 11308
Washington, DC 20003
202-305-0727
Email: jason.k.altabet2@usdoj.gov

5

6

7

8

Kevin K. Bell
DOJ-Civ
1100 L St. NW
Washington, DC 20005
202-880-0329
Email: kevin.k.bell@usdoj.gov

9

10

11

12

13

Abhishek Kambli
UNITED STATES DEPARTMENT OF JUSTICE
Office of the Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-445-5496
Email: abhishek.kambli@usdoj.gov

14

15

16

17

18

Christopher R. Hall
UNITED STATES DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7224
Washington, DC 20530
(202) 514-4778
Fax: (202) 616-8202
Email: christopher.hall@usdoj.gov

19

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 23, 2025, at San Francisco, California.

21

22

23

*/s/ Jada Commodore*
Jada Commodore

24

25

26

27

28

1

**PROOF OF SERVICE**

2

3

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 24, 2025, I served the following document(s):

4

**Amended Complaint for Declaratory and Injunctive Relief**

5

***Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause**

6

7

**[Proposed] Order Granting Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue**

8

**Declaration of Oscar Arbulu, Deputy Political Director, Common Defense Civic Engagement**

9

10

**Declaration of Former United States Office of Personnel Management Director Katherine Archuleta**

11

12

**Declaration of Liliana Caetano Bachelder, President, Foreign Agricultural Service Employees, Local 3976, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO**

13

14

**Declaration of Kory Blake, Area Field Services Director, American Federation of State, County and Municipal Employees, AFL-CIO**

15

**Declaration of Major General (Ret.) Paul Eaton, USA, Vote Vets**

16

**Declaration of Dr. Thomas Evans, National Science Foundation**

17

**Declaration of Dr. Andrew Frassetto, National Science Foundation**

18

19

**Declaration of Yolanda Jacobs, President, American Federation of Government Employees Local 2883, Centers for Disease Control and Prevention**

20

**Declaration of Jonathan B. Jarvis, Former Director, National Park Service**

21

**Declaration of Everett Kelley, President, American Federation of Government Employees, AFL-CIO**

22

23

**Declaration of Erik Molvar, Executive Director, Western Watersheds Project**

**Declaration of Denise Nemeth-Greenleaf, Vice-Chair, American Federation of Government Employees Defense Conference**

24

25

**Declaration of Don L. Neubacher, Coalition to Protect America's National Parks**

26

**Declaration of Shawn Phetteplace, National Campaigns Director, Main Street Alliance**

27

28

**Declaration of Daniel T. Ronneberg, President, Federal Aviation Administration Employees Union, Local 1653, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO**

**Declaration of Elizabeth Turner-Nichols, President, American Federation of Government Employees, Local 2110, Department of Veterans Affairs, VA Palo Alto Health Care System**

**Declaration of Milana Walls**

**Declaration of Eileen B. Goldsmith in Support of Plaintiffs' Ex Parte Motion for Temporary Restraining Order**

**Plaintiffs' Motion for Administrative Relief to Exceed Page Limitation for Memorandum In Support Of *Ex Parte* Motion For Temporary Restraining Order and Order to Show Cause**

**[Proposed] Order Granting Plaintiffs' Motion for Administrative Relief to Exceed Page Limitation for Memorandum in Support of Ex Parte Motion for Temporary Restraining Order and Order To Show Cause**

on the parties, through their attorneys of record, as designated below:

**By Personal Service:** Paper copies: I caused such document(s) to be served via personal service by delivering paper copies, compliant with Civil L.R.5-1 (h)(2) on the parties in this action to the following address(es):

Patrick Robbins
Acting U.S. Attorney for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: patrick.robbins@usdoj.gov

Michelle Lo
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: Michelle.lo@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 24, 2025 at San Francisco, California.


*/s/ Jada Commodore*
Jada Commodore