UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER SETTING HEARING SCHEDULE RE: MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

On February 23, 2025, plaintiffs filed an amended complaint and *ex parte* motion for a temporary restraining order and order to show cause (Dkt. Nos. 17, 18). The government shall file an opposition, if any, by **WEDNESDAY, FEBRUARY 26, 2025, AT 10 AM**. Plaintiffs shall file a reply, if any, by midnight that same day. The motion will be heard on **THURSDAY, FEBRUARY 27, 2025, AT 1:30 PM**. The hearing will be in person, in Courtroom 12.

The above schedule is conditioned on plaintiffs serving a copy of this order on the government's attorneys of record by midnight tonight.

**IT IS SO ORDERED.**

Dated: February 24, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE