Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PROOF OF SERVICE** |

Proof of Service, No. 3:25-cv-01780-WHA

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 24, 2025, I served the following document(s):

on the parties, through their attorneys of record, as designated below:

### ORDER SETTING HEARING SCHEDULE RE: MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

**By Electronic Service:** By Email: At 10:04 a.m., I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

Patrick Robbins
Acting U.S. Attorney for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: patrick.robbins@usdoj.gov

Michelle Lo
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: Michelle.lo@usdoj.gov

Joshua E. Gardner
DOJ-Civ
1100 L St., N.W., Ste 12200
Washington, DC 20530
202-305-7583
Email: joshua.e.gardner@usdoj.gov

Eric Hamilton
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-514-3301
Email: eric.hamilton@usdoj.gov

Jason Altabet
DOJ-Civ
1100 L St NW, Ste Office 11308

Proof of Service, No. 3:25-cv-01780-WHA                                                                                       1

Washington, DC 20003
202-305-0727
Email: jason.k.altabet2@usdoj.gov

Kevin K. Bell
DOJ-Civ
1100 L St. NW
Washington, DC 20005
202-880-0329
Email: kevin.k.bell@usdoj.gov

Abhishek Kambli
UNITED STATES DEPARTMENT OF JUSTICE
Office of the Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-445-5496
Email: abhishek.kambli@usdoj.gov

Christopher R. Hall
UNITED STATES DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7224
Washington, DC 20530
(202) 514-4778
Fax: (202) 616-8202
Email: christopher.hall@usdoj.gov

Pamela Johann
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Email: Pamela.Johann@usdoj.gov


**Receipt Confirmed**:  At 10:22 a.m., Ms. Johann confirmed receipt and declined delivery of a hard copy.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed February 24, 2025, at San Francisco, California.


                                          */s/ Giorgia Lingiardi*
                                          Giorgia Lingiardi