1  Scott A. Kronland (SBN 171693)
2  Stacey M. Leyton (SBN 203827)
   Eileen B. Goldsmith (SBN 218029)
3  Danielle E. Leonard (SBN 218201)
   Robin S. Tholin (SBN 344845)
4  James Baltzer  (SBN 332232)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel. (415) 421-7151
   Fax (415) 362-8064
7  skronland@altber.com
8  sleyton@altber.com
   egoldsmith@altber.com
9  dleonard@altber.com
   rtholin@altber.com
10 jbaltzer@altber.com

11 *Attorneys for Plaintiffs*

12 [Additional Counsel not listed]

13

14                UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17 | AMERICAN FEDERATION OF | Case No. 3:25-cv-01780-WHA |
18 | GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE | **PROOF OF SERVICE** |
19 | COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  et al., | |
20 | Plaintiffs, | |
21 | | |
22 | v. | |
23 | UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | |
24 | | |
25 | Defendants. | |

26
27
28

Proof of Service, No. 3:25-cv-01780-WHA

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108.  On February 24, 2025, I served the following document(s):

**SEALED NOTICE TO PARTIES (Dkt. 23)**

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** By Email: At 2:19 p.m., I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

    Christopher R. Hall
    UNITED STATES DEPARTMENT OF JUSTICE
    20 Massachusetts Avenue, NW
    Room 7224
    Washington, DC 20530
    (202) 514-4778
    Fax: (202) 616-8202
    Email: christopher.hall@usdoj.gov

    James D. Todd Jr.
    UNITED STATES DEPARTMENT OF JUSTICE
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, D.C 20530
    (202) 514-3378
    Email: James.Todd@usdoj.gov

    Kelsey Helland
    Northern District of California
    450 Golden Gate Avenue
    P.O. Box 36055
    San Francisco, CA 94102
    Email: Kelsey.Helland@usdoj.gov

    Pamela Johann
    United States Attorney's Office for the
    Northern District of California
    450 Golden Gate Avenue
    P.O. Box 36055
    San Francisco, CA 94102
    Email: Pamela.Johann@usdoj.gov

**Receipt Confirmed**:  At 2:28 p.m., Ms. Johann confirmed receipt.

1
2         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed February 24, 2025, at San Francisco, California.
3
4
5                                         */s/ Giorgia Lingiardi*
                                      Giorgia Lingiardi