UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **REQUEST FOR INFORMATION** |

In the opposition due **WEDNESDAY, FEBRUARY 26, 2025, AT 10 AM**, defendants shall please address the following:

1. To what extent did OPM or individuals within OPM direct other agencies to terminate probationary employees based on performance or misconduct? If any such direction (or advice) is in writing, please provide the documents to the Court.

2. How can an agency lawfully terminate a probationary employee on the basis of "performance" if that employee's performance was in fact satisfactory?

As defendants' counsel has not yet entered an appearance, plaintiffs are asked to please serve this order onto defendants immediately.

**IT IS SO ORDERED.**

Dated: February 25, 2025.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE