1 | Scott A. Kronland (SBN 171693)
2 | Stacey M. Leyton (SBN 203827)
  | Eileen B. Goldsmith (SBN 218029)
3 | Danielle E. Leonard (SBN 218201)
  | Robin S. Tholin (SBN 344845)
4 | James Baltzer (SBN 332232)
  | ALTSHULER BERZON LLP
5 | 177 Post Street, Suite 300
  | San Francisco, CA 94108
6 | Tel. (415) 421-7151
  | Fax (415) 362-8064
7 | skronland@altber.com
8 | sleyton@altber.com
  | egoldsmith@altber.com
9 | dleonard@altber.com
  | rtholin@altber.com
10 | jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al., | Case No. 3:25-cv-01780-WHA |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | |

Proof of Service, No. 3:25-cv-01780-WHA

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 25, 2025, I served the following document(s):

**REQUEST FOR INFORMATION**

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** By Email: At 11:29 a.m., I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

>Christopher R. Hall
>UNITED STATES DEPARTMENT OF JUSTICE
>20 Massachusetts Avenue, NW
>Room 7224
>Washington, DC 20530
>(202) 514-4778
>Fax: (202) 616-8202
>Email: christopher.hall@usdoj.gov

>James D. Todd Jr.
>UNITED STATES DEPARTMENT OF JUSTICE
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W.
>Washington, D.C 20530
>(202) 514-3378
>Email: James.Todd@usdoj.gov

>Kelsey Helland
>Northern District of California
>450 Golden Gate Avenue
>P.O. Box 36055
>San Francisco, CA 94102
>Email: Kelsey.Helland@usdoj.gov

>Pamela Johann
>United States Attorney's Office for the
>Northern District of California
>450 Golden Gate Avenue
>P.O. Box 36055
>San Francisco, CA 94102
>Email: Pamela.Johann@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 25, 2025, at San Francisco, California.

Proof of Service, No. 3:25-cv-01780-WHA                                                                         1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Giorgia Lingiardi*
Giorgia Lingiardi