1  Scott A. Kronland (SBN 171693)
2  Stacey M. Leyton (SBN 203827)
   Eileen B. Goldsmith (SBN 218029)
3  Danielle E. Leonard (SBN 218201)
   Robin S. Tholin (SBN 344845)
4  James Baltzer (SBN 332232)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel. (415) 421-7151
   Fax (415) 362-8064
7  skronland@altber.com
   sleyton@altber.com
8  egoldsmith@altber.com
9  dleonard@altber.com
   rtholin@altber.com
10 jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Proof of Service, No. 3:25-cv-01780-WHA

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 24 2025, I served the following document(s):

**CIVIL DOCKET FOR CASE #: 3:25-cv-01780-WHA**
Docket #1- COMPLAINT *for Declaratory and Injunctive Relief*
Docket#1.1- Civil Cover Sheet
Docket #1.2- Summons as to OPM
Docket #1.3- Summons as to Charles Ezell
Docket #9- SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
Docket #10- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 8 Clerk's Notice
Docket #10.1- Notice of Eligibility for Video Recording
Docket #11- Summons Issued as to United States Office of Personnel Management
Docket #12- Summons Issued as to Charles Ezell
Docket #15- Amended Initial Case Management Scheduling Order with ADR Deadlines
Docket #17- FIRST AMENDED COMPLAINT *for Declaratory and Injunctive Relief*
Docket #18- Ex Parte MOTION for Temporary Restraining Order *and Order to Show Cause*
Docket #18.1- Supplement Memorandum of Points and Authorities
Docket #18.2- Proposed Order
Docket #18.3- Declaration Declaration of Oscar Arbulu, Deputy Political Director, Common Defense Civic Engagement
Docket #18.4- Declaration of Former United States Office of Personnel Management Director Katherine Archuleta
Docket #18.5- Declaration of Liliana Caetano Bachelder, President, Foreign Agricultural Service Employees, Local 3976, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO
Docket #18.6- Declaration of Kory Blake, Area Field Services Director, American Federation of State, County and Municipal Employees, AFL-CIO
Docket #18.7- Declaration of Major General (Ret.) Paul Eaton, USA, Vote Vets
Docket #18.8- Declaration of Dr. Thomas Evans, National Science Foundation
Docket #18.9- Declaration of Dr. Andrew Frassetto, National Science Foundation
Docket #18.10- Declaration of Yolanda Jacobs, President, American Federation of Government Employees Local 2883, Centers for Disease Control and Prevention
Docket #18.11- Declaration of Jonathan B. Jarvis, Former Director, National Park Service
Docket #18.12- Declaration of Everett Kelley, President, American Federation of Government Employees, AFL-CIO
Docket #18.13- Declaration of Erik Molvar, Executive Director, Western Watersheds Project
Docket #18.14- Declaration of Denise Nemeth-Greenleaf, Vice-Chair, American Federation of Government Employees Defense Conference
Docket #18.15- Declaration of Don L. Neubacher, Coalition to Protect Americas National Parks
Docket #18.16- Declaration of Shawn Phetteplace, National Campaigns Director, Main Street Alliance

**Docket #18.17- Declaration of Daniel T. Ronneberg, President, Federal Aviation Administration Employees Union, Local 1653, District Council 20, American Federation of State, County and Municipal Employees, AFL-CIO**
**Docket #18.18- Declaration of Elizabeth Turner-Nichols, President, American Federation of Government Employees, Local 2110, Department of Veterans Affairs, VA Palo Alto Health Care System**
**Docket #18.19- Declaration of Milana Walls**
**Docket #18.20- Declaration of Eileen B. Goldsmith in Support of Plaintiffs Ex Parte Motion for Temporary Restraining Order**
**Docket #19- ADMINISTRATIVE MOTION to Exceed Page Limitation for Memorandum In Support Of Ex Parte Motion For Temporary Restraining Order and Order to Show Cause**
**Docket #20- CERTIFICATE OF SERVICE**
**Docket #21- ORDER SETTING HEARING RE: MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE.**

**Additional materials required under Northern District of California Local Rules:**
**Judge Alsup's Standing Order for Hyperlinked Courtesy Copies**
**Judge Alsup's Standing Order for Civil Jury Trials**
**Judge Alsup's Standing Order for Civil Bench Trials**
**Standing Order for all Judges of the Northern District of California**
**ECF Registration Information**
**ADR Handbook**
**ADR Certification by Parties and Counsel**
**Request for ADR Telephone Conference**
**Stipulation & Proposed Order Selecting ADR Process**
**Notice of Availability of Magistrate Judge**

on the parties, through their attorneys of record, as designated below:

**By Certified Mail:** I caused such document(s) to be served via certified mail on the parties in this action by transmitting true and correct copies to the following address(es):

    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    Charles Ezell
    Office of Personnel Management
    1900 E St., NW
    Washington, DC 20415

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 24, 2025, at San Francisco, California.

                                        */s/ Giorgia Lingiardi*
                                        Giorgia Lingiardi