Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>   Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Proof of Service, No. 3:25-cv-01780-WHA

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 24, 2025, I served the following document(s):

**CIVIL DOCKET FOR CASE #: 3:25-cv-01780-WHA**
**Docket #1- COMPLAINT** *for Declaratory and Injunctive Relief*
**Docket#1.1- Civil Cover Sheet**
**Docket #1.2- Summons as to OPM**
**Docket #1.3- Summons as to Charles Ezell**
**Docket #2 – Case Assigned to Judge William Alsup**
**Docket #3 – The Notice of Appearance of Danielle Leonard**
**Docket #4 – The Notice of Appearance of Scott Kronland**
**Docket #5 – The Notice of Appearance of Stacey Leyton**
**Docket #6 - The Notice of Appearance of Robin Tholin**
**Docket #7 - The Notice of Appearance of James Baltzer**
**Docket #8 – Clerk's Notice of Scheduling Initial Case Management Conference**
**Docket #9- SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**
**Docket #10- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE re 8 Clerk's Notice**
**Docket #10.1- Notice of Eligibility for Video Recording**
**Docket #11- Summons Issued as to United States Office of Personnel Management**
**Docket #12- Summons Issued as to Charles Ezell**
**Docket #13 – Notice from the Clerk**
**Docket #14 – The Notice of Appearance of Rushab Sanghvi**
**Docket #15- Amended Initial Case Management Scheduling Order with ADR Deadlines**
**Docket #16 – Notice of Appearance of Teague Pryde Paterson**

**<u>Additional materials required under Northern District of California Local Rules:</u>**
**Judge Alsup's Standing Order for Hyperlinked Courtesy Copies**
**Judge Alsup's Standing Order for Civil Jury Trials**
**Judge Alsup's Standing Order for Civil Bench Trials**
**Standing Order for all Judges of the Northern District of California**

**ADR Handbook**
**ADR Certification by Parties and Counsel Form**
**Request for ADR Telephone Conference**
**Stipulation & Proposed Order Selecting ADR Process**

on the parties, through their attorneys of record, as designated below:

**Personal Service:** I caused such document(s) to be served via personal service on the parties in this action by delivering true and correct copies to the following address(es):

    U.S. Attorney's Office for the Northern District of California
    450 Golden Gate Avenue, 9th Floor

Proof of Service, No. 3:25-cv-01780-WHA      1

1      P.O. Box 36055
2      San Francisco, CA 94102

3      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 24, 2025, at San Francisco, California.

4

5                                              */s/ Jada Commodore*
                                                Jada Commodore