Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**SUPPLEMENTAL DECLARATION OF DON NEUBACHER** |

SUPPLEMENTAL DECLARATION OF DON NEUBACHER, No. 3:25-cv-01780-WHA

**SUPPLEMENTAL DECLARATION OF DON NEUBACHER**

I, Don Neubacher, declare as follows:

1. I am a Board Member of the Coalition to Protect America's National Parks, which is a Plaintiff in this action. This declaration supplements my previous declaration in support of Plaintiffs' TRO application (Dkt. 18-15).

2. As noted in my previous declaration, the reductions in staffing as a result of OPM's termination of probationary employees are likely to have dire impacts on safety, environmental quality, and services to the public in the National Parks.

3. In my previous declaration, I predicted based on my experience in the National Park Service that staffing reductions would quickly lead to service reductions. In just the two weeks since the probationary employee terminations got underway, our members, who are avid users of the National Parks, have confirmed my prediction, as they are starting to observe the first signs of these direct impacts.

4. To give just one example, last weekend, one of our members reported to the Coalition's Board that he saw the impact of reduced staffing first-hand on a visit to Joshua Tree National Park in southern California. He reported that the Black Rock Nature Center, which provides water and toilets for the public, remained closed well after its scheduled opening time, even though outdoor temperatures were in the 30s with strong winds. There were numerous park visitors waiting to be let in, and no Park Service employees to be found. The member and his party decided to leave rather than standing outside in the cold. Such lapses in service are only likely to worsen.

5. As noted in my previous declaration, I had a 36-year career in the National Park Service (NPS), including serving as the Superintendent of Yosemite National Park and the Point Reyes National Seashore, as well as appointments at Glacier Bay National Park and the Denver Service Center. I continue to be a regular visitor to the National Parks, especially Yosemite and Point Reyes (which is near my home), for recreation and relaxation. I would personally find it extremely distressing if reductions in NPS staffing degrade the sensitive natural resources of the parks or impair their safety and beauty.

SUPPLEMENTAL DECLARATION OF DON NEUBACHER, No. 3:25-cv-01780-WHA         1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.  Executed this 26th day of February 2025 in Point Reyes Station, California.

_____
Don Neubacher