Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Civil Local Rule 7-11 |

Plaintiffs American Federation of Government Employees, AFL-CIO, *et al.* hereby respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the page limitation applicable to Plaintiffs' Reply in Support of *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause, which is being filed today.  Plaintiffs seek an additional seven (7) pages for their reply.  Plaintiffs' counsel emailed Defendants' counsel to ask whether they would stipulate to the requested relief, but did not receive a response by time of filing.

In support of their request, Plaintiffs provide the following showing of good cause:

1. In light of rapidly developing factual circumstances in this case, Plaintiffs have been collecting additional evidence in support of their Motion for a Temporary Restraining Order, and require seven additional pages to fully present that that evidence, which is responsive to the new evidence Defendants filed at 10:19 am today in response to this Court's order of February 25, 2025.

2. Plaintiffs have been diligent in drafting their motion and supporting papers by this Court's deadline of February 26, 2025 at midnight, and have attempted to shorten the length of the brief as much as possible. However, Plaintiffs require an additional seven (7) pages in order to fully address the complex issues in this case for the Court, particularly given the condensed briefing schedule for this motion.

3. Given Plaintiffs' timeline to draft the Reply memorandum, it was not completed until after 11 p.m.  Tholin Dec. ¶2.  At 10:23 p.m., Plaintiffs' counsel emailed Defendants' counsel to ask whether Defendants would stipulate to an extension of seven pages for the reply brief.  *Id.* ¶3.  Plaintiffs' counsel did not receive a response before the deadline for filing.  *Id.* ¶4.

On the basis of the foregoing showing of good cause, Plaintiffs respectfully request this Court to permit them to file the accompanying Reply in support of the Ex Parte Motion for Temporary Restraining Order and Order to Show Cause of 22 pages.

DATED:  February 26, 2025                    Scott A. Kronland
                                             Stacey M. Leyton
                                             Eileen B. Goldsmith
                                             Danielle E. Leonard
                                             Robin S. Tholin
                                             James Baltzer
                                             ALTSHULER BERZON LLP
                                             177 Post St., Suite 300

San Francisco, CA 94108
Tel: (415) 421-7151


By: */s/ Danielle Leonard*

*Attorneys for Plaintiffs*

Norman L. Eisen (*pro hac vice forthcoming*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org


By: */s/ Norman L. Eisen*

*Attorneys for Plaintiffs*


Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*



Teague Paterson (SBN 226659)
Matthew Blumin  (*pro hac vice forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org

PLS' MOT. FOR ADMIN. RELIEF TO EXCEED PAGE LIMIT FOR REPLY ISO TRO, No. 3:25-cv-01780-WHA   2

MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*