```
1   Scott A. Kronland (SBN 171693)
    Stacey M. Leyton (SBN 203827)
2   Eileen B. Goldsmith (SBN 218029)
    Danielle E. Leonard (SBN 218201)
3   Robin S. Tholin (SBN 344845)
    James Baltzer  (SBN 332232)
4   ALTSHULER BERZON LLP
    177 Post Street, Suite 300
5   San Francisco, CA 94108
    Tel. (415) 421-7151
6   Fax (415) 362-8064
    skronland@altber.com
7   sleyton@altber.com
    egoldsmith@altber.com
8   dleonard@altber.com
    rtholin@altber.com
9   jbaltzer@altber.com
10
```

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO,; et al., <br><br>             Plaintiffs, <br><br>    v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br>             Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **DECLARATION OF ROBIN S. THOLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

Declaration of Robin S. Tholin, No. 3:25-cv-01780-WHA

**DECLARATION OF ROBIN S. THOLIN**

I, Robin S. Tholin, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all of the Plaintiffs in this action. I make this declaration pursuant to Local Rule 7-11(a).

2. Pursuant to this Court's order of February 24, 2025, Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order was due on February 26, 2025 at 10 a.m., and Plaintiffs' Reply deadline was set for midnight on February 26, 2025. Given this schedule, Plaintiffs were drafting the reply throughout the day, and it was not completed until after 11 p.m.

3. At 10:23 p.m., I emailed Defendants' counsel, informing them that Plaintiffs needed additional pages for the reply, and seeking their agreement to stipulate to an extension of seven pages.

4. I did not receive a reply to that email before the deadline for filing the reply.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 26, 2025, in Oakland, California.

_____

Robin S. Tholin

Declaration of Robin S. Tholin, No. 3:25-cv-01780-WHA                    1