1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO;
AMERICAN FEDERATION OF STATE
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES OFFICE OF PERSONNEL
MANAGEMENT, et al.,

Defendants.

Case No. 3:25-cv-01780-WHA

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR
ADMINISTRATIVE RELIEF TO EXCEED
PAGE LIMITATION FOR
MEMORANDUM IN SUPPORT OF EX
PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO
SHOW CAUSE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Memorandum in Support of Ex Parte Motion for Temporary Restraining Order and Order to Show Cause. Plaintiffs may file a brief of up to 30 pages in length.

IT IS SO ORDERED.

Dated: ___**March 4**_____, 2025          _____

The Honorable William H. Alsup
United States District Court Judge