UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT, TO JOIN NEW PLAINTIFFS TO PRELIMINARY INJUNCTION MOTION, TO FILE ADDITIONAL DECLARATION EVIDENCE** |

[PROPOSED] ORDER GRANTING PLS' MOT FOR LEAVE TO AMEND COMPLAINT, No. 3:25-cv-01780-WHA

# **[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' Motion for Leave to Amend Complaint, to Join New Plaintiffs to Preliminary Injunction Motion, and to File Additional Declaration Evidence.

IT IS SO ORDERED.

Dated: _____, 2025          _____
                                            The Honorable William H. Alsup
                                            United States District Court Judge