Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT, TO JOIN NEW PLAINTIFFS TO PRELIMINARY INJUNCTION MOTION, AND LEAVE TO FILE ADDITIONAL DECLARATION EVIDENCE**<br><br>Civil Local Rule 6-3 |

PLAINTIFFS' MOTION TO SHORTEN TIME, No. 3:25-cv-01780-WHA

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 6-3, Plaintiffs bring this Motion to Shorten Time for briefing and hearing on Plaintiffs' Motion for Leave to Amend Complaint, to Join New Plaintiffs to Preliminary Injunction Motion, to File Additional Declaration Evidence ("Plaintiffs' Motion for Leave").  Specifically, Plaintiffs respectfully request that the Motion for Leave be heard as soon as the Court's schedule permits and that Defendants' response to Plaintiffs' Motion for Leave be due on or before March 6, 2025.  Although Plaintiffs do not believe that a hearing on Plaintiffs' Motion for Leave is necessary, Plaintiffs respectfully request that any hearing be scheduled for March 7, 2025 and be held remotely.

In support of their request, Plaintiffs submit the attached Declaration of Danielle Leonard and state as follows:

Pursuant to this Court's February 27, 2025 order, there is an evidentiary hearing set for March 13, 2025.  As the amended complaint Plaintiffs propose to file sets forth in detail, Plaintiffs have identified since February 27, 2025 numerous potential additional Plaintiffs that have been uniquely injured by the mass termination policy challenged by this lawsuit.  Plaintiffs have also identified, based on information newly provided by Defendants, numerous federal agencies that—as Plaintiffs will prove at the March 13, 2025 hearing—are implementing the unlawful policy challenged in this lawsuit and must be added as defendants in order for complete relief to be effectuated.

Plaintiffs will be substantially prejudiced if Plaintiffs' Motion to shorten time is not granted.  The allegations and parties Plaintiffs propose to add will determine the parties' presentation of the evidence at the March 13, 2025 evidentiary hearing.  If the Motion for Leave were to be briefed and decided on an ordinary schedule, the parties would be unable to prepare adequately for the March 13, 2025 hearing, and a ruling would not issue sufficiently in advance of that hearing to allow the full presentation of evidence and grant of necessary relief.

Pursuant to Civil Local Rule 6-3, Plaintiffs sought a stipulation from Defendants that would have made this motion unnecessary, but their efforts were unsuccessful.  If this motion to shorten time is granted, this will be the first schedule modification in the case, whether by stipulation or court

1  order. The shortened time frame for Plaintiffs' Motion for Leave will not affect any other deadlines
2  in this case.
3      On the basis of the foregoing showing of good cause, Plaintiffs respectfully request that the
4  Court grant its request for an Order shortening time to hear Plaintiffs' Motion for Leave.

DATED: March 4, 2025

    Scott A. Kronland
    Stacey M. Leyton
    Eileen B. Goldsmith
    Danielle E. Leonard
    Robin S. Tholin
    James Baltzer
    ALTSHULER BERZON LLP
    177 Post St., Suite 300
    San Francisco, CA 94108
    Tel: (415) 421-7151


By: */s/ Danielle Leonard*

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice forthcoming*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org


By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*


Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

PLAINTIFFS' MOTION TO SHORTEN TIME, No. 3:25-cv-01780-WHA  2

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)

Matthew Blumin  (*pro hac vice forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (pro hac vice forthcoming)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*

PLAINTIFFS' MOTION TO SHORTEN TIME, No. 3:25-cv-01780-WHA  3