1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT; LEAVE TO JOIN NEW PLAINTIFFS TO PRELIMINARY INJUNCTION MOTION; AND LEAVE TO FILE ADDITIONAL DECLARATION EVIDENCE** |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' Motion to Shorten Time to Hear Plaintiffs' Motion for Leave to Amend Complaint, to Join New Plaintiffs to Preliminary Injunction Motion, and to File Additional Declaration Evidence ("Plaintiffs' Motion for Leave"). Any opposition to Plaintiffs' Motion for Leave is due on March 6, 2025. The Court will decide the motion on the papers.

IT IS SO ORDERED.

Dated: _____, 2025          _____
                                             The Honorable William H. Alsup
                                             United States District Court Judge