UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER GRANTING, AS MODIFIED, PLAINTIFFS' REQUEST FOR EXPEDITED BRIEFING** |

The undersigned issued a TRO in this matter on February 27, 2025 (Dkt. No. 45). Plaintiffs have now moved to file a second amended complaint (as authorized during the TRO hearing) (Dkt. No. 49). Plaintiffs simultaneously move for expedited briefing considering the evidentiary hearing scheduled for March 13 (Dkt. No. 50). Good cause having been shown, the latter motion is **GRANTED**. Defendants' opposition, if any, must be filed by **FRIDAY, MARCH 7, 2025, AT 8 AM**. Plaintiffs' reply, if any, must be filed by **MARCH 7, 2025, AT 5 PM**. An order will issue shortly thereafter.

**IT IS SO ORDERED.**

Dated: March 5, 2025

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE