Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>   Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE RE: NON-COMPLIANCE WITH COURT ORDER** |

PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE, No. 3:25-cv-01780-WHA

1  Plaintiffs respectfully request the Court hold a status conference as soon as possible, to 2 discuss Defendants' notice to Plaintiffs that they do not intend to comply with this Court's order 3 requiring Defendant Acting OPM Director Charles Ezell to appear at the preliminary injunction 4 hearing scheduled for 8:00 a.m. on March 13, 2025.

5  On February 26, 2025, Defendant Acting Director Ezell submitted a Declaration under 6 penalty of perjury (indeed, the only declaration submitted by Defendants) in opposition to 7 Plaintiffs' TRO Motion. That declaration included statements regarding OPM's directions to 8 federal agencies that were refuted by substantial evidence submitted by Plaintiffs. Dkt. 34 ¶¶4-7, 9 10.

10  At the February 27, 2025 TRO hearing in this case, this Court ordered an "evidentiary 11 hearing" to take place on March 13, 2025, and ordered Acting OPM Director Ezell to appear for 12 cross-examination. Dkt. 44 at 69.

13  First thing Monday morning, on March 3, 2025, Plaintiffs' counsel wrote to Defendants to 14 confirm that Defendant Ezell would appear. Leonard Dec. ¶3. Defendants responded during a 15 meet and confer telephone conference later that day by indicating, for the first time, that 16 Defendants were considering objecting to the appearance of Mr. Ezell. *Id* ¶4. Defendants asked 17 Plaintiffs to consider postponing the hearing for two weeks (without further relief to the terminated 18 federal employees or those who rely on their services) and calling other witnesses rather than Mr. 19 Ezell. *Id.* Plaintiffs responded to Defendants' proposals in writing on March 4, 2025, declining the 20 proposal to postpone, reiterating the Court's order that Mr. Ezell appear, and confirming Plaintiffs' 21 understanding that Defendants are objecting to Mr. Ezell's appearance (and therefore to this 22 Court's order) and do not intend to make Mr. Ezell available at the hearing, and asking Defendants 23 to clarify any change in position by 12 noon on March 5, 2025. *Id* ¶*5. Defendants did not 24 respond by 12 noon. *Id* ¶*6. Later in the day, they contacted Plaintiffs' counsel but did not 25 confirm whether they would make Mr. Ezell available; instead, they asked for additional time. *Id.* 26 ¶7. Plaintiffs therefore notified opposing counsel of their plans to file this request for a status 27 conference and gave one final opportunity to Defendants to confirm that they would make Mr.

28 PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE, No. 3:25-cv-01780-WHA

Ezell available, to which Defendants did not respond. *Id*. ¶*7.  Defendants' counsel responded without clarifying whether they would make Mr. Ezell available and instead asked for additional time. *Id.* ¶7.  In light of the imminence of the hearing, I responded that Plaintiffs would file this request.

Defendants made no objection to the Court's order during the hearing on February 27, 2025.  That order was clear:  Mr. Ezell must appear for cross-examination on March 13, 2025 in this Court.  Defendants are now taking the position that they will not produce him.  Plaintiffs have brought this issue immediately to the Court's attention following confirmation of Defendants' position, and respectfully seek this Court's advice regarding compliance and enforcement of the Court's order.  Plaintiffs are prepared to file an expedited motion to show cause why Defendants should not be held in contempt, as needed.  Given the imminent hearing date on March 13, 2025, Plaintiffs respectfully request a status conference tomorrow, **Thursday, March 6, 2025**, to discuss this issue with the Court, and can be available at the Court's convenience.

Respectfully submitted,

DATED:  March 5, 2025

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: */s/ Danielle Leonard*

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice forthcoming*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND

PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE, No. 3:25-cv-01780-WHA

600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin  (*pro hac vice forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (pro hac vice forthcoming)
Deputy Solicitors General

PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE, No. 3:25-cv-01780-WHA

|   |   |
|---|---|
| 1 | OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL |
| 2 | 800 Fifth Avenue, Suite 2000 |
| 3 | Seattle, WA 98104 |
|   | (206) 464-7744 |
| 4 | tera.heintz@atg.wa.gov |
|   | cristina.sepe@atg.wa.gov |
| 5 | cynthia.alexander@atg.wa.gov |

By: */s/ Tera M. Heintz*

*Attorneys for Proposed Plaintiff State of Washington*

PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE, No. 3:25-cv-01780-WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' MOTION TO SHORTEN TIME, No. 3:25-cv-01780-WHA  1