UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER SETTING STATUS CONFERENCE** |

Plaintiffs have filed a request for a status conference, citing defendants' purported non-compliance with the undersigned's order issued on February 27, 2025 (Dkt. No. 55).

The parties shall appear, via Zoom, for a status conference on **MARCH 6, 2025, AT 1 PM PST**.

**IT IS SO ORDERED.**

Dated: March 5, 2025

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE