PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200
kelsey.helland@usdoj.gov

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF YURI S. FUCHS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>The Hon. William H. Alsup |

I, Yuri S. Fuchs, declare, pursuant to 28 U.S.C. § 1746 and Local Rule 7-3, as follows:

1. I am a member in good standing of the State Bar of California and am admitted as a federal attorney in this Court. I represent all of the Defendants in this action.

2. On February 27, 2025, the Court ordered OPM to provide written notice of its February 27, 2025 TRO to the Bureau of Land Management ("BLM"), Department of Defense ("DOD"), National Science Foundation ("NSF"), National Park Service ("NPS"), Small Business Administration ("SBA"), and Veterans Administration ("VA"). *See* ECF No. 45 at 24. On February 28, the Court amended the TRO to remove NSF and add the Fish and Wildlife Service ("FWS"). *Id.*

3. The government provided notice of this Court's order to DOD on February 27, 2025. OPM provided notice of this Court's order to BLM, NSF, NPS, SBA, and the VA on February 28, 2025. OPM provided notice to FWS, and further notice to DOD, on March 3, 2025.

4. On March 4, 2025, OPM issued revised guidance clarifying that "OPM is not directing agencies to take any specific performance-based actions regarding probationary employees[,]" and further clarifying that "[a]gencies have ultimate decision-making authority over, and responsibility for, such personnel actions." Mem. from Charles Ezell, Acting Director, OPM, to Heads and Acting Heads of Departments and Agencies (Revised March 4, 2025). A true and correct copy of this revised guidance is attached hereto as Ex. 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2025

          /s/ Yuri S. Fuchs
          YURI S. FUCHS