| | |
|---|---|
| 1 | Scott A. Kronland (SBN 171693) |
| 2 | Stacey M. Leyton (SBN 203827) |
|   | Eileen B. Goldsmith (SBN 218029) |
| 3 | Danielle E. Leonard (SBN 218201) |
|   | Robin S. Tholin (SBN 344845) |
| 4 | James Baltzer  (SBN 332232) |
| 5 | ALTSHULER BERZON LLP |
|   | 177 Post Street, Suite 300 |
| 6 | San Francisco, CA 94108 |
|   | Tel. (415) 421-7151 |
| 7 | Fax (415) 362-8064 |
|   | skronland@altber.com |
| 8 | sleyton@altber.com |
|   | egoldsmith@altber.com |
| 9 | dleonard@altber.com |
| 10 | rtholin@altber.com |
|   | jbaltzer@altber.com |

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-01780-WHA |
| | **PLAINTIFFS' SUPPLEMENTAL EVIDENCE IN ADVANCE OF MARCH 13, 2025 HEARING** |
| Plaintiffs, | |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | |

Plaintiffs' Supplemental Evidence in Advance of March 13, 2025 Hearing, No. 3:25-cv-01780-WHA

**PLAINTIFFS' SUPPLEMENTAL EVIDENCE IN ADVANCE OF MARCH 13, 2025 HEARING**

Plaintiffs submit the following evidence in advance of the scheduled evidentiary hearing on March 13, 2025:

| |
|---|
| Declaration of Leandra Bailey |
| Declaration of Heather Bartlett |
| Declaration of Dr. Georges C. Benjamin, M.D. |
| Declaration of Cade Cannedy |
| Declaration of Kelly Cunningham |
| Declaration of Dwight Dively |
| Declaration of Shane Esquibel |
| Declaration of Cami Feek |
| Declaration of Krista Finlay |
| Declaration of Michael Garl |
| Declaration of Jennifer Hennessey |
| Declaration of Caroline Mellor |
| Declaration of Sara Nelson |
| Declaration of Ashley Nindl |
| Declaration of Melissa Pitkin |
| Declaration of Alexandra Shultz |
| Supplemental Declaration of Oscar Arbulu |
| Supplemental Declaration of Erik Molvar |
| Supplemental Declaration of Don Neubacher |
| Supplemental Declaration of Shawn Phetteplace |

DATED: March 7, 2025

Respectfully submitted,

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: */s/ Danielle E. Leonard*
    Danielle E. Leonard

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

|  |  |
|---|---|
| 1 | *Attorneys for Plaintiff American Federation of Government Employees (AFGE)* |
| 2 |  |
| 3 |  |
|  | Teague Paterson (SBN 226659) |
| 4 | Matthew Blumin (*pro hac vice*) |
|  | AMERICAN FEDERATION OF STATE, COUNTY, |
| 5 | AND MUNICIPAL EMPLOYEES |
|  | 1625 L Street, N.W. |
| 6 | Washington, D.C.  20036 |
|  | Tel: (202) 775-5900 |
| 7 | Tpaterson@afscme.org |
| 8 | MBlumin@afscme.org |
| 9 | By: */s/Teague Paterson* |

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro hac vice forthcoming*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE
ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*