1   Scott A. Kronland (SBN 171693)
    Stacey M. Leyton (SBN 203827)
2   Eileen B. Goldsmith (SBN 218029)
    Danielle E. Leonard (SBN 218201)
3   Robin S. Tholin (SBN 344845)
    James Baltzer  (SBN 332232)
4   ALTSHULER BERZON LLP
    177 Post Street, Suite 300
5   San Francisco, CA 94108
    Tel. (415) 421-7151
6   Fax (415) 362-8064
    skronland@altber.com
7   sleyton@altber.com
    egoldsmith@altber.com
8   dleonard@altber.com
    rtholin@altber.com
9   jbaltzer@altber.com
10
11  *Attorneys for Plaintiffs*

12  [Additional Counsel not listed]

13
14              UNITED STATES DISTRICT COURT
15          FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                  SAN FRANCISCO DIVISION

17  AMERICAN FEDERATION OF            Case No. 3:25-cv-01780-WHA
    GOVERNMENT EMPLOYEES, AFL-CIO;
18  AMERICAN FEDERATION OF STATE      **DECLARATION OF LEANDRA BAILEY**
    COUNTY AND MUNICIPAL EMPLOYEES,
19  AFL-CIO;  et al.,
20          Plaintiffs,
21      v.
22
    UNITED STATES OFFICE OF PERSONNEL
23  MANAGEMENT, et al.,
24          Defendants.
25
26
27
28
    Declaration of Leandra Bailey No. 3:25-cv-01780-WHA

I, Leandra Bailey, declare the following under penalties of perjury:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I served as a Physical Science Information Specialist at the U.S. Department of Agriculture ("USDA") Forest Service from March 24, 2024 until February 13, 2025, when I was terminated. I was a probationary employee, and my probationary period was to end on March 25, 2025.

3.      Throughout my service for the federal government, I received positive performance reviews and positive feedback from my supervisors, with no negative remarks on my record. In recognition of my performance, my supervisor had submitted the necessary paperwork for my promotion to the next GS level. A true and correct copy of my most recent performance review, dated September 30, 2024 is attached as Exhibit A.

4.      On February 13, 2025, I received a memorandum from Deedra Fogel, the Director of Human Resource Management at the USDA Forest Service, informing me that I was being removed from my position. A true and correct copy of the memorandum I received is attached as Exhibit B.

5.      Following my termination, my Department Head provided me with a physical copy of a Forest Service briefing paper titled *Probationary and Trial Period Offboarding Procedures*. The memorandum stated that, "All federal agencies, including the Department of Agriculture, were notified on February 12, 2025**, by the Office of Personnel Management (OPM) to terminate all employees who have not completed their probationary or trial period.**" A true and correct copy of the briefing paper I received is attached as Exhibit C.

6.      I am aware that another team member received the exact same termination memorandum.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 7 day of March in Albuquerque, New Mexico.

Leandra Bailey

Declaration of Leandra Bailey, No. 3:25-cv-01780-WHA                    1

# EXHIBIT A

e employee is accountable and responsible. In addition, this element must ections below.)

Case 3:25-cv-01730-WHA   Document 73-1   Filed 03/07/25   Page 4 of 14

rive for excellence in the accomplishment of work assignments th

| oals and/or Initiatives that this | STANDARDS AND MEASURE |
| | appropriate measures of quality, qu |

ronment

Case 3:25-cv-01780-WHA   Document 73-1   Filed 03/07/25

employee's performance with the standards and assign an element rati

employee is accountable and responsible. .)

a healthy working environment that fosters a positive atmosph

level. Include appropriate measures of quality, quantity, cost-effectiven

hieve the "Meets Fully Successful" rating for this element

d Safety element are provided for all employees. Supervisors ca

| | 06/28/2024 | | Elec<br>C<br><br>for |
| --- | --- | --- | --- |
| | 06/28/2024 | | Elec<br>C<br><br>for |
| | 10/07/2024 | | Elec<br>C<br><br>for |

k Environment and Safety - Employee

☐ Interim Rating

ts Fully Successful
t Meet Fully Successful

table

# EXHIBIT B

FR §212.101

.F.R. §§ 315.803, 315.804, and 315.806

bartmental Regulation 4020-250-1

tification that the Agency is removing you

eral service consistent with the above refe

gency appointed you to the position of P

ntment Standard Form 50 (SF-50), your

he agency also informed you of this requir

on.

Office of Personnel Management ("OPM"

ary period is over," and the probationary

A probationer is still an applicant for a

DEEDRA FOGLE

ctor, Human Resource Management

# EXHIBIT C

probationary or trial period. To ensure
iate due process, below are recommenda
s. Employees will be given written notic
sors with an orderly offboarding.

**ints for Supervisor/Leader Discussions**

es to separate Probationary employees st
t probationary employees are not eligible

on it is necessary to start providing notice
onary and trial period positions starting 2
fied as a Probationary employee impacte
cludes additional information about your

ffective on the date employees receive n
g process is critical to successfully closi
klist is available at the link below.

urces through the Employee Assistance

icy-data-oversight/pay-leave/leave-a

or-annual-leave/.

Computers, and Mobile Devices

oment, computers, and mobile device

ffice with your supervisor's name an

EPP)

Employee Personal Page (EPP) web

wnload capability. Self-service optio

ccess to personal information such as

health benefits, financial allotments,

ting, take note of your current EPP us

sda.gov/EPPS/eplogin.aspx

www.nfc.usda.gov/EPPS/eplogin.asp

ersonal information. If you are unabl

ct HR Help for assistance.

o EPP after you separate, the system