1  NICHOLAS W. BROWN
   Attorney General of Washington
2  TERA M. HEINTZ, SBN #241414
   Deputy Solicitor General
3  Solicitor General's Office
   1125 Washington Street SE, PO Box 40100
4  Olympia, WA  98504-0100
   (360) 753-6200
5  Tera.Heintz@atg.wa.gov
   Attorneys for Plaintiff State of Washington
6

7              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
8                 **AT SAN FRANCISCO**

9  AMERICAN FEDERATION OF                 NO. 3:25-cv-01780-WHA
   GOVERNMENT EMPLOYEES, AFL-CIO,
10 et al.,                                DECLARATION OF KELLY
                                          CUNNINGHAM
11              Plaintiffs,

12      v.

13 UNITED STATES OFFICE OF
   PERSONNEL MANAGEMENT, et al.,
14
                Defendants.
15

16

17

18

19

20

21

22

23

DECLARATION OF KELLY
CUNNINGHAM
NO. 3:25-cv-01780-WHA

1    I, Kelly Cunningham, declare as follows:

2    1.  I am over the age of 18, competent to testify as to the matters herein, and make

3 this declaration based on my personal knowledge.

4    2.  I am the Director of the Fish Program within the Washington State Department

5 of Fish and Wildlife (WDFW). I have been in this position for over five years. I previously

6 served as deputy director for the Fish Program for seven years. I have Masters Degrees in

7 Environmental Studies and in Public Administration.

8    3.  WDFW is the state agency responsible for managing fish and wildlife resources

9 throughout the State, often in consultation and co-management with local Indian Tribes which

10 hold protected treaty rights to hunt and fish within the State.

11    4.  WDFW regularly interacts extensively with employees within the National

12 Oceanic and Atmospheric Administration (NOAA). I have seen reports that terminations of

13 probationary employees at NOAA in recent weeks have affected as much as 10% of NOAA's

14 workforce, and WDFW has already started experiencing the effects of those NOAA staff

15 reductions.

16    5.  Each winter, WDFW sets annual harvest regulations for all species of

17 Pacific salmon in a complex negotiation process known as the North of Falcon process, which

18 involves the State of Oregon, Treaty Tribes, and the Pacific Fisheries Management Council.

19 Because these negotiated fisheries impact fish listed under the Endangered Species Act (ESA,

20 16 U.S.C. § 1531 *et seq.*), federal review and approval of the proposed fisheries by NOAA is

21 required to obtain legal protection against ESA violation lawsuits. This NOAA review occurs on

22 a very short timeframe, and any delays by NOAA would prevent State fisheries from

23

DECLARATION OF KELLY      1     ATTORNEY GENERAL OF WASHINGTON
CUNNINGHAM              Complex Litigation Division
NO. 3:25-cv-01780-WHA         800 Fifth Avenue, Suite 2000
                       Seattle, WA  98104-3188
                       (206) 464-7744

commencing in a timely fashion. Some reports from several years ago have suggested that the annual North of Falcon regulated fisheries generate nearly 100 million dollars of direct and indirect economic impacts. Delays to state fisheries would have very significant economic impacts on both state and local economies. Any reduction in NOAA staffing could jeopardize the critical timely review needed for NOAA consultation and approval of the annual North of Falcon Fisheries.

6.      WDFW operates over 80 hatchery facilities which annually release between 140-170 million salmon smolts to local waters. These fish are released for multiple reasons, including (1) mitigation to offset adverse development impacts to habitat that have occurred across many decades; (2) to propagate and extend genetic lines of wild fish to avoid extinction; (3) to expand recreational, commercial, and tribal fishing opportunities; and (4) to supplement the number of salmon available for endangered Southern Resident Killer Whales to eat. Because the operation of hatcheries can potentially have impacts on ESA-listed fish, WDFW is required to provide hatchery genetic management plans to NOAA for environmental review and approval for ESA compliance. Absent these approvals, WDFW is susceptible to citizens lawsuits under the ESA, which lawsuits can result in hatchery closures or reductions, and significant attorney fees. Such closures prevent the hatcheries from serving the multiple purposes identified above. WDFW has multiple hatchery genetic management plans pending review by NOAA, and NOAA has already been delayed in its review and approval of many such plans. I have received information that NOAA has terminated at least one employee assigned to reviewing these management plans, and that approvals are going to be delayed even further. This increases

DECLARATION OF KELLY
CUNNINGHAM
NO. 3:25-cv-01780-WHA

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

WDFW's potential exposure and liability under the ESA and impedes the goals of the hatchery programs that serve the State and Treaty Tribes' interests.

7. WDFW manages the commercial Dungeness crab fishery off the Washington Coast. This fishery generates more than $60 million in product annually. Crab pot gear can present risks to endangered whale species, so WDFW has been working closely in partnership with NOAA's Protected Resources Division to prepare for a federal Take Reduction Team process to mitigate potential Marine Mammal Protection Act (MMPA, 16 U.S.C. § 1361 *et seq.*) impacts and maintain the viability of the fishery. Any cuts in NOAA's staff related to the Take Reduction Team process threatens to undermine the timely completion of MMPA compliance efforts, and risks reducing or closing the valuable commercial crab fishery.

8. WDFW implements regulations for fisheries that harvest Sockeye and Pink salmon originating from the Fraser River in Canada. The regulations are developed under the provisions of the international Pacific Salmon Treaty as defined in Annex IV, Chapter 4. The Pacific Salmon Treaty identifies the Fraser Panel as the entity responsible for pre-season planning, in-season regulation, and post-season assessment of Fraser River-origin Sockeye and Pink salmon fisheries within southern British Columbia and northern Puget Sound. The Fraser Panel includes representatives from Canada and the United States. NOAA Fisheries provides one of the four panel members representing the United States. The NOAA Fisheries representative has been an integral part of the efforts to maintain commercial fishing opportunities in Washington State waters for Sockeye and Pink salmon originating from the Fraser River. For example, in 2022 and 2023 the NOAA Fisheries representative had the lead responsibility for developing an argument under Annex IV, Chapter 4, paragraph 13(d)(iii) of

DECLARATION OF KELLY
CUNNINGHAM
NO. 3:25-cv-01780-WHA

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the Pacific Salmon Treaty, and writing a letter to Canada, that allowed U.S. fisheries to proceed despite opposition from Canada. Absent those letters, Washington commercial fisheries would not have harvested over 170,000 Sockeye salmon in 2022, and over 430,000 Pink salmon in 2023. NOAA has fired its employee who served as its representative on the Fraser Panel, and the loss of this expertise will adversely impact the State's interests in these fisheries, particularly as the U.S. and Canada initiate negotiations that are now beginning for the 2029 update to Chapter 4.

9.    NOAA Fisheries adopts fisheries regulations recommended by the North Pacific Fisheries Management Council (NPFMC) for the federal waters of the Gulf of Alaska and the Bering Sea. WDFW has a seat on the NPFMC, along with two other council members from Washington State. Washington State has a strong interest in sustainable fisheries management and the $2.1 billion in commercial fishing landings in Alaska, as a large portion of the fishing fleet and associated industry is based out of Washington. Delays or elimination of NOAA Fisheries ability to adopt timely regulations and manage fisheries has a significant impact on Washington's fleet and economy. For example, a 2017 study by the Port of Seattle found that fishing vessels moored at Port of Seattle facilities generated more than $455 million in gross earnings from AK fisheries, and 4900 jobs. The total statewide economic impact of commercial fisheries operations using Port of Seattle facilities was $1.4 billion, most of which originated from AK fisheries. (Port of Seattle, Port of Tacoma & the NWSA. 2019. Economic Impacts). Also, a 2013 study for the Seattle Chamber of Commerce found that the AK seafood industry generated 23,900 jobs and $1.3 billion in labor income for the Puget Sound region. (McDowell Group. 2015. Ties that Bind: The Enduring Impact of Alaska on the Puget Sound region.).

DECLARATION OF KELLY
CUNNINGHAM
NO. 3:25-cv-01780-WHA

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1       I declare under penalty of perjury under the laws of the State of California and the

2   United States of America that the foregoing is true and correct.

3       DATED and SIGNED this 6th day of March 2025 at Vancouver, Washington.

4

5

6   KELLY CUNNINGHAM
   Washington State Department of Fish and
   Wildlife, Fish Program Director

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744