1  NICHOLAS W. BROWN
   Attorney General of Washington
2  TERA M. HEINTZ, SBN #241414
   Deputy Solicitor General
3  Solicitor General's Office
   1125 Washington Street SE, PO Box 40100
4  Olympia, WA  98504-0100
   (360) 753-6200
5  Tera.Heintz@atg.wa.gov
   Attorneys for Plaintiff State of Washington
6
7              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
8                  AT SAN FRANCISCO

9  AMERICAN FEDERATION OF              NO. 3:25-cv-01780-WHA
   GOVERNMENT EMPLOYEES, AFL-CIO,
10 et al.,                            DECLARATION OF DWIGHT
                                      DIVELY, DIRECTOR, MARTIN
11                   Plaintiffs,      LUTHER KING, JR. COUNTY
                                      PERFORMANCE, STRATEGY &
12      v.                            BUDGET

13 UNITED STATES OFFICE OF
   PERSONNEL MANAGEMENT, et al.,
14
                     Defendants.
15

16

17

18

19

20

21

22

23

DECLARATION OF DWIGHT DIVELY
NO. 3:25-cv-01780-WHA

I, Dwight Dively, declare as follows:

1. I am the Chief Operating Officer and Director of Performance, Strategy and Budget ("PSB") for the Martin Luther King, Jr. County ("King County"). I have been in this position since 2010. I am also a member of Executive Dow Constantine's Senior Leadership Team. Before joining King County, I was the City of Seattle Director of Finance for 15 years. I am also an affiliate assistant professor at the University of Washington Evans School of Public Policy and Governance.

2. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make it based on personal knowledge, and on my review of relevant business records. As King County's Chief Operating Officer, I am charged with overseeing and understanding county operations and its various books of business.

3. Located in the Pacific Northwest, at 2,307 square miles, King County is the largest county in Washington State and almost twice the land area of the state of Rhode Island. With a population of approximately 2.3 million people, King County is the twelfth most populous county in the United States. King County contains over 800,000 acres of forests, more than 60 named lakes, over 3,000 miles of rivers and streams, and is bounded by Puget Sound to the west. While the eastern portion of King County is dominated by the Cascade Mountain Range, King County's 39 cities, the largest of which is the City of Seattle, are primarily located in the western lowlands. King County owns over 200 parks, 175 miles of regional trails, and 215 miles of backcountry trails. It is home to some of Washington's most successful businesses, including Microsoft, Amazon, Starbucks, Costco, and Boeing, as well as the University of Washington.

1     4.    King County government provides a full range of local and regional, urban and

2    rural services across the County's diverse geography, managing nearly 17,700 employees and

3    an overall approximately $10.2 billion dollar budget. Among other things, King County operates

4    a regional wastewater service, one of the largest bus transit systems in the county, a water-based

5    transit service, and an international airport. The county sheriff provides direct law enforcement

6    services for unincorporated King County, and twelve contract cities, as well as county-wide

7    services mandated by state law. King County supports all felony prosecution and adjudication

8    of state crimes committed within the County's boundaries through provision of the King County

9    Prosecuting Attorney's office, the Department of Public Defense, and both Superior and District

10    Court services. It runs extensive public health, social health, and mental health services and

11    supports other social service infrastructure for homeless, migrant, and refugee populations. The

12    County is also responsible for overseeing King County voting in local, state, and federal

13    elections and funding emergency management services.

14     5.    I am responsible for developing and monitoring the biennial King County budget,

15    implementing the King County Strategic Plan, identifying and tracking performance measures,

16    developing and implementing the King County Comprehensive Plan, overseeing business

17    planning, and managing many of the grants received by the County. I oversee a wide range of

18    activities, including project analysis, financial forecasting, program evaluation, demographic

19    analysis, and policy development. I also track the budgets of individual King County

20    departments and the public services they provide.

21     6.    King County works closely with various federal agencies in performing mission

22    critical work and helping the federal government meet its legal and constitutional objectives

23

DECLARATION OF DWIGHT DIVELY       2       ATTORNEY GENERAL OF WASHINGTON
NO. 3:25-cv-01780-WHA                       Complex Litigation Division
                                         800 Fifth Avenue, Suite 2000
                                         Seattle, WA  98104-3188
                                         (206) 464-7744

1    under our federalism system. The county's 2025 general fund and enterprise operating budgets

2    include more than $200 million in federal revenue. Some federal funding is received indirectly

3    through the state of Washington.

4         7.    King County's capital budget is supported by federal revenue forecasted for

5    several years into the future. The amount of federal capital funds either awarded to King County

6    for 2025 or included in the budget for 2025 based on congressionally required formula funding

7    is approximately $500 million. Capital projects require dependable funding sources over the

8    lengthy timelines required for design through full project build out and always require the

9    County to make extensive third-party contract commitments.

10        8.    An important consideration for both operating and capital expenditures funded

11   by the federal government is the timeliness of federal disbursements. King County fulfills its

12   mission critical functions both through the efforts of its employees and through the services of

13   third-party contractors. The county does not have the ability—particularly in a time of general

14   fund shortfalls and revenue challenges—to float federal debts or untimely payments that are

15   owed to the county. Timely federal reimbursement necessarily depends on the availability of

16   federal employees to accept reimbursement requests, process those requests, approve them, and

17   issue payments. Lapses in federal payment timelines increase costs for county operations and

18   can have a substantial deleterious impact on third parties that work with the county, including

19   nonprofit organizations who already struggle financially to stretch each dollar in serving the

20   public.

21        9.    The February 13, 2025, summary termination of tens of thousands of federal

22   employees from various agencies as directed by the United States Office of Personnel

23

DECLARATION OF DWIGHT DIVELY                    3              ATTORNEY GENERAL OF WASHINGTON
NO. 3:25-cv-01780-WHA                                              Complex Litigation Division
                                                                   800 Fifth Avenue, Suite 2000
                                                                    Seattle, WA  98104-3188
                                                                        (206) 464-7744

1    Management ("OPM") had immediate impacts to County operations, planning, and delivery of

2    services to the people of King County. Continued reductions in the federal workforce, including

3    draconian cuts to local EPA, HUD, and NOAA offices, have exacerbated these negative impacts.

4    County staff have been unable to reach federal employees who are responsible for managing

5    awarded grants that provide critical funding for current projects and operations. Federal

6    employees directly engaged in delivery of county services have been fired with no notice or

7    replacement. Meetings and national briefing calls staffed by federal employees to disseminate

8    information critical to service delivery, crisis response, and continuous improvement have been

9    canceled. Emails and calls go unanswered.

10        10.    The following are just some examples of impacts that OPM-directed firings have

11    had on King County operations, including future impacts from additional terminations of federal

12    employees:

13        a.    **Community and Human Services**

14            i.    King County works closely with U.S. Department of Housing and Urban

15                Development (HUD) Community Planning and Development staff (CPD

16                representatives) to administer approximately $38 million in Continuum of

17                Care (CoC) funds and approximately $9 million in Community Development

18                Block Grant (CDBG), HOME Investment Partnerships (HOME), and

19                Emergency Solutions Grant (ESG) funds. The CPD representatives are

20                responsible for initiating and signing HUD contracts to distribute these funds

21                to the County, and for processing amendments to expedite program execution.

22                Currently, the County has been notified of its $38 million in FY 2024 funding

23

DECLARATION OF DWIGHT DIVELY                    4              ATTORNEY GENERAL OF WASHINGTON
NO. 3:25-cv-01780-WHA                                              Complex Litigation Division
                                                                   800 Fifth Avenue, Suite 2000
                                                                    Seattle, WA  98104-3188
                                                                        (206) 464-7744

1  but has yet to receive award letters or contracts. The County has executed

2  contracts in place with service providers and is covering the federal revenue

3  commitment while awaiting federal contracts and reimbursement, but this

4  situation is not sustainable over the longer term.

5  ii.  If termination of HUD staffing extends the delay in federal contracting,

6  reimbursement, and release of grant funds, the County may have to cancel

7  contracts with service providers, which would result in the following:

8  • discontinuation of rent payments ($20 million of the CoC funds) and

9  likely eviction of individuals;

10  • discontinuation of support operations and services for permanent

11  supportive housing buildings, cascading to provider staff layoffs and

12  unsafe environments for residents and staff ($17 million in CoC

13  funds); and

14  • pauses in ongoing capital projects that support community center

15  health and safety improvements, senior center elevator replacement,

16  affordable housing, and housing repair ($9 million in CDBG and

17  HOME).

18  iii.  HUD staff are instrumental in supporting compliance with National

19  Environmental Policy Act (NEPA) requirements, including issuance of HUD

20  Form 7015.15, the Authority to Use Grant Funds (AUGF). Without the

21  AUGF, the County cannot release funds awarded to affordable housing

22

23

DECLARATION OF DWIGHT DIVELY                    5              ATTORNEY GENERAL OF WASHINGTON
NO. 3:25-cv-01780-WHA                                                          Complex Litigation Division
                                                                                  800 Fifth Avenue, Suite 2000
                                                                                   Seattle, WA  98104-3188
                                                                                        (206) 464-7744

development. Decreased HUD staff capacity could cost housing developers hundreds of thousands of dollars in project delays.

iv.  In 2021, King County launched Collaborative Case Management (CCM), a first-of-its-kind program blending Housing and Urban Development—Veterans Affairs Supportive Housing (HUD-VASH) rental assistance vouchers with local housing navigation and supportive services offered by the King County Veterans Program (KCVP). Earning a National Association of Counties (NACo) 2023 Achievement Award recognizing innovative county government programs, CCM depends on close collaboration with federal employees implementing the HUD-VASH program. On January 29, County staff learned that the VA had received a directive from the federal administration prohibiting communication and coordination with any non-federal organization. Subsequent updates indicated VA referrals to CCM had resumed, but case conferencing and coordination of initial triage of veterans trying to enter the program remains limited. The County's ability to serve veterans has diminished significantly with cuts to the federal workforce.

v.  King County serves tens of thousands of people through Medicaid. In 2024, the County served 50,000 individuals through the King County Integrated Care Network and received $310 million in state and federal Medicaid funds. A reduction in federal staff capacity to administer Medicaid billings and disbursements would result in a huge debt load to the County and endanger critical services for vulnerable populations.

1     **b.** **Emergency Management**

2          i.   A reduction in force at the National Oceanic and Atmospheric

3            Administration's (NOAA) National Weather Service, Cybersecurity &

4            Infrastructure Security Agency (CISA), and Federal Emergency Management

5            Administration (FEMA) will reduce capacity for interagency emergency

6            response teams to conduct outreach to communities and provide education

7            before major weather events like November 2024's "bomb cyclone"

8            windstorm, which resulted in several fatalities. This outreach and education

9            increases preparedness and resilience through, for example, disaster skills

10           training and enrollment in Alert King County, the region's mass emergency

11           alerting system.

12         ii.   A reduction in force at FEMA will reduce the County's efficiency and

13            effectiveness in collecting information on public entity infrastructure damage

14            and response expenses after major disasters like earthquakes.

15       iii.   The reduction in force at NOAA—NWS may result in the loss of the weekly

16            regional coordination calls that provide critical briefings on King County-

17            specific weather information. King County Emergency Management staff

18            might also no longer be able to rely on NWS to provide spot forecasts and

19            regular Weather Forecast Office (WFO) area-wide briefings on hazardous

20           weather. NWS likely will have limited ability to send personnel to the

21           King County Regional Emergency Operations Center (EOC) and incident

22           scenes to serve as an important liaison providing immediate access to

23

DECLARATION OF DWIGHT DIVELY         7        ATTORNEY GENERAL OF WASHINGTON
NO. 3:25-cv-01780-WHA                                Complex Litigation Division
                                                       800 Fifth Avenue, Suite 2000
                                                       Seattle, WA 98104-3188
                                                       (206) 464-7744

1    hazardous weather information that protects responder lives and safety in

2    addition to the lives and safety of King County residents and visitors.

3    **c.  Public Health**

4    i.    King County staff have not been able to reach the grant management

5         specialist responsible for approving contract amendments for the REACH

6         (Racial and Ethnic Approaches to Community Health) grant despite emailing,

7         calling, leaving voicemails, calling the specialist's supervisor, and sending

8         messages through the Grant Solutions platform. REACH is a CDC-funded

9         program that uses proven strategies to help improve health, prevent chronic

10        diseases, and reduce racial and ethnic health disparities and gaps. Due to this

11        lack of communication, the County's amendment request to add a new

12        contractor has remained unanswered. To mitigate as a short-term solution, the

13        County is having to leverage different funding to secure the contract. This

14        stop-gap measure is not sustainable as it will compromise the County's ability

15        to deliver other important public health services.

16   ii.   The Community Health Worker Unit experienced a similar cessation in

17        communication with their CDC Project Officer, receiving only an email

18        response stating, "Your message couldn't be delivered to the recipient

19        because you don't have permission to send to it." This resulted in confusion

20        and concern about potential interruptions in grant-related work.

21   iii.  A participant in the Public Health Associate Program (PHAP), which is paid

22        for by the CDC, was fired. This PHAP participant work in the County's

23

DECLARATION OF DWIGHT DIVELY              8              ATTORNEY GENERAL OF WASHINGTON
NO. 3:25-cv-01780-WHA                                         Complex Litigation Division
                                                            800 Fifth Avenue, Suite 2000
                                                             Seattle, WA  98104-3188
                                                                 (206) 464-7744

1    Sexual Health Clinic and saw Pre-Exposure Prophylaxis (PrEP) patients.

2    King County's Sexual Health Clinic provides PrEP for HIV to the greatest

3    number of people of any clinic in the state—roughly more than 1,000 patients.

4    PrEP is a highly effective strategy to prevent HIV among people at high risk

5    of contracting the disease. Cutting this position reduces capacity to deliver an

6    effective prevention strategy, and this could in turn increase the risk of HIV

7    transmission.

8    iv.   Regularly scheduled national briefing calls, such as the National Lab call and

9    Cluster Detection and Response call, continue to be cancelled, impeding

10   dissemination of information across federal, state, and local public health

11   officials and program staff.

12   **d.  Local Services**

13   i.    King County must work closely with the U.S. Army Corp of Engineers

14   (Corps) to obtain permits for any capital project work done on navigable body

15   of water designated as water of the United States, and for any work in any

16   wetlands, whether contiguous or not, to such bodies of water. A federal

17   nexus—the requirement of a Corps permit, the use of federal funds, or the use

18   of federal funds—also initiates consultation processes with NOAA's National

19   Marine Fisheries Service and the U.S. Fish and Wildlife Service (USFWS)

20   for Endangered Species Act (ESA) and Essential Fish Habitat (EFH) review.

21   King County hired two staff to expedite ESA review who report to NOAA

22

23

1      Fisheries and USFWS. Reductions in federal staffing could hinder reviews

2      and permits, and cause significant delays to County projects.

3      11.      Due to the integration between federal, state, and local governments, there are

4  numerous other areas where cuts in the federal workforce will impede King County's mission-

5  critical operations. Because the actions of the Trump administration are unprecedented, the full

6  extent of adverse consequences that result from a substantially depleted federal workforce will

7  only become apparent over time.

8      I declare under penalty of perjury under the laws of the State of California and the

9  United States of America that the foregoing is true and correct.

10      DATED and SIGNED this 7th day of March 2025, at Seattle, Washington.

11

12                                        _____

13                                        DWIGHT DIVELY

14

15

16

17

18

19

20

21

22

23