Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**DECLARATION OF MICHAEL GARL** |

Declaration of Michael Garl, No. 3:25-cv-01780-WHA

**DECLARATION OF MICHAEL GARL**

I, Michael Garl, hereby declare as follows:

1. I am a member and the Vice President of NFFE Local 34 and an Engine Captain in the United States Forest Service ("USFS"). I make this statement based on personal knowledge, information, and belief and if called as a witness could and would testify competently thereto.

2. I have worked for the USFS since 2015 and have been an Engine Captain since 2022. In my role as Engine Captain, I oversee a six-person engine crew for a wildland firefighting-specific engine in the Mount Baker-Snoqualmie National Forest ("Forest") in Washington. The Mount Baker-Snoqualmie National Forest extends more than 140 miles along the western slopes of the Cascade Mountains from the Canadian border to Mount Rainier National Park, covers more the 1.7 million acres, and is the most visited national forest in the country. My main task in the Forest, along with my crew, is to suppress wildfires. I have responsibility for my engine crew, and also work with other suppression modules and USFS staff to coordinate fire suppression efforts.

3. In February 2025, USFS terminated approximately 35 employees, which is nearly 40% of the staff working in the Forest. In total, the state of Washington lost approximately 125 USFS employees. My understanding is that these terminations were done at the direction of the Office of Personnel Management ("OPM"). These terminations will have a severely detrimental impact on USFS's ability to provide critical services to the public and to maintain its fire suppression efforts.

4. USFS has been underfunded and understaffed for years, and the Forest often worked with a skeleton crew of employees that was supplemented by seasonal workers during the busy season. Recently, several of these temporary employees were converted to permanent workforce employees to provide Mount Baker-Snoqualmie National Forest and the USFS, as a whole, with a more stable and durable workforce. In addition, many existing permanent career employees had recently accepted promotions that placed them in probationary status. As a result, the indiscriminate terminations have devastated the USFS workforce. Those terminations include recreation and trails employees,

Declaration of Michael Garl, No. 3:25-cv-01780-WHA                                                  1

administrative employees, timber sale employees, wilderness rangers, biologists, and visitor information service employees, among others. Given the already-limited staffing, many of the terminated employees were jack-of-all trades types who performed several different tasks depending on need.

5. The termination of probationary employees has had a particularly negative impact on the safety of the Forest. Many of the probationary employees who were terminated provided critical services such as regulation enforcement (Forest Protection Officers), public education, removal of hazard trees threatening trail and campground users hanging of signage, maintenance of front and backcountry recreation sites, assistance of distressed forest users, fire prevention and detection, litter removal, forest pass sales, providing users with critical weather and trails conditions, and regular bridge and facility inspections. These employees worked in the field and enabled USFS to adequately manage and maintain the vast range of the Forest and to protect the public.

6. For example, every wilderness ranger in the Forest was terminated. As a result, there are no rangers left to patrol the backcountry. These employees were the first point of contact if a member of the public were to get injured or lost on forest land. They also performed other critical public safety roles, such as enforcing fire bans.

7. The termination of probationary employees has also had a hugely negative impact on USFS's ability to fight fires. Many of the terminated probationary employees were also qualified firefighters who were able to serve in that capacity as necessary during fire season. The Forest was already operating on a skeleton crew basis; without that assistance, USFS will have a severely diminished capacity to fight forest and brush fires. In addition, many of the terminated probationary employees were the ones out in the backcountry who would respond to and locate fire hazards such as abandoned campfires, lightning strikes, and other emerging fires. Given the size of the Forest, this early notice is critical. The Forest only has four fire engines, and there are times when a budding fire

Declaration of Michael Garl, No. 3:25-cv-01780-WHA                                        2

may be several hours away from the nearest engine. Having employees who are able to notify the engine crews early and potentially begin suppression efforts can give USFS a several-hour head start in fighting fires, but that is not possible after the indiscriminate terminations.

8. The terminations have also caused communication and information breakdowns among the employees and supervisors at the Forest. Local 34 has typically had a good working relationship with Forest management, and communication was not an issue among employees or between management and the Union. However, my understanding is that OPM directives have changed the ways in which information is distributed, leading to confusion and uncertainty among the remaining employees and breakdowns in communication between employees and management. This seemingly targeted effort to disrupt communication has only further impeded the ability of employees to perform their jobs, which are critical to public safety and enjoyment of the Forest.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 6, 2025, in Seattle, Washington.

_____
Michael Garl

Declaration of Michael Garl, No. 3:25-cv-01780-WHA                                              3