Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**DECLARATION OF SARA NELSON** |

Declaration of Sara Nelson, No. 3:25-cv-01780-WHA

I, Sara Nelson, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the International President of the Association of Flight Attendants-CWA, AFL-CIO ("AFA"), a labor union organized under the Railway Labor Act, 45 U.S.C. § 151, et seq. AFA serves as the leading voice for a safe, healthy and secure aircraft cabin for passengers and crew alike. AFA represents over 55,000 flight attendants at twenty airlines, including flight attendants employed by Alaska Airlines, Hawaiian Airlines, United Airlines, and Avelo Airlines who are based in San Diego, Los Angeles, Burbank, and San Francisco. I too have been flight attendant at United Airlines since 1996.

3. AFA advocates for the rights, safety, and fair treatment of the employees our union represents, serving as their officially recognized exclusive representative. AFA's core functions include providing guidance and resources to bargaining unit employees.

4. Maintaining aviation safety is fundamental to the flight attendant profession. Aviation safety is the product of hundreds of thousands of workers – from engineers to mechanics to safety inspectors, security officers, pilots, gate agents, baggage handlers, flight attendants, air traffic controllers, and more – asking all day long "is it safe?" These workers collaborate with and rely upon numerous services provided by the federal government, including services provided by the Federal Aviation Administration ("FAA"). For example, FAA specialists are responsible for repairing air traffic control facilities and updating digital maps for pilots. Meteorologists provide critical reports that help navigate safe flights and avoid the dangers of turbulence that range in harm from air sickness and coffee burns to serious injury and even death.

5. The mass termination program challenged in the above-captioned lawsuit threatens imminent harm to AFA and our members. AFA is already observing the adverse effects of a diminished workforce on the federal aviation system. Recent terminations of FAA employees have introduced unnecessary risk and stress that distracts from the mission of safe flight for civil and military operations. If FAA specialists cannot do their jobs, flight attendants cannot do our jobs. Further, chaotic workplaces harm recruitment, training and retention of critical personnel.

Declaration of Sara Nelson, No. 3:25-cv-01780-WHA                    1

6. In response to these developments, AFA has been forced to devote substantial resources to requests and concerns from our members and provide guidance about how these developments may affect workplace safety. Some flight attendants have decided to leave the profession altogether, citing safety concerns. Others are facing pressure from their families to seek other jobs. These flight attendants and many others understandably have asked questions—by email, in person, and by phone—about the impact of these actions on the terms and conditions of their employment and on their rights. Addressing this demand has required AFA leadership to work around the clock and to hire additional personnel to help respond to these developments.

7. The mass termination program challenged by this lawsuit will delay plans to modernize and improve infrastructure. The delays and impact on staffing could force cuts in the total number of flights that can operate in certain airspace and at certain airports in order to maintain safety. This also will disrupt AFA's members schedules and reduce the amount of work available to them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of March in Washington, DC.

*/s/ Sara Nelson*

Sara Nelson