Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**SUPPLEMENTAL DECLARATION OF ERIK MOLVAR** |

SUPPLEMENTAL DECLARATION OF ERIK MOLVAR, No. 3:25-cv-01780-WHA

**SUPPLEMENTAL DECLARATION OF ERIK MOLVAR**

I, Erik Molvar, declare as follows:

1. I am the Executive Director of the Western Watersheds Project (WWP), which is a Plaintiff in this action. This declaration supplements my previous declarations (Dkt. 18-13, 39-2).

2. Since I submitted my Supplemental Declaration dated February 26, 2025, WWP has identified further harms to its conservation work that are already occurring or are highly likely to occur as a result of the mass termination of probationary employees at several federal agencies that WWP regularly interfaces with in support of our conservation work.

3. WWP relies on drought data collected and curated by the National Weather Service, which is a part of National Oceanic and Atmospheric Administration ("NOAA"), to support our work in connection with livestock grazing on federal lands. In particular, WWP has long advocated for federal agencies to reduce livestock levels in response to drought, recommending the use of the Drought Monitor, an asset maintained by NOAA. We regularly use this comprehensive public information source to inform our analysis of areas that are now affected, or are predicted to be affected by drought, and use that analysis to support our lobbying efforts with Congress and federal agencies to promote environmentally protective policies around grazing. The agency's Drought Index and related tools are essential to our work, and there is no comparable public source of nationwide drought information. We are concerned that job losses within NOAA will interrupt the availability of the Drought Monitor data and thereby impair our efforts to persuade agencies to respond effectively to drought to prevent deterioration of federal public lands.

4. Similarly, NOAA also produces a number of reports on climate change, an issue that WWP raises frequently to highlight the cumulative effects of livestock grazing, oil and gas development, and other permitted uses on federal lands. For example, climate change is at the heart of WWP's legal challenge to the 2015 West-wide sage grouse plans. WWP was a plaintiff in litigation regarding these sage grouse plans, in which the plaintiffs argued that the Bureau of Land Management ("BLM") had failed to complete an adequate cumulative impacts analysis, including the cumulative impacts of climate change on sage grouse and their habitats. WWP, together with other plaintiffs, won a preliminary injunction blocking the first Trump administration's gutting of sage

SUPPLEMENTAL DECLARATION OF ERIK MOLVAR, No. 3:25-cv-01780-WHA       1

1   grouse protections in 2019.  *See generally Western Watersheds Project et al. v. Bernhardt*, D. Idaho
2   Case No. 1:16-cv-00083-BLW (Winmill, J.).  We rely regularly on NOAA's climate information to
3   perform the analysis necessary for cases like that one.
4       5.    WWP also regularly relies on the National Marine Fisheries Service ("NMFS"),
5   another component agency of NOAA, on conservation of anadromous fishes.  NMFS oversees the
6   listing and recovery of marine species under the Endangered Species Act, including salmon runs on
7   the Columbia and Snake Rivers and coho and chinook salmon runs in Point Reyes National Seashore.
8   WWP has advocated strongly for dam removal on the Snake and Columbia in the context of the U.S.
9   Army Corps of Engineers' dam operations plan, and lobbied Rep. Mike Simpson (R-Idaho) to seek
10  removal of these dams (which he did seek to do), to promote the recovery of those salmon runs.  We
11  also advocated for removal of livestock from Point Reyes National Seashore, which is managed by
12  the National Park Service ("NPS"), in part to restore spawning habitats for ESA-listed salmon and
13  steelhead, and litigated the NPS plan for Point Reyes, which resulted in a settlement ending several
14  cattle operations in the area.  The loss of so many employees from NOAA will impair the agency's
15  ability to list and recover anadromous salmon and steelhead populations, undermining our successful
16  conservation work with these species.
17      6.    It has been widely reported that hundreds of probationary employees have been
18  terminated in recent weeks, out of a total NOAA workforce of about 13,000, as part of the mass
19  termination of probationary workers challenged in this case.  *See, e.g.*,
20  https://www.nytimes.com/2025/02/27/climate/noaa-layoffs-trump.html.  The loss of such a large
21  percentage of NOAA's workforce will inevitably impair NOAA's ability to provide the public data
22  that WWP relies on.  Further, those staffing reductions will impair our ability to work with NMFS on
23  the recovery of marine species (anadromous fishes in particular), to the detriment of WWP's mission
24  to protect and restore them.
25      7.    WWP holds a state grazing lease on Champion Creek, which is embedded within the
26  Sawtooth Valley National Recreation Area ("SNRA") near Stanley, Idaho.  The SNRA is
27  administered by the U.S. Forest Service.  WWP acquired this grazing lease as part of our mission to
28  preserve and restore land from overgrazing that had badly damaged riparian habitats.  Even over the

SUPPLEMENTAL DECLARATION OF ERIK MOLVAR, No. 3:25-cv-01780-WHA    2

1  short span of three growing seasons, our recovery efforts have substantially restored this riparian
2  habitat, providing high quality habitat for numerous species, including salmon and steelhead
3  spawning habitat. This highly effective conservation work is threatened by the termination of Forest
4  Service employees in the SNRA, which is likely to result in a lack of Forest Service oversight of
5  cattle grazing on Forest Service lands upstream.
6      8.      Our Operations Director, who is based in Hailey, Idaho, has reported to me that due to
7  terminations of the Forest Service employees who run the SNRA in recent weeks, the SNRA's
8  Stanley office has been closed to the public, and the main office staff has dwindled to a single
9  employee. The federal employee in charge of regulating development on lands where conservation
10 easements apply in the SNRA also was fired, so today there is no compliance check on the terms and
11 conditions of conservation easements in SNRA. We are concerned that the mass termination of
12 probationary Forest Service staff will result in poorer oversight of livestock grazing on Forest Service
13 lands, impairing salmon and steelhead spawning habitats in Champion Creek that we are actively
14 leasing lands to protect, and undermining WWP's painstaking work of the past three decades. When
15 cattle graze excessively in riparian (streamside) habitats, where they tend to congregate under lax
16 management, they denude streamside vegetation and cause erosion and siltation from the
17 streambanks, which smothers salmon and steelhead spawning gravels, depriving the eggs of the
18 oxygen they require to hatch.
19     9.      Our conservation work in Canyons of the Ancients National Monument ("Canyons"),
20 operated by the BLM near Dolores, Colorado, is highly likely to suffer as a result of the summary
21 termination of the rangeland management specialist working at Canyons and in the BLM Tres Rios
22 field office. The rangeland management specialist's job is to review, renew, and update grazing
23 permits on BLM lands in the area. The job, when properly performed, includes incorporating the
24 most up-to-date science of rangeland ecology and restoration practices to facilitate ecologically sound
25 stewardship of rangeland resources. This position in Tres Rios was exceptionally difficult to fill and
26 had gone vacant for more than a year after the retirement of the previous rangeland management
27 specialist connected to that office. Because of that long vacancy, there is a substantial backlog of
28 permit renewals and land health evaluations to be processed. The position was finally filled in

SUPPLEMENTAL DECLARATION OF ERIK MOLVAR, No. 3:25-cv-01780-WHA         3

1   December 2024, with a highly qualified individual. But that employee was just fired on February 18,
2   2025, solely because he was in his probationary period. As a result of this extended vacancy,
3   livestock grazing leases stand to be renewed without the customary environmental review and under
4   their original terms and conditions, per Section 402(c)(2) of the Federal Lands Planning and
5   Management Act, rather than receiving an environmental analysis with the possibility of adjustments
6   to the timing and numbers of livestock that are permitted. This will extend harmful impacts of
7   problematic livestock grazing in Canyons, rather than correcting ecologically damaging problems
8   caused by inappropriate grazing.

9       10.    The wildlife biologist at the Los Padres National Forest, which is administered by the
10  U.S. Forest Service, was fired as part of the mass termination of probationary employees. The loss of
11  an employee in this position will result in reduced ability to manage several imperiled species,
12  including the California condor, spotted owl, arroyo toad, and California red-legged frog. The
13  reduced ability of the Forest Service to manage those rare species and their habitats will directly
14  impair WWP's conservation efforts in Los Padres. WWP specifically advocates on behalf of the red-
15  legged frog and spotted owl, and participates in the environmental review process, commenting on
16  National Environmental Policy Act (NEPA) documents on the Los Padres National Forest and filing
17  occasional appeals. For example, WWP joined several other environmental groups in an appeal of
18  the Happy Canyon grazing allotment, which resulted in an improved decision benefitting the
19  California red-legged frog. On Monday, March 3, an official at the Los Padres National Forest
20  informed me that the agency would be unable to undertake environmental assessments and process
21  NEPA reviews in the absence of a wildlife biologist on staff.

22      11.    In one pointed example of the effect of the summary terminations on WWP's work,
23  WWP's Arizona-New Mexico Director was scheduled to participate in a BLM-sponsored field trip on
24  February 19-21 together with BLM staff and other stakeholders to view Assessment, Inventory and
25  Monitoring ("AIM") plots and begin the Land Health Evaluation process. AIM is a comprehensive
26  system of standards for assessing natural resource conditions and trends on public lands managed by
27  the BLM. The BLM employee who was supposed to lead this trip was fired on February 14. As a
28  result, the trip participants were only able to visit less than half of the grazing allotments/AIM sites

SUPPLEMENTAL DECLARATION OF ERIK MOLVAR, No. 3:25-cv-01780-WHA        4

originally planned. This means that WWP was unable to obtain the information it needs to conduct its ongoing conservation work in the area.

12. WWP also relies heavily on scientific research performed by other federal agencies in its work. The quality and availability of that research is threatened by the mass termination of probationary employees.

13. For example, a scientist from the U.S. Geological Survey has been working in Oregon on a study to document the role of fire on rangeland health and cheatgrass invasion in the context of drought. This scientist was at the beginning of what could have been a very productive career, but was fired in February 2025 because he was probationary. His study has now been abandoned. I recently authored a comprehensive synopsis of the scientific literature regarding cheatgrass invasion and its impact on ecosystems on behalf of WWP, based on scientific findings produced by USGS and other institutions. I can no longer rely on what would have been his valuable work on cheatgrass to advocate for improvements in federal land management.

14. Similarly, WWP regularly uses research funded by the National Science Foundation to advocate for protection and restoration of wildlife and public lands. This includes: NSF-funded Mexican wolf genetics research, which WWP has repeatedly cited in our efforts to advance Mexican wolf recovery; NSF-funded research on the evolution of horses in North America, which WWP has used in our advocacy for ecologically sustainable management of wild horse populations; and NSF-funded research into the effectiveness of native carnivores in reducing Chronic Wasting Disease in deer and elk populations, which WWP has cited repeatedly in our advocacy in favor of restoration of native carnivores like wolves and mountain lions, to name a few. WWP relies heavily on science to advocate for protection and restoration of wildlife and native ecosystems, and each study is unique and irreplaceable. WWP cites scientific studies in our Endangered Species listing petitions (based entirely on science), in our comments on environmental reviews for federal land-use plans, industrial projects, and grazing permit assessments, in public advocacy presentations, and myriad other efforts. The termination of many program officers at NSF is likely to lead to the interruption or cancellation of scientific studies such as these, and will deprive WWP of the scientific knowledge needed to advocate for improved conservation efforts by federal and state agencies. While NSF announced on

March 3 that it is rehiring probationary employees in response to this Court's February 28, 2025 order, we remain concerned that their jobs, and the scientific work they support, are in peril, and that is likely to impair our own work.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of March 2025 in San Rafael, California.

*[signature]*

Erik Molvar