```
Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com
```

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>  Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**SUPPLEMENTAL DECLARATION OF DON NEUBACHER** |

SUPPLEMENTAL DECLARATION OF DON NEUBACHER, No. 3:25-cv-01780-WHA

**SUPPLEMENTAL DECLARATION OF DON NEUBACHER**

I, Don Neubacher, declare as follows:

1.  I am a Board Member of the Coalition to Protect America's National Parks, which is a Plaintiff in this action. This declaration supplements my previous declarations submitted in this case (Dkt. 18-15, 39-3).

2.  My previous declarations have focused on the likely impairment to our members' use and enjoyment of the National Parks as a result of the termination of probationary employees that is challenged in this case. This declaration expands the discussion of likely impairments to our members' use and enjoyment of other public lands, including lands operated by the Bureau of Land Management ("BLM") and Forest Service ("USFS"), wildlife refuges operated by Fish & Wildlife Service ("FWS"), and marine sanctuaries administered by the National Oceanic & Atmospheric Administration ("NOAA"). The Coalition's members, including myself, are avid users of these other public assets as well as the National Parks, both for recreation and conservation activities.

3.  For example, NOAA's Office of National Marine Sanctuaries is a small agency but it manages enormous swathes of ocean around the United States, from Hawaii and the Greater Farallones to the Florida Keys, as well as in the Great Lakes region. These marine sanctuaries have already been hit especially hard by the termination of probationary employees challenged in this case. For example, one of our members has reported that probationary employee terminations have drastically impacted the Olympic Coast National Marine Sanctuary ("NMS"), the Monterey Bay NMS, and the Thunder Bay NMS, among others. The loss of specialist federal employees charged with managing these sanctuaries is likely to impair the ability to preserve these pristine areas, leading to the degradation of marine ecosystems and harm to the rare species that can be viewed in those habitats, and is also likely to reduce public access to these areas. The results of these reductions in staffing are therefore likely to impair our members' recreational activities in the marine sanctuaries.

4.  We also expect staffing reductions as a result of the probationary terminations to have substantial impacts on the operation of public lands managed by the BLM and USFS and wildlife refuges managed by FWS. On February 28, 2025, the Coalition joined hundreds of other organizations in writing to all Senators and members of Congress to protest the mass termination of

SUPPLEMENTAL DECLARATION OF DON NEUBACHER, No. 3:25-cv-01780-WHA    1

1  all probationary employees, and particularly those employed by the National Park Service, Bureau of
2  Land Management, Fish & Wildlife Service, and Forest Service. A true and correct copy of this letter
3  is attached hereto as Exh. 1. As we and the other organizations explained in this letter, approximately
4  5,700 employees had been terminated from those agencies by February 28, "without regard to the
5  agencies' ability to carry out their mandates as required by law or the impacts on the management of
6  our public lands." The loss of those employees threatens the enjoyment of public lands by our
7  members. For example, I am a regular visitor to the Sacramento National Wildlife Refuge and other
8  national wildlife refuges in the Central Valley, to view snow geese and other bird species. It is likely
9  that reductions in staffing will impair access to those areas and enable degradation of the habitat that
10 sustains those bird species.

11  5. On March 4, 2025, the Coalition wrote to the Acting Director of the National Park
12 Service, together with the Association of National Park Rangers, to request that NPS reinstate its
13 terminated probationary employees in response to this Court's February 28, 2025 order. A true and
14 correct copy of this letter is attached hereto as Exh. 2.

15  6. In addition to the Coalition and its members' strong interest in recreational activities in
16 the National Parks and on other public lands, the Coalition also has a robust program of
17 environmental advocacy. We frequently file comments on Environmental Impact Statements
18 throughout the country, both in connection with planned activities in the National Parks and in
19 connection with planned activities on other public lands that will affect the parks. We also comment
20 on Federal Aviation Administration plans that are likely to impact the parks. The likely degradation
21 of the parks and other public lands is also likely to affect this aspect of our work.

22  I declare under penalty of perjury under the laws of the United States that the foregoing is true
23 and correct. Executed this 6th day of March 2025 in Point Reyes Station, California.

_____
Don Neubacher

SUPPLEMENTAL DECLARATION OF DON NEUBACHER, No. 3:25-cv-01780-WHA        2

# Exhibit 1

February 28, 2025

United States Senators and Representatives,

On behalf of our members, supporters, and volunteer stewards, we write with significant concerns regarding the recent mass firing of federal employees still within their probationary periods, particularly those individuals who had been employed by the Bureau of Land Management (BLM), U.S. Fish and Wildlife Service (FWS), USDA Forest Service (USFS) and the National Park Service (NPS). These firings are unprecedented (approximately 5,700 employees as of now) and made without regard to the agencies' ability to carry out their mandates as required by law or the impacts on the management of our public lands. This loss of staff will have devastating effects on the protection and management of these lands and cause economic hardship to the communities that surround them. We urge Congress to immediately reverse these terminations and halt any further workforce reductions to our public land management agencies.

Our nation's public lands are treasures to be stewarded by our land management agencies according to the missions for which Congress created them and the mandates dictated to them by law. It is these agencies whose employees are responsible for protecting these national treasures. These employees are educators, engineers, recreation specialists, permit processors, maintenance staff, campground hosts, front-facing park and forest rangers, wildlife biologists, backcountry safety patrollers, wildland firefighters, trail construction leaders, and all other kinds of professionals driven to serve their country with their expertise. With a steady decrease in staffing over the last decade, they are often overworked, underappreciated, and underpaid. Without them, however, the natural and cultural resources that belong to all Americans cannot be stewarded. They are vital to the $1.2 trillion outdoor recreation economy, which is an engine of economic development for American communities throughout our nation.

These indiscriminate workforce reductions were made on the basis of abstract targets to reduce the federal workforce. The type or importance of the positions and reliance of Americans on their work were not considered. Critical positions such as maintenance, public health, human resources, and education positions have been terminated throughout the country.

Neither was the human factor of these citizens considered. Some who have trained for years to develop the expertise to serve their country, or were recently promoted in recognition of their service, were let go. Others who uprooted lives, moved across the country, and have exhausted their savings simply because they were called to serve the public were let go. Even high-level position holders, with long histories at one agency who

simply transferred to another agency or earned a promotion, were also let go as they were technically still on probation. These neighbors, colleagues, and community members pay taxes, buy groceries and are vital contributors to their local economies, where the loss of their jobs will cause real hardship.

We urge Congress to immediately reverse these terminations and halt any further workforce reductions.

Sincerely,

350.org
365 Degree Total Marketing
Ala Kahakai Trail Association
Alamosa Riverkeeper
Alaska Clean Water Advocacy
Alaska Community Action on Toxics
Alaska Institute for Justice
Alaska Soles, Great Old Broads for Wilderness
Alaska Trails
Alaska Wilderness League
Alianza Coachella Valley
All About Adventure
Allegheny-Blue Ridge Alliance
Alliance for a Better Utah
Alta Peak Chapter, California Native Plant Society
Amache Preservation Society
American Baptist Churches, USA
American Bird Conservancy
American Discovery Trail Society
American Hiking Society
American Whitewater
Amigos De Los Rios
Anacostia Riverkeeper
Animal Welfare Institute
Appalachian Mountain Club
Appalachian Voices
Archaeology Southwest
Arizona Faith Network
Arizona Trail Association
Asian Pacific Islander Forward Movement
Association of National Park Rangers
Atomic Heritage Foundation
Auburn-Opelika Tourism
Back Country Horsemen of New Mexico
Backcountry Horsemen of Oregon Sourdough Chapter
Bacon Street Youth and Family Services
Bark
Bark for Mt Hood
Bear Creek Consulting
Bicycle Adventures, Inc.
Bicycle Trails Council of the East Bay
Bird Alliance of Oregon
Black Hills Clean Water Alliance
Black Warrior Riverkeeper
Bolsa Chica Land Trust
Boston Harbor Now
Bowling Green Area Convention & Visitors Bureau
Bozeman Birders
Braided Seeds
Build Lebanon Trails
Buka Environmental
CactusToCloud Institute
California Environmental Voters
California Institute for Biodiversity

California Mountain Biking Coalition
California Native Plant Society
California Native Plant Society Mojave Desert Chapter
California Native Seed Supply Collaborative
Californians for Western Wilderness
CalWild
Cane River National Heritage Area
Carriages of Acadia, Inc.
Cascade Backcountry Alliance
Cascade Forest Conservancy
Cascade Volunteers
Center for a Sustainable Coast
Center for Community Action and Environmental Justice
Center for Large Landscape Conservation
Center for Sustainable Communities
Central Cascades Winter Recreation Council
Central Sierra Environmental Resource Center
Central/Eastern Oregon Chapter of the Great Old Broads for Wilderness
Chattahoochee National Park Conservancy
Chattooga Conservancy
Chautauqua-Conewango Consortium, A Waterkeeper Alliance Affiliate
Cherokee Concerned Citizens
Cherokee Forest Voices
Chispa Arizona
Christians For The Mountains
Citizens for a Safe & Clean Lake Superior
City of Issaquah
Clackamas River Basin Council
Clarksburg Visitors Bureau
Climate and Wildfire Institute

Climate Law & Strategy
Coalition for Sonoran Desert Protection
Coalition to Protect America's National Parks
Coastal Carolina Riverwatch
Cog Wild Bicycle Tours
Collier County Waterkeeper
Colorado Mountain Bike Association
Colorado Mountain Club
Colorado Native Plant Society, Conservation Committee
Colorado Wild Public Lands
Colorado Wildlands Project
Colt Park Foundation, Inc.
Community Land Shepherds
Concord Freedom
Concord Trails Committee
Connecting Nature
Conservancy for Cuyahoga Valley National Park
Conservation Colorado
Conservation Lands Foundation
Conservation Minnesota
Conservation Northwest
Conservation Voters New Mexico
Conserve Southwest Utah
Continental Divide Trail Coalition
Cook Inletkeeper
Coosa River Basin Initiative
Creation Justice Ministries
Cross New Hampshire Adventure Trail
Cycle Yamhill County
Cyclotour Guide Books
Deer Tail Scientific
Defenders of Wildlife
Delaware River Greenway Partnership
Dickinson County Trails Board
Dolores River Boating Advocates

Duncan Development
Earth Ethics, Inc.
Earthjustice
ecoAmerica
EcoFlight
Edisto Chamber of Commerce
Edmonson County Tourist and Convention Commission
Enchanted Circle Trails Association
Endangered Habitats League
Endangered Species Coalition
Environmental Law & Policy Center
Environmental Protection Information Center
Environmental Services International LLC
Evergreen Escapes
Evergreen Mountain Bike Alliance
Explore Brookhaven
Explore Estill
Farm 51
Firefighters United for Safety, Ethics, and Ecology
FireGeneration Collaborative
Flagstaff Arts and Leadership Academy's Environmental Coalition
Forest Bridges: The O&C Forest Habitat Project
Forest Keeper
Forest Stewards Guild
Forest Unlimited
ForeverGreen Trails
Four Way Community Foundation
Franklin D. Roosevelt Hyde Park Foundation
Friends of the Eel River
Friends of Acadia
Friends of Blackwater, Inc.
Friends of Carl Sandburg at Connemara
Friends of Congaree Swamp
Friends of Dyke Marsh
Friends of Fairsted
Friends of Fish Lake
Friends of Fish Lake and HistoriCorps
Friends of Hawai'i Volcanoes National Park
Friends of Ironwood Forest
Friends of Katahdin Woods and Waters
Friends of Kenilworth Aquatic Gardens
Friends of Minidoka
Friends of Minute Man National Park
Friends of Plumas Wilderness
Friends of Pu'uhonua o Honaunau National Historical Park
Friends of Rio Grande del Norte
Friends of Saguaro National Park
Friends of San Pablo Bay National Wildlife Refuge
Friends of Save our Heritage
Friends of Scotchman Peaks Wilderness
Friends of the 500th
Friends of the Boston Harbor Islands
Friends of the Clearwater
Friends of the Dunes
Friends of the Earth
Friends of the Inyo
Friends of the Kalmiopsis
Friends of the North Pikes Creek Wetlands
Friends of the Sonoran Desert
Friends of the Springfield Armory National Historic Site
Friends of the West Shore
Friends of Vicksburg National Military Park and Campaign
Friends of Wisconsin State Parks

Friends of Women's Rights National Historical Park
Gallatin Wildlife Association
Gila Chapter Back Country Horsemen of America
Glacier-Two Medicine Alliance
Glen Canyon Institute
Golden Bricks Events
Grand Canyon Trust
Grand Staircase Escalante Partners
Grant Monument Association
Great Basin Resource Watch
Great Old Broads for Wilderness
Great Salt Lake Waterkeeper
Greater Gadsden Area Tourism
Greater Yellowstone Coalition
Green America
Greenbrier River Watershed Assoc. Inc.
Groton Ayer Buzz
Ground Squirrel Research
Ground Work Trails
Gunpowder Riverkeeper
Hamilton Partnership for Paterson
Hampshire County Convention & Visitors Bureau
Headwaters Trails Alliance
Heather Nold
Henderson Tourist Commission
High Country Conservation Advocates
Hills For Everyone
Historic Pullman Foundation
Historicorp
Hot Springs Advertising & Promotion Commission
Humboldt Waterkeeper
Idaho Conservation League
Idaho Trails Association
Idyllwild Forest Health Project
Inland Ocean Coalition
Intentional Hiking
International Fund for Animal Welfare
Issaquah Alps Trails Club
Issaquah Ice Cream Trike
Jackson County Tourism Development Authority
Japanese American Citizens League
Kalmiopsis Audubon Society
Kayak Academy
Kentucky Heartwood
Kentucky Tourism Services Inc
Kettle Range Conservation Group
King County Play Equity Coalition
Klamath-Siskiyou Wildlands Center
KLM and Associates
Large Carnivore Fund
Lassen Forest Preservation Group
Latino Outdoors
Laura Beth Strickland
League of Conservation Voters
Lewis County CVB?Stonewallcountry
Liberty Tourism & Convention Commission
Lofts on Central
Los Angeles Neighborhood Land Trust
Los Padres ForestWatch
Lowelifes Respectable Citizens' Club
Machine-Free Trails Association
Maine Audubon
Malach Consulting
Marin County Bicycle Coalition
Megafire Action
Methow Valley Citizens Council
Mi Familia Vota
Mid-Atlantic Off-Road Enthusiasts (MORE)
Milwaukee Riverkeeper

Mining Impact Coalition of Wisconsin
Mississippi Park Connection
Mississippi Tourism Association
Missouri River Bird Observatory
Montana Conservation Voters
Morehead-Rowan County Tourism
Morongo Basin Conservation Association
Mother Lode Chapter - Sierra Club
Mount Diablo Bird Alliance
Mount Rushmore Society
Mount Shasta Bioregional Ecology Center
Mountains to Sound Greenway National Heritage Area
MountainTrue
MT Organizing Project
National Association of Forest Service Retirees
National Park Friends Alliance
National Park Hospitality Association
National Park Partners of Chickamauga, Chattanooga, and Moccasin Bend
National Parks Conservation Association
National Parks of Lake Superior Foundation
National Religious Coalition on Creation Care
National Wildlife Federation
National Wildlife Refuge Association
Native Organizers Alliance
Natural Resources Defense Council
Nature for All
Nature Forward
New Belgium Brewing Company
New Insights
New Jersey Sea Grant Consortium
New Mexico Climate Justice
New Mexico Sportsmen
New Mexico Wild
New York - New Jersey Trail Conference
North Cascade Films
North Fork Preservation Association
North Sound Waterkeeper/RE Sources
North West WI Equestrian Friends Network
Northeast Ohio Black Health Coalition
Northeast Tennessee Tourism
Northern Alaska Environmental Center
Northwest Colorado Great Old Broads
Northwest portal
Northwest WI Equestrian Friends
NY/NJ Baykeeper
Oakridge Trails Alliance
Ocean Conservation Research
Ohio Environmental Council
Old North Illuminated
Oldham County KY Tourism
Olympic Hiking Co.
Olympic Park Advocates
Oregon Equestrian Trails
Oregon Natural Desert Association
Oregon Outdoor Recreation Advisory Council
Oregon Parks Forever
Oregon Trails Coalition
Oregon Wild
Outdoor Equity Coalition
Outward Bound Adventures
Overmountain Victory Trail Association
Ozark Riverways Foundation
Ozark Trail Association
Pacific Crest Trail Association
Park City Tourist & Convention Commission
Park County Environmental Council
Park Overlook Farm
Partnership for the National Trails System

Patagonia Area Resource Alliance
Peace in the Wild
Pelecanus
Pennsylvania Recreation and Park Society
Physicians for Social Responsibility PA
Pilchuck Audubon Society
Pinchot Institute for Conservation
Powell County Tourism Commission
Prairie Rivers Network
Preserve Calavera
Prestonsburg Tourism
Dr. Linda J. Bilmes, Professor, Harvard Kennedy School
Project Eleven Hundred
Protect the Kobuk
Public Lands Alliance
Public Lands Foundation
Putnam County Tourism
Quiet Use Coalition
Rachel Carson Council
Rainier BaseCamp
Raritan Riverkeeper
Red Line Parkway Initiative
Redbud Audubon Society
Regeneración
Releaf
Resinate with Ames, LLC
Resource Renewal Institute
Restore Oregon
Rio Grande Indivisible, NM
Rising Routes Alliance
Riverkeeper
Rock Creek Conservancy Inc.
Rocky Mountain Conservancy
Rocky Mountain Wild
Rogue Riverkeeper
Roosevelt Campobello International Park
Rosedale Neighborhood Association
Rural Voices for Conservation Coalition
Russian Riverkeeper
Sage Trail Alliance
Sakura Foundation
Salamander Volunteer Trail Crew
Salem Area Trail Allliance
San Joaquin River Parkway & Conservation Trust, Inc.
San Jose Conservation Corps
San Juan Citizens Alliance
San Juan Kayak Expeditions - The Adventure Hub
San Luis Valley Ecosystem Council
San Luis Valley Great Outdoors
San Pedro 100
Sand Creek Massacre Foundation
Sandy Hook Foundation
Satilla Riverkeeper
Save Our Earth
Save Our Heritage
Save the Dunes
Save the Yellowstone Grizzly
SAWS
Securing Economic and Energy Democracy
Seneca Lake Guardian
Sequoia Parks Conservancy
Shār Snacks
Sheep Mountain Alliance
Sierra Business Council
Sierra Club
Sierra Club Wyoming Chapter
Sierra Foothills Audubon Society
Sierra Forest Legacy
Sierra Nevada Alliance
Silver Valley Community Resource Center
Silvix Resources
Siskiyou Crest Coalition

| | |
|---|---|
| SItka Trail Works | The Street Trust - Oregon |
| Sky Island Alliance | The Student Conservation Association |
| Snake River Waterkeeper | The Vermont Mountain Bike Association |
| Snowlands Network | The Wilderness Need Association |
| Sonoma Land Trust | The Wilderness Society |
| South Coast Tours LLC | The Wilderness Society |
| South San Juan Broadband | Third Act |
| South Yuba River Citizens League | Three Rivers Waterkeeper |
| Southeast Alaska Conservation Council | Town of Breckenridge Open Space & Trails |
| Southeast Tourism Society | Trail Access Project |
| Southern Environmental Law Center | Trail Riders of Today |
| Southern Off-Road Bicycle Association | Travel Unity |
| Southern Utah Wilderness Alliance | TREAD |
| Southwest Montana Mountain Bike Association | Trinity Coalition |
| | TROT |
| Southwest Native Cultures | True Wind Collaborative |
| Southwest Wetlands Interpretive Association | Trust for Public Land |
| | Try This WV |
| Spokane Parks Foundation | Tucson Organic Gardeners |
| Standing Trees | Tuleyome |
| Steven Fullerton | Turtle Island Restoration Network |
| Susitna River Coalition | Ulysses S. Grant Association |
| Sustainable Tucson | Unite the Parks |
| Sustainable Water Network | United States Tour Operators Association |
| SWMMBA | University of Washington, School of Environmental and Forest Sciences |
| TeamTLC | |
| The Adventure Hub | Upper Gila Watershed Alliance |
| The Arizona Deserts National Parks Partnership | Upper Housatonic Valley NHA |
| | Utah Physicians for a Healthy Environment |
| The Clinch Coalition | |
| The Colorado Mountain Club | Vail Valley Mountain Trails Alliance |
| The Environmental Law Society of Vermont Law & Graduate School | Vermont Huts Association |
| | Very Concerned Citizen |
| The Fund for People in Parks | Vet Voice Foundation |
| The League to Save Lake Tahoe | Virginia Wilderness Committee |
| The Mountaineers | Visit Issaquah |
| The Outer Banks Visitors Bureau | Visit St. Francisville |
| The Service Board | VisitLEX |

Voyageurs Conservancy
Wasatch Backcountry Alliance
Washington Wild
Waterkeeper Alliance
Waterkeepers Chesapeake
WE ACT for Environmental Justice
West
West Virginia Environmental Council
West Virginia Highlands Conservancy
West Virginia Rivers Coalition
Western Colorado Alliance
Western Environmental Law Center
Western Resource Advocates
Western Slope Conservation Center
Western Watersheds Project
Wild Cumberland
Wild Livelihoods Business Coalition
Wild Montana
Wild Rivers Conservancy
Wilderness Workshop
Wildlands Network
Wildlife Conservation Society, Arctic Beringia Program
Willamette Riverkeeper
Willamette Valley Chapter Native Plant Society of Oregon
Winter Wildlands Alliance
Wolf Creek Community Alliance
Women's institute for Leadership and Learning
WV Headwaters Waterkeeper
Wyoming Outdoor Council
Wyoming Wilderness Association
Wyoming Wildlife Advocates
Youth Outdoor Experience - Ironwood Tree Experience
Youth United for Climate Crisis Action
Zero Hour

# Exhibit 2

 

March 3, 2025

The Honorable Jessica Bowron
Acting Director
National Park Service

SENT VIA EMAIL

Dear Acting NPS Director Bowron,

As the CEOs of our respective non-profit organizations, the Coalition to Protect America's National Parks and the Association of National Park Rangers, we have been closely following the recent decision to terminate probationary employees from the NPS.

Our organizations currently have over 4,000 members, including current NPS employees, retirees and volunteers. They have expressed deep concern for these employees and for the impacts to park programs and visitors that would result from these terminations.

We are aware that the terminations of probationary employees was found to be illegal, both by the Office of Special Counsel/Merit Systems Protection Board and by U.S. District Judge William Alsup.

However, these decisions did not include a requirement to reinstate those fired and the decision to do that is apparently left up to the agencies.

We appeal to you, in the strongest terms, to initiate actions to reinstate all of those employees who were the victims of the illegal firing. Not only would this be the fair thing to do for the employees themselves, but it would eliminate the impacts to park visitors and NPS programs that would result from these firings. It would also help restore public confidence in the NPS's responsibilities to properly manage and care for the national park system.

Please do the right thing for the terminated employees and for the National Park Service.

Respectfully,

Phil Francis
Chair, Executive Council
Coalition to Protect America's National Parks

Rick Mossman
President
Association of National Park Rangers

Cc : Deputy Director Lena McDowell, National Park Service.