Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **NOTICE OF ERRATA AND CORRECTED DECLARATION OF LEANDRA BAILEY** |

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit this notice of errata, correcting the formatting of exhibits to the Declaration of Leandra Bailey (filed March 7, 2025 as Dkt. 70-1). The reformatted Declaration including exhibits is attached hereto as Exhibit A.

DATED:  March 7, 2025

        Respectfully submitted,

        Scott A. Kronland
        Stacey M. Leyton
        Eileen B. Goldsmith
        Danielle E. Leonard
        Robin S. Tholin
        James Baltzer
        ALTSHULER BERZON LLP
        177 Post St., Suite 300
        San Francisco, CA 94108
        Tel: (415) 421-7151

By: */s/ Danielle E. Leonard*
    Danielle E. Leonard

*Attorneys for Plaintiff Organizations*

        Norman L. Eisen (*pro hac vice*)
        Pooja Chadhuri (SBN 314847)
        STATE DEMOCRACY DEFENDERS FUND
        600 Pennsylvania Avenue SE #15180
        Washington, DC 20003
        Tel: (202) 594-9958
        Norman@statedemocracydefenders.org
        Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

        Rushab Sanghvi (SBN 302809)
        AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
        80 F Street, NW
        Washington, DC 20001

|   |   |
|---|---|
| 1 | Tel: (202) 639-6426 |
| 2 | Sanghr@afge.org |
| 3 | By: */s/ Rushab Sanghvi* |
| 4 | *Attorneys for Plaintiff American Federation of Government Employees (AFGE)* |

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
Tpaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro hac vice forthcoming*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*

# Exhibit A

Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **DECLARATION OF LEANDRA BAILEY** |

I, Leandra Bailey, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I served as a Physical Science Information Specialist at the U.S. Department of Agriculture ("USDA") Forest Service from March 24, 2024 until February 13, 2025, when I was terminated. I was a probationary employee, and my probationary period was to end on March 25, 2025.

3. Throughout my service for the federal government, I received positive performance reviews and positive feedback from my supervisors, with no negative remarks on my record. In recognition of my performance, my supervisor had submitted the necessary paperwork for my promotion to the next GS level. A true and correct copy of my most recent performance review, dated September 30, 2024 is attached as Exhibit A.

4. On February 13, 2025, I received a memorandum from Deedra Fogel, the Director of Human Resource Management at the USDA Forest Service, informing me that I was being removed from my position. A true and correct copy of the memorandum I received is attached as Exhibit B.

5. Following my termination, my Department Head provided me with a physical copy of a Forest Service briefing paper titled *Probationary and Trial Period Offboarding Procedures*. The memorandum stated that, "All federal agencies, including the Department of Agriculture, were notified on February 12, 2025, **by the Office of Personnel Management (OPM) to terminate all employees** who have not completed their probationary or trial period." A true and correct copy of the briefing paper I received is attached as Exhibit C.

6. I am aware that another team member received the exact same termination memorandum.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7 day of March in Albuquerque, New Mexico.

_____
Leandra Bailey

Declaration of Leandra Bailey, No. 3:25-cv-01780-WHA                                                                    1

# EXHIBIT A

UNITED STATES DEPARTMENT OF AGRICULTURE
# PERFORMANCE PLAN AND APPRAISAL
# FOR NON-SUPERVISORS

## 1. EMPLOYEE INFORMATION

| Name (Last, First, MI) | Pay Plan | Series | Grade | Agency | Appraisal Period From | To |
|---|---|---|---|---|---|---|
| BAILEY, LEANDRA K | GS | 1301 | 09 | FOREST SERVICE | 03/24/2024 | 09/30/2024 |

| Position Title | Division |
|---|---|
| PHYS SCI INF SPECLST | SOUTHWESTERN REGION, REGION 3 |

## 2. USA AND AGENCY OR STAFF OFFICE STRATEGIC GOALS AND MANAGEMENT INITIATIVES
(List all current USDA, Agency, and/or Staff Office Strategic Goals or Management Initiatives that the elements and standards in this plan support.)

Department Goals added: 09/29/2023
Department Goals updated: 09/30/2024

USDA Strategic Goals FY 2022 - 2026
- USDA Strategic Goal 1: Combat Climate Change to Support America's Working Lands, Natural Resources, and Communities
- USDA Strategic Goal 2: Ensure America's Agricultural System is Equitable, Resilient, and Prosperous
- USDA Strategic Goal 3: Foster an Equitable and Competitive Marketplace for All Agricultural Producers
- USDA Strategic Goal 4: Make Safe, Nutritious Food Available to All Americans
- USDA Strategic Goal 5: Expand Opportunities for Economic Development and Improve Quality of Life in Rural and Tribal Communities
- USDA Strategic Goal 6: Attract, Inspire, and Retain an Engaged and Motivated Workforce that's Proud to Represent USDA

Visit the following link by copying and pasting into your browser to see the full USDA Strategic Plan: USDA.gov/our-agency/about-usda/performance

## 3. ELEMENT NO. 1: MISSION RESULTS-ORIENTED
(Describe below the element title and duty or responsibility for which the employee is accountable and responsible. In addition, this element must be link to USDA, Agency, and/or Staff Office Goals or Management Initiatives. See "Alignment" sections below.)

[X] Critical

Demonstrates a commitment and personal responsibility to strive for excellence in the accomplishment of work assignments that are aligned with and ultimately contribute to the achievement of the agency's mission and goals.

## 4. ALIGNMENT, STANDARDS AND MEASURES

**ALIGNMENT** (In the "Goal/Initiative" section below, list the specific Goals and/or Initiatives that this Mission Results-Oriented Element supports.)

**STANDARDS AND MEASURES** (Describe the expectations at the "Fully Successful" level. Include appropriate measures of quality, quantity, cost-effectiveness, timeliness and/or manner of performance.)

**Goal/Initiative:**

FS Goals
Agency Goal added: 09/29/2023
Agency Goal updated: 10/12/2023

FOREST SERVICE STRATEGIC GOALS
1. Sustain our Nation's Forests and Grasslands working Environment
2. Deliver Benefits to the Public
3. Apply Knowledge Globally
4. Excel as a High-Performing Agency

FOREST SERVICE NATIONAL PRIORITIES
1. Providing Economic Relief
2. Tackling Climate Change
3. Advancing Racial Equity
4. Improving Our Workforce and Work Environment

Aligns to USDA Department-Level Goal/Objective(s)-
USDA 1.1 - Use Climate-Smart Management and Sound Science to Enhance the Health and Productivity of Agricultural Lands
USDA 1.3 - Restore, Protect, and Conserve Watersheds to Ensure Clean, Abundant, and Continuous Provision of Water Resources
USDA 6 - Attract, Inspire, and Retain an Engaged and Motivated Workforce that's Proud to Represent USDA

**Standards and Measures for Fully Successful:** All of the following must be met to achieve "Meets Fully Successful" rating for this element

The following generic standards for the Mission Results-Oriented element are provided for all employees. Supervisors shall provide additional and specific supplemental standards to the employee's position.

a. Contributes to achieving agency goals and objectives using all available resources.
b. Performs duties in a nondiscriminatory manner and demonstrates a commitment to equal employment opportunity and equal opportunity for all, to include federally recognized tribes and Alaskan Native corporations.
c. Makes recommendations and develops solutions that demonstrate positive approaches to complete work assignments.
d. Routinely informs supervisor of problems and challenges that arise.
e. Ensures that reported information is adequate, reliable, verifiable, and useful.
f. Program actions taken, and interactions with colleagues, customers, and other stakeholders are consistent with the principles in USDA's Civil Rights Statement, and with all related anti-discrimination laws, regulations, and USDA policies.

## 5. ACCOMPLISHMENTS (At the end of the rating period, record the employee's accomplishments for this element.)

**Fully Successful Level:**

**6. ELEMENT RATING** (At the end of the rating period, compare the employee's performance with the standards and assign an element rating.)

[X] Fully Successful
[ ] Does Not Meet

**7a. ELEMENT NO. 2**
(Describe below the element title and duty or responsibility for which the employee is accountable and responsible. .)

[X] Critical

MANAGING WORK ASSIGNMENTS
Ensures work assignments are achieved in a timely manner and by using all available resources to accomplish the organizational mission.

List of current assignments:
Region 3 Wildlife Corridors and Priority Landscapes
Arizona Trail Collaboration
Incorporation of Pavor data back into NRM, Collaboration with Forest
GIS Office Hours
Navigating GIS and Photogrammetry in the Southwestern Region Webinars
GIS Video Tutorials
R3 FS Data on the Web Page. Run FME workspaces and post data

**7b. STANDARDS** (Describe the expectations at the "Fully Successful" level. Include appropriate measures of quality, quantity, cost-effectiveness, timeliness and/or manner of performance.)
**FULLY SUCCESSFUL LEVEL** All of the following must be met to achieve the "Meets Fully Successful" rating for this element

The following generic standards for the Managing Work Assignments element are provided for all employees. Supervisors can provide additional and specific supplemental standards to the employee's position (if needed).

a. Applies knowledge and skills to independently perform assignments; prioritizes work effectively; and seeks guidance as appropriate.
b. Routinely accomplishes program goals within established timelines; adapts to changing priorities.
c. Properly follows all security and cyber-security procedures to protect government property, equipment, and information systems.

**7c. ACCOMPLISHMENTS** (At the end of the rating period, record the employee's accomplishments for this element.)

Fully Successful Level:

Weekly layer file script
WWW GIS data web page update. Monthly
Arizona Trail Coordination
Wildlife Mule Deer AGOL Web map
Regional GIS SharePoint site. Nearing completion

**7d. ELEMENT RATING** (At the end of the rating period, compare the employee's performance with the standards and assign an element rating.)

[X] Fully Successful
[ ] Does Not Meet

**8a. ELEMENT NO. 3**
(Describe below the element title and duty or responsibility for which the employee is accountable and responsible. .)

[X] Critical

WORK ENVIRONMENT AND SAFETY
Work to improve organizational safety and health and reinforce a healthy working environment that fosters a positive atmosphere of cooperation and trust.

**8b. STANDARDS** (Describe the expectations at the "Fully Successful" level. Include appropriate measures of quality, quantity, cost-effectiveness, timeliness and/or manner of performance.)
**FULLY SUCCESSFUL LEVEL** All of the following must be met to achieve the "Meets Fully Successful" rating for this element

The following generic standards for the Work Environment and Safety element are provided for all employees. Supervisors can provide additional and specific supplemental standards to the employee's position (if needed).

a. Shows respect for and considers diverse viewpoints; follows up to ensure understanding.
b. Uphold the agency's Code & Commitments to treat everyone with respect, empower one another, invest in relationships, model integrity, protect one another, and learn from mistakes.
c. "Do right" in how you treat colleagues and when engaging with people and communities we serve by utilizing effective interpersonal skills that increase trust and inspire engagement.
d. Proactively manage and resolve conflict, seek out and utilize necessary tools to do so in a manner that is timely, positive, and constructive.
e. Demonstrate collaboration and flexibility to build effective partnerships, such as: sharing experience and expertise with others; actively listening; and seeing opportunities to improve or maintain efficiencies of program of work.
f. Follow all workplace safety procedures. Promptly report to your supervisor any obstacles or instances where safety procedures cannot be followed.
g. Promptly report to your supervisor or second-line supervisor any condition(s) that impact the work environment and/or your safety and health.
h. Participate in unit safety committee activities and safety training opportunities.
i. Maintain awareness of your personal wellbeing and take necessary steps and actions preserve your wellness and resilience.

**8c. ACCOMPLISHMENTS** page-break (At the end of the rating period, record the employee's accomplishments for this element.)

Fully Successful Level:

**8d. ELEMENT RATING** (At the end of the rating period, compare the employee's performance with the standards and assign an element rating.)

[X] Fully Successful
[ ] Does Not Meet

### 13. CERTIFICATION OF EMPLOYEE INVOLVEMENT AND RECEIPT OF PLAN

(Signatures certify employee involvement in the development of, and receipt of plan which reflects the current position description)

NOTE: Employees are requested to sign and date below to certify receipt of this performance plan. A signature does not mean that you agree or disagree with the contents of the plan. However, failure to sign does not void contents or the performance expectations documented within this plan. In addition, employees must select, below, the appropriate level of participation in the development of this plan.

| Employee's Signature | Electronically signed in EPMA by BAILEY, LEANDRA K. PHYS SCI INF SPECLST | Date | 04/18/2024 |
|---|---|---|---|

[X] I participated in the development of this performance plan.
[ ] I was not invited to participate in the development of this performance plan.
[ ] I chose to not participate in the development of this performance plan.

If the employee did not sign, state the reason below:

| Supervisor's Signature | Electronically signed in EPMA by CRAWFORD, RICHARD D. BIOLCL INF SPECLST | Date | 04/18/2024 |
|---|---|---|---|
| Reviewer's Signature (Optional) | Electronically signed in EPMA by BOGART, CANDACE PHYS SCNTST | Date | 04/18/2024 |

### 14. CERTIFICATION OF PERFORMANCE PROGRESS REVIEWS

(All quarterly progress reviews are required)

| | Employee's Signature | Date | Supervisor's Signature | Date |
|---|---|---|---|---|
| First Quarter (Oct 1-Dec 31) | N/A | N/A | N/A | N/A |
| Second Quarter (Jan 1-Mar 31) | Electronically signed in EPMA by BAILEY, LEANDRA K. PHYS SCI INF SPECLST for conversation held 03/29/2024 | 06/28/2024 | Electronically signed in EPMA by CRAWFORD, RICHARD D. BIOLCL INF SPECLST for conversation held 03/29/2024 | 06/28/2024 |
| Third Quarter (Apr 1-Jun 30) | Electronically signed in EPMA by BAILEY, LEANDRA K. PHYS SCI INF SPECLST for conversation held 06/28/2024 | 06/28/2024 | Electronically signed in EPMA by CRAWFORD, RICHARD D. BIOLCL INF SPECLST for conversation held 06/28/2024 | 06/28/2024 |
| Fourth Quarter (Jul 1-Sep 30) | Electronically signed in EPMA by BAILEY, LEANDRA K. PHYS SCI INF SPECLST for conversation held 09/25/2024 | 10/07/2024 | Electronically signed in EPMA by CRAWFORD, RICHARD D. BIOLCL INF SPECLST for conversation held 09/25/2024 | 09/25/2024 |

### 15. RATING OFFICIAL COMMENTS

# UNITED STATES DEPARTMENT OF AGRICULTURE
## PERFORMANCE APPRAISAL

| 1. Position Number | 2. Pay Plan | 3. Occupational Series | 4. Grade |
|---|---|---|---|
| 91435782 | GS | 1301 | 09 |

**5. Name (Last, First, Middle Initial - No Nicknames)**
BAILEY, LEANDRA K

**6. Appraisal Period**
From: 03/24/2024
To: 09/30/2024

**7. Official Position Title:** PHYS SCI INF SPECLST

**8. Agency / Division / Office:** FS/SOUTHWESTERN REGION, R-3/DEPUTY REGIONAL FORESTER

**9. Duty Station (City, State):** ALBUQUERQUE, NM

| 10. Performance Elements | 11A Critical Element | 11B Meets Fully Successful | 11C Does Not meet Fully Successful |
|---|---|---|---|
| 1) Mission Results Oriented - Employee | ✓ | ✓ | ☐ |
| 2) Managing Work Assignments - Employee | ✓ | ✓ | ☐ |
| 3) Work Environment and Safety - Employee | ✓ | ✓ | ☐ |
| 4) | ✓ | ☐ | ☐ |
| 5) | ✓ | ☐ | ☐ |
| 6) | ✓ | ☐ | ☐ |
| 7) | ✓ | ☐ | ☐ |

**12. Rating: Type** [X] Rating Of Record   ☐ Interim Rating   ☐ Out Of Cycle Rating (WGI ONLY)

**13. Summary Rating**

Rating Of **Fully Successful** if all elements are rated Meets Fully Successful
Rating Of **Unacceptable** if any element is rated Does Not Meet Fully Successful

[X] Fully Successful   ☐ Unacceptable

**14. Employee's Signature**
Electronically signed in EPMA by BAILEY, LEANDRA K. PHYS SCI INF SPECLST
Date: 10/07/2024

If the employee did not sign, state reason

**15. Rating Official Signature (REQUIRED)**
Electronically signed in EPMA by CRAWFORD, RICHARD D. BIOLCL INF SPECLST
Date: 09/30/2024

**16. Reviewing Official Signature (REQUIRED)**
Electronically signed in EPMA by BARTSCHI, PAUL F. SUPVY GEO SYS SPECLST
Date: 09/30/2024

# EXHIBIT B

  **Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

February 13, 2025

MEMORANDUM FOR: LEANDRA BAILEY, PHYS SCI INF SPECLST, GS-1301-09

FROM:            DEEDRA FOGLE
                  Director, Human Resource Management

SUBJECT:     Notification of Termination During Probationary Period

REFERENCES:   5 U.S.C. § 7511
                     5 U.S.C. § 3321(a)
                     5 U.S.C. §2102
                     5 CFR §212.101
                     5 C.F.R. §§ 315.803, 315.804, and 315.806
                     Departmental Regulation 4020-250-1

       This is to provide notification that the Agency is removing you from your position of PHYS SCI INF SPECLST and federal service consistent with the above references.

       On 3/24/2024, the Agency appointed you to the position of PHYS SCI INF SPECLST as documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

       Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

       The Agency finds, based on your performance, that you have not demonstrated that your further employment at the Agency would be in the public interest. For this reason, the Agency informs you that the Agency is removing you from your position of PHYS SCI INF SPECLST with the Agency and the federal civil service effective immediately.

---

[1] OPM, *Practical Tips for Supervisors of Probationers*.
[2] *See* U.S. Merit Systems Protection Board Report to the President and Congress, *The Probationary Period: A Critical Assessment Opportunity* (August 2005)
[3] *Id.*

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any off-boarding questions, please contact your Supervisor; or Human Resources Management Contact Center at 877-372-7248, Opt. 2 for questions regarding your benefits. For any other questions, please contact sm.fs.hrm_elr@usda.gov.

DEEDRA FOGLE
Director, Human Resource Management

# EXHIBIT C

## FOREST SERVICE BRIEFING PAPER
### FEBRUARY 13, 2025

**Topic:** Probationary and Trial Period Offboarding Procedures
**From:** Human Resources Management (HRM)

**Issue:** Uniform delivery and communication to notify employees being terminated under probationary or trial period status

**Background:** All federal agencies, including the Department of Agriculture, were notified on February 12, 2025, by the Office of Personnel Management (OPM) to terminate all employees who have not completed their probationary or trial period. To ensure that all employees are notified, and receive appropriate due process, below are recommendations to appropriately offboard impacted employees. Employees will be given written notice of termination, and this briefing paper assists supervisors with an orderly offboarding.

**Recommended Briefing Points for Supervisor/Leader Discussions with Employees:**
- OPM directed agencies to separate Probationary employees starting 2/13/25
- OPM has advised that probationary employees are not eligible for the Deferred Resignation Program
- Based on this direction it is necessary to start providing notices of separation to employees in probationary and trial period positions starting 2/13/25.
- You have been identified as a Probationary employee impacted by this direction.
- Written notice that includes additional information about your separation will be provided by HRM
- Termination date is effective on the date employees receive notification.
- An orderly offboarding process is critical to successfully closing out your employment. An offboarding checklist is available at the link below.
- Personal support resources through the Employee Assistance Program continue to be available up to six (6) months after separation.
- Additional resources are listed below.

**Recommended Resources:**
- Offboarding Checklist: https://fsweb.wo.fs.fed.us/hrm/offboarding/index.php#two
- Employee Assistance Program (EAP) Website: https://ForestServiceEAP.com
  Acentra, LLC
  Phone # 1-833-621-2989
  https://foresteap.personaladvantage.com/portal/landing?a=1
  Password: USFS
  Available up to 6 months after separation
- Health Benefits (FEHB): The employee's enrollment will terminate, subject to a 31-day extension of coverage.

- For more information or for issues please create a HR Help case using one of the methods below:
    Phone: (877) 372-7248 (Select Option 2)
    Email: HRM_Contact_Center@usda.gov
    eFax: (866) 377-4168
- Career One Stop (Sponsored by Department of Labor): https://www.careeronestop.org/

**Offboarding Instructions for Employees (per HRM website)**
- **FS-6100-0139 Employee Separation Accountability Form (formerly AD-139)**
  You must complete FS-6100-0139 Employee Separation Accountability Form (formerly AD-139), attached, before leaving the Forest Service or there may be a delay in your lump sum payment. See the Office of Personnel Management site for information on https://www.opm.gov/policy-data-oversight/pay-leave/leave-administration/fact-sheets/lump-sum-payments-for-annual-leave/.
- **Government Equipment, Computers, and Mobile Devices**
  Return all government equipment, computers, and mobile devices to your supervisor or to the nearest Forest Service office with your supervisor's name and contact information.
- **Employee Personal Page (EPP)**
  You will have access to the Employee Personal Page (EPP) website for 18 months. You will only have view and download capability. Self-service options will not be available. The EPP system provides access to personal information such as statement of earnings and leave, tax withholding, health benefits, financial allotments, W-2, and other personal information. Before separating, take note of your current EPP user ID, password, and link to EPP: https://www.nfc.usda.gov/EPPS/eplogin.aspx
- **Contact Information**
  Before separating, https://www.nfc.usda.gov/EPPS/eplogin.aspx to change your work email and phone to your personal information. If you are unable to log in before your separation, you may contact HR Help for assistance.
  The first time you log in to EPP after you separate, the system will prompt you to set up a Login.gov account. You will need to use your EPP ID and password to initially access Login.gov.
- **Gather Important Personal Documents**
  If you're leaving the agency, make sure you save any of the personal documents you may need such as SF-50s, performance appraisals, or others. You may need these to apply for another job, apply for unemployment benefits, or for other reasons. If you are unable to log in to save these documents before your separation you may contact HR Help for assistance.
- **Unemployment**
  You will need this SF-8 Unemployment form and use it to apply at a state office. If your state is experiencing issues getting a wage report from the Forest Service, contact your state claims manager and recommend they contact the Employers Edge State Agency Response Center (SARC) Team at 1-866-675-3856 or resubmit the claim through the automated Employers Edge system.

- **Electronic Official Personnel Folder (eOPF)**

Log in to ConnectHR to access your SF-50 in eOPF, and access Enterprise Performance Management Application (EPMA) for performance records.

- **Benefits Information**
  https://www.opm.gov/healthcare-insurance/life-events/job/im-leaving-federal-service-not-retiring/
- **Thrift Savings Plan Information**
  https://www.tsp.gov/changes-in-your-career/leaving-the-federal-government/