PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO VACATE MARCH 13, 2025, EVIDENTIARY HEARING; PRECLUDE TESTIMONY OF ACTING DIRECTOR CHARLES EZELL; QUASH SUBPOENAS COMMANDING TESTIMONY AT THE EVIDENTIARY HEARING; AND FOR A PROTECTIVE ORDER PROVIDING IMMEDIATE RELIEF FROM MARCH 11, 2025, DEPOSITIONS** |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' *Ex Parte* Motion to Vacate the March 13, 2025, Hearing, Preclude Testimony of Charles Ezell, Quash Subpoenas for Testimony at the Evidentiary Hearing, and for Protective Order Immediate Relief from March 11, 2025, Depositions is hereby GRANTED. The March 13, 2025, evidentiary hearing is VACATED, Plaintiffs' subpoenas commanding appearance for testimony at that hearing are QUASHED, and this Court is entering a PROTECTIVE ORDER relieving Defendants of any obligations to produce Charles Ezell or any other witness testimony at such hearing and relieved of any obligation to produce twelve current or former employees at depositions noticed for March 11, 2025.

DATED:

_____
HON. WILLIAM H. ALSUP
United States District Judge