Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **PLAINTIFFS' NOTICE OF DEPOSITION OF CARIN OTERO** |

Plaintiffs' Notice of Deposition of Carin Otero, No. 3:25-cv-01780-WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, will take the deposition of Carin Otero on **March 11, 2025** at **6:00 p.m. PST** at 80 F Street, NW, Washington, DC 20001, as agreed upon by the parties. The deposition will be taken before a person authorized by law to administer oaths under Federal Rules of Civil Procedure 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed.

Plaintiffs intend and reserve the right to record the deposition testimony of Carin Otero by videotape and instant visual display, in addition to recording the testimony stenographically and via LiveNote/Realtime, and further intend and reserve the right to provide a secure live internet, video, audio and/or telephonic stream for parties and counsel of record. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

| | | |
|---|---|---|
| 1 | DATED:  March 6, 2025 | Scott A. Kronland |
| 2 | | Stacey M. Leyton |
| | | Eileen B. Goldsmith |
| 3 | | Danielle E. Leonard |
| | | Robin S. Tholin |
| 4 | | James Baltzer |
| 5 | | ALTSHULER BERZON LLP |
| | | 177 Post St., Suite 300 |
| 6 | | San Francisco, CA 94108 |
| | | Tel: (415) 421-7151 |

By: */s/ Danielle E. Leonard*
    Danielle E. Leonard

*Attorneys for Plaintiffs*


Norman L. Eisen (*pro hac vice forthcoming*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiffs*


Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Plaintiffs' Notice of Deposition of Carin Otero, No. 3:25-cv-01780-WHA     2

|   |   |
|---|---|
| 1 |                                    Teague Paterson (SBN 226659) |
| 2 |                                    Matthew Blumin  (*pro hac vice forthcoming*) |
|   |                                    AMERICAN FEDERATION OF STATE, COUNTY, |
| 3 |                                    AND MUNICIPAL EMPLOYEES |
|   |                                    1625 L Street, N.W. |
| 4 |                                    Washington, D.C.  20036 |
|   |                                    Tel: (202) 775-5900 |
| 5 |                                    Tpaterson@afscme.org |
|   |                                    MBlumin@afscme.org |

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Plaintiffs' Notice of Deposition of Carin Otero, No. 3:25-cv-01780-WHA                                         3

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 6, 2025, I served the following document(s):

**PLAINTIFFS' NOTICE OF DEPOSITION OF CARIN OTERO**

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** By Email, I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

KELSEY J. HELLAND
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
kelsey.helland@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 6, 2025, at San Francisco, California.

*/s/ Giorgia Lingiardi*
Giorgia Lingiardi

# EXHIBIT A

Pursuant to 29 CFR 2.21, the Plaintiffs in the above-captioned action submit the following written statement concerning the above request for testimony, summarizing the information sought and its relevance to the proceeding in connection with it was served.

Requesting party are Plaintiffs American Federation of Government Employees, AFL-CIO, et al.  The defendants named in the Amended Complaint are the United States Office of Personnel Management ("OPM") and its Acting Director, Charles Ezell.  The Defendants named in the Second Amended Complaint include 23 federal agencies and their heads, including the Department of Labor and Acting Secretary Vince Micone.

The subject matter of this litigation is the unlawful terminations of federal probationary employees across the federal government.  Plaintiffs are informed and believe that Carin Otero possesses knowledge of the events related to terminations of probationary employees by the Department of Labor that commenced on or about February 13, 2025, including but not limited to direction by the Office of Personnel Management (OPM) with respect to the termination of probationary employees to the federal agencies including the Department of the Labor implementation of that direction and desire testimony concerning that direction.

Counsel for OPM, represented by the U.S. Attorneys' Office for the Northern District of California and the U.S. Department of Justice, Civil Division, Federal Programs have been aware of the scope of Plaintiffs' requested relief, which encompasses actions taken by the Department of Commerce and its sub-agencies, since the case was initially filed on February 19, 2025.  Counsel for OPM have also been aware of Plaintiffs' intention to add agency defendants including the Department of Labor to the case since February 27, 2025.