Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF MARK GREEN** |

Plaintiffs' Notice of Deposition of Mark Green, No. 3:25-cv-01780-WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, will take the deposition of Mark Green on **March 11, 2025** at **1:00 p.m. PST** at 80 F Street, NW, Washington, DC 20001, as agreed upon by the parties. The deposition will be taken before a person authorized by law to administer oaths under Federal Rules of Civil Procedure 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed.

Plaintiffs intend and reserve the right to record the deposition testimony of Mark Green by videotape and instant visual display, in addition to recording the testimony stenographically and via LiveNote/Realtime, and further intend and reserve the right to provide a secure live internet, video, audio and/or telephonic stream for parties and counsel of record. Plaintiffs reserve the right to use the videotape deposition at the time of trial.

1  DATED: March 6, 2025	Scott A. Kronland
2 	Stacey M. Leyton
 	Eileen B. Goldsmith
3 	Danielle E. Leonard
 	Robin S. Tholin
4 	James Baltzer
 	ALTSHULER BERZON LLP
5 	177 Post St., Suite 300
 	San Francisco, CA 94108
6 	Tel: (415) 421-7151

7 	By: */s/ Danielle E. Leonard*
8 	     Danielle E. Leonard

9 	*Attorneys for Plaintiffs*

10

11 	Norman L. Eisen (*pro hac vice forthcoming*)
 	Pooja Chadhuri (SBN 314847)
12 	STATE DEMOCRACY DEFENDERS FUND
13 	600 Pennsylvania Avenue SE #15180
 	Washington, DC 20003
14 	Tel: (202) 594-9958
 	Norman@statedemocracydefenders.org
15 	Pooja@statedemocracydefenders.org

16

17 	By: */s/ Norman L. Eisen*

18 	*Attorneys for Plaintiffs*

19

20

21 	Rushab Sanghvi (SBN 302809)
 	AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
22 	80 F Street, NW
23 	Washington, DC 20001
 	Tel: (202) 639-6426
24 	Sanghr@afge.org

25 	By: */s/ Rushab Sanghvi*

26
 	*Attorneys for Plaintiff American Federation of*
27 	*Government Employees (AFGE)*

28

Plaintiffs' Notice of Deposition of Mark Adkins, No. 3:25-cv-01780-WHA	2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                        Teague Paterson (SBN 226659)
                        Matthew Blumin  (*pro hac vice forthcoming*)
                        AMERICAN FEDERATION OF STATE, COUNTY,
                        AND MUNICIPAL EMPLOYEES
                        1625 L Street, N.W.
                        Washington, D.C.  20036
                        Tel: (202) 775-5900
                        Tpaterson@afscme.org
                        MBlumin@afscme.org


By: */s/Teague Paterson*


*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Plaintiffs' Notice of Deposition of Mark Adkins, No. 3:25-cv-01780-WHA           3

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 6, 2025, I served the following document(s):

**PLAINTIFFS' NOTICE OF DEPOSITION OF Mark Green**

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** By Email, I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

KELSEY J. HELLAND
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
kelsey.helland@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 6, 2025, at San Francisco, California.

*/s/ Giorgia Lingiardi*
Giorgia Lingiardi