PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF NOAH PETERS IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **MOTION TO VACATE MARCH 13, 2025, EVIDENTIARY HEARING; PRECLUDE TESTIMONY OF ACTING DIRECTOR CHARLES EZELL; QUASH SUBPOENAS COMMANDING TESTIMONY AT THE EVIDENTIARY HEARING; AND FOR A PROTECTIVE ORDER PROVIDING IMMEDIATE RELIEF FROM MARCH 11, 2025, DEPOSITIONS** |

I, Noah Peters, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am Senior Advisor to the Director of the U.S. Office of Personnel Management ("OPM"), headquartered in Washington, D.C. I have served in this position since January 20, 2025.

2.    Via a guidance memorandum issued on January 20, 2025, OPM asked agencies to review which probationary employees they wished to keep and which employees they wished to terminate.

3.    On February 7, 2025, I learned that the Small Business Administration (SBA) had decided to remove its probationary employees. OPM convened a small call with Chiefs of Staff to learn where agencies were with respect to the process of deciding which probationary employees to keep and which to separate from. OPM convened another small call on February 10, 2025 with Chiefs of Staff for an update as to where they stood in the process.

4.    At these two calls on February 7 or 10, OPM asked what the agencies were planning to do with respect to probationary employees, their timelines, what processes they were following for determining which probationary employees they wished to keep and which to terminate, and their plans regarding probationary employees who had opted into the Deferred Resignation Program (DRP). At the time, the deadline for the DRP was still open. At no time during these calls did OPM direct agencies to terminate probationary employees.

5.    On February 13, 2025, OPM held another meeting with Chiefs of Staff. At this call, a script was read to the Chiefs of Staff that was identical to an email that had been sent to the Chiefs of Staff the day prior.

6.    Afterwards, Chiefs of Staff shared their experiences with respect to separating from probationary employees, since this process was already underway at several agencies. The Chief of Staff at the Department of Agriculture (USDA) shared what she had learned as USDA had already removed many probationary employees, as did a staffer at Interior.

7.    OPM Acting Administrator Charles Ezell was not on this February 13, 2025 call.

8.    On February 14, 2025, OPM conducted another call with Chief Human Capital Officers (CHCOs) to further discuss OPM's guidance regarding probationary employees, along

Declaration of Noah Peters
3:25-cv-1780-WHA

1

with multiple other topics. Mr. Ezell was only present for the start of this call and therefore has limited direct knowledge of the remainder of that call.

9.  At no point on these calls did OPM direct or require any agencies to terminate probationary employees. At all times, the tone was friendly, cordial, and cooperative.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2025

/s/ Noah Peters
NOAH PETERS