Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**NOTICE OF ERRATA AND CORRECTED REVISED PROPOSED SECOND AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit this notice of errata, correcting the format of the proposed Revised Second Amended Complaint, which was attached as Exhibit B to Reply In Support of the Motion for Leave to File Second Amended Complaint, filed March 7, 2025 (Dkt. 69-2). The Revised Second Amended Complaint refers to several exhibits, which were not attached. The Revised Second Amended Complaint, including exhibits, is attached hereto as Exhibit A.

DATED: March 10, 2025

    Respectfully submitted,

    Scott A. Kronland
    Stacey M. Leyton
    Eileen B. Goldsmith
    Danielle E. Leonard
    Robin S. Tholin
    James Baltzer
    ALTSHULER BERZON LLP
    177 Post St., Suite 300
    San Francisco, CA 94108
    Tel: (415) 421-7151

By: */s/ Danielle E. Leonard*
    Danielle E. Leonard

*Attorneys for Plaintiff Organizations*

    Norman L. Eisen (*pro hac vice*)
    Pooja Chadhuri (SBN 314847)
    STATE DEMOCRACY DEFENDERS FUND
    600 Pennsylvania Avenue SE #15180
    Washington, DC 20003
    Tel: (202) 594-9958
    Norman@statedemocracydefenders.org
    Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

    Rushab Sanghvi (SBN 302809)

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*


Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
Tpaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*


Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro hac vice forthcoming*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*

Notice of Errata and Corrected Revised Proposed Second Amended Complaint, No. 3:25-cv-01780-WHA

2