UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
et al.,

        Plaintiffs,

    v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

        Defendants.

No.  C 25-01780 WHA

**SECOND REQUEST FOR
INFORMATION**

The  February 14 OPM email to various federal agencies' chief human capital officers titled "Follow up:  CHCO Council Special Session" referenced an attached "template letter" (Dkt. No. 37-1).

Defendants shall provide the undersigned with that template letter, and any other template termination letters sent by OPM to any federal agency since January 20, 2025, by **MARCH 11, 2025, AT 8 AM**.

      **IT IS SO ORDERED.**

Dated:  March 10, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE