UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFL-CIO, et al.,

    Plaintiff(s),

v.

OPM, et al.,

    Defendant(s).

Case No. 3:25-cv-01780-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mishi Jain, an active member in good standing of the bar of The District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: amicus American Physical Society in the above-entitled action. My local co-counsel in this case is Cortlin Lannin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 266488.

| | |
|---|---|
| Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>MY ADDRESS OF RECORD | Covington & Burling LLP<br>415 Mission Street<br>San Francisco, CA 94105-2533<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 662-5669<br>MY TELEPHONE # OF RECORD | (415) 591-7078<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MJain@cov.com<br>MY EMAIL ADDRESS OF RECORD | clannin@cov.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90007700.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 03/07/2024                              Mishi Jain
                                                    APPLICANT
5

6

7

8                    ORDER GRANTING APPLICATION
9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of ____Mishi Jain____ is
12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14   counsel designated in the application will constitute notice to the party.
15   Dated: 03/07/2024

16

17   _____
18                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California