UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFL-CIO, et al.         ,<br>Plaintiff(s),<br>v.<br>OPM, et al.           ,<br>Defendant(s). | Case No. 3:25-cv-01780-WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Sarah Harrington, an active member in good standing of the bar of The District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: amicus American Physical Society in the above-entitled action. My local co-counsel in this case is Cortlin Lannin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 266488.

Covington & Burling LLP 850 Tenth Street, NW Washington, DC 20001-4956
MY ADDRESS OF RECORD

Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105-2533
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 662-5569
MY TELEPHONE # OF RECORD

(415) 591-7078
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sharrington@cov.com
MY EMAIL ADDRESS OF RECORD

clannin@cov.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 219218.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___2___ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/07/2024

Sarah Harrington
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sarah Harrington is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 03/07/2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE