1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY and MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-01780-WHA<br><br>**[PROPOSED] ORDER GRANTING AMERICAN PHYSICAL SOCIETY'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br>Date Action Filed: February 19, 2025<br>Honorable William H. Alsup |

**[PROPOSED] ORDER**

Before the Court is American Physical Society's Motion for Leave to File *Amicus Curiae* Brief ("Motion"). After full consideration of the Motion, as well as all supporting papers and documents currently on file with the Court, the Court hereby **GRANTS** the Motion. It is further **ORDERED** that the brief attached to that Motion shall be deemed filed in the above-captioned case.

**SO ORDERED**.

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge