UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER ON PLAINTIFF'S RESPONSE TO LETTER FROM AUSA KELSEY HELLAND** |

If IRS Chief Human Capital Officer Traci DiMartini appears at the Thursday evidentiary hearing, then the Court will try to hear her live testimony and give both sides opportunity to examine her. However, the Judge is not in a position to immunize her from any adverse employment action by the IRS.

**IT IS SO ORDERED.**

Dated: March 11, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE