UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| **American Federation of Government Employees, AFL-CIO; American Federation of State County and Municipal Employees, AFL-CIO**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **United States Office of Personnel Management**, et al., <br><br> Defendants. | No. 3:25-cv-01780-WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE COUNTY OF SANTA CLARA AND 43 ADDITIONAL LOCAL GOVERNMENTS AND LOCAL GOVERNMENT OFFICIALS IN SUPPORT OF PLAINTIFFS** |

    This matter has come before the Court by motion of proposed *Amici Curiae* County of Santa Clara and 43 Additional Local Governments and Local Government Officials seeking leave to file an *amici curiae* brief in the above-captioned matter. Having considered the papers and pleadings on file, the Court hereby finds good cause to allow amicus participation by the Local Government *Amici*, GRANTS the Motion, and ORDERS that the brief be filed in this case.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable William Alsup