**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY and MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-01780-WHA <br><br> **[**~~PROPOSED~~**] ORDER GRANTING AMERICAN PHYSICAL SOCIETY'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** <br><br> Date Action Filed: February 19, 2025 <br> Honorable William H. Alsup |

**[PROPOSED] ORDER**

Before the Court is American Physical Society's Motion for Leave to File *Amicus Curiae* Brief ("Motion"). After full consideration of the Motion, as well as all supporting papers and documents currently on file with the Court, the Court hereby **GRANTS** the Motion. It is further **ORDERED** that the brief attached to that Motion shall be deemed filed in the above-captioned case.

**SO ORDERED**.

Dated: March 11, 2025

_____
The Honorable William H. Alsup
United States District Judge