1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

3

4   **American Federation of Government**
    **Employees, AFL-CIO; American Federation of**

5   **State County and Municipal Employees, AFL-**
    **CIO**, et al.,

6

7                    Plaintiffs,

8          v.

9   **United States Office of Personnel**
    **Management**, et al.,

10                   Defendants.

No. 3:25-cv-01780-WHA

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR LEAVE TO FILE BRIEF
OF AMICI CURIAE COUNTY OF SANTA
CLARA AND 43 ADDITIONAL LOCAL
GOVERNMENTS AND LOCAL
GOVERNMENT OFFICIALS IN SUPPORT
OF PLAINTIFFS

11

12      This matter has come before the Court by motion of proposed *Amici Curiae* County of Santa

13  Clara and 43 Additional Local Governments and Local Government Officials seeking leave to file an

14  *amici curiae* brief in the above-captioned matter.  Having considered the papers and pleadings on

15  file, the Court hereby finds good cause to allow amicus participation by the Local Government

16  *Amici*, GRANTS the Motion, and ORDERS that the brief be filed in this case.

17

18  **IT IS SO ORDERED.**

19

20  Dated:  March 11, 2025

                                    _____
21                                  The Honorable William Alsup

22

23

24

25

26

27

28