| | |
|---|---|
| **From:** | CHCO Council |
| **Subject:** | CHCO Updates |
| **Date:** | Monday, February 24, 2025 9:27:11 AM |
| **Attachments:** | Probationary Period FAQs.docx |
| | Guidance on Return to In-Person Work and Deferred Resignation Program Processing and Reporting.docx |

Good morning, CHCOs and Deputy CHCOs:

Please note that we've rescheduled today's Special Session for noon today and intend to provide additional information concerning the governmentwide email sent this past weekend. We will plan to discuss RIF competitive areas during tomorrow's CHCO Council meeting.

We are also sharing information on two other important topics. We can answer any questions related to these topics at the 12 pm call today.

I.   **Probationary Employees**

On Monday, January 20, 2025, the OPM Memorandum *Guidance on Probationary Periods, Administrative Leave and Details*, reminded agencies that probationary periods are an essential step in evaluating employee performance. Probationary periods serve as one of the most effective tools available to agencies in evaluating whether applicants will advance the agency's missions and functions. Where agencies fail to take advantage of this tool, poor performers tend to remain in the federal service far too long because supervisors are less likely to remove an employee with full appeal rights.

As agencies continue to make decisions on whether to retain probationary employees, OPM has received numerous questions. To assist agencies in carrying out their decisions, OPM offers, attached, the following frequently asked questions for agencies.

II.   **Processing and Reporting Actions Related to Return to In-Person Work and DRP**

OPM has prepared the attached guidance on processing and reporting actions related to return to in-person work.

Thank you,

The CHCO Council Team