| | |
|---|---|
| **From:** | Tracking |
| **To:** | Sullivan, James D.; Scales, Amanda D. |
| **Cc:** | Peters, Noah; Bjelde, Brian |
| **Subject:** | [Action Due 2/13] Probationary Employee Actions |
| **Date:** | Wednesday, February 12, 2025 8:12:43 PM |
| **Attachments:** | Termination of Probationary Employee 021225.docx |

*Bcc: CoS & key partners; DOGE Leads*

Hi all,

This message clarifies immediate next steps for probationary employees following OPM's guidance earlier in the week.

Over the past several days, agencies have worked to review, clean up, and finalize their lists of probationary employees and begin taking action. **Please partner with your CHCO to action those you know you wish to separate from by the end of the day tomorrow, 2/13/2025, using the attached template letter (modified to account for whether the employee is in the competitive or excepted service).** The separation date should be either immediately or as soon as possible, consistent with applicable agency policies (including those in CBAs).

After actioning, please update the previous probationary employee spreadsheet you've sent us to include the information below. **Please resend the updated version to tracking@opm.gov with Amanda Scales and Jamie Sullivan on cc by 5:00pm EST tomorrow**. This tracker should include:

- Which probationary employees have been terminated and which you plan to keep. For those you plan to keep, provide an explanation of why.

- For each probationary employee, indicate if they opted into the deferred resignation program or not. This can be done by cross-checking the latest submission sent to you via tracking@opm.gov. Please also indicate whether you have signed a written deferred resignation agreement with them or not.

- Probation end date.

- In a separate tab, provide total # of DRP submissions that have been granted thus far.

**Please continue providing these reports daily through at least the end of the week.**

We've also prepared additional guidance around common questions:

- Employees do not need to have received any particular performance rating previously to be separated.

- Through the exemptions process, you have identified high-performing employees in mission critical areas. While you must provide notice of performance deficiencies in the notice, regulations on probationary periods state: "The agency shall utilize the probationary period as fully as possible to determine the fitness of the employee and shall terminate his or her services during this period if the employee fails to demonstrate fully his or her qualifications for continued employment." 5 CFR 315.803. This guidance applies to probationers who have not

demonstrated that their continued employment is in the public interest, and counsels that the government separate from them.  Until the probationary period has been completed, a probationer has the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual.

Thank you,
OPM