○ **LIVE NOW**

*The* WHITE HOUSE

FACT SHEETS

Fact Sheet: President Donald J. Trump Works to Remake America's Federal Workforce

The White House

February 11, 2025

**REFORMING THE FEDERAL WORKFORCE TO BETTER SERVE AMERICANS:** Today, President Donald J. Trump signed an Executive Order implementing the President's Department of Government Efficiency (DOGE) workforce optimization initiative.

- The Executive Order will make the federal workforce more efficient and effective.
    - Agency Heads will coordinate and consult with DOGE to shrink the size of the federal workforce and limit hiring to essential positions.
    - The Office of Personnel Management will initiate a rulemaking to ensure federal employees are held to the highest standards of conduct.
- The Order will significantly reduce the size of government.
    - Upon expiration of the Day 1 hiring freeze and implementation of the hiring plan, agencies will be able to hire no more than one employee for every four employees that depart from federal service (with appropriate immigration, law enforcement, and public safety exceptions).
    - Agencies will undertake plans for large-scale reductions in force and determine which agency components (or agencies themselves) may be eliminated or combined because their functions aren't required by law.
- The Order exempts personnel and functions critical to national security, public safety, law enforcement, and immigration enforcement.

**REDUCING THE UNNECESSARY FOOTPRINT OF GOVERNMENT:** President Donald J. Trump is committed to reducing the size and scope of the federal government.

- There are too many federal employees.

- - Excluding active-duty military and Postal Service employees, the federal workforce exceeds 2.4 million.
  - No one knows exactly how many federal agencies exist, but the Federal Register lists over 400.
- The federal workforce contributes significantly to federal spending and debt.
  - In fiscal year 2022, the federal government spent nearly $300 billion on compensation for civilian employees, excluding pensions.
  - According to a recent congressional report, only 6% of federal workers report to work in-person on a full-time basis.

**BUILDING ON PAST SUCCESS:** President Trump has made reforming the federal workforce a key priority for his second term.

- President Trump has consistently worked to shrink the administrative state.
- His first term spurred robust economic growth and innovation through regulatory reform.
- Workforce reform in his second term will build on these successes.

NEWS

ADMINISTRATION

ISSUES

CONTACT

VISIT



THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

Style Guide