News    Resources

Contact Us

Home  /  Press Room

# VA dismisses more than 1,000 employees

FOR IMMEDIATE RELEASE

February 13, 2025  9:06 pm

**Mission-critical positions are exempt from the reductions, which will enable VA to redirect over $98 million annually to health care, benefits and services for VA beneficiaries.**

**WASHINGTON** – The Department of Veterans Affairs today announced the dismissal of more than 1,000 employees.

  News    Resources    VA

than two years in an excepted service appointment.

The personnel moves will save the department more than $98 million per year, and VA will redirect all of those resources back toward health care, benefits and services for VA beneficiaries.

There are currently more than 43,000 probationary employees across the department, the vast majority of whom are exempt from today's personnel actions because they serve in mission-critical positions – primarily those supporting benefits and services for VA beneficiaries – or are covered under a collective bargaining agreement. VA employees who elected to participate in the Office of Personnel Management's deferred resignation program are also exempt from today's personnel actions.

The dismissals are effective immediately and have been communicated directly to each employee. As an additional safeguard to ensure VA benefits and services are not impacted, the first Senior Executive Service (SES) or SES-equivalent leader in a dismissed employee's chain of command can request that the employee be exempted from removal.

The dismissals announced today are part of a government-wide Trump Administration effort to make agencies more efficient, effective and responsive to the American People. To that end, VA is refocusing on its core mission: providing the best possible care and benefits to Veterans, their families, caregivers and survivors.

"At VA, we are focused on saving money so it can be better spent on Veteran care. We thank these employees for their

3/12/25, 7:28 PM
Case 3:25-cv-01780-WHA    Document 110-9    Filed 03/12/25    Page 3 of 6
VA dismisses more than 1,000 employees - VA News

VA | News                                                                 News        Resources         VA

said VA Secretary Doug Collins. "To be perfectly clear: these moves will not negatively impact VA health care, benefits or beneficiaries. In the coming weeks and months, VA will be announcing plans to put these resources to work helping Veterans, their families, caregivers and survivors."

###



Reporters and media outlets with questions or comments should contact the Office of Media Relations at vapublicaffairs@va.gov



Veterans with questions about their health care and benefits (including GI Bill). Questions, updates and documents can be submitted online.

Contact us online through Ask VA



Veterans can also use our chatbot to get information about VA benefits and services. The chatbot won't connect you with a person, but it can show you where to go on VA.gov to find answers to some common questions.

Learn about our chatbot and ask a question

 News          Resources          VA

## Topics    OPM    Personnel Cuts

**LET OTHERS KNOW ABOUT THIS**



## More from the Press Room

---

NEWS RELEASES
MARCH 6, 2025

**VA to complete Federal EHR deployment at nine**

NEWS RELEASES
MARCH 5, 2025

**Secretary Collins: We owe America's**

NEWS RELEASES
MARCH 3, 2025

**VA to terminate 585 non-mission-critical or**

  News        Resources        VA

VA targets 2026 for completing Federal Electronic Health Record system deployment at nine additional sites.

WASHINGTON Please view a video message from VA Secretary […]

These contracts, which will be phased out over the next few days, represent less than one percent of the roughly 90,000 contracts VA currently has in place.

Last updated February 14, 2025





**U.S. Department of Veterans Affairs**
810 Vermont Ave., NW
Washington, DC 20420
[1-800-698-2411](tel:1-800-698-2411)

## VA News

An official website of the U.S. Department of Veterans Affairs

| | | |
|---|---|---|
| VA.gov | About VA | VA plans, budget, finances, and performance |
| ChooseVA | VA mobile apps | Agency Financial Report |
| DiscoverVA | Accessibility at VA | Privacy policy |
| DigitalVA | No FEAR Act data | FOIA requests |
| VA Forms | Whistleblower Protection | Disclaimers |
| VA Publications | Office of the Inspector General | Open data |



News    Resources    VA

Looking for U.S. government information and services? Visit USA.gov