PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' NOTICE OF FILING OF EVIDENCE**<br><br>The Hon. William H. Alsup |

Notice
3:25-cv-1780-WHA

Defendants write to: (i) submit additional documentation and to (ii) identify materials of which the Court may take judicial notice, both in support of their legal arguments in advance of the Court's March 13, 2025 hearing. Previously, in support of their Opposition to Plaintiffs' Motion for a Temporary Restraining Order on February 26, 2025, *see* ECF No. 33, Defendants submitted the following materials:

- Office of Personnel Management's ("OPM") Guidance on Probationary Periods, Administrative Leave and Details, dated January 20, 2025. *See* Ex. 1 (previously ECF No. 37).

- An email dated February 14, 2025 from OPM to the Chief Human Capital Officers ("CHCO") council providing additional information to agencies. *See* Ex. 2 (previously ECF No. 37-1).

- A frequently asked questions ("FAQs") document issued by OPM on February 24, 2025, providing additional information on how agencies should evaluate probationary employees. *See* Ex. 3 (previously ECF No. 37-2).

- An email dated February 24, 2025 from OPM to CHCOs and Deputy CHCOs attaching the aforementioned FAQs document. *See* Ex. 4 (previously ECF No. 37-3).

Because these items were part of the now-withdrawn declaration of Acting OPM Administrator Charles Ezell, Defendants re-submit them as exhibits attached to this filing. Defendants will include all of them in the forthcoming administrative record in this matter.

Subsequently, on March 7, 2025, Defendants submitted in support of their opposition to Plaintiffs' motion for leave to file a Second Amended Complaint:

- OPM's revised guidance on March 4, 2025 clarifying that "OPM is not directing agencies to take any specific performance-based actions regarding probationary employees[,]" and further clarifying that "[a]gencies have ultimate decision-making authority over, and responsibility for, such personnel actions." ECF No. 64-1; *see also* ECF No. 78.

1    And then in response to this Court's Second Request for Information, Defendants

2    submitted on March 10, 2025:

3        • A template letter attached to a February 14, 2025 email sent by OPM to various

4          CHCOs. ECF No. 87-1.

5    As a further part of their evidentiary presentation before this Court, Defendants now

6    submit the following, additional documentary evidence in support of their arguments that OPM

7    did not direct agencies to terminate probationary employees, which Defendants will include in

8    the forthcoming administrative record prepared for this APA matter:

9        • A February 12, 2025 e-mail titled "[Action Due 2/13] Probationary Employee

10         Actions" sent by OPM to Chiefs of Staff clarifying next steps following OPM's

11         guidance, *see* Ex. 5, and attaching a template letter previously produced by

12         Defendants, *see* ECF No. 87-1.

13   In addition, Defendants identify the following materials of which the Court may take

14   judicial notice in support of their arguments that OPM did not direct agencies to terminate

15   probationary employees:

16       • The President's Executive Order titled "Hiring Freeze," dated January 20, 2025,

17         in which the President imposed a freeze on federal hiring; ordered the Office of

18         Management and Budget to "submit a plan to reduce the size of the Federal

19         Government's workforce through efficiency improvements and attrition"; and

20         instructed that, "[i]n carrying out this memorandum, the heads of executive

21         departments and agencies shall seek efficient use of existing personnel and funds

22         to improve public services and the delivery of these services," *see* Ex. 6, *also*

23         *available at* https://www.whitehouse.gov/presidential-actions/2025/01/hiring-

24         freeze.

25       • The President's Executive Order titled "Implementing The President's

26         'Department of Government Efficiency' Workforce Optimization Initiative,"

27         dated February 11, 2025, in which the President ordered that "Agency Heads shall

28         promptly undertake preparations to initiate large-scale reductions in force (RIFs),

1   consistent with applicable law, and to separate from Federal service temporary

2   employees and reemployed annuitants working in areas that will likely be subject

3   to the RIFs," *see* Ex. 7, *also available at*

4   https://www.whitehouse.gov/presidential-actions/2025/02/implementing-the-

5   presidents-department-of-government-efficiency-workforce-optimization-

6   initiative.

7   • A Fact Sheet published by the White House titled "Fact Sheet: President Donald

8   J. Trump Works to Remake America's Federal Workforce," dated February 11,

9   2025, indicating that "Agency Heads will coordinate and consult with DOGE to

10  shrink the size of the federal workforce and limit hiring to essential positions";

11  that "Agencies will undertake plans for large-scale reductions in force and

12  determine which agency components (or agencies themselves) may be eliminated

13  or combined because their functions aren't required by law"; that "President

14  Donald J. Trump is committed to reducing the size and scope of the federal

15  government"; and that "President Trump has made reforming the federal

16  workforce a key priority for his second term." *See* Ex. 8, *also available at*

17  https://www.whitehouse.gov/fact-sheets/2025/02/fact-sheet-president-donald-j-

18  trump-works-to-remake-americas-federal-workforce.

19  • A February 13, 2025 statement from the Department of Veteran Affairs ("VA"),

20  noting that VA's terminations of probationary employees exempted employees

21  "in mission-critical positions" and were "part of a government-wide Trump

22  Administration effort to make agencies more efficient, effective and responsive to

23  the American People," and including the following statement from VA Secretary

24  Doug Collins "This was a tough decision, but ultimately it's the right call to better

25  support the Veterans, families, caregivers, and survivors the department exists to

26  serve." *See* Ex. 9, *also available at* https://news.va.gov/press-room/va-dismisses-

27  more-than-1000-employees.

28

- A February 14, 2025 statement from the Department of Agriculture ("USDA"), explaining that "USDA is pursuing an aggressive plan to optimize its workforce by eliminating positions" as "[p]er the President's directives." *See* Ex. 10, *also available at* https://www.usda.gov/about-usda/news/press-releases/2025/02/14/secretary-rollins-takes-bold-action-stop-wasteful-spending-and-optimize-usda-better-serve-american.

- A February 21, 2025 statement from the Department of Defense titled "DoD Probationary Workforce Statement," indicating that "the Department of Defense is re-evaluating our probationary workforce, consistent with the President's initiative to reform the Federal workforce to maximize efficiency and productivity," and that "This re-evaluation of probationary employees is being done across government, not just at the Defense Department, but we believe in the goals of the program, and our leaders are carrying out that review carefully and smartly." *See* Ex. 11, *also available at* https://www.defense.gov/News/Releases/Release/Article/4074278/dod-probationary-workforce-statement.

- A March 11, 2025 statement from the Department of Education announcing a reduction in force, to be conducted in accordance with separate legal requirements applicable to reductions in force, "[a]s part of the Department of Education's final mission." Ex. 12, *also available at* https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force.

Defendants intend to rest on this documentary evidence and their legal arguments at the upcoming hearing. Defendants submit that further discovery and evidentiary issues in this APA case should be taken up, if necessary, following Defendants' preparation of an administrative record. *See* ECF No. 97 at 1-2.

1

Dated: March 12, 2025

Respectfully submitted,

2

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)

3

Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)

4

Assistant United States Attorney
U.S. ATTORNEY'S OFFICE

5

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

6

7

ERIC HAMILTON
Deputy Assistant Attorney General

8

DIANE KELLEHER
Branch Director

9

10

CHRISTOPHER HALL
Assistant Branch Director

11

JAMES D. TODD, JR.
Senior Trial Counsel

12

13

s/ Yuri S. Fuchs
YURI S. FUCHS

14

Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

15

P.O. Box 883
Washington, DC 20044

16

17

*Counsel for Defendants*

18

19

20

21

22

23

24

25

26

27

28

Notice
3:25-cv-1780-WHA

5