Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO;  et al., | Case No. 3:25-cv-01780-WHA **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | |

1

**PROOF OF SERVICE**

2

I am employed in the City and County of San Francisco, California.  I am over the age of

3

eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108.  On March 12, 2025, I served the following document(s):

4

**CIVIL DOCKET FOR CASE #: 3:25-cv-01780-WHA**

5

**Docket #90- SECOND AMENDED COMPLAINT**

6

**Additional materials required under Northern District of California Local Rules:**

7

**Judge Alsup's Standing Order for Hyperlinked Courtesy Copies**

**Judge Alsup's Standing Order for Civil Jury Trials**

8

**Judge Alsup's Standing Order for Civil Bench Trials**

**Standing Order for all Judges of the Northern District of California**

9

**ECF Registration Information**

**ADR Handbook**

10

**ADR Certification by Parties and Counsel**

11

**Request for ADR Telephone Conference**

**Stipulation & Proposed Order Selecting ADR Process**

12

**Notice of Availability of Magistrate Judge**

13

on the parties, through their attorneys of record, as designated below:

14

**Via ECF:** Department of Justice attorney Kelsey Helland, who is a registered user of ECF, confirmed

15

to counsel by email that the Department of Justice would accept electronic service on behalf of the following defendants:

16

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;

17

18

SCOTT TURNER, in his official capacity as Secretary of U.S Department of Housing and Urban Development;

19

UNITED STATES DEPARTMENT OF THE INTERIOR;

20

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;

21

DEPARTMENT OF DEFENSE;

22

PETER HEGSETH, in his official capacity as Secretary of Defense;

23

UNITED STATES DEPARTMENT OF EDUCATION

24

LINDA MCMAHON, in her official capacity as Secretary of Education,

25

UNITED STATES DEPARTMENT OF TREASURY;

26

SCOTT BESSENT, in his official capacity as Secretary of Treasury;

27

UNITED STATES DEPARTMENT OF AGRICULTURE;

28

BROOKE ROLLINS, in her official capacity as Secretary of the U.S Department of Agriculture;

UNITED STATES DEPARTMENT OF COMMERCE;

HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce;

UNITED STATES NATIONAL AERONAUTICS SPACE ADMINISTRATION

JANET PETRO, in her official capacity as Acting Administrator of National Aeronautics Space Administration;

NATIONAL SCIENCE FOUNDATION;

SETHURAMAN PANCHANATHAN, in his official capacity as Director of National Science Foundation.

**By USPS First Class Mail:** I am familiar with Altshuler Berzon LLP's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence was deposited with the United States Postal Service this same day in the ordinary course of business:

UNITED STATES DEPARTMENT OF ENERGY
1000 Independence Ave., SW
Washington, DC, 20585

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy,
United States Department of Energy
1000 Independence Ave., SW
Washington, DC, 20585

UNITED STATES GENERAL SERVICES ADMINISTRATION
1800 F Street, NW
Washington, DC 20405

ROBIN CARNAHAN, in her official capacity as General Services Administration Administrator,
United States General Services Administration
1800 F Street, NW
Washington, DC 20405

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S Department of Health and Human Services,
United States Department of Health and Human Services
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
United Statement Department of Homeland Security
245 Murray Lane, SW

Mail Stop 0485
Washington, DC 20528-0485

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PAM BONDI, in her official capacity as Acting General of the U.S. Department of Justice,
United States Department of Justice
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES DEPARTMENT OF LABOR
200 Constitution Ave NW
Washington, DC 20210

VINCE MICONE, in his official capacity as Secretary of U.S Department of Labor,
United States Department of Labor
200 Constitution Ave NW
Washington, DC 20210

UNITED STATES OFFICE OF MANAGEMENT AND BUDGET
725 17th St., NW
Washington, DC 20503

RUSSELL VOUGHT, in his official capacity as Director of Office of Management and Budget,
United States Office of Management and Budget
725 17th St., NW
Washington, DC 20503

UNITED STATES DEPARTMENT OF STATE
2201 C Street, N.W,
HST, Room 6421, Washington, DC 20520

MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State,
United States Department of State
2201 C Street, N.W,
HST, Room 6421, Washington, DC 20520

UNITED STATES DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue, S.E.
Washington, DC 20590

SEAN DUFFY, in his official capacity as Secretary of U.S Department of Transportation,
United States Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.

Washington, DC 20460

UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd St. SW
Washington, DC 20416

KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration,
United States Small Business Administration
409 3rd St. SW
Washington, DC 20416

UNITED STATES SOCIAL SECURITY ADMINISTRATION
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

LELAND DOUDEK, in his official capacity as Acting Commissioner of the U.S. Social Security
Administration,
United States Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Ave NW,
Washington, DC 20420

DOUG COLLINS, in his official capacity as Secretary of the U.S. Department of Veterans Affairs,
United States Department of Veterans Affairs
810 Vermont Ave NW,
Washington, DC 20420

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed March 12, 2025, at San Francisco, California.

*/s/ Giorgia Lingiardi*
Giorgia Lingiardi