AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al. <br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br> *Defendant(s)* | Civil Action No. 3:25-cv-01780-WHA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   Please see attached list of defendants.

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eileen B. Goldsmith (SBN 218029)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151 Email. egoldsmith@altber.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 3/13/2025                                                       Thelma Nudo
                                                                *Signature of Clerk or Deputy Clerk*

# List of Defendants

UNITED STATES DEPARTMENT OF ENERGY
1000 Independence Ave., SW
Washington, DC, 20585

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy,
United States Department of Energy
1000 Independence Ave., SW
Washington, DC, 20585

UNITED STATES GENERAL SERVICES ADMINISTRATION
1800 F Street, NW
Washington, DC 20405

ROBIN CARNAHAN, in his official capacity as General Services Administration Administrator,
United States General Services Administration
1800 F Street, NW
Washington, DC 20405

UNITED STATES DEPARTMENT OF EDUCATION
400 Maryland Ave, SW
Washington, D.C. 20202

LINDA MCMAHON, in her official capacity as Secretary of Education,
400 Maryland Ave, SW
Washington, D.C. 20202

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S Department of Health and Human Services,
United States Department of Health and Human Services
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security,
United Statement Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 Seventh Street, S.W.
Washington, D.C. 20410

SCOTT TURNER, in his official capacity as Secretary of U.S Department of Housing and Urban Development,
United States Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street NW
Washington, DC 20240

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,
United States Department of the Interior
1849 C Street NW
Washington, DC 20240

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PAM BONDI, in her official capacity as Acting General of the U.S. Department of Justice,
United States Department of Justice
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES DEPARTMENT OF LABOR
200 Constitution Ave NW
Washington, DC 20210

VINCE MICONE, in his official capacity as Secretary of U.S Department of Labor,
United States Department of Labor
200 Constitution Ave NW
Washington, DC 20210

UNITED STATES OFFICE OF MANAGEMENT AND BUDGET
725 17th St., NW
Washington, DC 20503

RUSSELL VOUGHT, in his official capacity as Director of Office of Management and Budget,
United States Office of Management and Budget
725 17th St., NW
Washington, DC 20503

UNITED STATES DEPARTMENT OF STATE
2201 C Street, N.W,
HST, Room 6421, Washington, DC 20520

MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State,
United States Department of State
2201 C Street, N.W,
HST, Room 6421, Washington, DC 20520

UNITED STATES DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue, S.E.
Washington, DC 20590

SEAN DUFFY, in his official capacity as Secretary of U.S Department of Transportation,
United States Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd St. SW
Washington, DC 20416

KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration,
United States Small Business Administration
409 3rd St. SW
Washington, DC 20416

DEPARTMENT OF DEFENSE
1400 Defense Pentagon,
Washington, DC 20301-1400

PETER HEGSETH, in his official capacity as Secretary of Defense,
United States Department of Defense
1400 Defense Pentagon,
Washington, DC 20301-1400

UNITED STATES DEPARTMENT OF TREASURY
1500 Pennsylvania Avenue,
NW Washington, D.C. 20220

SCOTT BESSENT, in his official capacity as Secretary of Treasury
1500 Pennsylvania Avenue,
NW Washington, D.C. 20220

UNITED STATES DEPARTMENT OF AGRICULTURE
1400 Independence Ave, SW,
Washington, DC 20250

BROOKE ROLLINS, in her official capacity as Secretary of the U.S Department of Agriculture,
United States Department of Agriculture
1400 Independence Ave, SW,
Washington, DC 20250

UNITED STATES DEPARTMENT OF COMMERCE
1401 Constitution Ave NW,
Washington, DC 20230

HOWARD LUTNICK, in his official capacity as Secretary of the Department of Commerce,
United States Department of Commerce
1401 Constitution Ave NW,
Washington, DC 20230

UNITED STATES SOCIAL SECURITY ADMINISTRATION
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

LELAND DOUDEK, in his official capacity as Acting Commissioner of the U.S. Social Security Administration,
United States Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Ave NW,
Washington, DC 20420

DOUG COLLINS, in his official capacity as Secretary of the U.S. Department of Veterans Affairs,
United States Department of Veterans Affairs
810 Vermont Ave NW,
Washington, DC 20420

UNITED STATES NATIONAL AERONAUTICS SPACE ADMINISTRATION
300 E Street SW
Washington, DC 20546

JANET PETRO, in his official capacity as Acting Administrator of National Aeronautics Space Administration,
300 E Street SW
Washington, DC 20546

NATIONAL SCIENCE FOUNDATION
2415 Eisenhower Avenue
Alexandria, Virginia 22314

SETHURAMAN PANCHANATHAN, in his official capacity as Director of National Science Foundation,
2415 Eisenhower Avenue
Alexandria, Virginia 22314

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: