Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **NOTICE OF EVIDENTIARY CITATIONS FOR PLAINTIFFS AFFECTED BY AGENCY TERMINATIONS** |

Notice of Plaintiffs Affected by Agency Terminations, No. 3:25-cv-01780-WHA

1	Pursuant to the discussion at the hearing on Plaintiffs' motion for preliminary injunction
2	today, March 13, 2025, Plaintiffs hereby submit this further list of evidentiary citations to
3	Plaintiffs' record evidence in support of harm caused to Plaintiffs by terminations of probationary
4	employees, organized by federal agency.

//
//
//

| DEFENDANT AGENCY | PLAINTIFFS AND EVIDENCE |
|---|---|
| **Department of Agriculture** | **Main Street Alliance**<br>Phetteplace Dec., Dkt. 70-20, ¶¶2-4<br><br>**American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5, 7, 10<br><br>**Coalition to Protect America's National Parks**<br>Supp. Neubacher Dec., Dkt 70-19, ¶¶2, 4<br><br>**Western Watersheds Project**<br>Supp. Molvar Dec., Dkt 70-18, ¶¶7, 10<br><br>**Common Defense**<br>Supp. Arbulu Dec., Dkt. 70-17, ¶5<br><br>**Point Blue Conservation Science**<br>Pitkin Dec., Dkt. 70-15, ¶¶3-6<br><br>**State of Washington**<br>Esquibel Dec., Dkt. 70-7, ¶¶15, 18; Garl Dec., Dkt. 70-10, ¶¶2-8; Bartlett Dec., Dkt. 70-2, ¶¶22-26; Mellor Dec., Dkt. 70-12, ¶¶6-25<br><br>**AFSCME**<br>Caetano Bachelder Dec., Dkt. 18-5, ¶¶4-23; Blake Dec., Dkt. 18-6, ¶¶4, 8; Supp. Blake Dec., Dkt. 39-6, ¶¶4-5 |
| **Department of Commerce** | **Coalition to Protect America's National Parks**<br>Supp. Neubacher Dec., Dkt 70-19, ¶3<br><br>**American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5-7, 9-10<br><br>**Western Watersheds Project**<br>Supp. Molvar Dec., Dkt 70-18, ¶¶3, 5<br><br>**Point Blue Conservation Science**<br>Pitkin Dec., Dkt. 70-15, ¶¶3, 7<br><br>**State of Washington**<br>Dively Dec., Dkt. 70-6, ¶¶9-10; Bartlett Dec., Dkt. 70-2, ¶¶19-21; Cunningham Dec., Dkt. 70-5, ¶¶4-9; Esquibel Dec., Dkt. 70-7, ¶19; Finlay Dec., Dkt. 70-9, ¶¶5-8; Hennessy Dec., Dkt. 70-11, ¶¶4-36; Mellor Dec., Dkt. 70-12, ¶2 |

| | |
|---|---|
| **Department of Defense** | **Point Blue Conservation Science**<br>Pitkin Dec., Dkt. 70-15, ¶¶3, 7<br><br>**State of Washington**<br>Esquibel Dec., Dkt. 70-7, ¶16<br><br>**AFGE**<br>Kelley Dec., Dkt. 18-12, ¶¶4, 27-29; Nemeth-Greenleaf Dec., Dkt. 18-14, ¶¶3-15 |
| **Department of Education** | **Common Defense**<br>Supp. Arbulu Dec., Dkt. 70-17, ¶5<br><br>**State of Washington**<br>Esquibel Dec., Dkt. 70-7, ¶17<br><br>**AFGE**<br>Kelley Dec., Dkt. 18-12, ¶14 |
| **Department of Energy** | **American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5-7 |
| **Department of Health and Human Services** | **American Public Health Association**<br>Benjamin Dec., Dkt. 70-3, ¶¶11-22<br><br>**American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶7<br><br>**State of Washington**<br>Esquibel Dec., Dkt. 70-7, ¶¶10-11; Dively Dec., Dkt. 70-6, ¶10(a)(v), 10(c)(i)-(iv)<br><br>**AFGE**<br>Jacobs Dec., Dkt. 18-8, ¶¶3-19; Kelley Dec., Dkt. 18-12, ¶24 |
| **Department of Homeland Security** | **State of Washington**<br>Dively Dec., Dkt. 70-6, ¶¶10(b)(i)-(ii); Bartlett Dec., Dkt. 70-2, ¶¶6-10) |

| | |
|---|---|
| **Department of Housing and Urban Development** | **State of Washington**<br>Esquibel Dec., Dkt. 70-7, ¶¶7-9; Dively Dec., Dkt. 70-6, ¶¶10(a)(i)-(iv)) |
| **Department of the Interior** | **Coalition to Protect America's National Parks**<br>Neubacher Dec., Dkt. 18-15, ¶¶5-9; Supp. Neubacher Dec., Dkt. 39-3, ¶¶3-5; Second Supp. Neubacher Dec., Dkt. 70-19, ¶¶2-5<br><br>**Western Watersheds Project**<br>Molvar Dec., Dkt. 18-13, ¶¶7-9; Supp. Molvar Dec., Dkt. 39-2, ¶¶2-6; Supp. Molvar Dec., Dkt. 70-18, ¶¶ 9, 11, 13<br><br>**American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5-8<br><br>**Point Blue Conservation Science**<br>Pitkin Dec., Dkt. 70-15, ¶¶3, 7<br><br>**State of Washington**<br>Bartlett Dec., Dkt. 70-2, ¶¶11-18, 27-29; Dively Dec., Dkt. 70-6, ¶10(d); Esquibel Dec., Dkt. 70-7, ¶¶13-15 |
| **Department of Justice** | **AFSCME**<br>Blake Dec., Dkt. 18-6, ¶4 |
| **Department of Transportation** | **Coalition to Protect America's National Parks**<br>Supp. Neubacher Dec., Dkt. 70-19, ¶6<br><br>**Association of Flight Attendants**<br>Nelson Dec., Dkt. 70-13, ¶¶4-7<br><br>**AFSCME**<br>Ronneberg Dec., Dkt. 18-17, ¶¶4-23; Blake Dec., Dkt. 18-6, ¶¶4, 7 |

| | |
|---|---|
| **Department of Veterans Affairs** | **VoteVets**<br>Eaton Dec., Dkt. 18-15, ¶¶6-15<br><br>**Common Defense**<br>Arbulu Dec., Dkt. 18-3, ¶5, 9-10; Supp. Arbulu Dec., Dkt. 70-17, ¶¶3-4<br><br>**AFGE**<br>Turner-Nichols Dec., Dkt. 18-18, ¶¶2, 6-13; Kelley Dec., Dkt. 18-12, ¶¶4, 25 |
| **Environmental Protection Agency** | **American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5, 7, 9<br><br>**Climate Resilient Communities**<br>Cannedy Dec., Dkt. 70-4, ¶¶4-8, 10<br><br>**AFGE**<br>Kelley Dec., Dkt. 18-12, ¶4 |
| **NASA** | **American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5, 7, 8 |
| **National Science Foundation** | **American Geophysical Union**<br>Shultz Dec., Dkt. 70-16, ¶¶5-8<br><br>**Point Blue Conservation Science**<br>Pitkin Dec., Dkt. 70-15, ¶¶3, 7<br><br>**Western Watersheds Project**<br>Second Supp. Molvar Dec., Dkt. 70-18, ¶14<br><br>**AFGE**<br>Evans Dec., Dkt. 18-8, ¶¶1-38; Frassetto Dec., Dkt. 18-9, ¶¶1-26 |
| **Small Business Administration** | **Main Street Alliance**<br>Phetteplace Dec., Dkt. 18-16, ¶¶4-9)<br><br>**AFGE**<br>Kelley Dec., Dkt. 18-12, ¶¶4, 14 |

DATED:  March 13, 2025											Respectfully submitted,

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151


By: */s/ Danielle E. Leonard*

*Attorneys for Plaintiff Organizations*


Norman L. Eisen (*pro hac vice*)
Pooja Chaudhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro hac vice pending*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*