1  Scott A. Kronland (SBN 171693)
   Stacey M. Leyton (SBN 203827)
2  Eileen B. Goldsmith (SBN 218029)
   Danielle E. Leonard (SBN 218201)
3  Robin S. Tholin (SBN 344845)
4  James Baltzer (SBN 332232)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel. (415) 421-7151
   Fax (415) 362-8064
7  skronland@altber.com
8  sleyton@altber.com
   egoldsmith@altber.com
9  dleonard@altber.com
   rtholin@altber.com
10 jbaltzer@altber.com

11 *Attorneys for Plaintiffs*

12 [Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **PROOF OF SERVICE** |

Proof of Service, No. 3:25-cv-01780-WHA

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 13, 2025, I served the following document(s):

**SUMMONS**
**SECOND AMENDED COMPLAINT**
**CIVIL DOCKET FOR CASE #: 3:25-cv-01780-WHA as of March, 13, 2025**

**Additional materials required under Northern District of California Local Rules:**
**Judge Alsup's Standing Order for Hyperlinked Courtesy Copies**
**Judge Alsup's Standing Order for Civil Jury Trials**
**Judge Alsup's Standing Order for Civil Bench Trials**
**Standing Order for all Judges of the Northern District of California**
**ECF Registration Information**
**ADR Handbook**
**ADR Certification by Parties and Counsel**
**Request for ADR Telephone Conference**
**Stipulation & Proposed Order Selecting ADR Process**
**Notice of Availability of Magistrate Judge**

on the parties, through their attorneys of record, as designated below:

**By Certified Mail:** I caused such document(s) to be served via certified mail on the parties in this action by transmitting true and correct copies to the following address(es):

UNITED STATES DEPARTMENT OF ENERGY
1000 Independence Ave., SW
Washington, DC, 20585

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy,
United States Department of Energy
1000 Independence Ave., SW
Washington, DC, 20585

UNITED STATES GENERAL SERVICES ADMINISTRATION
1800 F Street, NW
Washington, DC 20405

ROBIN CARNAHAN, in her official capacity as General Services Administration Administrator,
United States General Services Administration
1800 F Street, NW
Washington, DC 20405

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S Department of Health and Human

| | |
|---|---|
| 1 | Services, |
| | United States Department of Health and Human Services |
| 2 | 200 Independence Ave., S.W., Room 713-F |
| | Washington, DC 20201 |
| 3 | |
| | UNITED STATES DEPARTMENT OF HOMELAND SECURITY |
| 4 | 245 Murray Lane, SW |
| | Mail Stop 0485 |
| 5 | Washington, DC 20528-0485 |
| | |
| 6 | KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, |
| | United Statement Department of Homeland Security |
| 7 | 245 Murray Lane, SW |
| | Mail Stop 0485 |
| 8 | Washington, DC 20528-0485 |
| | |
| 9 | UNITED STATES DEPARTMENT OF JUSTICE |
| | 950 Pennsylvania Avenue, NW |
| 10 | Washington, DC 20530-0001 |
| | |
| 11 | PAM BONDI, in her official capacity as Acting General of the U.S. Department of Justice, |
| | United States Department of Justice |
| 12 | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, NW |
| 13 | Washington, DC 20530-0001 |
| | |
| 14 | UNITED STATES DEPARTMENT OF LABOR |
| | 200 Constitution Ave NW |
| 15 | Washington, DC 20210 |
| | |
| 16 | VINCE MICONE, in his official capacity as Secretary of U.S Department of Labor, |
| | United States Department of Labor |
| 17 | 200 Constitution Ave NW |
| | Washington, DC 20210 |
| 18 | |
| | UNITED STATES OFFICE OF MANAGEMENT AND BUDGET |
| 19 | 725 17th St., NW |
| | Washington, DC 20503 |
| 20 | |
| | RUSSELL VOUGHT, in his official capacity as Director of Office of Management and Budget, |
| 21 | United States Office of Management and Budget |
| | 725 17th St., NW |
| 22 | Washington, DC 20503 |
| | |
| 23 | UNITED STATES DEPARTMENT OF STATE |
| | 2201 C Street, N.W, |
| 24 | HST, Room 6421, Washington, DC 20520 |
| | |
| 25 | MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State, |
| | United States Department of State |
| 26 | 2201 C Street, N.W, |
| | HST, Room 6421, Washington, DC 20520 |
| 27 | |
| | UNITED STATES DEPARTMENT OF TRANSPORTATION |
| 28 | 1200 New Jersey Avenue, S.E. |
| | Washington, DC 20590 |

Proof of Service, No. 3:25-cv-01780-WHA                                                                                      2

SEAN DUFFY, in his official capacity as Secretary of U.S Department of Transportation,
United States Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd St. SW
Washington, DC 20416

KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business Administration,
United States Small Business Administration
409 3rd St. SW
Washington, DC 20416

UNITED STATES SOCIAL SECURITY ADMINISTRATION
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

LELAND DUDEK, in his official capacity as Acting Commissioner of the U.S. Social Security Administration,
United States Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Ave NW,
Washington, DC 20420

DOUG COLLINS, in his official capacity as Secretary of the U.S. Department of Veterans Affairs,
United States Department of Veterans Affairs
810 Vermont Ave NW,
Washington, DC 20420

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 13, 2025, at San Francisco, California.

          */s/ Giorgia Lingiardi*
          Giorgia Lingiardi