1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 U.S. DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
11 P.O. Box 883
   Washington, DC 20044
12
13 *Counsel for Defendants*

14
                    **UNITED STATES DISTRICT COURT**
15                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
16
                                              Case No. 3:25-cv-1780-WHA
17 AMERICAN FEDERATION OF
   GOVERNMENT EMPLOYEES, *et al*.
18
           Plaintiffs,                        **DECLARATION OF MARY PLETCHER**
19                                            **RICE IN SUPPORT OF DEFENDANTS'**
           v.                                 **MOTION FOR STAY OF MARCH 13,**
20                                            **2025, ORDER**
21 UNITED STATES OFFICE OF PERSONEL
   MANAGEMENT, *et al.*,
22
           Defendants.
23

24
25
26
27
28

I, Mary Pletcher Rice, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Acting Principal Deputy Assistant Secretary for Administration within Departmental Administration at the United States Department of Agriculture ("USDA" or "Department"), headquartered in Washington, D.C. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.

2. In my role at USDA, I currently oversee the Department's Office of Human Resources Management and I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices.

3. Approximately 5,714 probationary employees were terminated from USDA beginning February 13, 2025, and concluding on or around February 17, 2025.

4. USDA is already reinstating the terminated probationary employees, pursuant to a 45-day March 5, 2025, Stay Order from the Merit Systems Protection Board, which was requested by the Office of Special Counsel.

5. Whether required by operation of the March 5, 2025, MSPB Stay Order and/or this Court's March 13, 2025, Order granting a preliminary injunction, reinstating the terminated probationary employees is complex and places the following logistical burdens on USDA and its approximately 29 subordinate Mission Areas, Agencies, and Staff Offices, including USDA's multiple human resources offices: (1) initiating the process of placing all removed probationary employees, who received February 2025 termination letters, into pay status, and providing backpay, from the date of the termination notice through the present, which involves several systems and applies across multiple pay periods; (2) ascertaining whether some of the probationary employees choose to resign, due to having secured other employment or not wanting to return to duty at USDA; (3) reinstituting and ensuring operational status of secured LincPasses, office space, and equipment (including laptops in most instances) for those individuals whose mission criticality requires on-site work; and (4) addressing, as appropriate, any identified or substantiated threats to the physical safety of USDA's existing 111,000 person workforce and security of USDA's physical plants and assets across the nation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2025

MARY RICE
Digitally signed by MARY RICE
Date: 2025.03.14 15:01:04 -04'00'

_____
MARY PLETCHER RICE