PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO STAY THE COURT'S MARCH 13, 2025 PRELIMINARY INJUNCTION PENDING APPEAL** |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' *Ex Parte* Motion to Stay the Court's March 13, 2025 Preliminary Injunction Pending Appeal is hereby GRANTED. The preliminary injunction is hereby stayed pending the resolution of Defendants' appeal of the March 13, preliminary injunction.

DATED:

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO STAY MARCH 13, 2025 PRELIMINARY INJUNCTION PENDING APPEAL
3:25-cv-1780-WHA

1