UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **BRIEFING SCHEDULE ON EX PARTE MOTION TO STAY BY DEFENDANTS** |

Defendants have moved for a stay of the undersigned's preliminary injunction pending appeal (Dkt. No. 127). Plaintiffs shall please file any opposition by **MIDNIGHT TODAY.**

**IT IS SO ORDERED.**

Dated: March 14, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE