UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **THIRD REQUEST FOR INFORMATION** |

The Court has read news reports that, in at least one agency, probationary employees are being rehired but then placed on administrative leave *en masse*. This is not allowed by the preliminary injunction, for it would not restore the services the preliminary injunction intends to restore. Defendants shall state the extent to which any rehired probationary employees are being placed on administrative leave by **MARCH 18, 2025, AT NOON**.

**IT IS SO ORDERED.**

Dated: March 17, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE