UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

        Plaintiffs,

   v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,

        Defendants.

No. C 25-01780 WHA

**SUPPLEMENT TO THIRD REQUEST FOR INFORMATION**

On March 17, the undersigned requested that defendants "state the extent to which any rehired probationary employees are being placed on administrative leave" (Dkt. No. 138). Defendants' response reproduces compliance reports produced in a separate action, *State of Maryland v. United States Department of Agriculture*, without more (Dkt. No. 139).

The Department of Defense, an enjoined relief defendant in this action, is not among the "restrained defendants" in *Maryland*. Defendants' reproduction of the *Maryland* declarations is therefore silent as to DOD. Defendants shall redress that deficiency and provide a declaration from DOD by **MARCH 19, 2025, AT NOON**. If plaintiffs wish to file a response, they must do so by **MARCH 20, 2025, AT NOON**.

**IT IS SO ORDERED.**

Dated: March 18, 2025.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE