PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**NOTICE IN RESPONSE TO THE COURT'S SUPPLEMENT TO THIRD REQUEST FOR INFORMATION**<br><br>The Hon. William H. Alsup |

1  Defendants hereby respectfully respond to this Court's March 18, 2025, Supplement to
2  Third Request for Information ("Supplement"), ECF No. 140. In that Supplement, the Court
3  ordered that relief defendant Department of Defense ("DoD") "state the extent to which any
4  rehired probationary employees are being placed on administrative leave" and "provide a
5  declaration" to the Court. Supplement. Defendants provide the attached declaration from DoD,
6  explaining how and why probationary employees have been placed on administrative leave. *See*
7  Decl. of Timothy D. Dill, attached as Ex. 1. As reflected in that declaration, as to DOD:
8  "[e]mployees with pending termination notices will remain on administrative leave until the
9  termination notice is revoked and they are able to complete [DoD] onboarding procedures," and
10 "[p]reviously terminated employees who have been reinstated are authorized administrative
11 leave dating from the time of their termination until their completion of onboarding procedures."
12 Dill Decl. ¶ 6.

13 Dated: March 19, 2025                Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

s/ Yuri S. Fuchs
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

| | |
|---|---|
| 1 | *Counsel for Defendants* |