PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF TIMOTHY D. DILL IN SUPPORT OF DEFENDANTS' NOTICE IN RESPONSE TO THE COURT'S THIRD REQUEST FOR INFORMATION** |

I, Timothy D. Dill, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am currently the official performing the duties of the Assistant Secretary of Defense for Manpower and Reserve Affairs of the Department of Defense ("Department"), headquartered in Washington, D.C. I have served in this position since January 22, 2025. The information below is based on my personal knowledge and information I have received in my role at the Department.

2. In my role at the Department, I am responsible for personnel policy for the Department of Defense's civilian workforce. That responsibility includes tracking and recording personnel actions, including terminations. I am responsible for ensuring that all personnel actions, including those related to probationary employees, comply with federal law.

3. I am aware of the preliminary injunction issued in this case on March 13, 2025, requiring the Department to offer reinstatement to all probationary employees terminated on or about February 13 and 14, 2025.

4. Department records indicate that since February 13, 2025, the Department separated, or notified of termination, 364 probationary employees in light of recent OPM guidance.

5. The Department has directed DoD Military Departments and Components to offer reinstatement or revoke pending termination notices for these employees. DoD Military Departments and Components have reinstated, or revoked pending termination notices, for approximately 65 employees. The remainder are pending notification, declined to accept the offer of reinstatement, or requested additional time to consider the offer.

6. Employees with pending termination notices will remain on administrative leave until the termination notice is revoked and they are able to be complete Department onboarding procedures. Previously terminated employees who have been reinstated are authorized administrative leave dating from the time of their termination until their completion of onboarding procedures. That placement of former employees on administrative leave is the first in a series of steps to reinstate probationary employees. The onboarding process will include

Declaration of Timothy D. Dill in Support of Defendants' Notice in Response to the Court's Third Request for Information 3:25-cv-1780-WHA

1

certain training, completing human resources paperwork, obtaining new security badges, and re-enrolling in benefits programs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 19, 2025

_____
Timothy D. Dill
Performing the Duties of the
Assistant Secretary of Defense for
Manpower and Reserve Affairs

Declaration of Timothy D. Dill in Support of Defendants' Notice in Response to the Court's Third Request for Information  3:25-cv-1780-WHA

2