Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**DECLARATION OF CHRISTY HOOVER** |

Declaration of Christy Hoover, No. 3:25-cv-01780-WHA

**DECLARATION OF CHRISTY HOOVER**

I, Christy Hoover, declare as follows:

1. I am an employee of the National Park Service currently on administrative leave. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. I began my employment on July 14, 2024, as a Visual Information Specialist working at the Cane River Creole National Historical Park in Natchitoches Parish, Louisiana. I moved from North Carolina to Louisiana with my husband and two children to take this position working for the National Park Service.

3. In my initial performance evaluation on October 23, 2024 from my supervisor, I received 4s and 5s (out of five) in all evaluation categories. I was proud to have gotten so positive an evaluation, as there was so much to learn in my new position, and it was very helpful to hear from my supervisor that I was exceeding expectations as I took on these new challenges.

4. On February 14, 2025, I received a termination letter, attached as Exhibit A, citing performance issues and claiming my position was no longer needed by the National Park Service. The letter stated: "The Department determined you have failed to demonstrate fitness or qualifications for continued employment..." My termination was effective immediately.

5. I texted my supervisor on February 14, 2025 to confirm that I had been terminated. I have previously communicated with my supervisor on my cell phone, and she has my cell phone number.

6. Until March 19, 2025, I had not heard anything further from the National Park Service or from the Department of the Interior about my position, my termination, or reinstating me in my job.

7. At or around 3:30 p.m. on March 19, I received a phone call from my supervisor, who told me that she was reading from an email she had received. She told me that I was being reinstated, but that I should not come into work. Instead, I was being placed on indefinite administrative leave. Finally, my supervisor told me that I had the option to remain on administrative leave or to voluntarily resign.

Declaration of Christy Hoover, No. 3:25-cv-01780-WHA                                                                 1

I declare under penalty of perjury that under the laws of the United States that the foregoing is true and correct. Executed 19th day of March 2025 in Natchez, Louisiana.

*Christy Hoover*

Christy Hoover

# Exhibit A




**United States Department of the Interior**
NATIONAL PARK SERVICE
1849 C Street, NW Washington, DC 20240

**Memorandum**

To:       Christy Hoover
           Visual Information Specialist

           //s//
From:   Lena McDowall
           Deputy Director, Management and Administration

Date:    February 14, 2025

Subject:  **Notice of Decision to Terminate Competitive Service Appointment During Probationary Period**

Consistent with applicable Federal laws, rules, and regulations, this Memorandum documents and provides written notice of my decision to terminate, during the probationary period, your competitive service appointment to the position of Visual Information Specialist, with the National Park Service. My decision becomes effective immediately, on the date of this Memorandum, which you have received by hand delivery on the same date. You are instructed to coordinate immediately with your supervisor to satisfy all off-boarding administrative requirements (*e.g.*, surrender all keys to the Federal workplace, Federal access badge, government-owned materials, and government-owned electronic equipment, etc...) and to leave the workplace immediately after satisfying all administrative requirements. The Department will attend to all applicable timekeeping requirements on your behalf and will ensure that you receive full pay through the close of regular business (including any grant of administrative leave, if necessary and appropriate) on the date of this Memorandum.

Your competitive service appointment, which became effective on 7/14/2024, was subject to a probationary period, as indicated on your appointment SF-50. During your probationary period, the Department has continued to evaluate your fitness for the position to determine whether you have fully demonstrated your qualifications for continued employment. Until the probationary period has ended, you, as a competitive service appointee, have the burden to demonstrate why the Department should finalize your appointment in the civil service. If, during the probationary period, a competitive service appointee's work performance, which includes any relevant knowledge, skill, or ability, does not satisfy the needs of the Department, and thus the appointee fails to demonstrate the competitive service appointee's fitness or qualifications for continued employment, the Department shall initiate action to separate the competitive service appointee during the probationary period. The probationary period is a highly significant step, and the final step, in the evaluation process, which is used to determine a competitive service appointee's fitness and qualifications for the position. The Department determined that you have failed to demonstrate fitness or qualifications for continued employment because your subject matter knowledge, skills, and

abilities do not meet the Department's current needs, and it is necessary and appropriate to terminate, during the probationary period, your appointment to the position of Visual Information Specialist, at Natchitoches,Louisiana, within the National Park Service. As written above, my decision becomes effective immediately on the date of this Memorandum.

### Probationary Appointee Rights and Procedures

If you believe that you meet the definition of "employee" under 5 U.S.C. § 7511(a)(1), and accordingly, that the Department has erroneously determined that your appointment remains subject to a probationary period, please notify your first-level supervisor immediately.

As a career-conditional competitive service appointee with less than one year of current continuous service, you have no statutory right to file an appeal with the U.S. Merit Systems Protection Board (MSPB). However, pursuant to Federal regulations, you may appeal this decision to the MSPB only if you raise a non-frivolous allegation that partisan political reasons or marital status motivated this termination decision. An appeal to the MSPB must be filed no later than 30 days after the date of, and your corresponding receipt of, this Memorandum. If you do not submit an MSPB appeal within the time set forth by statute, regulation, or order of an MSPB Administrative Judge, the MSPB may dismiss your appeal as untimely filed, unless you show good reason for the delay. The assigned MSPB Administrative Judge may provide you the opportunity to show why your appeal should not be dismissed as untimely. If you choose to file an appeal, your appeal must be filed with the MSPB, must give reasons for contesting this termination decision, must include a copy of this decision being appealed, and if available, include a copy of the SF-50 or similar notice of personnel action.

To appeal this action, you must send your appeal to the appropriate MSPB Regional/Field Office. A list of MSPB Regional/Field Offices is enclosed below and can also be found on MSPB's website at https://www.mspb.gov/about/contact.htm.  Your appeal may be filed with the MSPB by mail addressed to the MSPB Regional/Field Office with jurisdiction over your state, by personal delivery to that office during normal business hours, by facsimile, or by commercial overnight delivery. The mailing address and facsimile numbers for the MSPB Regional/Field Offices are listed below.  Alternatively, you may submit an appeal online through the MSPB e-appeal system at https://e-appeal.mspb.gov/. More information about MSPB contacts and locations can be found on MSPB's website at https://www.mspb.gov/about/contact.htm.

### MSPB Contacts and Locations

**Headquarters, Washington, DC**
1615 M Street, NW
Washington, DC 20419
(202) 653-7200 - telephone
(202) 653-7130 - fax
mspb@mspb.gov - email

**Dallas Regional Office**
1100 Commerce Street
Room 620
Dallas, TX 75242-9979
(214) 767-0555 - telephone
(214) 767-0102 - fax
dallas@mspb.gov

**Washington DC Regional Office**
Washington DC Regional Office
1901 S. Bell Street
Suite 950
Arlington, Virginia 22202 (703) 756-6250 - telephone
(703) 756-7112 - fax
washingtonregionaloffice@mspb.gov

**Atlanta Regional Office**
401 W. Peachtree Street, NW
10th Floor
Atlanta, GA 30308-3519
(404) 730-2751 - telephone

**Denver Field Office**
165 South Union Boulevard
Suite 318
Lakewood, CO 80228-2211
(303) 969-5101 - telephone

**Western Regional Office**
1301 Clay Street, Suite 1380N
Oakland, CA 94612-5217
(510) 273-7022 - telephone
(510) 273-7136 - fax
WesternRegionalOffice@mspb.gov

| | |
|---|---|
| (678) 804-4646 - fax | (303) 969-5109 - fax |
| atlanta@mspb.gov | denver@mspb.gov |
| **Central Regional Office** | **Northeastern Regional Office** |
| 230 South Dearborn Street | 1601 Market Street |
| 31st Floor | Suite 1700 |
| Chicago, IL 60604-1669 | Philadelphia, PA 19103 |
| (312)353-2923 - telephone | (215) 597-9960 - telephone |
| (312) 886-4231 - fax | (215) 731-3962 - fax |
| chicago@mspb.gov | philadelphia@mspb.gov |

A copy of the MSPB's regulations concerning appeals is available at http://www.mspb.gov. If you would like a paper copy of the MSPB's regulations concerning appeals, you may contact the HR Division at hrd_people_group@nps.gov.

If you decide to file an appeal with the MSPB, you should notify the Board that the Department's contact for the purpose of your appeal is:

> **Division of Employment and Labor Law (DEL)**
> U.S. Department of the Interior
> Office of the Solicitor
> 1849 C Street, N.W., Mailstop 6440
> Washington, D.C. 20240
> sol-inbox-del@sol.doi.gov

If you believe that this action constitutes a prohibited personnel practice under 5 U.S.C. § 2302(b), including but not limited to, claims that the Department took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures or engaging in protected activity, you may seek corrective action before the U.S. Office of Special Counsel, which you may contact electronically at www.osc.gov, or by mail at U.S. Office of Special Counsel, 1730 M Street NW, Suite 218, Washington, DC 20036-4505. If your complaint concerns retaliation under 5 U.S.C. § 2302(b)(8) or (b)(9), and OSC dismisses your claim, you may have the right to file an Individual Right-of-Action (IRA) appeal with the MSPB within sixty-five (65) days of OSC's determination. However, in accordance with 5 U.S.C. § 7121(g)(2), if you elect to file a complaint with OSC prior to filing a complaint with the MSPB, you will be deemed to have elected to pursue corrective action under Subchapters II and III of 5 U.S.C. Chapter 12, and may be required to exhaust administrative procedures before OSC prior to filing an IRA appeal with the MSPB. For further information regarding your right to seek corrective action, please refer to 5 U.S.C. § 1221 and 5 C.F.R. §§ 1209.2 & 1209.5.

If you believe that discrimination based on race, color, sex, religion, national origin, age (40 and over), disability, genetic information, or protected activity, in violation of federal antidiscrimination laws, motivated this decision in whole or in part, you may contact an EEO counselor within forty-five (45) days of receiving this Memorandum to discuss your claim(s) and file a complaint. The contact information for an EEO counselor is:

> **Washington Support Office (WASO)**
> Office of Equal Opportunity Programs
> 1849 C Street, NW MS 2505
> Washington, DC 20240
> (202) 354-1852

3

    EEO@NPS.GOV

You can also find contact information for the applicable servicing EEO office on the Department's website at https://www.doi.gov/pmb/eeo/EEO-COUNSELORS.

Please note that in accordance with 29 C.F.R. §1614.302 you may not initially file both a mixed case EEO complaint and an MSPB appeal that involves allegations of discrimination on the same matter. Whichever action is filed first shall be considered your election to proceed in that forum.

Should you have any questions, please contact the Human Resources Division's People Group at hrd_people_group@nps.gov.

### Acknowledgment of Receipt

Please acknowledge receipt of this written notice by signing and dating below.  Your signature does not mean that you agree or disagree with the contents of this Memorandum, and by acknowledging receipt, you will not forfeit any of the rights described above.  However, your failure to sign will not void the contents of this Memorandum.

_____    _____
Christy Hoover                                                                                            DATE