PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> **NOTICE FILING OF CERTAIN AGENCY DECLARATIONS AND REDACTED AGENCY LISTS OF EMPLOYEES** <br><br> Honorable William H. Alsup |

Please take notice that Defendants are filing redacted lists of "all probationary employees terminated on or about February 13th and 14th with an explanation as to each of what has been done to comply with this [Court's] order." Tr. of March 13, 2025, Hrg., at 53:13-16, 20-22, ECF No. 120. Defendants are redacting the personal identifying information ("PII") of third-party federal employees that should remain confidential from the following information they are submitting:

1. Ex. 1: U.S. Department of Agriculture's List of Employees
2. Ex. 2: U.S. Department of Defense's List of Employees
3. Ex. 3: U.S. Department of Energy's List of Employees
4. Ex. 4: U.S. Department of the Interior's List of Employees
5. Ex. 5: U.S. Department of the Treasury's List of Employees
6. Ex. 6: U.S. Department of Veterans Affairs' List of Employees

Because the agency lists of employees of the U.S. Department of Agriculture and the U.S. Department of Defense Defendants do not contain information showing what has been done to comply with the Court's notice requirements for each employee, those agencies are filing declarations from agency officials that provide that explanation. *See* Ex. 7-8

| | |
|---|---|
| DATED: March 20, 2025 | Respectfully submitted, |
| | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| | ERIC HAMILTON<br>Deputy Assistant Attorney General |
| | DIANE KELLEHER<br>Branch Director<br>CHRISTOPHER HALL<br>Assistant Branch Director |
| | JAMES D. TODD, JR.<br>Senior Trial Counsel |
| | *s/ Yuri S. Fuchs*<br>YURI S. FUCHS<br>Trial Attorney<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044 |
| | *Counsel for Defendants* |