**EXHIBIT 2**

**U.S. DEPARTMENT OF DEFENSE'S**

**LIST OF PROBATIONARY EMPLOYEES AND EXPLANATIONAS TO**

**EACH OF WHAT HAS BEEN DONE TO COMPLY WITH COURT'S ORDER**

| DoD Component | Employee Name | Date Termination Effective | Notified of Court Order (Y or N) | Offered Reinstatement/Termination Notice Revoked (Y or N) | Status (Office or Admin Leave) |
|---|---|---|---|---|---|
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| DD10 Defense Contract Audit Agency | | 3/28/2025 | Y | Y | Admin Leave |
| Defense Health Agency | | 3/3/2025 | Y | Y | Pending decision from employee regarding reinstatement and return to office |
| Defense Health Agency | | 3/3/2025 | Y | Y | Pending decision from employee regarding reinstatement and return to office |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| Defense Health Agency | | 3/24/2025 | Y | Y | Admin leave thru 21 Mar; return to office on Mon, 24 Mar |
| DoD Human Resources Activity | | 3/24/2025 | Y | Y | Admin leave |
| DoD Human Resources Activity | | 3/24/2025 | Y | Y | Admin leave |
| DoD Human Resources Activity | | 3/24/2025 | Y | Y | Admin leave |
| DoD Human Resources Activity | | 3/24/2025 | Y | Y | Admin leave |
| DoD Human Resources Activity | | 3/24/2025 | Y | Y | Admin leave |
| DoD Human Resources Activity | | 3/24/2025 | Y | Y | Admin leave |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/4/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/4/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Defense Logistics Agency | | 3/3/2025 | N | N | |
| Department of the Navy | | 3/7/2025 | Y | Y | |
| Department of the Navy | | 3/7/2025 | N | N | |
| Department of the Navy | | 3/7/2025 | N | N | |
| Department of the Navy | | 3/10/2025 | N | N | |
| Defense Technical Information Center | | 3/10/2025 | Y | Y | Pending return to duty |
| Defense Technical Information Center | | 4/1/2025 | Y | Y | Pending return to duty |
| Defense Technical Information Center | | 4/1/2025 | Y | Y | Pending return to duty |

| Agency | | Date | | | Notes | |
|---|---|---|---|---|---|---|
| Missile Defense Agency | ████ | 3/4/2025 | N | N | | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | Declined reinstatement | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | Requested time to consider offer | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | | |
| Missile Defense Agency | ████ | 3/5/2025 | Y | Y | | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | | |
| Missile Defense Agency | ████ | 3/4/2025 | Y | Y | | |
| Defense Acquisition University | ████ | 4/2/2025 | Y | Y | Admin Leave | |
| DA&M | ████ | 3/6/2025 | Y | N | | |
| Defense Legal Services Agency | ████ | 3/25/2025 | N | N | Admin Leave | |
| Defense Legal Services Agency | ████ | 3/27/2025 | N | N | Admin Leave | |
| Defense Legal Services Agency | ████ | 3/27/2025 | N | N | Admin Leave | |
| Defense Legal Services Agency | ████ | 3/22/2025 | N | N | Admin Leave | |
| MJRP | ████ | 3/27/2025 | N | N | Admin Leave | |
| MJRP | ████ | 3/27/2025 | N | N | Admin Leave | |
| OUSD(P&R) | ████ | 3/22/2025 | Y | Y | Admin Leave | |
| Washington Headquarters Services | ████ | 3/14/2025 | Y | Y | Regular Leave | |
| Washington Headquarters Services | ████ | 3/14/2025 | Y | Y | Regular Leave | |
| Washington Headquarters Services | ████ | 3/13/2025 | Y | Y | Office | |
| Washington Headquarters Services | ████ | 3/12/2025 | Y | Y | Office | |
| Washington Headquarters Services | ████ | 3/14/2025 | Y | Y | Office | |
| Washington Headquarters Services | ████ | 3/14/2025 | Y | Y | Office | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| Defense Commissary Agency | ████ | 3/1/2025 | N | N | | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/6/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/5/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/10/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/3/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/7/25; not terminated | N | N | Admin Leave | |
| National Guard - Air | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/5/25; not terminated | N | N | Admin Leave | |
| National Guard - Army | ████ | Notified 3/4/25; not terminated | N | N | Admin Leave | |