**EXHIBIT 3**

**U.S. DEPARTMENT OF ENERGY'S**

**LIST OF PROBATIONARY EMPLOYEES AND EXPLANATION AS TO**

**EACH OF WHAT HAS BEEN DONE TO COMPLY WITH COURT'S ORDER**

| Employee Name | Date Contacted to Rescind Termination | Date Rescission Email was Sent |
|---|---|---|
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/17/2025 | 3/17/2025 |
| ████████ | 3/14/2025 | 3/17/2025 |
| ████████ | 3/14/2025 | 3/17/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/18/2025 | 3/18/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |
| ████████ | 3/14/2025 | 3/14/2025 |

| | | |
|---|---|---|
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/17/2025 | 3/18/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/14/2025 | 3/14/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |
| ██████████ | 3/18/2025 | 3/18/2025 |
| ██████████ | 3/17/2025 | 3/17/2025 |

| | | |
|---|---|---|
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/18/2025 | 3/18/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/18/2025 | 3/19/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/18/2025 | 3/18/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/18/2025 | 3/18/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/18/2025 | 3/18/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |

| | | |
|---|---|---|
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/15/2025 | 3/17/2025 |
| | 3/15/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/16/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/18/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |

| | | |
|---|---|---|
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |

| | 3/14/2025 | 3/17/2025 |
|---|---|---|
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |

| | | |
|---|---|---|
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |

| | | |
|---|---|---|
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/19/2025 |
| | 3/14/2025 | 3/19/2025 |
| | 3/18/2025 | 3/19/2025 |
| | 3/14/2025 | 3/19/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/16/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/16/2025 |
| | 3/16/2025 | 3/17/2025 |
| | 3/16/2025 | 3/16/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/16/2025 |
| | 3/14/2025 | 3/15/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/16/2025 | 3/16/2025 |
| | 3/14/2025 | 3/18/2025 |
| | 3/16/2025 | 3/16/2025 |
| | 3/14/2025 | 3/14/2025 |

| | 3/14/2025 | 3/18/2025 |
|---|---|---|
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/16/2025 | 3/16/2025 |
| | 3/14/2025 | 3/18/2025 |
| | 3/16/2025 | 3/16/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/18/2025 |
| | 3/16/2025 | 3/16/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/19/2025 |
| | 3/13/2025 | 3/16/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/13/2025 | 3/16/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/17/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |

| | 3/14/2025 | 3/14/2025 |
|---|---|---|
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |

| | 3/14/2025 | 3/17/2025 |
|---|---|---|
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/18/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |

| | | |
|---|---|---|
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/17/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |

| | 3/14/2025 | 3/14/2025 |
|---|---|---|
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |

| | | |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |

| | | |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 2/19/2025 | 2/19/2025 |
| | 2/15/2025 | 2/15/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |

| | | |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/18/2025 | 2/18/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |

| | | |
|---|---|---|
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |

| | 3/6/2025 | 3/6/2025 |
|---|---|---|
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |

| | 2/16/2025 | 2/16/2025 |
|---|---|---|
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 3/6/2025 | 3/6/2025 |
| | 2/14/2025 | 2/14/2025 |

| | 2/14/2025 | 2/14/2025 |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |

| | 2/14/2025 | 2/14/2025 |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/19/2025 | 2/19/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |

| | | |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/18/2025 | 2/18/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |

| | 2/14/2025 | 2/14/2025 |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |

| | | |
|---|---|---|
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 2/14/2025 | 2/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |

| | | |
|---|---|---|
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 3/14/2025 | 3/14/2025 |
| | 2/18/2025 | 2/18/2025 |
| | 2/26/2025 | 2/26/2025 |
| | 2/20/2025 | 2/20/2025 |
| | 2/20/2025 | 2/20/2025 |
| | 2/20/2025 | 2/20/2025 |
| | 2/21/2025 | 2/21/2025 |
| | 2/26/2025 | 2/26/2025 |
| | 2/26/2025 | 2/26/2025 |
| | 2/26/2025 | 2/26/2025 |
| | 2/21/2025 | 2/21/2025 |
| | 2/27/2025 | 2/27/2025 |
| | 2/27/2025 | 2/27/2025 |
| | 3/5/2025 | 3/5/2025 |
| | 2/13/2025 | 2/13/2025 |
| | 2/13/2025 | 2/13/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/16/2025 | 2/16/2025 |
| | 2/14/2025 | 2/14/2025 |