PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF MARY PLETCHER RICE** |

Declaration of Mary Pletcher Rice
3:25-cv-1780-WHA

1    I, Mary Pletcher Rice, declare, pursuant to 28 U.S.C. § 1746, as follows:

2    1.    I am the Acting Principal Deputy Assistant Secretary for Administration within

3    Departmental Administration at the United States Department of Agriculture ("USDA" or

4    "Department"), headquartered in Washington, D.C.  I make this Declaration based on my own

5    personal knowledge, on information contained in the records of USDA, or on information

6    provided to me by USDA employees.  I have served in this position since January 31, 2025, and

7    I have been employed at USDA since 2018.

8    2.    In my role at USDA, I currently oversee the Department's Office of Human

9    Resources Management and I have purview over USDA subagencies' Chief Operating Officers

10   and Human Resources Offices.

11   3.    Approximately 5,714 probationary employees were terminated from USDA

12   beginning February 13, 2025, and concluding on or around February 17, 2025 I have been

13   provided, and have reviewed, the preliminary injunction ("PI") issued in the above-captioned

14   case on March 13, 2025 and the memorandum issued on March 14, 2025, requiring USDA to

15   reinstate all affected probationary employees, who were terminated.

16   4.    USDA has reinstated the terminated probationary employees, pursuant to a 45-

17   day March 5, 2025, Stay Order issued by the Merit Systems Protection Board ("MSPB"), which

18   was requested by the Office of Special Counsel and pursuant to a March 13, 2025 temporary

19   restraining order issued by the U.S. District Court of Maryland ordering Defendants to reinstate

20   all affected probationary employees by March 17, 2025.

21   5.    On March 12, 2025, USDA reinstated all 5,714 Affected Probationary Employees

22   by restoring them to the status they were in prior to their terminations and providing each with

23   back pay from the date of their respective termination. As part of a phased plan for return-to-

24   duty, upon returning to pay status, the Affected Probationary Employee will initially be placed

25   on paid administrative leave. USDA has notified all Affected Probationary Employees that they

26   have been restored to the status they were in prior to their terminations.  USDA is in the process

27   of completing a second notification to the probationary employees to be clear that this is based

28   on the MSPB order and this Court's Order.

Declaration of Mary Pletcher Rice
3:25-cv-1780-WHA

6.      An excel chart is attached to this declaration listing the 5,714 names of all affected probationary employees, the completion of the first notification of reinstatement due to the MSPB order, and the progress in completing a second notification for this Court's order.

7.      All of the listed affected probationary employees have been notified of this Court's preliminary injunction through a USDA press release titled "USDA Status Update on Probationary Employees" that was updated on March 19, 2025.  The update can be found at https://www.usda.gov/about-usda/news/press-releases/2025/03/11/usda-status-update-probationary-employees.  A screen capture of the update is attached to this declaration.

8.      Pursuant to completion of a second round of notifications, USDA has emailed or in the case where email addresses were unavailable, telephoned individual notices of this Court's preliminary injunction and this is indicated on the attached excel chart.

9.      USDA is diligently working on completing the second round of notices to all affected probationary employees listed on the attached chart.

10.      A group of 1,070 seasonal Forest Service Affected Probationary Employees who were not in pay status at the time of their terminations (due to the off-season) have been reinstated to their prior unpaid status. Additionally, there are six Affected Probationary Employees in the Foreign Agricultural Service who were administratively furloughed prior to their terminations, and who have been reinstated to their prior administrative furlough status.

11.      USDA is acting diligently to complete the administrative steps related to notifying the Affected Probationary Employees of their reinstatement, processing the reinstatements for purposes of all relevant USDA record systems, and returning the reinstated employees to duty status.

12.      Whether required by operation of the March 5, 2025, MSPB Stay Order, the District Court of Maryland's s March 13, 2025 Temporary Restraining Order or this Court's March 13, 2025 Preliminary Injunction, reinstating the terminated probationary employees is complex and places the following logistical burdens on USDA and its approximately 29 subordinate Mission Areas, Agencies, and Staff Offices, including USDA's multiple human resources offices: (1) initiating the process of placing all removed probationary employees, who

1   received February 2025 termination letters, into pay status, and providing backpay, from the date

2   of the termination notice through the present, which involves several systems and applies across

3   multiple pay periods; (2) ascertaining whether some of the probationary employees choose to

4   resign, due to having secured other employment or not wanting to return to duty at USDA; (3)

5   reinstituting and ensuring operational status of secured LincPasses, office space, and equipment

6   (including laptops in most instances) for those individuals whose mission criticality requires on-

7   site work; and (4) addressing, as appropriate, any identified or substantiated threats to the

8   physical safety of USDA's existing 111,000 person workforce and security of USDA's physical

9   plants and assets across the nation (5) and addressing other issues such as a terminated

10  probationary employee who pleaded guilty to a crime related to covering up a murder and

11  another terminated probationary employee found to be a foreign national citizen from a "country

12  of particular concern" as determined by the U.S. Department of State in 2023.

13          Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

14  and correct.

15

16                                          Dated: March 20, 2025

17

18                              /s/ MARY      Digitally signed
                                             by MARY RICE
19                                  RICE      Date: 2025.03.20
                                             11:11:19 -06'00'
20

21                                          MARY PLETCHER RICE

22

23

24

25

26

27

28

Declaration of Mary Pletcher Rice
3:25-cv-1780-WHA
                                          3