JAMES BALTZER
KATHERINE G. BASS
HAMILTON CANDEE
MAX CARTER-OBERSTONE
EVE H. CERVANTEZ
CONNIE CHAN
BARBARA J. CHISHOLM
LISA DEMIDOVICH
JAMES M. FINBERG
EILEEN B. GOLDSMITH
CORINNE JOHNSON
SCOTT A. KRONLAND
JONAH J. LALAS
JUHYUNG HAROLD LEE
DANIELLE E. LEONARD
STACEY M. LEYTON
AMANDA C. LYNCH
DERIN MCLEOD
MATTHEW J. MURRAY
BRONWEN B. O'HERIN
ZOE PALITZ
JONATHAN ROSENTHAL
MICHAEL RUBIN
TALIA STENDER
ROBIN S. THOLIN
EMANUEL A. WADDELL
ALICE X. WANG

**ALTSHULER BERZON** LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064

FRED H. ALTSHULER (1943-2024)
FOUNDING PARTNER
PARTNER EMERITUS

STEPHEN P. BERZON
FOUNDING PARTNER
PARTNER EMERITUS
SPECIAL COUNSEL

PETER D. NUSSBAUM
JEFFREY B. DEMAIN
DANIEL T. PURTELL
PARTNERS EMERITUS

AARON SCHAFFER-NEITZ
CAROLINE HUNSICKER
COLIN CLEMENTE JONES
FELLOWS

March 20, 2025

Hon. William Alsup
United States District Court for the
Northern District of California
450 Golden Gate Ave, 19th Floor
San Francisco, CA 94102

    Re:    *AFGE et al. v. OPM et al.*, Case No. 3:25-cv-01780-WHA

Hon. Judge Alsup:

    On behalf of Plaintiffs in the above-captioned case, we are writing to inform you that the deposition of OPM Senior Advisor Noah Peters, authorized by order of the Court on March 13, 2025 (see ECF 120, Trans. at 54), has been scheduled by agreement of the parties for **Wednesday, March 26, 2025**, at 1 p.m. Eastern time (10 a.m. Pacific), in Washington, DC. Plaintiffs' counsel respectfully ask for instruction from the Court in advance of this deposition as to whether or how to contact the Court should any disputes occur during this deposition.

                                            Sincerely,

                                            Danielle Leonard
                                            Counsel for Plaintiffs

Cc: ECF service on counsel for all parties