PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR SUPPLEMENTAL BRIEF ON ADMINISTRATIVE CHANNELING**<br><br>The Hon. William H. Alsup |

Pursuant to Local Civil Rule 7-4(b) and 7-11 and good cause shown herein, Defendants move unopposed for leave to exceed the page limitations for Defendants' forthcoming supplemental brief on channeling. In support of this motion, Defendants state as follows:

1. This Court directed the parties to file supplemental briefing of up to ten pages in length on whether the MSPB and FLRA remained "effective channel[s]" for federal employees to litigate their terminations at its March 13, 2025, hearing. Tr. of March 13, 2025, 54:23–56:9, 56:8-9 ECF No. 120.

2. Defendants have been diligently preparing their supplemental channeling brief. In order to adequately represent their position, Defendants have determined that they will need to file a brief of up to twelve pages in length. See Decl. of James D. Todd, Jr. ¶ 2, attached as Ex. 1

3. This Court's Local Civil Rules allow a party to file a brief in excess of the Court's page limitations if requested by administrative motion prior to the due date. *See* Civil L.R. 7-4(b), 7-11.

4. Defendants contacted Plaintiffs counsel about this administrative motion for leave to exceed the Court's page limitations. *See* Todd Decl. ¶ 3. Plaintiffs indicated that they do not oppose this motion provided that they may also file a supplement brief on channeling of up to twelve pages in length. Defendants agreed to represent Plaintiffs' position to the Court. *See id*.

## CONCLUSION

For good cause shown above, this Court should grant Defendants' unopposed administrative motion to exceed page limitations and allow the parties to file supplemental channeling briefs of up to twelve pages in length.

Defendants' Unopposed Administrative Motion for Leave to Exceed Page
Limitations for Supplemental Brief on Administrative Channeling
3:25-cv-1780-WHA

1

Dated: March 21, 2025

Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Defendants' Unopposed Administrative Motion for Leave to Exceed Page
Limitations for Supplemental Brief on Administrative Channeling
3:25-cv-1780-WHA

2