| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288) |
| | Acting United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558) |
| | Chief, Civil Division |
| 3 | KELSEY J. HELLAND (CABN 298888) |
| | Assistant United States Attorney |
| 4 | U.S. ATTORNEY'S OFFICE |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102-3495 |
| 6 | ERIC HAMILTON |
| | Deputy Assistant Attorney General |
| 7 | DIANE KELLEHER |
| | Branch Director |
| 8 | CHRISTOPHER HALL |
| | Assistant Branch Director |
| 9 | JAMES D. TODD, JR. |
| | Senior Trial Counsel |
| 10 | YURI S. FUCHS |
| | Trial Attorney |
| 11 | U.S. DEPARTMENT OF JUSTICE |
| | Civil Division, Federal Programs Branch |
| 12 | P.O. Box 883 |
| 13 | Washington, DC 20044 |
| 14 | *Counsel for Defendants* |

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*. | Case No. 3:25-cv-1780-WHA |
| Plaintiffs, | **DECLARATION OF JAMES D. TODD, JR. IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR SUPPLEMENTAL BRIEF ON ADMINISTRATIVE CHANNELING** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | |
| Defendants. | The Hon. William H. Alsup |

Declaration of James D. Todd, Jr.
3:25-cv-1780-WHA

I, James D. Todd Jr., declare, pursuant to 28 U.S.C. § 1746 and Local Rule 7-5, as follows:

1. This Court directed the parties to file supplemental briefing of up to ten pages in length on whether the MSPB and FLRA remained "effective channel[s]" for federal employees to litigate their terminations at its March 13, 2025, hearing. Tr. of March 13, 2025, 54:23–56:9, 56:8-9 ECF No. 120.

2. Defendants have been diligently preparing their supplemental channeling brief. In order to adequately represent their position, Defendants have determined that they will need to file a brief of up to twelve pages in length.

3. On March 20, 2025, undersigned counsel contacted Plaintiffs' counsel to inform them that Defendants would file an administrative motion for leave to exceed the Court's page limitations. Plaintiffs responded that same day and indicated that they did not oppose such a motion provided that they may also file a supplement brief on channeling of up to twelve pages in length. Defendants agreed to represent Plaintiffs' position to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2025

         ___/s/ James D. Todd, Jr._
         JAMES D. TODD, JR.