PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR SUPPLEMENTAL BRIEF ON ADMINISTRATIVE CHANNELING |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' Unopposed Administrative Motion for Leave to Exceed Page Limitations for Supplemental Brief on Administrative Channeling is hereby GRANTED. The parties may have up to twelve (12) pages for their supplemental briefs regarding administrative channeling.

DATED: **March 21, 2025**

_____
HON. WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR SUPPLEMENTAL BRIEF ON ADMINISTRATIVE CHANNELING
3:25-cv-1780-WHA

1