

**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
202-804-7000

March 12, 2025

The Honorable JD Vance
The White House
Office of the Vice President
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Re:   <u>OSC Notification of Vacancy and Appointment of Acting Special Counsel</u>

Dear Vice President Vance:

Pursuant to the Report of Vacancies provision of the Vacancies Reform Act of 1998, 5 U.S.C. § 3349, the U.S. Office of Special Counsel (OSC) hereby provides this notification of vacancy of the Special Counsel position that occurred on March 5, 2025 and the appointment of The Honorable Doug Collins, Secretary of Veterans Affairs, as the acting Special Counsel of OSC on March 5, 2025.

Pursuant to the Vacancies Reform Act of 1998, 5 U.S.C. § 3349, a signed copy of the reporting form downloaded from GAO's website is enclosed. If you have questions about this notification, please feel free to contact me by telephone at (202) 804-███, or by email at ███@osc.gov.

Sincerely,

███████
General Counsel

Enclosure

cc:   The Honorable Gene L. Dodaro
      Comptroller General of the United States

      Office of Presidential Personnel
      Director Sergio Gor