UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | No. C 25-01780 WHA<br><br>**RESPONSE TO LETTER FROM COUNSEL FOR PLAINTIFFS** |

In a March 20 letter, plaintiffs' counsel advises that the deposition of OPM Senior Advisor Noah Peters has been scheduled for Wednesday, March 26 at 1 PM in Washington, DC, and "ask[s] for instruction from the Court in advance of this deposition as to whether or how to contact the Court should any disputes occur during this deposition" (Dkt. No. 145).

Try first to work around any dispute, but if a dispute arises that is fundamental to the deposition, then pause and telephone the clerk at 415-522-2020 and she will try to connect to the judge. This is without prejudice to a motion to compel after the fact.

**IT IS SO ORDERED.**

Dated: March 21, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE