United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
et al.,

   Plaintiffs,

   v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

   Defendants.

No. C 25-01780 WHA

**NOTICE OF BRIEFING SCHEDULES**

The March 13 preliminary injunction did not consider claims advanced by plaintiff State of Washington, who first joined this matter in plaintiffs' second amended complaint. If Washington is going to bring a motion for preliminary injunction, it should do so promptly, by **WEDNESDAY, MARCH 26, 2025, AT NOON**. Defendants' opposition will be due **MONDAY, MARCH 31 AT NOON**, and any reply must be filed by **APRIL 3, 2025, AT NOON**. Oral argument will be heard in person on **WEDNESDAY, APRIL 9 AT 8 AM**.

With regards to defendants' compliance with the preliminary injunction now in place, plaintiffs' counsel state that they "await further instruction from the Court regarding how it wishes to proceed with respect to compliance and enforcement of the preliminary injunction"

(Dkt. No. 142 at 6). It should be up to plaintiffs and their counsel to file a proper motion to compel compliance and/or to seek contempt of court. It is not the role of the judge to direct plaintiffs' litigation strategy. Any such motion should be briefed and will be heard on the same schedule stated above as to the State of Washington.

**IT IS SO ORDERED.**

Dated: March 21, 2025

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE