UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER TO SHOW CAUSE** |

The temporary restraining order denied relief to the public-sector union plaintiffs, explaining that the district court likely lacked subject-matter jurisdiction to hear their claims (*see* TRO Mem. 11–13). The preliminary injunction order repeated that result, while noting that the Court would reconsider the issue in light of further briefing and facts (*see* PI Mem. 12). Based on that further briefing, today's order concluded that the district court has subject-matter jurisdiction to hear the public-sector union plaintiffs' claims.

Parties are therefore **ORDERED TO SHOW CAUSE** why the relief extended to the organizational plaintiffs (or more, or less) should not be extended to the public-sector union plaintiffs.

Simultaneous responses are due by **FRIDAY, MARCH 28, 2025**. Replies are due by **APRIL 4**. Argument will be heard in person on **WEDNESDAY, APRIL 9 AT 8 AM**.

**IT IS SO ORDERED.**

Dated: March 24, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2