UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH PRELIMINARY INJUNCTION** |

[Proposed] Order Granting Mot. to Compel Compliance with Preliminary Injunction, No. 3:25-cv-01780-WHA

**[PROPOSED] ORDER**

Plaintiffs' Motion to Compel Compliance with the Preliminary Injunction or to Hold Defendants in Contempt, came before this Court for consideration on April 9, 2025. For good cause shown, the Motion is GRANTED as follows.

The Court finds that Defendant agency/agencies _____ have failed to demonstrate compliance with this Court's March 13, 2025 preliminary injunction requiring that the six relief defendant agencies, Department of Agriculture, the Department of Defense, the Department of Energy, the Department of the Interior, the Department of Treasury, and the Department of Veterans Affairs, (1) "immediately offer reinstatement to any and all probationary employees terminated on or about February 13th and 14th, 2025" and (2) "immediately advise all probationary employees terminated on or about February 13 and 14 that the notice and termination have been found to be unlawful by the United States District Court for the Northern District of California." Dkt. 120 at 52:7-53:25.

Accordingly, IT IS HEREBY ORDERED that Defendant agency/agencies _____ shall establish full compliance with this Court's March 13, 2025 preliminary injunction by April __, 2025, and shall submit daily status reports to this Court, beginning April 10, 2025, and until full compliance with the preliminary injunction is achieved. If Defendant agency/agencies subject to this Order fail to come into compliance by this date certain, this Court will consider the appropriateness of further remedies.

IT IS SO ORDERED.


Dated: _____, 2025        _____
                                          The Honorable William H. Alsup
                                          United States District Court Judge




[Proposed] Order Granting Mot. to Compel Compliance with Preliminary Injunction, No. 3:25-cv-01780-WHA

1