```
NICHOLAS W. BROWN
Attorney General of Washington
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, Pro Hac Vice
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## AT SAN FRANCISCO

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | NO. 3:25-cv-01780-WHA <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION <br><br> APRIL 9, 2025, 8:00 AM |

The State of Washington's motion for a preliminary injunction came before this Court for consideration on _____, 2025. Upon consideration, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

This Court has subject matter jurisdiction to hear the State of Washington's claims, because the State has demonstrated Article III standing. The Court finds that the State of

[PROPOSED] ORDER GRANTING
PLAINTIFF STATE OF WASHINGTON'S
MOTION FOR PRELIMINARY
INJUNCTION – NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

1  Washington has demonstrated a likelihood of success on the merits of its claims, a likelihood of
2  irreparable harm in the absence of preliminary injunctive relief, that the balance of equities tips
3  in the State's favor, and that the public interest favors preliminary injunctive relief.
4        Accordingly, IT IS HEREBY ORDERED that the relief this Court previously awarded
5  to organizational Plaintiffs in its amended Temporary Restraining Order dated March 13, 2025,
6  Dkt. No. 44, and in its oral and written decisions granting preliminary injunctive relief, Dkt. Nos.
7  120, 132, extends to the State of Washington.
8        It is FURTHER ORDERED that relief Defendants the Department of Agriculture, the
9  Department of Commerce, the Department of Defense, the Department of Education, the
10 Department of Health and Human Services, the Department of Homeland Security, the
11 Department of Housing and Urban Development, and the Department of the Interior shall
12 comply with all provisions of this Order, including immediately offering reinstatement to any
13 and all probationary employees terminated on or about February 13th and 14th, 2025, ceasing
14 any and all use of the template termination notice provided by Defendant OPM and/or
15 Acting Director Ezell on or about February 13 and 14, 2025, immediately advising all
16 probationary employees terminated on or about February 13 and 14, 2025, that the notice and
17 termination has been found to be unlawful by the United States District Court for the
18 Northern District of California, and ceasing any termination of probationary employees at the
19 direction of defendants OPM and Acting Director Ezell. Any terminations of these agencies'
20 employees may only be made by the agencies themselves in conformity with the Civil Service
21 Reform Act and the Reduction in Force Act and any other Constitutional or statutory
22 requirement. In seven calendar days, relief Defendants Department of Commerce, Department of
23

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION – NO. 3:25-cv-01780-WHA

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

1  Education, Department of Health and Human Services, Department of Homeland Security, and

2  Department of Housing and Urban Development shall submit a list of all probationary employees

3  terminated on or about February 13 or 14, 2025, with an explanation as to each of what has been

4  done to comply with this Order.

5      This Order does not supersede any reporting or compliance required by any other order

6  of this Court.

7      IT IS SO ORDERED.

8      DATED this _____ day of _____ 2025.

 

                                     HONORABLE WILLIAM ALSUP
                                     United States District Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

*/s/ Cynthia L. Alexander*
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION – NO. 3:25-cv-01780-WHA

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200