PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF CHARLES EZELL** |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' *Ex Parte* Motion for a Protective Order Precluding the Deposition of Charles Ezell is hereby GRANTED. This Court is entering a PROTECTIVE ORDER relieving Defendants of any obligations to produce Charles Ezell for the deposition that Plaintiffs have noticed for April 3, 2025, and of any obligation to produce Mr. Ezell for any further deposition in this case.

DATED:

                                                    HON. WILLIAM H. ALSUP
                                                    United States District Judge

[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR A PROTECTIVE ORDER PRECLUDING DEPOSITION OF CHARLES EZELL
3:25-cv-1780-WHA

1