Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br>     Plaintiffs, <br><br>   v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br>     Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **PLAINTIFFS' CORRECTED NOTICE OF DEPOSITION OF JOHNATHAN GARDNER** |

|   |   |
|---|---|
| 1 | **NOTICE OF DEPOSITION** |
| 2 | **PLEASE TAKE NOTICE** that, pursuant to Orders of the U.S District Court for the Northern District |
| 3 | of California in the above-captioned case and Federal Rule of Civil Procedure 30, Plaintiffs, by and through |
| 4 | undersigned counsel, will take a deposition of Acting Associate Deputy Assistant Secretary for Human Capital |
| 5 | Johnathan Gardner on **April 1, 2025** at **9:00 am EST** at 805 15th Street, NW Ste 1000, Washington, DC |
| 6 | 20005. The deposition will be taken before a person authorized by law to administer oaths under Federal Rules |
| 7 | of Civil Procedure 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until |
| 8 | the examination is completed. |
| 9 | Plaintiffs intend and reserve the right to record the deposition testimony of Johnathan Gardner by |
| 10 | videotape and instant visual display, in addition to recording the testimony stenographically and via |
| 11 | LiveNote/Realtime, and further intend and reserve the right to provide a secure live internet, video, audio |
| 12 | and/or telephonic stream for parties and counsel of record. Plaintiffs reserve the right to use the videotape |
| 13 | deposition at the time of trial. |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiffs' Corrected Notice of Deposition of Johnathan Gardner, No. 3:25-cv-01780-WHA                         1

| | | |
|---|---|---|
| 1 | DATED: March 20, 2025 | Scott A. Kronland |
| 2 | | Stacey M. Leyton |
| | | Eileen B. Goldsmith |
| 3 | | Danielle E. Leonard |
| | | Robin S. Tholin |
| 4 | | James Baltzer |
| 5 | | ALTSHULER BERZON LLP |
| | | 177 Post St., Suite 300 |
| 6 | | San Francisco, CA 94108 |
| | | Tel: (415) 421-7151 |

By: */s/ Danielle Leonard*

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.

Plaintiffs' Corrected Notice of Deposition of Johnathan Gardner, No. 3:25-cv-01780-WHA          2

|     |     |
| --- | --- |
| 1   | Washington, D.C.  20036 |
| 2   | Tel: (202) 775-5900 |
|     | TPaterson@afscme.org |
| 3   | MBlumin@afscme.org |
| 4   | By: */s/Teague Paterson*_____ |
| 5   | *Attorneys for Plaintiff American Federation of State* |
| 6   | *County and Municipal Employees (AFSCME)* |

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (pro hac vice)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE
ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*

Plaintiffs' Corrected Notice of Deposition of Johnathan Gardner, No. 3:25-cv-01780-WHA                3

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 20, 2025, I served the following document(s):

**PLAINTIFFS' CORRECTED NOTICE OF DEPOSITION OF JOHNATHAN GARDNER**

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** By Email, I caused such document(s) to be served via electronic mail on the parties in this action by transmitting true and correct copies to the following email address(es):

KELSEY J. HELLAND
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Kelsey.Helland@usdoj.gov

JAMES D. TODD, JR.
YURI S. FUCHS
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
James.Todd@usdoj.gov
Yuri.S.Fuchs@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 20, 2025, at San Francisco, California.

*/s/ Giorgia Lingiardi*
Giorgia Lingiardi