Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**DECLARATION OF AMELIA GLYMPH** |

Declaration of Amelia Glymph No. 3:25-cv-01780-WHA

I, Amelia Glymph, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2. I am the Deputy Chief of Staff of the American Federation of Government Employees, AFL-CIO (AFGE), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees at 192 departments, agencies, and sub-agencies of the federal government through its affiliated councils and locals. AFGE members are located in every state in the United States.

3. Of the federal departments and independent agencies that are relief Defendants in this case, AFGE represents bargaining units of employees at each of the following:

Department of Agriculture*

Department of Commerce*

Department of Defense*

Department of Education*

Department of Energy*

Department of Health and Human Services*

Department of Homeland Security*

Department of Housing and Urban Development*

Department of Justice

Department of Interior*

Department of Labor

Department of State

Department of Treasury*

Department of Transportation*

Department of Veterans Affairs*

Environmental Protection Agency*

General Services Administration*

National Aeronautics and Space Administration

Declaration of Amelia Glymph, No. 3:25-cv-01780-WHA                              1

National Science Foundation*

Small Business Administration*

Social Security Administration

4. Each of the agencies designated above with a * above has terminated probationary employees since January 20, 2025, according to the Declarations submitted by the government to this Court and the U.S. District Court in Maryland.

5. AFGE also represents federal employees in bargaining units at various other independent federal agencies, including Agency for International Development, Consumer Product Safety Commission, Chemical Safety Board, Court Services and Offender Supervision Agency, U.S. International Development Finance Corporation, Federal Trade Commission, Inter-American Foundation, Institute of Museum and Library Services, National Archives and Records Administration, National Endowment of Arts, National Endowment for the Humanities, National Gallery of Art, Railroad Retirement Board Smithsonian Institute, U.S. Agency for Global Media, and U.S. International Trade Commission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28 day of March in Washington, DC.

_____
Amelia Glymph