NICHOLAS W. BROWN
Attorney General of Washington
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AT SAN FRANCISCO

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | NO. 3:25-cv-01780-WHA<br><br>NOTICE OF ERRATA TO PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION AND PROPOSED ORDER<br><br>[Re: Docket Nos. 156 & 156-2] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE NOTE that on page 1, lines 17, 19, and 20; and on page 2, line 9 of Plaintiff State of Washington's Motion for Preliminary Injunction (Dkt. No. 156) filed on March 26, 2025, and on page 2, lines 13, 15, and 16; and on page 3, line 3 of the accompanying Proposed Order (Dkt. No. 156-2), also filed on March 26, 2025, the dates are incorrect. In light of the

NOTICE OF ERRATA BY PLAINTIFF
STATE OF WASHINGTON –
NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  evidence submitted to the Court by Defendants (Dkt. 139-3) after the previous preliminary
2  injunction was entered, the dates "on or about February 13 and 14" should instead read "since
3  January 20." Corrected versions of these documents are filed contemporaneously with this
4  notice.
5     DATED this 28th day of March 2025.

NICHOLAS W. BROWN
Attorney General

*/s/ Cynthia L. Alexander*
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

NOTICE OF ERRATA BY PLAINTIFF
STATE OF WASHINGTON –
NO. 3:25-cv-01780-WHA

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200