NICHOLAS W. BROWN
Attorney General of Washington
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AT SAN FRANCISCO

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | NO. 3:25-cv-01780-WHA<br><br>[CORRECTED PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION<br><br>APRIL 9, 2025, 8:00 AM |

The State of Washington's motion for a preliminary injunction came before this Court for consideration on _____, 2025. Upon consideration, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

This Court has subject matter jurisdiction to hear the State of Washington's claims, because the State has demonstrated Article III standing. The Court finds that the State of

[CORRECTED PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION – NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  Washington has demonstrated a likelihood of success on the merits of its claims, a likelihood of
2  irreparable harm in the absence of preliminary injunctive relief, that the balance of equities tips
3  in the State's favor, and that the public interest favors preliminary injunctive relief.
4    Accordingly, IT IS HEREBY ORDERED that the relief this Court previously awarded
5  to organizational Plaintiffs in its amended Temporary Restraining Order dated March 13, 2025,
6  Dkt. No. 44, and in its oral and written decisions granting preliminary injunctive relief, Dkt. Nos.
7  120, 132, extends to the State of Washington.
8    It is FURTHER ORDERED that relief Defendants the Department of Agriculture, the
9  Department of Commerce, the Department of Defense, the Department of Education, the
10 Department of Health and Human Services, the Department of Homeland Security, the
11 Department of Housing and Urban Development, and the Department of the Interior shall
12 comply with all provisions of this Order, including immediately offering reinstatement to any
13 and all probationary employees terminated since January 20, 2025, ceasing any and all use of
14 the template termination notice provided by Defendant OPM and/or Acting Director Ezell since
15 January 20, 2025, immediately advising all probationary employees terminated since January
16 20, 2025, that the notice and termination has been found to be unlawful by the United States
17 District Court for the Northern District of California, and ceasing any termination of
18 probationary employees at the direction of defendants OPM and Acting Director Ezell. Any
19 terminations of these agencies' employees may only be made by the agencies themselves in
20 conformity with the Civil Service Reform Act and the Reduction in Force Act and any other
21 Constitutional or statutory requirement. In seven calendar days, relief Defendants Department
22 of Commerce, Department of Education, Department of Health and Human Services,
23

[CORRECTED PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION – NO. 3:25-cv-01780-WHA

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

1  Department of Homeland Security, and Department of Housing and Urban Development shall
2  submit a list of all probationary employees terminated since January 20, 2025, with an
3  explanation as to each of what has been done to comply with this Order.
4      This Order does not supersede any reporting or compliance required by any other order
5  of this Court.
6      IT IS SO ORDERED.
7      DATED this _____ day of _____ 2025.

10                                      HONORABLE WILLIAM ALSUP
                                        United States District Judge

12  Presented by:

    NICHOLAS W. BROWN
13  Attorney General

14  */s/ Cynthia L. Alexander*
    TERA M. HEINTZ, SBN #241414
15  CRISTINA SEPE, SBN #308023
    CYNTHIA L. ALEXANDER, *Pro Hac Vice*
16  Deputy Solicitors General
    Solicitor General's Office
17  1125 Washington Street SE, PO Box 40100
    Olympia, WA  98504-0100
18  (360) 753-6200
    Tera.Heintz@atg.wa.gov
19  Cristina.Sepe@atg.wa.gov
    Cynthia.Alexander@atg.wa.gov
20  Attorneys for Plaintiff State of Washington

21

22

23

[CORRECTED PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION – NO. 3:25-cv-01780-WHA

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200