UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

    Plaintiffs,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,

    Defendants.

No. C 25-01780 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR A PROTECTIVE ORDER AND SETTING FURTHER BRIEFING SCHEDULE**

On March 20, 2025, plaintiffs noticed the deposition of OPM Acting Director Charles Ezell for April 3, 2025 (plaintiffs have also noticed depositions of chief human capital officers from the Departments of Agriculture, Commerce, Health and Human Services, Interior, Treasury, and Veterans Affairs). Plaintiffs now move "for a protective order relieving Defendants from the obligation to produce Charles Ezell for the deposition that Plaintiffs have noticed for April 3, 2025, and of any obligation to produce Mr. Ezell for any further deposition in this case" (Dkt. No. 158 at 2).

The deposition of defendant Ezell is, on the present record, premature. *See In re U.S. Dep't of Educ.*, 25 F.4th 692, 701 (9th Cir. 2022). Defendants' request for relief from "the obligation to produce Charles Ezell for the deposition that Plaintiffs have noticed for April 3, 2025," (Dkt. No. 158 at 2), is **GRANTED**.

But defendants concede that there are circumstances under which an agency head may be deposed (*id*. at 6–7). Defendants' request for a protective order relieving them of "any obligation to produce Mr. Ezell for any further deposition in this case" (*id*. at 2) is therefore **DENIED**.

Should plaintiffs seek to depose defendant Ezell later, they shall file a motion with the court requesting that deposition and explaining why it is justified.

Relatedly, defendants argue that "this is an APA case," and that discovery must therefore be limited to an "administrative record" (Dkt. No. 158 at 7). The parties shall please brief the extent to which aspects of this action must be adjudicated on an "administrative record," if any, and the extent to which other aspects of this action must be adjudicated on a trial or summary judgment record with the benefit of formal discovery. Simultaneous briefs shall be submitted by **TUESDAY, APRIL 1, 2025, AT NOON**. Simultaneous replies shall be submitted by **SATURDAY, APRIL 5, 2025, AT NOON**.

**IT IS SO ORDERED.**

Dated: March 28, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2