PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR 3-HOUR EXTENSION AND INCREASED PAGE LIMITS RE: PRELIMINARY INJUNCTION BRIEFING**<br><br>Honorable William H. Alsup |

Pursuant to Civil Local Rules 6-1, 7-4(b), and 7-11, Defendants hereby move unopposed for (1) a three-hour extension to their deadline to file by noon today their oppositions to Plaintiff State of Washington's Motion for Preliminary Injunction and to Plaintiffs' Motion for Compliance, such that Defendants' oppositions would be due at 3pm PDT; and (2) a five-page increase in the page limit of Defendants' opposition to Washington's PI Motion, such that Defendants' brief could be up to 30 pages.

1. The Court ordered Defendants to respond to any PI motion brought by the State of Washington and to any PI compliance motion brought by Plaintiffs by March 31, 2025, at noon PDT. *See* Dkt. No. 152. Defendants have been diligently preparing their responses to Plaintiffs' motions since those motions were filed on March 26. *See* Dkt. Nos. 155, 156. Due to the need to coordinate with the two-dozen agency defendants, Defendants respectfully request three additional hours to submit their responses to Plaintiffs' motions, such that they would be due at 3pm PDT on March 31, 2025.

2. In preparing their opposition to Washington's PI Motion, Defendants have determined that they need an additional five pages beyond the 25-page limit set by Civil L.R. 7-4(b) to sufficiently brief the issues presented, such that the brief could be up to 30 pages in length. This Court's Local Civil Rules allow a party to file a brief in excess of the Court's page limitations if requested by administrative motion prior to the due date. *See* Civil L.R. 7-4(b), 7-11.

3. Defendants contacted Plaintiffs' counsel to obtain their position on the relief requested herein. *See* Declaration of Kelsey J. Helland ¶ 2. Plaintiffs' counsel responded that Plaintiffs do not object to the relief requested herein. *See id.* ¶¶ 3-4. Defendants indicated that they would inform the Court of Plaintiffs' position.

For good cause shown above, Defendants respectfully request that the Court grant a three-hour extension to today's filing deadlines and allow Defendants to file a brief in opposition to Washington's PI motion of up to 30 pages in length.

///

DATED: March 31, 2025                Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division


*s/ Kelsey J. Helland*
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*