PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200
kelsey.helland@usdoj.gov

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
yuri.s.fuchs@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF KELSEY J. HELLAND IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR 3-HOUR EXTENSION AND INCREASED PAGE LIMIT**<br><br>The Hon. William H. Alsup |

I, Kelsey J. Helland, declare, pursuant to 28 U.S.C. § 1746 and Local Rule 7-3, as follows:

1. I am a member in good standing of the State Bar of California and am admitted as a federal attorney in this Court. I represent all of the Defendants in this action.

2. On March 31, 2025, my co-counsel James Todd emailed counsel for Plaintiffs requesting Plaintiffs' position on Defendants' requests for (1) a three-hour extension of Defendants' deadline to file oppositions to Plaintiff State of Washington's Motion for Preliminary Injunction and Plaintiffs' Motion for Compliance with the Preliminary Injunction; and (2) a six-page increase in the page limit for Defendants' opposition to Washington's PI Motion.

3. Counsel for Plaintiffs Danielle Leonard responded indicting Plaintiffs had no objection to the requested three-hour extension.

4. Counsel for Plaintiff State of Washington Cynthia Alexander also responded, indicating that Washington did not object to the requested three-hour extension and did not object to the request to increase the page limit, so long as Defendants would agree that any reply brief by the State of Washington could be up to 21 pages. I responded that Defendants agreed to such a request.

5. Following Defendants' communications with Plaintiffs' counsel, Defendants determined that they only needed five additional pages, rather than six.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025

                          /s/ *Kelsey J. Helland*
                          KELSEY J. HELLAND

HELLAND DECLARATION
3:25-cv-1780-WHA

1