PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR 3-HOUR EXTENSION AND INCREASED PAGE LIMITS RE: PRELIMINARY INJUNCTION BRIEFING** |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' Unopposed Administrative Motion for 3-Hour Extension and Increased Page Limits Re: Preliminary Injunction Briefing is hereby GRANTED. Defendants' oppositions to Plaintiff State of Washington's Motion for Preliminary Injunction and Plaintiffs' Motion for Compliance with Preliminary Injunction shall be due March 31, 2025, at **3:00 p.m. PDT**.  Defendants may file a brief in opposition to Washington's Motion for Preliminary Injunction of up to 30 pages.

DATED:

_____
HON. WILLIAM H. ALSUP
United States District Judge