PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF TIMOTHY D. DILL IN SUPPORT OF DEFENDANTS' MARCH 20, 2025 FILING** |

Declaration of Timothy D. Dill in Support of Defendants' March 31, 2025 Filing  3:25-cv-1780-WHA

I, Timothy D. Dill, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am currently the official performing the duties of the Assistant Secretary of Defense for Manpower and Reserve Affairs of the Department of Defense ("Department"), headquartered in Washington, D.C. I have served in this position since January 22, 2025. The information below is based on my personal knowledge and information I have received in my role at the Department.

2. In my role at the Department, I am responsible for personnel policy for the Department of Defense's civilian workforce. That responsibility includes tracking and recording personnel actions, including terminations. I am responsible for ensuring that all personnel actions, including those related to probationary employees, comply with federal law.

3. I am aware of the preliminary injunction issued in this case on March 13, 2025, requiring the Department to offer reinstatement to all probationary employees terminated on or about February 13 and 14, 2025.

4. Following a review of individual employee records, Department records indicated that no probationary employees were separated or notified of termination, in light of recent OPM guidance. The Department subsequently engaged in a more expansive review that identified 178 employees separated or notified of termination on different dates in light of recent OPM guidance. However, further review has revealed that of the 178 employees, two National Guard employees were erroneously included in that number.

5. In addition, after our prior submission to the court, the Uniformed Services University of the Health Sciences informed the Department that it had separated, or notified of termination, 40 probationary employees since February 13, 2025. In total, Department records indicate that since February 13, 2025, the Department separated, or notified of termination, 216 probationary employees in light of recent OPM guidance. The Department has prepared a by-name list of these employees.

6. The Department has directed DoD Military Departments and other DoD Components to notify these employees that the court found their termination notices to be unlawful, to offer reinstatement to former employees who received such notices, to rescind the

termination of current employees who received such notices, and to return all employees who have not voluntarily resigned to duty. The Department anticipates that these actions will be completed by the end of this week.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 31, 2025

Timothy D. Dill
Performing the Duties of the
Assistant Secretary of Defense for
Manpower and Reserve Affairs