1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 U.S. DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
11 P.O. Box 883
   Washington, DC 20044
12

13 *Counsel for Defendants*

14                    **UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                         **SAN FRANCISCO DIVISION**

16

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* | Case No. 3:25-cv-1780-WHA |
| Plaintiffs, | **DECLARATION OF TREVOR NORRIS** |
| v. |  |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, |  |
| Defendants. |  |

I, Trevor Norris, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am Deputy Assistant Secretary (DAS) for Human Resources (HR) for the United States Department of the Treasury, headquartered in Washington, D.C. I have served in this position since October 2017.

2. As DAS for HR, I oversee all human capital programs for the Department of the Treasury and its bureaus (collectively, "Treasury"). I have the responsibility for tracking and recording personnel actions, including terminations.

3. Based on my roles and responsibilities, I am familiar with the steps Treasury has taken to reinstate terminated probationary employees affected by the Court's March 13, 2025, Order. I am also familiar with the steps required to restore these employees to active duty status.

4. All Treasury employees received backpay and benefits for the period of separation, and all reinstated employees have been placed on administrative leave and have been certified to continue receiving paychecks and benefits.

5. At the IRS, there were 7,315 Affected Employees. Of these, 90 employees voluntarily resigned as of March 17, and 7,225 remain on administrative leave. IRS has inventoried computers for reissuance. Facilities Management and Security Services (FMSS) is developing a strategy to assign office space to returning employees using a phased approach as space is identified. In addition, the IRS is considering reorganization plans that may impact many Affected Employees.

6. At the Bureau of the Fiscal Service, there were 168 Affected Employees. One employee declined reinstatement and resigned as of March 17, 2025. The remaining 167 have been reprovisioned in Bureau Systems for logical access to Microsoft 365. Fiscal Service contacted all impacted employees on March 26 to inform them about their timecards being certified, backpay being received, and their benefits being fully reinstated. Bureau of the Fiscal Service will contact all impacted employees on March 31 to inform them of the steps to activate their PIV card and return to a regular working status. In addition to re-printing and activating PIV cards, the bureau will need re-issue all employee laptops in order to return them to active duty.

Declaration of Trevor Norris
3:25-cv-1780-WHA

1

7. The Office of the Comptroller of the Currency is processing the responses to the March 17 notices issued to the affected employees informing them of their reinstatement and placement on administrative leave status as of March 17. Nine of the 72 affected employees have either resigned or expressed their intent to resign. Further, 11 of the 72 affected employees were in leave without pay status prior to their termination (including student interns on LWOP for the school year) and were returned to a leave without pay status. To return affected employees to full-duty status, the bureau will need to send letters ending their administrative leave, restore their access to OCC systems and offices, ensure they have office seating assignments, if needed, and reissue any equipment that they may have already returned. The Agency will promptly begin returning to full-duty status affected employees after processing their responses to the March 17 notices of reinstatement.

8. At the Bureau of Engraving and Printing, there were 45 Affected Employees. Two employees resigned and 43 are on administrative leave. BEP expects to have all facility-based employees returned to regular working status by April 3, 2025, and all remote employees to regular working status by April 7. As of March 31, PIV Cards have been printed, network access has been restored, facilities has established worksite locations for all employees, and IT equipment is being issued.

9. At the U.S. Mint, all 8 Affected Employees were placed on administrative leave effective March 17, 2025. The U.S. Mint expects to initiate actions to return all 8 impacted employees to regular work status to include issuance of PIV cards, restored network access, restored shifts for the manufacturing staff, and any IT equipment issued to employees no later than the start of the pay period of April 6, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Declaration of Trevor Norris
3:25-cv-1780-WHA

Dated: March 31, 2025

_____
J. Trevor Norris