PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**MARCH 31, 2025 DECLARATION OF REESHA TRZNADEL** |

I, Reesha Trznadel, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Acting Chief Human Capital Officer of the Department of Energy ("DOE"), headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of DOE, or on information provided to me by DOE employees.

2. I have served in this position since February 28, 2025. In my Acting role at DOE, I oversee those responsible for personnel management. I oversee those responsible for tracking and recording personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3. On February 13 and 14, 2025, DOE terminated approximately 555 probationary employees ("Affected Probationary Employees").

4. On March 17, 2025, DOE cancelled the termination notices for all of its 555 Affected Probationary Employees and placed them in a retroactive Administrative Leave status from the date of removal to allow DOE time to arrange for an orderly return to the office (onboarding).

5. DOE's Energy IT Services has been working diligently to assign and provide equipment to the Affected Probationary Employees and to onboard the Affected Probationary Employees who have received equipment. However, not all Affected Probationary Employees have received equipment yet.

6. DOE's badging offices have also been working diligently to process the Affected Probationary Employees' new badges. However, not all Affected Probationary Employees' badges have been processed yet.

7. On March 28 and 31, 2025, DOE management was instructed to switch any remaining Affected Probationary Employees from "Administrative Leave" to "Regular Duty."

8. On March 28 and 31, 2025, all Departmental Elements were instructed to have supervisors make every effort to contact Affected Probationary Employees that have not yet received equipment or a badge and give them meaningful work to the extent possible and consistent with systems security protocols. For example, supervisors with Affected Probationary

Employees without equipment or badges were instructed to consider whether these employees could, consistent with security protocols, attend meetings by phone, read up on public source materials, talk with colleagues, etc. until they are fully onboarded.

9. DOE continues to work diligently to fully onboard all its Affected Probationary Employees as quickly as possible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025

      /s/ Reesha Trznadel
REESHA TRZNADEL
ACTING CHIEF HUMAN CAPITAL OFFICER
US DEPARTMENT OF ENERGY