1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   (415) 436-7200
6
   ERIC HAMILTON
7  Deputy Assistant Attorney General
   DIANE KELLEHER
8  Branch Director
   CHRISTOPHER HALL
9  Assistant Branch Director
   JAMES D. TODD, JR.
10 Senior Trial Counsel
   YURI S. FUCHS
11 Trial Attorney
   U.S. DEPARTMENT OF JUSTICE
12 Civil Division, Federal Programs Branch
   P.O. Box 883
13 Washington, DC 20044

14 *Counsel for Defendants*

15                 **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                    **SAN FRANCISCO DIVISION**

17 AMERICAN FEDERATION OF                    )
   GOVERNMENT EMPLOYEES, *et al*.            )   Case No. 3:25-cv-1780-WHA
18                                           )
                                             )
19      Plaintiffs,                          )   **ADMINISTRATIVE MOTION TO FILE**
                                             )   **AGENCY LISTS OF EMPLOYEES UNDER**
20      v.                                   )   **SEAL**
                                             )
21 UNITED STATES OFFICE OF PERSONNEL         )   Honorable William H. Alsup
   MANAGEMENT, *et al.*,                     )
22                                           )
        Defendants.                          )
23                                           )

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-11 and 79-5(c), Defendants move to file under seal unredacted

2  copies of federal-employee information in support of their Response to Plaintiffs' Motion to Compel

3  Compliance with Preliminary Injunction or to Hold Defendants in Contempt. Previously, this Court

4  ordered Defendants to "submit a list of all probationary employees terminated on or about February 13th

5  and 14th with an explanation as to each of what has been done to comply with this order." Tr. of March

6  13, 2025, Hrg. at 53:13-16, 20-22, ECF No. 120. Defendants then submitted this information but filed it

7  under seal because it contained the personal identifying information ("PII") of federal employees that

8  should remain confidential and filed redacted copies on the public docket. *See* Admin. Mot to File

9  Agency Lists of Employees Under Seal, ECF No. 143; Not. of Filing Certain Agency Declarations &

10  Redacted Lists of Agency Emps., ECF No. 144. Those filings demonstrated the steps that each agency

11  had undertaken to immediately comply with the Court's orders, including lists of probationary

12  employees and documenting what had been done to offer reinstatement to those employees. As part of

13  Defendants' Response to Plaintiffs' Motion to Compel Compliance with Preliminary Injunction or to

14  Hold Defendants in Contempt, Defendants seek to file similar lists on behalf of the Departments of

15  Defense, the Interior, and Veterans Affairs that demonstrate steps taken by the agencies to comply with

16  the Court's orders. As with their prior submission of employee lists, Defendants seek to seal the

17  unredacted lists while submitting the redacted lists on the public docket.

18    Because the information Defendants seek to seal is not being submitted in support of any

19  argument for relief on the merits, but rather to update the Court on actions taken by Defendants

20  following issuance of the preliminary injunction, the "good cause" standard applies. *See Ctr. for Auto*

21  *Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016) (internal citations omitted). Even

22  under the more stringent "compelling reasons" standard for sealing some information, courts in this

23  District routinely order the sealing of third-party PII. *See, e.g.*, *Opperman v. Path, Inc.*, No. 13-cv-453,

24  2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (exhibit containing "the names, email addresses, and

25  phone numbers of non-part[ies]" provided "compelling reasons to seal [it] in its entirety").

26    In this case, there is both good cause and a compelling reason to protect federal employee PII

27  from public disclosure here. First, absent an applicable exemption, the Privacy Act protects such

28  information from disclosure. *See* 5 U.S.C. § 522a(b). Second, the federal employees identified in the

Defendants' Admin. Mot. to File Agency Lists of Employees Under Seal
NO. 3:25-CV-1780-WHA

1   documents are not parties to this litigation and have their own privacy interests; therefore there is no

2   need for public disclosure of their identities or their PII at this point in the proceedings. *See Foltz v.*

3   *State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (recognizing the need to "protect

4   third-party privacy interests" in "personnel records"). If sealing were denied, the names and PII of third-

5   party employees will be exposed to public attention in this high-profile litigation. And because the

6   Court's order specifically requires the submission of employee PII, *see* Tr. of March 13, 2025, Hrg. at

7   53:13-16, 20-22, no less-restrictive alternative (such as redacting that information) is sufficient here.

8                                                        **CONCLUSION**

9           Defendants respectfully request this Court grant this Motion and permit unredacted copies of the

10  following documents to be filed under seal:

11      1.  Ex. 1: U.S. Department of Defense's List of Employees

12      2.  Ex. 2: U.S. Department of Veterans Affairs' List of Employees

13      3.  Ex. 3: U.S. Department of the Interior's List of Employees

14  DATED: March 31, 2025                          Respectfully submitted,

15                                                  PATRICK D. ROBBINS (CABN 152288)
                                                    Acting United States Attorney
16                                                  PAMELA T. JOHANN (CABN 145558)
                                                    Chief, Civil Division
17                                                  KELSEY J. HELLAND (CABN 298888)
                                                    Assistant United States Attorney
18                                                  U.S. ATTORNEY'S OFFICE
                                                    450 Golden Gate Avenue, Box 36055
19                                                  San Francisco, California 94102-3495

20                                                  ERIC HAMILTON
                                                    Deputy Assistant Attorney General

21                                                  DIANE KELLEHER
                                                    Branch Director
22                                                  CHRISTOPHER HALL
                                                    Assistant Branch Director

23                                                  JAMES D. TODD, JR.
                                                    Senior Trial Counsel
24

25                                                  *s/ Yuri S. Fuchs*
                                                    YURI S. FUCHS
                                                    Trial Attorney
26                                                  U.S. DEPARTMENT OF JUSTICE
                                                    Civil Division, Federal Programs Branch
27                                                  P.O. Box 883
                                                    Washington, DC 20044
28
                                                    *Counsel for Defendants*

Defendants' Admin. Mot. to File Agency Lists of Employees Under Seal
NO. 3:25-CV-1780-WHA