**FILED**

<u>Federal District Court in Washington, DC and San Francisco, CA</u> MAR 27 2025

**March 23, 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

<u>To All Parties identified below:</u>

**Hon Judge James Boasberg and Hon Judge William Alsup**

Applies to   *3:25-cv-01780-WHA, 1:25-cv-00385:ABJ, 5:09cv375:FL, 3:12-mc-80277-RS* and related cases US Navy NAWCAD Case Details for 09-00421-03289, FAA and US DOT 2005/6 and Dept of Transportation case - 2025-0064-OST-R BTS, NASA and related Employer Discrimination, Reinstatement, Texas Unemployment Insurance Claim Number 3831482. Unresolved employment, lost income, fame and reputation, front pay, back pay, unemployment Insurance claims since 1995, claim against State Farm, Progressive Insurance

**To Whom It May Concern, Chief Admin Judge, Duty Attorney, US Attorney's office**

**Subject:** Clarification regarding March 14-March 22 2025 Petition Certificate of Service

Since I am signing and emailing this document to, Clerk's Office Intake, U.S. District Court for the District of Columbia, 333 Constitution Avenue NW, Room 1225, Washington, DC 20001 and Duty attorney representing U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530, USADC.ServiceCivil@usdoj.gov, I have a valid unresolved case and controversy to which both court and gov have jurisdiction over the defendants of my case, due process and duty require for Clerk of Court and duty attorney in Washington DC to resolve my case on notice, since I have served critical parties properly.  Since I have a valid unresolved case clerk of court cannot interfere but allow Chief Judge to take emergency action on notice because multiple parties including US attorney's employees in DC may not duty but use method and means to cause delay and obstruct justice. *Emergency Action by Clerk of Court and duty attorney is needed* since my case is not resolved since 2008 and multiple employers, gov, including US Navy, Mathew Fesak, 4th circuit judges, Judge Seeborg and US Supreme Court justices know duty required for US Navy to resolve matter in 2004 itself but had not. Urgent action is needed also because government and court knew since 2008, in addition to US Navy, multiple employers had been discriminated and not hired and State of NC had initiated a case 08cr40557 to breakup family, take control of my wife and children, come to know of family situation and benefit and not to do justice. Therefore duty required for FBI and US DOJ employees in NC not limited to Rudy Renfer and US attorney's employees in CA needed to resolve matter by removing State of NC 08cr40557 and CA DMV ticket case. Knowing all of these details, Mathew Fesak, US Rep Price, US Rep George Holding, Mathew Fesak, Sen Feinstein, and multiple others have obstructed justice. As such this is criminal conspiracy against rights complaint against Mathew Fesak, all state and federal law

enforcement and government employees, Judges and Justices including Pamela Karlan and prior AG Merrick Garland. This obstruction of justice claim applies to clerk of court and Judges in Multidistrict Litigation and to Administrative Office of Courts and Judicial Conference, including Chief Justice Roberts and Executive Clerk of Court, in 4th circuit, Failure for US attorney's office in DC and Chief Judge in DC to take appropriate action to also notify Judge Alsup of this petition, since clerk of court and US Attorney's employees may obstruct justice, will mean, willful negligence by clerk of court and/or US attorney's office employees in DC.

I certify I have signed, dated and mailed attached March 22, 2025 petition to US Federal Court in San Francisco and US attorney's office. I am signing, dating this letter and emailing to all parties identified below. As my March 22, 2025 letter states since I was busy with doing multiple things I was unable to send petitions I have emailed to all of you dated March 12, 14, 15, 17 and 19th. I had indicated that I will, instead I intend to not mail those letters since I have emailed to you and I have mailed related documents too many times. If any of you want me to mail these documents to you I request that you notify me. Since I had already notified US Navy, Navy is claiming court has jurisdiction to resolve matter, but court has not resolved matter, and in spite of explaining this neither Mathew Fesak or Judge Flanagan or another judge have not resolved matter. Therefore I request US Navy, gov and court to add Secretary of Navy, Mathew Fesak, Secretary of Transportation, Town of Cary, and other critical parties as defendants urgently, allow me to cure or waive defects so that court can resolve matter. Or US Navy can remove petition from court by rehiring me and explaining what they will do. Claim against all parties remain till I get full restitution and settlements to injuries I and my family have suffered. Just like what Mathew Fesak and Judges have done is not but criminal fraud and obstruction of justice and this claim applies to all private attorney's also, all attorney's identified in this email who are defendants in my case should note, that since I am doing many things I will mail notices to you as soon as possible, if required. Duty attorney in Washington DC should respond if I should service notice to Mathew Fesak as defendant or since I have notified you and clerk of court, that you will disqualify Mathew Fesak, all judges assigned to case, change venue to appropriate court and resolve matter. I request US Navy also let me know what you will do and not do. I request US Navy and US duty attorney explain, since I have paid fee and initiated multiple cases, since those cases can be reopened, orders vacated and those cases can be transferred to federal court in DC and CA to resolve matter, will you represent me or will you approve attorney costs and court fee or not, since Matthew Fesak or US Navy or Rudy Renfer has not responded or even explained I was entitled to those costs.

I request Respected Sergio to take appropriate action, provide this petition to President Trump, Director of Presidential Correspondence and to Cabinet, since US Navy, Dept of Transportation are defendants, and also notify FBI Director Patel and Attorney General Pam Bondi of my petition so that they take appropriate action also.

## Certificate of Service

I certify I have emailed this document to following parties,

1.Secretary of Navy, Office of the Secretary of the Navy, 1000 Navy Pentagon, Room 4D652, Washington, DC 20350, Via, Pamela Johnson, Michelle A. Baker, EEO Director, 47123 Buse Road, Patuxent River, Maryland 20670 email addresses

2.Equal Employment Opportunity Commission, Office of Federal Operations, P.O. Box 77960, Washington, D.C. 20013 (EEOC Portal)

3.Michael Medford, PO Box 20389, Raleigh, NC 27619 via email

4.Kevin Joyner, PO Box 31608, Raleigh, NC 27622 via email

5.Zebulon Anderson, PO Box 2611, Raleigh, NC 27602 via email

6.Pamela Johann, Kelsey Helland, US DOJ N Dist of CA, 450 Golden Gate Ave, San Francisco, Box 36055, CA 94102 via email

7.Judge Alsup, Judge Seeborg, Judge Hamilton, US Federal District Court, Northern District of CA, 450 Golden Gate Ave, San Francisco, Box 36060, CA 94102-3489  court deputy email

8.Judge Jackson, James E. Boasberg, The U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C.

9.U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, NW, Washington, DC 20530 20001, via email address

10.The Honorable Sean Duffy, US Dept of Transportation, 1200 New Jersy Avenue, SE, Washington, DC 20590, VIA US DOT, email address.

11.President of the USA, 1600 Pennsylvania Avenue NW, Washington, DC 20500 Sergio@who.eop.gov, vince.haley@who.eop.gov, Trent.M.Morse@who.eop.gov,

12.Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530 Service may be made at USADC.ServiceCivil@usdoj.gov and no other email address.

13.JEREMY S.B. NEWMAN, (DC Bar No. 1024112), Trial Attorney, U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, NW, Washington, DC 20530, Telephone: (202) 532-3114, Email: jeremy.s.newman@usdoj.gov

14.PAMELA T. JOHANN, Chief, Civil Division, US attorney's office, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102, 415-436-7025, Pamela.Johann@usdoj.gov

15.Clerk's Office Intake, U.S. District Court for the District of Columbia, 333 Constitution Avenue NW, Room 1225, Washington, DC 20001, Phone: (202) 354-3120, Email: DCD_Intake@dcd.uscourts.gov

16. Duty attorney representing U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530, USADC.ServiceCivil@usdoj.gov,

17. Mathew Fesk, 150 Fayetteville Street Suite 2100, Raleigh, North Carolina 27601

18. Judge Richard Myers, US Federal Court, 2 Princess Street, Wilmington, NC 28401 Submitted Documents_Judge_Myers@nced.uscourts.gov

**March 23, 2025**

*[signature]* March 23, 2025

Arkalgud Lakshminarasimha (Ark Simha)        (806) 584-6558
2602 6th Av Apt 2
Canyon, TX 79015

*[handwritten note]* March 17th letter 1st Page attached.

**Emergency Notice by E-mail or Fax or US Postal Mail        March 17, 2025**

**Motion** to **Compel**, Take Action, Review, Provide Relief, Remedy and Respond, Intervene, Joinder of Parties, Intervention, Change of Venue, Consolidation, Applies to All Parties not limited to Texas Work Force Commission, US DOJ, EEOC EEOC Federal Operations, US DOL, US Navy and FAA

**Respected Officials:**

EEOC

**Subject or Related Cases:** 5:09cv375:FL, 3:12-mc-80277-RS and related cases, 3:25-cv-01780-WHA, 1:25-cv-00385:ABJ, US Navy Navair / NAWCAD 09-00421-03289, FAA and US DOT 2005/6 and Dept of Transportation case - 2025-0064-OST-R BTS and related Employer Discrimination, Reinstatement, and Unemployment Insurance Claims. Texas Unemployment Insurance Claim Number 3831482, Fraud on Me, Fraud on Court, Disqualify private and government attorneys, Judges and Justices,

I request US Navy, FAA, US DOJ, EEOC, EEOC Federal Operations, review attached March 14 and March 15th 2025 and earlier documents, take urgent action and respond.

**Signed and dated Pdf attachment Email Sent to:**

EEOC and/or EEOC Federal Operations Portal
brian.hudak@usdoj.gov, USADC.ServiceCivil@usdoj.gov , patrick.robbins@usdoj.gov,
Pamela.Johann@usdoj.gov , kelsey.helland@usdoj.gov, james.todd@usdoj.gov,
yuri.s.fuchs@usdoj.gov, Angie.Hockaday@usdoj.gov,
michelle.a.baker24.civ@us.navy.mil, anthony.m.dowdle.civ@us.navy.mil,
matthew.fesak@usdoj.gov, erika.k.mcbride3.civ@us.navy.mil,
pamela.r.johnson1.civ@us.navy.mil, docr-eeoc-hearingandappealcorrespondence@dot.gov, efiling.dallashearing@eeoc.gov,
Horacio.lopezmontes@twc.texas.gov, RO4-RA-DAL@dol.gov,
ETA.Webportal@dol.gov, supremecourtbriefs@usdoj.gov

Office of the Secretary of the Navy, 1000 Navy Pentagon, Room 4D652, Washington, DC 20350

EEOC, Federal Operations P.O. Box 77960, Washington, DC 20013. (202) 663-7022

US DOL Review Board, 200 Constitution Ave NW, Room S-5220
Washington, DC 20210, 202-693-6200  Fax: 202-693-6220

Matthew Fesak, 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601
Phone: (919) 856-4530, Fax: (919) 856-4487

Respectfully submitted,   March 17, 2025.
Arkalgud Lakshminarasimha   2602 6th Av Apt 2, Canyon, TX 79015 (806) 584-6558

Ark Simha
2602 6th Av Apt 2
Canyon, TX 79015

24 MAR 2025
AMARILLO
24 MAR 2025

US Federal Court
Northern District of CA
US Federal Court
450 Golden Gate Av., Box 36060
San Francisco, CA 94102

RECEIVED
MAR 27 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA