Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-01780-WHA<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (MARYLAND DISTRICT COURT DECISION)** |

PLFS' NOTICE OF SUPPLEMENTAL AUTHORITY, #3:25-cv-01780-WHA

Plaintiffs hereby submit notice of the April 1, 2025 Memorandum and Order in *Maryland et al. v. USDA et al.*, United States District Court for the District of Maryland, Case No. JKB-25-0748, attached hereto as Exhibits A and B. Judge Bredar granted in part the Plaintiff States' Motion for Preliminary Injunction after concluding that the terminations of probationary employees likely violated the statutes pertaining to reductions in force, and ordered twenty federal agency Defendants to "take all steps necessary to undo the purported terminations" of affected probationary employees, defined to include those who work or reside in any of the twenty Plaintiff States. The Court also vacated and superseded the prior TRO that required reinstatement of previously terminated probationary employees without regard to geographic location.

As a result of this April 1 Order from the District of Maryland, Plaintiffs understand that there are some unknown number of previously-terminated probationary employees that were covered by the Maryland TRO who are no longer covered by the Maryland PI, but who are addressed by: the Organizational Plaintiffs' original request for PI; Plaintiff State of Washington's request for further PI; and/or the Public-Sector Union Plaintiffs' request for further PI. Plaintiffs will address the issue of remedy further in their forthcoming replies (for Washington, due Thursday April 3; for the Public-Sector Unions due Friday April 4). For the convenience of the Court, Plaintiffs have attached a chart identifying the status of agencies covered by this Court's current preliminary injunction, Plaintiffs' request for further injunctions, and the Maryland District Court decision, hereto as Exhibit C.

1 | DATED: April 2, 2025

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: */s/ Danielle Leonard*

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.

|   |   |
|---|---|
| 1 | Washington, D.C.  20036 |
| 2 | Tel: (202) 775-5900 |
|   | TPaterson@afscme.org |
| 3 | MBlumin@afscme.org |
| 4 | By: */s/Teague Paterson*<u>                                </u> |
| 5 | *Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)* |

By: */s/Teague Paterson*<u>                                                        </u>

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (pro hac vice)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE
ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: <u>*/s/ Tera M. Heintz*</u>

*Attorneys for Plaintiff State of Washington*