# Exhibit C

**Exhibit C**

| Relief Defendant Agency (in *AFGE v. OPM*, N.D. Cal. Case No. 25-cv-01780-WHA) | Scope of MD PI (in *Maryland v. USDA,* Case No. JKB-25-0748) | Included in Organizational Plaintiff PI request (Dkts. 18, 39, 122) | Included in Washington further PI request (Dkt. 156) | Included in Public-Sector Union further PI request (Dkt. 161) |
|---|---|---|---|---|
| **Relief Defendants currently included in PI in this case (*AFGE v. OPM*, Case No. 25-cv-01780-WHA)** | | | | |
| Department of Agriculture | Work or reside in 20 Plaintiff states | Yes | Yes | Yes |
| Department of Defense | Work or reside in 20 Plaintiff states | Yes | Yes | Yes |
| Department of Energy | Work or reside in 20 Plaintiff states | Yes | | Yes |
| Department of the Interior | Work or reside in 20 Plaintiff states | Yes | Yes | Yes |
| Department of Treasury | Work or reside in 20 Plaintiff states | Yes | | Yes |
| Department of Veterans Affairs | Work or reside in 20 Plaintiff states | Yes | | Yes |
| **Additional Relief Defendants included in either Washington or Public-Sector Union requests for further injunction** | | | | |
| Department of Commerce | Work or reside in 20 Plaintiff states | Yes | Yes | Yes |
| Department of Education | Work or reside in 20 Plaintiff states | Yes | Yes | Yes |
| Department of Health and Human Services | Work or reside in 20 Plaintiff states | Yes | Yes | Yes |
| Department of Homeland Security | Work or reside in 20 Plaintiff states | | Yes | Yes |

| Department of Housing and Urban Development | Work or reside in 20 Plaintiff states | | Yes | Yes |
|---|---|---|---|---|
| Department of Transportation | Work or reside in 20 Plaintiff states | Yes | | Yes |
| Environmental Protection Agency | Work or reside in 20 Plaintiff states | Yes | | Yes |
| General Services Administration | Work or reside in 20 Plaintiff states | | | Yes |
| Small Business Administration | Work or reside in 20 Plaintiff states | Yes | | Yes |
| National Science Foundation | Not included | Yes | | Yes |

*The States covered by the Maryland preliminary injunction are: Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Wisconsin.

** The Maryland case also involves the following defendant agencies that are not relief defendants in this case: Consumer Financial Protection Bureau; Federal Deposit Insurance Corporation; Office of Personnel Management (as employer); U.S. Agency for International Development, National Archives and Records Administration.