NICHOLAS W. BROWN
Attorney General of Washington
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### AT SAN FRANCISCO

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | NO. 3:25-cv-01780-WHA<br><br>PLAINTIFF STATE OF WASHINGTON'S UNOPPOSED ADMINISTRATIVE MOTION FOR 3-HOUR EXTENSION AND INCREASED PAGE LIMITS RE: PRELIMINARY INJUNCTION BRIEFING<br><br>Honorable William H. Alsup |

PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING – NO. 3:25-cv-01780-WHA

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

Pursuant to Civil Local Rules 6-1, 7-4(b), and 7-11, Plaintiff State of Washington (State) hereby moves unopposed for (1) a three-hour extension to its deadline to file, on April 3, 2025, its reply in support of its Motion for Preliminary Injunction such that the State's reply would be due at 3pm PDT; and (2) a five-page increase in the page limit of the State's reply in support of its Motion for Preliminary Injunction, such that their reply brief could be up to 20 pages. The State did not oppose, and the Court granted, Defendants' similar request for a three-hour extension, and five-page increase in the page limit of its opposition to the State's Motion for Preliminary Injunction. *See* Dkt. Nos. 165, 165-1, 166.

1. The Court ordered the State to file any preliminary injunction reply by April 3, 2025, at noon PDT. *See* Dkt. No. 152. The State has been diligently preparing its reply since Defendants' opposition was filed on March 31, 2025. *See* Dkt. No. 167. Due to the need to coordinate with other Plaintiffs on several briefs due this week in this matter, the State respectfully requests three additional hours to submit its reply, such that the reply would be due at 3pm PDT on April 3, 2025.

2. In preparing its reply in support of its Motion for Preliminary Injunction, the State has determined that it needs an additional five pages beyond the 15-page limit set by Civil Local Rule 7-4(b) to sufficiently brief the issues presented, such that the brief could be up to 20 pages in length. This Court's Local Civil Rules allow a party to file a brief in excess of the Court's page limitations if requested by administrative motion prior to the due date. *See* Civil Local Rules 7-4(b), 7-11.

PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING – NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

3. The State contacted Defendants' counsel to obtain Defendants' position on the relief requested herein. *See* Decl. of Cynthia L. Alexander ¶¶ 3–4. Defendants' counsel responded that Defendants do not object to the relief requested herein. *Id.*

For good cause shown above, the State respectfully requests that the Court grant a three-hour extension to the April 3, 2025, filing deadline and allow the State to file a reply brief in support of its Motion for Preliminary Injunction up to 20 pages in length.

DATED this 2nd day of April 2025.

> NICHOLAS W. BROWN
> Attorney General
>
> */s/ Cynthia L. Alexander*
> TERA M. HEINTZ, SBN #241414
> CRISTINA SEPE, SBN #308023
> CYNTHIA L. ALEXANDER, *Pro Hac Vice*
> Deputy Solicitors General
> Solicitor General's Office
> 1125 Washington Street SE, PO Box 40100
> Olympia, WA  98504-0100
> (360) 753-6200
> Tera.Heintz@atg.wa.gov
> Cristina.Sepe@atg.wa.gov
> Cynthia.Alexander@atg.wa.gov
> Attorneys for Plaintiff State of Washington

PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING – NO. 3:25-cv-01780-WHA

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200