1  NICHOLAS W. BROWN
   Attorney General of Washington
2  TERA M. HEINTZ, SBN #241414
   CRISTINA SEPE, SBN #308023
3  CYNTHIA L. ALEXANDER, *Pro Hac Vice*
   Deputy Solicitors General
4  Solicitor General's Office
   1125 Washington Street SE, PO Box 40100
5  Olympia, WA  98504-0100
   (360) 753-6200
6  Tera.Heintz@atg.wa.gov
   Cristina.Sepe@atg.wa.gov
7  Cynthia.Alexander@atg.wa.gov
   Attorneys for Plaintiff State of Washington

8

9                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10                      **AT SAN FRANCISCO**

11 AMERICAN FEDERATION OF              NO. 3:25-cv-01780-WHA
   GOVERNMENT EMPLOYEES, AFL-CIO,
12 et al.,                             DECLARATION OF
                                       CYNTHIA L. ALEXANDER IN
13              Plaintiffs,            SUPPORT OF PLAINTIFF STATE
                                       OF WASHINGTON'S UNOPPOSED
14      v.                             ADMINISTRATIVE MOTION FOR
                                       3-HOUR EXTENSION AND
15 UNITED STATES OFFICE OF             INCREASED PAGE LIMITS RE:
   PERSONNEL MANAGEMENT, et al.,       PRELIMINARY INJUNCTION
16                                     BRIEFING
                Defendants.
17

18

19

20

21

22

23

DECLARATION OF CYNTHIA L.
ALEXANDER – NO. 3:25-cv-01780-WHA                         1125 Washington Street SE
                                                                PO Box 40100
                                                          Olympia, WA  98504-0100
                                                               (360) 753-6200

1

**DECLARATION OF CYNTHIA L. ALEXANDER**

2

I, Cynthia L. Alexander, declare as follows:

3

1.    I am over the age of 18, competent to testify as to the matters herein, and make

4

this declaration based on my personal knowledge.

5

2.    I am a Deputy Solicitor General with the Washington State Office of the Attorney

6

General and one of the attorneys representing Plaintiff State of Washington in the

7

above-captioned matter.

8

3.    On March 31, 2025, Defendants' counsel James Todd emailed counsel for

9

Plaintiffs requesting Plaintiffs' position on Defendants' requests for (1) a three-hour extension

10

of Defendants' deadline to file oppositions to Plaintiff State of Washington's Motion for

11

Preliminary Injunction and Plaintiffs' Motion for Compliance with the Preliminary Injunction;

12

and (2) a six-page increase in the page limit for Defendants' opposition to Washington's

13

Preliminary Injunction Motion. I responded on behalf of the State of Washington, indicating that

14

Washington did not object to the requested three-hour extension and did not object to the request

15

to increase the page limit, so long as Defendants would agree that any reply brief by the State of

16

Washington could be up to 21 pages. Defendants' counsel Kelsey Helland agreed to this request.

17

Dkt. No. 165-1.

18

4.    On April 2, 2025, when I determined that the State of Washington would need an

19

additional three hours within which to file its reply on April 3, 2025, I emailed counsel for

20

Defendants requesting Defendants' position on the three-hour extension. Defendants' counsel

21

Yuri Fuchs responded on the same day that Defendants consent to Washington's request for a

22

three-hour extension for the reply brief.

23

DECLARATION OF CYNTHIA L.
ALEXANDER – NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

1    I declare under penalty of perjury under the laws of the State of California and the

2    United States of America that the foregoing is true and correct.

3    DATED and SIGNED this 2nd day of April 2025, at Olympia, Washington.

4                                   /s/ Cynthia L. Alexander
                                    CYNTHIA L. ALEXANDER
5                                   Deputy Solicitor General

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF CYNTHIA L.                    2          ATTORNEY GENERAL OF WASHINGTON
ALEXANDER – NO. 3:25-cv-01780-WHA                                1125 Washington Street SE
                                                                      PO Box 40100
                                                                 Olympia, WA  98504-0100
                                                                    (360) 753-6200