NICHOLAS W. BROWN
Attorney General of Washington
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AT SAN FRANCISCO

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | NO. 3:25-cv-01780-WHA <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S UNOPPOSED ADMINISTRATIVE MOTION FOR 3-HOUR EXTENSION AND INCREASED PAGE LIMITS RE: PRELIMINARY INJUNCTION BRIEFING <br><br> Honorable William H. Alsup |

[PROPOSED] ORDER GRANTING PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING – NO. 3:25-cv-01780-WHA

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# [PROPOSED] ORDER

Good cause appearing, Plaintiff State of Washington's Unopposed Administrative Motion for 3-Hour Extension and Increased Page Limits Re: Preliminary Injunction Briefing is hereby GRANTED. Plaintiff State of Washington's reply in support of its Motion for Preliminary Injunction shall be due April 3, 2025, at **3:00 p.m. PDT**. Plaintiff State of Washington may file a reply in support of their Motion for Preliminary Injunction of up to 20 pages.

IT IS SO ORDERED.

DATED this _____ day of _____ 2025.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

*/s/ Cynthia L. Alexander*
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

[PROPOSED] ORDER GRANTING PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING– NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200