| | |
|---|---|
| 1 | NICHOLAS W. BROWN |
| | Attorney General of Washington |
| 2 | TERA M. HEINTZ, SBN #241414 |
| | CRISTINA SEPE, SBN #308023 |
| 3 | CYNTHIA L. ALEXANDER, *Pro Hac Vice* |
| | Deputy Solicitors General |
| 4 | Solicitor General's Office |
| | 1125 Washington Street SE, PO Box 40100 |
| 5 | Olympia, WA 98504-0100 |
| | (360) 753-6200 |
| 6 | Tera.Heintz@atg.wa.gov |
| | Cristina.Sepe@atg.wa.gov |
| 7 | Cynthia.Alexander@atg.wa.gov |
| | Attorneys for Plaintiff State of Washington |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## AT SAN FRANCISCO

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | NO. 3:25-cv-01780-WHA |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S UNOPPOSED ADMINISTRATIVE MOTION FOR 3-HOUR EXTENSION AND INCREASED PAGE LIMITS RE: PRELIMINARY INJUNCTION BRIEFING |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | Honorable William H. Alsup |

[~~PROPOSED~~] ORDER GRANTING PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING – NO. 3:25-cv-01780-WHA

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**[PROPOSED] ORDER**

Good cause appearing, Plaintiff State of Washington's Unopposed Administrative Motion for 3-Hour Extension and Increased Page Limits Re: Preliminary Injunction Briefing is hereby GRANTED. Plaintiff State of Washington's reply in support of its Motion for Preliminary Injunction shall be due April 3, 2025, at **3:00 p.m. PDT**. Plaintiff State of Washington may file a reply in support of their Motion for Preliminary Injunction of up to 20 pages.

IT IS SO ORDERED.

DATED this **3rd** day of **April** 2025.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

/s/ Cynthia L. Alexander
TERA M. HEINTZ, SBN #241414
CRISTINA SEPE, SBN #308023
CYNTHIA L. ALEXANDER, *Pro Hac Vice*
Deputy Solicitors General
Solicitor General's Office
1125 Washington Street SE, PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200
Tera.Heintz@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
Attorneys for Plaintiff State of Washington

[PROPOSED] ORDER GRANTING PL. STATE OF WASHINGTON'S ADMIN. MOT. FOR 3-HR EXTENSION AND INCREASED PAGE LIMIT RE PRELIM. INJ. BRIEFING– NO. 3:25-cv-01780-WHA

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200