UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **FOURTH REQUEST FOR INFORMATION** |

    Kory Blake's declaration, submitted by plaintiffs, references an attached "Exhibit 1" and "Exhibit 2" (Dkt. No. 18-6 ¶7–8). The Blake Declaration, as submitted on the docket and to chambers, omits any such exhibits.

    Plaintiffs shall please correct that omission by the end of today.

    **IT IS SO ORDERED.**

Dated: April 4, 2025.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE