Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**NOTICE OF ERRATA AND CORRECTED DECLARATION OF KORY BLAKE** |

1
2   **PLEASE TAKE NOTICE** that Plaintiffs hereby submit this notice of errata, correcting the omission
3   of exhibits to the Declaration of Kory Blake (originally filed at Dkt. 18-6), as directed by the Court's
4   Fourth Request for Information (Dkt. 179).  The complete Declaration including Exhibits 1 and 2 is
5   attached hereto as Exhibit A.
6   DATED:  April 4, 2025                              Scott A. Kronland
                                                        Stacey M. Leyton
7                                                       Eileen B. Goldsmith
                                                        Danielle E. Leonard
8                                                       Robin S. Tholin
9                                                       James Baltzer
                                                        ALTSHULER BERZON LLP
10                                                      177 Post St., Suite 300
                                                        San Francisco, CA 94108
11                                                      Tel: (415) 421-7151
12
                                                        By: */s/ Danielle Leonard*
13
                                                        *Attorneys for Plaintiff Organizations*
14
                                                        Norman L. Eisen (*pro hac vice*)
15                                                      Pooja Chadhuri (SBN 314847)
                                                        STATE DEMOCRACY DEFENDERS
16                                                      FUND
                                                        600 Pennsylvania Avenue SE #15180
17                                                      Washington, DC 20003
18                                                      Tel: (202) 594-9958
                                                        Norman@statedemocracydefenders.org
19                                                      Pooja@statedemocracydefenders.org
20                                                      By: */s/ Norman L. Eisen*
21
                                                        *Attorneys for Plaintiff Organizations*
22
                                                        Rushab Sanghvi (SBN 302809)
23                                                      AMERICAN FEDERATION OF GOVERNMENT
                                                        EMPLOYEES
24                                                      80 F Street, NW
25                                                      Washington, DC 20001
                                                        Tel: (202) 639-6426
26                                                      Sanghr@afge.org
27                                                      By: */s/ Rushab Sanghvi*
28

Notice of Errata and Corrected Declaration of Kory Blake, No. 3:25-cv-01780-WHA                1

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C.  20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (pro hac vice)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*