| DoD Component | Employee Name | Date Termination Effective | Date Notified of Court Order | Offered Reinstatement/Termination Notice Revoked (Y or N) | Date of Return to Duty |
|---|---|---|---|---|---|
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/31/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/20/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/25/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/20/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/20/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/21/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Contract Audit Agency | | 3/28/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/31/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/31/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | Resigned |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025; Resigned 3/28/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | Resigned |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| Defense Health Agency | | 3/8/2025 | 3/18/2025 | Y | 3/24/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/19/2025 | Y | 3/24/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/19/2025 | Y | 3/24/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/18/2025 | Y | 3/24/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/19/2025 | Y | 3/24/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/19/2025 | Y | 3/26/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/19/2025 | Y | 3/24/2025 |
| DoD Human Resources Activity | | 3/24/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/4/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/26/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/25/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/25/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/26/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/31/2025 |
| Defense Logistics Agency | | 3/4/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 4/2/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/21/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/31/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/26/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/21/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/26/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/25/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Logistics Agency | | 3/3/2025 | 3/20/2025 | Y | 3/24/2025 |
| Department of the Navy | | 3/7/2025 | 3/21/2025 | Y | 3/21/2025 |
| Department of the Navy | | 3/7/2025 | 3/20/2025 | Y | 3/20/2025 |

| Agency | | Date 1 | Date 2 | Y | Date 3 / Note |
|---|---|---|---|---|---|
| Department of the Navy | | 3/7/2025 | 3/19/2025 | Y | 3/24/2025 |
| Department of the Navy | | 3/10/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Technical Information Center | | 3/30/2025 | 3/19/2025 | y | 3/24/2025 |
| Defense Technical Information Center | | 4/1/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Technical Information Center | | 4/1/2025 | 3/19/2025 | Y | 3/21/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | Resigned |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/5/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Missile Defense Agency | | 3/4/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Acquisition University | | 4/2/2025 | 3/12/2025 | Y | 3/13/2025 |
| DAEM | | 3/6/2025 | 3/19/2025 | Y | 3/24/2025 |
| Defense Legal Services Agency | | 3/25/2025 | 3/20/2025 | Y | 4/1/2025 |
| Defense Legal Services Agency | | 3/27/2025 | 3/20/2025 | Y | 4/1/2025 |
| Defense Legal Services Agency | | 3/27/2025 | 3/20/2025 | Y | 3/24/2025 |
| Defense Legal Services Agency | | 3/22/2025 | 3/20/2025 | Y | 3/26/2025 |
| MIRP | | 3/27/2025 | 3/20/2025 | Y | 3/24/2025 |
| MIRP | | 3/27/2025 | 3/20/2025 | Y | 3/24/2025 |
| OUSD(P&R) | | 3/22/2025 | 3/19/2025 | Y | 3/24/2025 |
| Washington Headquarters Services | | 3/14/2025 | 3/19/2025 | Y | 3/20/2025 |
| Washington Headquarters Services | | 3/14/2025 | 3/19/2025 | Y | Resigned |
| Washington Headquarters Services | | 3/13/2025 | 3/18/2025 | Y | 3/19/2025 |
| Washington Headquarters Services | | 3/12/2025 | 3/14/2025 | Y | Resigned |
| Washington Headquarters Services | | 3/14/2025 | 3/11/2025 | Y | 3/19/2025 |
| Washington Headquarters Services | | 3/14/2025 | 3/13/2025 | Y | 3/30/2025 |
| Defense Commissary Agency | | 3/1/2025 | 3/23/2025 | Y | 3/31/2025 |
| Defense Commissary Agency | | 3/1/2025 | 3/25/2025 | Y | 4/1/2025 |
| Defense Commissary Agency | | 3/1/2025 | 3/26/2025 | Y | Did not return; termination pending |
| Defense Commissary Agency | | 3/1/2025 | 3/25/2025 | Y | 4/21/2025; Employee requested delay |
| Defense Commissary Agency | | 3/1/2025 | 3/22/2025 | Y | 4/8/2025 |
| Defense Commissary Agency | | 3/1/2025 | 3/25/2025 | Y | 3/31/2025 |
| Defense Commissary Agency | | 3/1/2025 | 3/22/2025 | Y | 3/22/2025; terminated for conduct |
| Defense Commissary Agency | | 3/1/2025 | 3/26/2025 | Y | 4/1/2025 |
| Defense Commissary Agency | | 3/1/2025 | 3/25/2025 | Y | Did not return; termination pending |
| Defense Commissary Agency | | 3/1/2025 | 3/25/2025 | Y | Declined reinstatement |
| Defense Commissary Agency | | 3/1/2025 | 3/22/2025 | Y | Did not return; termination pending |
| National Guard - Army | | 3/4/2025 | 3/20/2025 | Y | 3/24/2025 |
| National Guard - Army | | 3/4/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Army | | 3/4/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/6/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/4/2025 | 3/21/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/4/2025 | 3/21/2025 | Y | Resigned |
| National Guard- Army | | 3/4/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Army | | 3/5/2025 | 3/20/2025 | Y | 3/24/2025 |
| National Guard - Army | | 3/4/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/4/2025 | 3/22/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/10/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/4/2025 | 3/26/2025 | Y | 3/21/2025 |
| National Guard - Army | | 3/4/2025 | 3/27/2025 | Y | 3/21/2025 |
| National Guard - Army | | 3/3/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Army | | 3/4/2025 | 3/30/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/7/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/3/2025 | 3/20/2025 | Y | 3/21/2025 |
| National Guard - Air | | 3/4/2025 | 3/28/2025 | Y | 3/21/2025 |
| National Guard - Army | | 3/5/2025 | 3/29/2025 | Y | 3/24/2025 |
| National Guard - Army | | 3/4/2025 | 3/23/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |
| USUHS | | 3/26/2025 | 3/19/2025 | Y | 3/21/2025 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |