PRIVILEGED/CONFIDENTIAL/PII

| Terminations Email | Name | Admin | Region | Termination Effective Date | Rescission Notice to VA Email Y/N | Confirmation of Receipt of Rescission Notice by Supervisor/HR Y/N | Court's Ruling Was Conveyed to Employee (Via Rescission Notice) Y/N | Cancellation of Action via SF-50 Y/N | Paid Status Y/N | Return to Duty Letter Conveyed to Employee Y/N | On Duty Y/N | Additional Actions/Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NCA | NCACO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | NCA | NCACO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | NCA | NCAMWD | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | returning to work on 4/1/25 |
| | | NCA | NCAPD | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | NCA | NCAPD | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | NCA | NCASED | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 4/7/25 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Resigned effective 3/27/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | RESIGNED 4/3/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | AAC | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Returns 4/7/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Returns 4/1/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/20/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | resigned 3/25/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Resigned effective 4/5/24 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | | | RN fwd to pers email |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | | Y | Y | | Added to List. Termination SF50 was not processed. |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | N | N | Y | Y | Will return week of 3/31/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/21/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | pending confirmation of return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | y | y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | Acknowledged receipt of RTW-will return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Return to duty pending |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Return to duty pending |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | | Y | Y | | Added to List. Termination SF50 was not processed. |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Resigned-accepted another position via email 3/22/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 3/25/25 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 3/24/25 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 3/31/25 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Will return week of 3/31/25 |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 3/31/25 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 3/31/15 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 3/28/25 return |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| | | VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | resigning 4/4/25 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Resigning 4/4/2025 |
| VACO | VACO1713 | 2/13/20225 | Y | Y | Y | Y | Y | Y | Y | 3/28/25 return |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Investigative leave |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | will return 4/4/25 |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | 4/7/25 return |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | will return week of 3/31/25 |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | Return 4/18/25 |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | | | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | y | will return week of 3/31/25 |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | | Y | Y | | Added to List |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | resigned effective 4/1/25 |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | | Interagency detail w/ DOD- pending date & Approval |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | Returned 3/25/25 |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | VACO1713 | 2/13/2025 | Y | Y | Y | Y | Y | Y | y | Returned 3/24/25 |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN & R2D to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Ms. Belanger has resigned effective 3/24/25. - RN & R2D to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Mr. Benitez responded with his resignation effective 03/21/2025. - RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Mr. Yugesh Bhattarai submitted his resignation effective March 22, 2025. |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Mr. Gonzalez-Espinoza voluntarily resigned effective 3/31/2025 - RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | station has confirmed that employee resigned 2/26/25 |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & RTD fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & R2D to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Has indicated by email to supv a desire to resign |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & RD fwd to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & R2D to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & RD fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Declined |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & RD fwd to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & R2D to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN & R2D to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VBA | VBAWESTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBACENTRAL | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Electing no to return |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN & R2D to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBASOUTH | 2/13/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email |
| VBA | VBAEASTERN | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email |
| VBA | VBAMIDWEST | 2/13/2025 | Y | Y | Y | Y | Y | Y | | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/7/2025 |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Termination action canceled |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/7/2025 |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/24/2025 |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/14/2025 |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | HROO | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN1 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN1 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN1 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN1 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN1 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN15 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN15 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN15 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN15 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | N | N | Refused to return to work |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/7/2025 |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/9/2025 |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/7/2025 |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/27/2025 |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/14/2025 |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Returns to duty 4/7/2025 |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN22 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN23 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN23 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN23 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN23 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN5 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN5 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN5 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Return to duty pending |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | N | Refused to return to work |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN8 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN9 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | HROO | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | HROO | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Termination action canceled |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Termination action canceled |
| VHA | HROO | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but ineligible; No termination action processed in HR Smart |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Action initiated in HR Smart on 3/6, was not processed, and then was canceled |
| VHA | VISN19 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Action initiated in HR Smart on 3/6, was not processed, and then was canceled |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN15 | 2/13/2025 | N | N | N | N | Y | N | N | Requested DRP and on admin leave 3/7/2025; No termination action processed in HR Smart |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | Y | Y | Y | Y | |
| VHA | VISN23 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Termination action canceled |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN20 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN5 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN10 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN9 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN9 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Termination action canceled |
| VHA | VISN2 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN6 | 2/13/2025 | Y | Y | Y | N | Y | Y | N | No termination action processed in HR Smart; Refused to return to work |
| VHA | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | N | Y | Y | N | No termination action processed in HR Smart |
| VHA | VISN21 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN23 | 2/13/2025 | Y | Y | Y | N | Y | Y | N | No termination action processed in HR Smart; Returns to duty 4/9/2025 |
| VHA | VISN17 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP and in process; No termination action processed in HR Smart |
| VHA | VISN9 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN7 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN16 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | VISN12 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN4 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VACO | HRMACS | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | Requested DRP but withdrew; No termination action processed in HR Smart |
| VHA | VISN5 | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |
| VHA | HROO | 2/13/2025 | Y | Y | Y | N | Y | Y | Y | No termination action processed in HR Smart |

PRIVILEGED/CONFIDENTIAL/PII

| Email Address | Name | Admin | Region | Termination Effective Date | Rescission Notice to VA Email Y/N | Confirmation of Receipt of Rescission Notice by Supervisor/HR Y/N | Return to Duty Letter Conveyed to Employee Y/N | Court's Ruling Was Conveyed to Employee (Via Return to Duty Letter) Y/N | Cancellation of Action via SF-50 Y/N | Paid Status Y/N | On Duty Y/N | Additional Actions/Notes | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN & R2D fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email (3/27) | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email (3/27) | |
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | | | | Y | Y | N | Ms. Ellman was informed of | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email (3/27) | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | Y | | | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | Y | | | Y | Y | | | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | Y | | | Y | Y | | | |
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | | |
| | | VBA | VBAWESTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | Y | | | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | | | | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | Y | | | Y | Y | | | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | | | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | Y | | | Y | Y | | | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBACENTRAL | 2/24/2025 | Y | | | | Y | Y | Y | | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAEASTERN | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBAMIDWEST | 2/24/2025 | Y | Y | Y | Y | Y | Y | Y | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |
| | | VBA | VBASOUTH | 2/24/2025 | Y | Y | Y | Y | Y | Y | | RN fwd to pers email | |

PRIVILEGED/CONFIDENTIAL/PII