1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 U.S. DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
11 P.O. Box 883
   Washington, DC 20044
12

13 *Counsel for Defendants*

14
                **UNITED STATES DISTRICT COURT**
15         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
16

17 AMERICAN FEDERATION OF                    Case No. 3:25-cv-1780-WHA
   GOVERNMENT EMPLOYEES, *et al*.
18
19        Plaintiffs,                        **APRIL 7, 2025 DECLARATION OF**
                                              **REESHA TRZNADEL**
20            v.

21 UNITED STATES OFFICE OF PERSONNEL
   MANAGEMENT, *et al*.,
22
          Defendants.
23

24

25

26

27

28

April 7, 2025 Declaration of Reesha Trznadel
3:25-cv-1780-WHA

I, Reesha Trznadel, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Acting Chief Human Capital Officer of the Department of Energy ("DOE"), headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of DOE, or on information provided to me by DOE employees.

2.      I have served in this position since February 28, 2025.  In my Acting role at DOE, I oversee those responsible for personnel management. I oversee those responsible for tracking and recording personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3.      On February 13 and 14, 2025, DOE terminated approximately 555 probationary employees ("Affected Probationary Employees").

4.      On March 17, 2025, DOE cancelled the termination notices for all of its 555 Affected Probationary Employees and placed them in a retroactive Administrative Leave status from the date of removal to allow DOE time to arrange for an orderly return to the office (onboarding).

5.      DOE's Energy IT Services has been working diligently to assign and provide equipment to the Affected Probationary Employees and to onboard the Affected Probationary Employees who have received equipment. However, not all Affected Probationary Employees have received equipment yet.

6.      DOE's badging offices have also been working diligently to process the Affected Probationary Employees' new badges. However, not all Affected Probationary Employees' badges have been processed yet.

7.      On March 28 and 31, 2025, DOE management was instructed to switch any remaining Affected Probationary Employees from "Administrative Leave" to "Regular Duty."

8.      On March 28 and 31, 2025, all Departmental Elements were instructed to have supervisors make every effort to contact Affected Probationary Employees that have not yet received equipment or a badge and give them meaningful work to the extent possible and consistent with systems security protocols. For example, supervisors with Affected Probationary

Employees without equipment or badges were instructed to consider whether these employees could, consistent with security protocols, attend meetings by phone, read up on public source materials, talk with colleagues, etc. until they are fully onboarded.

9.      I understand from DOE's payroll office that, as of March 31, 2025, all Affected Probationary Employees were taken off administrative leave and placed in "Regular Duty" status.

10.      DOE continues to work diligently to fully onboard all its Affected Probationary Employees as quickly as possible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2025

/s/ Reesha Trznadel
REESHA TRZNADEL
ACTING CHIEF HUMAN CAPITAL OFFICER
US DEPARTMENT OF ENERGY