PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF CARRIE SHARP** |

I, Carrie Sharp, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Director, Human Capital Strategy, Evaluation and Analysis for Human Resources (HR) and Acting Deputy Chief Human Capital Officer for the United States Department of the Treasury, headquartered in Washington, D.C. I have served in the Director position since June 2022, and Acting Deputy Chief Human Capital Officer since January 2025.

2. As Director for HR, I oversee all human capital programs for the Department of the Treasury and its bureaus (collectively, "Treasury"). I support the Deputy Assistant Secretary for Human Resources with tracking and recording personnel actions, including terminations.

3. Based on my roles and responsibilities, I am familiar with the steps Treasury has taken to reinstate terminated probationary employees affected by the Court's March 13, 2025, Order ("Affected Probationary Employees"). I am also familiar with the steps required to restore these employees to active-duty status.

4. As of April 4, 2025, Affected Probationary Employees have received backpay and benefits for the period of separation, and have been certified to continue receiving paychecks and benefits.

5. At the Internal Revenue Service ("IRS"), there were 7,315 Affected Probationary Employees. As of April 4, 2025, 213 Affected Probationary Employees voluntarily resigned. Additionally, three (3) Affected Probationary Employees have returned to full work status. For the remaining Affected Probationary Employees, IRS has sent communication providing notice of their scheduled return to full duty status with an intended effective date of April 14, 2025 for returning the remaining Affected Probationary Employees to full work status. Further, IRS has completed its strategy for a phased approach to return Affected Probationary Employees to full work status, including identifying employees who are telework ready and those who will be in office, completing the initial space assessment, completing equipment inventory, completing MUM processing to initiate personnel actions, completing access to basic LAN, Outlook, and the Internet for Affected Probationary Employees and ERAP for those Affected Probationary Employees who are able to telework, completing the mass activation with Treasury, and confirming activation of PIV cards for all remaining Affected Probationary Employees.

6. At the Bureau of the Fiscal Service ("BFS"), there were 168 Affected Probationary Employees. As of April 4, 2025, twenty-five (25) Affected Probationary Employees have voluntarily resigned. The remaining 143 Affected Probationary Employees have been reprovisioned in Bureau Systems for logical access to Microsoft 365. Additionally, BFS has completed certification of timecards for the remaining Affected Probationary Employees. Further, BFS has re-printed and activated PIV cards, re-issued laptops, and returned to regular working status twenty-five (25) Affected Probationary Employees. Sixty-nine (69) Affected Probationary Employees are scheduled for PIV and laptop appointments. BFS is confirming PIV and laptop appointments for forty-eight (48) Affected Probationary Employees. One (1) Affected Probationary Employee has been non-responsive to BFS communications regarding returning to regular working status.

7. The Office of the Comptroller of the Currency ("OCC") is continuing to process the responses to the March 17 notices issued to the Affected Probationary Employees informing them of their reinstatement and placement on administrative leave status as of March 17. Specifically, OCC is communicating with the Affected Probationary Employees and providing onboarding instructions with a targeted return to full-duty status on April 14, 2025. In preparation, OCC is finalizing and sending return to full-duty status notices to the Affected Probationary Employees. Further, OCC is ensuring that all Affected Probationary Employees have workspaces, equipment, and access to relevant systems with a targeted completion date of April 11, 2025. OCC is also ensuring personal identity verification (PIV) card access and access to relevant offices and systems are provided to the Affected Probationary Employees with a targeted completion date of April 11, 2025. As of April 4, 2025, four (4) Affected Probationary Employees have voluntarily resigned and seven (7) Affected Probationary Employees have expressed an intention to resign. Further, eleven (11) Affected Probationary Employees, who are student interns and were not on active-duty status at the time of the terminations, have been returned to a leave without pay status. OCC has a targeted date for return to full-duty status for all remaining Affected Probationary Employees of April 14, 2025.

8. At the Bureau of Engraving and Printing ("BEP"), there were forty-five (45) Affected Probationary Employees. As of April 4, 2025, thirty-six (36) Affected Employees have returned to full in-person active-duty status. Two (2) Affected Employees voluntarily resigned. Two (2) Affected Employees have failed to respond to BEP's communications to return to regular working status. Five (5) Affected Employees will begin full duty working status on Monday, April 7, 2025.

9. At the U.S. Mint, there were eight (8) Affected Probationary Employees. As of April 4, 2025, the Mint has successfully notified and received acknowledgement from the eight (8) Affected Probationary Employees to report for duty in the office effective and beginning Monday April 7, 2025, for their regularly scheduled shifts. Further, the Mint has arranged for the Affected Probationary Employees to be granted access to Mint facilities as appropriate and badges will be re-issued to the Affected Probationary Employees on their first regular day in the office. Additionally, the Mint has contacted IT and all Affected Probationary Employees will have full access to U.S. Mint systems by Monday April 7, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2025

*Carrie Sharp*
Carrie Sharp