PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY B. CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISIONS RELEVANT TO APRIL 9 HEARING**<br><br>Hearing Date: April 9, 2025<br>Time: 8:00 am<br>Judge: Hon. William H. Alsup<br>Place: San Francisco Courthouse<br>          Courtroom 12 |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit this statement to inform the Court of two recent decisions that may be relevant to this Court's consideration of this matter at the April 9, 2025 hearing:

1. The Supreme Court granted the government's application for a stay of the preliminary injunction in this case: "The March 13, 2025 preliminary injunction entered by the United States District Court for the Northern District of California, case No. 3:25-cv-1780, is stayed pending the disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought." *OPM, et al. v. AFGE, et al.*, No. 24A904, 2025 WL 1035208 (U.S. Apr. 8, 2025). The Court stated that its order does not address the claims of the other plaintiffs, which did not form the basis of the District Court's preliminary injunction. *See id*.

2. In *Harris v. Bessent*, consolidated with *Wilcox v. Trump*, the United States Court of Appeals for the D.C. Circuit sitting en banc vacated the panel's stay of the district court's injunctions and denied a stay pending appeal. *See Harris v. Bessent*, No. 25-5037, 2025 WL 1021435 (D.C. Cir. Apr. 7, 2025); *see also* Order re Subject-Matter Jurisdiction at 10-11 n.2, ECF No. 153.

Dated: April 8, 2025

Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON (CABN 296283)
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

s/ Yuri S. Fuchs
YURI S. FUCHS
GREGORY B. CONNER
Trial Attorneys U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*