Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **NOTICE FILING OF UPDATED CHART REFLECTING HARMS ASSOCIATED WITH EACH RELIEF DEFENDANT** <br><br> Hon. William H. Alsup |

Plaintiffs' Notice Filing of Updated Chart, Case No. 25-cv-017580-WHA

1  Plaintiffs file for the record the chart provided to the Court at the April 9, 2025, hearing,
2  which contains record cites detailing harm associated with each relief Defendant. The chart has been
3  updated to include citations to the Feek declaration (Dkt. 70-8), which sets forth information about
4  the pecuniary harm to the State of Washington caused by the applications for unemployment
5  insurance filed by terminated probationary employees. The chart has also been revised to remove
6  information concerning the scope of the injunction in *Maryland v. USDA,* Case No. JKB-25-0748, in
7  light of the Fourth Circuit's stay of that injunction.
8  //
9  //

| Relief Defendant Agency (in *AFGE v. OPM*, N.D. Cal. Case No. 25-cv-01780-WHA) | Included in Washington further PI request (Dkt. 156) | Included in Public-Sector Union further PI request (Dkt. 161) |
|---|---|---|
| **Relief Defendants currently included in PI in this case (*AFGE v. OPM*, Case No. 25-cv-01780-WHA)** | | |
| Department of Agriculture | Feek Dec., Dkt. 70-8, ¶¶6-18; Esquibel Dec., Dkt. 70-7, ¶¶15, 18; Garl Dec., Dkt. 70-10, ¶¶2-8; Bartlett Dec., Dkt. 70-2, ¶¶22-26; Mellor Dec., Dkt. 70-12, ¶¶6-25 | Bachelder Dec., Dkt. 18-5, ¶¶4-23; Blake Dec., Dkt. 181-1, ¶¶4, 8; Supp. Blake Dec., Dkt. 39-6, ¶¶4-5; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Defense | Feek Dec., Dkt. 70-8, ¶¶6-18; Esquibel Dec., Dkt. 70-7, ¶16 | Kelley Dec., Dkt. 18-12, ¶¶4, 27-29; Nemeth-Greenleaf Dec., Dkt. 18-14, ¶¶3-15; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Energy | | Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of the Interior | Feek Dec., Dkt. 70-8, ¶¶6-18; Bartlett Dec., Dkt. 70-2, ¶¶11-18, 27-29; Dively Dec., Dkt. 70-6, ¶10(d); Esquibel Dec., Dkt. 70-7, ¶¶13-15 | Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Treasury | | Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Veterans Affairs | | Turner-Nichols Dec., Dkt. 18-18, ¶¶2, 6-13; Kelley Dec., Dkt. 18-12, ¶¶4, 25; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Commerce | Feek Dec., Dkt. 70-8, ¶¶6-18; Dively Dec., Dkt. 70-6, ¶¶9-10; | Glymph Dec., Dkt. 161-1 ¶¶3-4 |

|   |   |   |
|---|---|---|
|   | Bartlett Dec., Dkt. 70-2, ¶¶19-21; Cunningham Dec., Dkt. 70-5, ¶¶4-9; Esquibel Dec., Dkt. 70-7, ¶19; Finlay Dec., Dkt. 70-9, ¶¶5-8; Hennessy Dec., Dkt. 70-11, ¶¶4-36; Mellor Dec., Dkt. 70-12, ¶2 |   |
| Department of Education | Esquibel Dec., Dkt. 70-7, ¶17 | Kelley Dec., Dkt. 18-12, ¶14; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Health and Human Services | Feek Dec., Dkt. 70-8, ¶¶6-18; Esquibel Dec., Dkt. 70-7, ¶¶10-11; Dively Dec., Dkt. 70-6, ¶10(a)(v), 10(c)(i)-(iv) | Jacobs Dec., Dkt. 18-8, ¶¶3-19; Kelley Dec., Dkt. 18-12, ¶24; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Homeland Security | Feek Dec., Dkt. 70-8, ¶¶6-18; Dively Dec., Dkt. 70-6, ¶¶10(b)(i)-(ii); Bartlett Dec., Dkt. 70-2, ¶¶6-10) | Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Housing and Urban Development | Feek Dec., Dkt. 70-8, ¶¶6-18; Esquibel Dec., Dkt. 70-7, ¶¶7-9; Dively Dec., Dkt. 70-6, ¶¶10(a)(i)-(iv)) | Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Department of Transportation |   | Ronneberg Dec., Dkt. 18-17, ¶¶4-23; Blake Dec., Dkt. 181-1, ¶¶4, 7; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Environmental Protection Agency |   | Kelley Dec., Dkt. 18-12, ¶4; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| General Services Administration |   | Glymph Dec., Dkt. 161-1 ¶¶3-4 |
| Small Business Administration |   | Kelley Dec., Dkt. 18-12, ¶¶4, 14; Glymph Dec., Dkt. 161-1 ¶¶3-4 |

| National Science Foundation | | Evans Dec., Dkt. 18-8, ¶¶1-38; Frassetto Dec., Dkt. 18-9, ¶¶1-26; Glymph Dec., Dkt. 161-1 ¶¶3-4 |
|---|---|---|

DATED: April 11, 2025

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: */s/ Danielle Leonard*

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (pro hac vice)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

*Attorneys for Plaintiff State of Washington*