EXHIBIT 1 –

Video of Noah Peters Deposition (Submitted to the Court via USB Drive)