Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **ADMINISTATIVE MOTION TO FILE UNION MEMBER LIST UNDER SEAL** <br><br> Hon. William H. Alsup |

1    Pursuant to Civil Local Rule 7-11 and 79-5(c), Plaintiffs move to file under seal an
2    unredacted copy of the union-member information the Court ordered to be filed follow the hearing
3    held in this matter on April 9, 2025. *See* Dkt. 189. Plaintiffs are requesting permission to submit this
4    information under seal because it contains the personal identifying information ("PII") of union
5    members that should remain confidential. Redacted copies will be filed on the public docket.

6    Courts in this District have routinely ordered the sealing of third party PII. *See, e.g.*,
7    *Opperman v. Path, Inc.*, No. 13-cv-453, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (exhibit
8    containing "the names, email addresses, and phone numbers" of parties not listed in the lawsuit
9    provided "compelling reasons to seal [it] in its entirety"). Here, the union members identified in the
10   documents to be filed under seal are not named parties to this litigation and have their own privacy
11   interests; there is no need for public disclosure of their identities or their PII at this point in the
12   proceeding. *See, e.g. Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003)
13   (recognizing the need to protect "privacy interests" in "personnel records."). If sealing were denied,
14   the names and PII of union members would be exposed to public attention in this high profile
15   litigation. And because the Court's order specifically required the submission of union-member PII,
16   *see* Dkt. 189, no less-restrictive alternative is sufficient to protect union members' privacy interests.

17   Therefore, Plaintiffs respectfully request that this Court grant this Motion and permit an
18   unredacted copy of the following documents to be filed under seal:

19   1. Exhibit 1 to the Supplemental Declaration of Amelia Glymph
20   2. Exhibit 1 to the Supplemental Declaration of Kory Blake

21   DATED: April 11, 2025                    Scott A. Kronland
22                                            Stacey M. Leyton
                                              Eileen B. Goldsmith
23                                            Danielle E. Leonard
                                              Robin S. Tholin
24                                            James Baltzer
                                              ALTSHULER BERZON LLP
25                                            177 Post St., Suite 300
26                                            San Francisco, CA 94108
                                              Tel: (415) 421-7151
27                                       By: */s/ Danielle Leonard*
28
                                          *Attorneys for Plaintiff Organizations*

Plaintiffs' Admin Mot. to File Union Member Lists of Employees Under Seal, Case No. 25-cv-017580-WHA          1

|   |   |
|---|---|
| 1 | |
| 2 | Norman L. Eisen (*pro hac vice*) |
|   | Pooja Chadhuri (SBN 314847) |
| 3 | STATE DEMOCRACY DEFENDERS FUND |
| 4 | 600 Pennsylvania Avenue SE #15180 |
|   | Washington, DC 20003 |
| 5 | Tel: (202) 594-9958 |
|   | Norman@statedemocracydefenders.org |
| 6 | Pooja@statedemocracydefenders.org |
| 7 | |
| 8 | By: */s/ Norman L. Eisen* |
| 9 | *Attorneys for Plaintiff Organizations* |
| 10 | Rushab Sanghvi (SBN 302809) |
| 11 | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES |
| 12 | 80 F Street, NW |
|   | Washington, DC 20001 |
| 13 | Tel: (202) 639-6426 |
|   | Sanghr@afge.org |
| 14 | |
| 15 | By: */s/ Rushab Sanghvi* |
| 16 | *Attorneys for Plaintiff American Federation of Government Employees (AFGE)* |
| 17 | |
| 18 | Teague Paterson (SBN 226659) |
|   | Matthew Blumin (*pro hac vice*) |
| 19 | AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES |
| 20 | 1625 L Street, N.W. |
|   | Washington, D.C.  20036 |
| 21 | Tel: (202) 775-5900 |
|   | TPaterson@afscme.org |
| 22 | MBlumin@afscme.org |
| 23 | |
| 24 | By: */s/Teague Paterson* |
| 25 | *Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)* |
| 26 | |
| 27 | Tera M. Heintz (SBN 241414) |
|   | Cristina Sepe (SBN 308023) |
| 28 | Cynthia Alexander, WA Bar No. 46019 (pro hac vice) |
|   | Deputy Solicitors General |

Plaintiffs' Admin Mot. to File Union Member Lists of Employees Under Seal, Case No. 25-cv-017580-WHA        2

|   |   |
|---|---|
| 1 | OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL |
| 2 | 800 Fifth Avenue, Suite 2000 |
| 3 | Seattle, WA 98104 |
|   | (206) 464-7744 |
| 4 | tera.heintz@atg.wa.gov |
|   | cristina.sepe@atg.wa.gov |
| 5 | cynthia.alexander@atg.wa.gov |
| 6 | By: /s/ Tera M. Heintz |
| 7 | *Attorneys for Plaintiff State of Washington* |