# ADDENDUM

 **UNITED STATES DEPARTMENT OF COMMERCE**
**The General Counsel**
Washington, D.C. 20230

April 10, 2025

By correspondence dated March 17, 2025, I informed you that pursuant to a Temporary Restraining Order (TRO) in State of Maryland, et al. v. United States Department of Agriculture et al. the Department of Commerce was reinstating you to the Federal service and placing you in a non-duty paid status.

The TRO is no longer in effect. Accordingly, the Department is reverting your termination action to its original effective date. The Department will waive any indebtedness created by the court's order that you be paid beyond your termination date.

Sincerely,

John K. Guenther
Acting General Counsel