Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer  (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **SUPPLEMENTAL DECLARATION OF AMELIA GLYMPH** |

**SUPPLEMENTAL DECLARATION OF AMELIA GLYMPH**

I, Amelia Glymph, declare as follows:

1.      I am over 18 years of age. I make this declaration based on my personal knowledge, information, and belief, and records of the American Federation of Government Employees, AFL-CIO ("AFGE").

2.      I am the Deputy Chief of Staff of the American Federation of Government Employees, AFL-CIO (AFGE), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees at 192 departments, agencies, and sub-agencies of the federal government through its affiliated councils and locals. I summarized those departments and agencies in my previous declaration in this case (Dkt. 161-1). AFGE members are located in every state in the United States. AFGE has approximately 900 locals, each of which has direct responsibility for representing the employees in their respective bargaining units.

3.      Attached hereto as Exhibit 1 is a list of probationary federal employees who AFGE knows were terminated starting in February 2025, and whom we believe are AFGE members based on our membership data. This list was compiled based on information provided by AFGE locals and the results of a survey sent solely to active AFGE members. That survey, in turn, was cross-referenced, to the best of our ability, with AFGE's membership database and other information we have obtained regarding probationary employee terminations in bargaining units represented by AFGE. As of the date of this declaration, AFGE is aware of approximately 1,400 members who were employed in at least 27 departments and agencies and who were terminated during their probationary or trial period.

4.      However, the list in Exhibit 1 is likely to be underinclusive for several reasons discussed below. It is likely that the complete, unredacted terminated employee lists that the Government has been ordered to produce will show more AFGE members who were terminated in their probationary period than we were already aware of.

5.      First, while AFGE is the exclusive representative of all bargaining unit employees in each bargaining unit that it represents, union membership is voluntary. Some bargaining unit employees choose not to be members of AFGE. As the exclusive representative of employees in

1   those bargaining units, AFGE has a legal duty of fair representation to all employees in those

2   bargaining units, regardless of their union membership or lack thereof. *See* 5 U.S.C. § 7114(a)(1).

3   This duty means that with respect to matters in the scope of representation, we must treat all

4   represented employees in a manner that is not arbitrary, discriminatory, or in bad faith, regardless of

5   union membership status. Starting in February 2025, AFGE staff have received thousands of calls

6   and emails from federal employees seeking guidance on the termination of probationary employees.

7   In responding to those requests, AFGE staff provided assistance without regard to the employee's

8   union membership status. Therefore, the number of calls and emails we received does not indicate

9   whether those employees were union members.

10          6.      Second, while AFGE maintains membership lists of all represented employees who

11  have chosen to become AFGE members, those lists do not identify employees by probationary status

12  or date of hire or promotion into their current position. Most probationary employees are recent hires

13  to the federal government, but long-time employees (including those who may be union members of

14  long standing) can become probationary again if they have recently been promoted into a new

15  position. Further, represented employees may choose to become union members at any point during

16  their federal employment. While some employees choose to become union members right away,

17  others may choose to become union members only after being employed by the government for some

18  period of time. Therefore, the date that an employee became a union member has no relation to the

19  date of their hire or promotion, and our membership lists shed no light on whether an employee is in

20  their probationary period.

21          7.      Third, there is generally no obligation on the part of the government, whether by

22  statute, regulation, or collective bargaining agreements, to notify AFGE when an employee in one of

23  the bargaining units we represented is terminated from their federal employment. Therefore, AFGE

24  sometimes does not learn of a member's termination until and unless the member directly contacts

25  AFGE seeking advice or assistance. Unfortunately, not all members reach out to the union for help

26  when they are terminated (although many do). I am not aware of any AFGE collective bargaining

27  agreement that requires the federal agency employer to automatically provide immediate notice to

28  AFGE of the termination of a bargaining unit employee.

8.      Fourth, because the Union does not have the right to receive notice of individual employee terminations automatically, it is particularly important that the federal agency employers comply with their legal duty to provide certain information to the Union upon request. However, some federal agency employers have refused requests from our affiliates to provide information regarding the termination of probationary employees in the bargaining units we represent. For example, our bargaining unit at the Department of Veterans Affairs ("VA") includes more than 300,000 represented workers. Our affiliate that represents that bargaining unit, AFGE Council 53, has requested a list of terminated probationary employees from the VA, which the VA has refused to provide notwithstanding that it has a legal duty to provide information about bargaining unit employees to Council 53. *See* 5 U.S.C. § 7114(b)(4). Where our affiliates have received responses to those information requests, we have cross-referenced those responses against our membership database. (Exhibit 1 incorporates responses to information requests that we have received and cross-referenced in this manner.) However, the refusal of many agencies to provide the requested information, or delays in receiving that information, mean that our information regarding the identity of probationary employees who are union members and who were terminated is incomplete. Further, the data on terminated probationary bargaining unit employees provided by agencies is generally limited to first and last names (and sometimes departments or GS levels). Thus, cross-referencing agency data against AFGE's records can only be done by first and last name, which often results in significant undercounts due to common names, name changes, misspellings, or members' use of preferred names or nicknames in AFGE's records that do not correspond to agency personnel records.

9.      While many probationary employees identified on Exhibit 1 have been reinstated in response to this Court's preliminary injunction and the TRO and preliminary injunction issued in *Maryland, et al. v. U.S. Dep't of Agriculture, et al.*, D. Md. Case No. 25-00748, those injunctions have now been stayed. Some probationary employees in other agencies, including the Department of Labor, received letters rescinding their upcoming terminations. Therefore, even those probationary employees who were reinstated are now facing termination anew.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 11, 2025, in Washington, D.C.

1
2
3

Amelia Glymph

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

| Firstname (Optional) | Lastname (Or Lastname, Firstname) | Department |
|---|---|---|
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |
| | | DHS |

DHS
DHS
DHS
DHS
DHS
DHS
DHS
DHS
DHS
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC

DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOC
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD
DOD

DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOE
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI

DOI

DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOI
DOJ
DOJ
DOJ
DOJ
DOJ
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOL
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT

DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT

DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
DOT
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED

ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
ED
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA

EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA

EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA

EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
EPA
FDIC
FTC
FTC
FTC
GSA
GSA
GSA
GSA
GSA
GSA
GSA
GSA
GSA
GSA
GSA

GSA
GSA
GSA
GSA
GSA
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS

HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HHS
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD

HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD

HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD

HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD

HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD

HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
HUD
IDFC
IDFC
IMLS
IMLS
MCC
MCC
MCC
MCC
MCC
MCC
NARA
NARA
NARA
NARA
NARA
NARA
NARA
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF

NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
NSF
nsf
NSF
NSF
OPM
OPM
OPM
OPM
OPM
OPM
OPM
OPM
OPM
SBA
SSA
TREAS
TREAS
TREAS

TREAS
TREAS
TREAS
TREAS
TREAS
TREAS
TREAS
TREAS
TREAS
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID

USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID

USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USAID
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA

USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
USDA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA

VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA

VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA

VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA

VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA

VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA
VA