UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to extend the time within which Defendants shall have to answer or otherwise respond to the Complaint to May 27, 2025

DATED: April 21, 2025

ALTSHULER BERZON

*/s/ Danielle E. Leonard*
DANIELLE E. LEONARD
SCOTT A. KRONLAND
STACEY M. LEYTON
EILEEN B. GOLDSMITH
ROBIN S. THOLIN
JAMES BALTZER

*/s/ Norman L. Eisen*
Norman L. Eisen
Pooja Chadhuri
STATE DEMOCRACY DEFENDERS FUND

*Attorneys for Plaintiffs*

*/s/ Rushab Sanghvi*
Rushab Sanghvi
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

*/s/ Teague Paterson*
Teague Paterson
Matthew Blumin
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

*/s/ Tera M. Heintz*
Tera M. Heintz
Cristina Sepe
Cynthia Alexander

2

        Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE
ATTORNEY GENERAL

*Attorneys for Plaintiff State of Washington*

PATRICK D. ROBBINS
Acting United States Attorney

KELSEY J. HELLAND
Assistant United States Attorney

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

*/s/ Yuri S. Fuchs*[1]
YURI S. FUCHS
Trial Attorney

*Attorneys for Defendants*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

3