UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **SCHEDULING ORDER** |

This order amends the standard "Procedure in Actions for Review on an Administrative Record" laid out in Local Rule 16-5. Defendants must submit an "administrative record" by **MAY 9, 2025, AT NOON**. The parties must file any motion for summary judgment by **JUNE 5, 2025, AT NOON**. Both sides shall file their motions simultaneously. Opposition will be due 14 days later and replies seven days after that.

Once the parties have had the benefit of seeing the "administrative record" as submitted, they should use their summary judgment motions to address anew the extent to which review should be limited to the "administrative record," whether the "administrative record" submitted is complete, and whether there should be a pause in briefing to address those deficiencies.

**IT IS SO ORDERED.**

Dated: April 22, 2025

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE