PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>     v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF YURI S. FUCHS** |

FUCHS DECL.

I, YURI S. FUCHS, declare as follows:

1. I am a Trial Attorney in the United States Department of Justice and the attorney of record for Defendants in this action. I submit this declaration in support of the parties' Stipulation and [Proposed] Order to Amend Scheduling Order filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. Counsel for Defendants expect to be unavailable due to personal travel and annual leave during the period of June 3-19, 2025.

3. This is the parties' first joint request to modify the summary judgment deadlines in this matter. The parties also previously stipulated to continue the government's deadline to respond to the Complaint. *See* Dkt. No. 203.

4. The requested modification will directly affect the summary judgment schedule, which is the only current remaining event in this matter apart from Defendants' obligations under this Court's April 18, 2025 preliminary injunction. *See* Dkt. No. 202.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 1st day of May, 2025, in Washington, DC.

                                                       */s/ Yuri S. Fuchs*
                                                       YURI S. FUCHS
                                                       Trial Attorney

FUCHS DECL.