**UNITED STATES DISTRICT COURT\n NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Hang Zhang,**<br>*Plaintiff,*<br>v.<br>**DANIEL DRISCOLL,**<br>**Secretary, Department of the Army,**<br>*Defendant*<br>Case No. 3:25-cv-03381-LJC | (AFL-CIO v. OPM, No. 3:25-cv-01780-WHA) |

April 28, 2025

VIA ECF AND HAND DELIVERY

Clerk of Court

United States District Court

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

Re: Hang Zhang v. Daniel Driscoll, Department of the Army

  Case No. 3:25-cv-03381-LJC — Administrative Motion to Consider Whether Cases Should Be Related

Dear Clerk:

Please accept for filing the enclosed documents, which supersede the versions submitted on April 27, 2025.  Revisions are limited to caption corrections and consistent exhibit cross-references (Exhibits A–J).

Enclosures:

  1. Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12)

  2. [Proposed] Order Relating Cases

1

3. Motion for Preliminary Injunction

4. [Proposed] Order for Preliminary Injunction

5. Declaration

6. Consolidated Exhibits

7. Certificate of Service

Kindly strike the earlier motion or mark it "superseded."

Respectfully submitted,

/s/ Hang Zhang

Hang Zhang   |   hangzhang777@yahoo.com

Defense Language Institute, Department of the Army