UNITED STATES DISTRICT COURT\n NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Zhang,** *Plaintiff,* v. **DANIEL DRISCOLL,** Secretary, Department of the Army, *Defendant* Case No. 3:25-cv-03381-LJC | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civ. L.R. 3-12): (AFL-CIO v. OPM, No. 3:25-cv-01780-WHA)** |

[PROPOSED] ORDER

Having considered Plaintiff's Administrative Motion under Civ. L.R. 3-12, the Court GRANTS the Administrative Motion to Consider Whether Cases Should Be Related and ORDERS that the following cases be related:

• American Federation of Government Employees, AFL-CIO et al v. U.S. Office of Personnel Management, et al. No. 3:25-cv-01780-WHA (AFL-CIO v. OPM); and

• Hang Zhang v. Daniel Driscoll, Secretary, Department of the Army, No. 3:25-cv-03381-LJC.

The later-filed case shall be reassigned to the undersigned judge for all further proceedings.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE