## UNITED STATES COURT \n NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Zhang,** *Plaintiff,*  v.  **DANIEL DRISCOLL,** **Secretary, Department of the Army,** *Defendant*  Case No. 3:25-cv-03381-LJC | **CERTIFICATE OF SERVICE (AFL-CIO v OPM, No. 3:25-cv-01780-WHA)** |

## CERTIFICATE OF SERVICE

I, Hang Zhang, certify that on April 26, 2025, I caused the following documents to be served:

- Motion to Relate Cases
- Preliminary Injunction
- Consolidated Exhibits

by placing true and correct copies thereof in the United States mail, with first-class postage prepaid, addressed to the following recipients:

1.

U.S. Attorney's Office – Civil Division

Federal Building

450 Golden Gate Avenue, 11th Floor

San Francisco, CA 94102

1

2.

The Attorney General of the United States

Attorney General

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001


3.

Department of the Army

Office of the General Counsel

104 Army Pentagon

Washington, DC 20310-0104


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on April 27, 2025, Palo Alto, CA


/s/   Hang Zhang_____

Hang Zhang

Defense Language Institute

Department of the Army

hangzhang777@yahoo.com