UNITED STATES DISTRICT COURT\n NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Zhang,** *Plaintiff,* v. **DANIEL DRISCOLL,** **Secretary, Department of the Army,** *Defendant* | **[PROPOSED] ORDER: MOTION FOR PRELIMINARY INJUNCTION** (AFL-CIO v. OPM, No. 3:25-cv-01780-WHA) |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion for Preliminary Injunction and the supporting materials, the Court GRANTS the motion and ORDERS as follows:

1. Enjoin issuance or reliance on any third marginal performance appraisal pending judicial review;
2. Prohibit any removal or additional reassignment resulting from personnel schemes traceable to OPM's realignment directive;
3. Independently review any future appraisal below pre-2023 levels before implementation;
4. Cease retaliatory actions and internal communications regarding Plaintiff's EEO activities;
5. Submit for in-camera inspection all internal communications about Plaintiff's EEO activity or appraisal processes;
6. Implement safeguards against unauthorized disclosure of Plaintiff's protected EEO information;
7. Remove retaliatory or adverse annotations from Plaintiff's official personnel records;
8. Reinstate Plaintiff's rescinded January 30, 2025 award into her official file;

9. Require Defendants to file a compliance report within 30 days detailing implemented remedial actions;

10. Retain jurisdiction for expedited hearing upon allegations of noncompliance.

IT IS SO ORDERED.

Dated: _____

                                                    _____
                                                    THE HONORABLE WILLIAM H. ALSUP
                                                         UNITED STATES DISTRICT JUDGE