UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
et al.,

        Plaintiffs,

    v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

        Defendants.

No. C 25-01780 WHA

**ORDER DETERMINING CASES ARE NOT RELATED**

    The plaintiff in a newly filed matter seeks to relate her case to this one. The Court has determined that the newly filed case (No. C 25-03381 LJC) is not related to this long-filed one (No. C 25-01780 WHA) within the meaning of Civil Local Rule 3-12. The motion and the supplemental motion to relate the cases (Dkt. No. 210, 212) are therefore **DENIED.**

    **IT IS SO ORDERED.**

Dated: May 7, 2025.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE