PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> **DEFENDANTS' NOTICE OF STEPS TAKEN TO COMPLY WITH THE APRIL 18, 2025 PRELIMINARY INJUNCTION** |

Please take notice that Defendants are filing on behalf of all relief defendant agencies declarations informing the Court of steps taken to comply with this Court's April 18, 2025 preliminary injunction. In order to inform the Court of the steps taken by the relief defendant agencies to comply with paragraphs 4-6 of the Court's April 18, 2025 preliminary injunction, Defendants submit the following:

    1. U.S. Department of Agriculture's ("USDA") declaration, acknowledging that its Chief Human Capital Officer (or its equivalent) has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. A separate declaration from USDA is being submitted under seal to provide details of employees whose terminations were carried out after an individualized evaluation of their performance.

    2. U.S. Department of Commerce's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

    3. U.S. Department of Defense's ("DoD") declaration, acknowledging that its Chief Human Capital Officer (or its equivalent) has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. A separate declaration and list from DoD are being submitted under seal to provide details of employees whose terminations were carried out after an individualized evaluation of their performance.

    4. U.S. Department of Education's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

5. U.S. Department of Energy's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. An unredacted version of that declaration is being submitted under seal to provide details of employees whose terminations were carried out after an individualized evaluation of their performance.

6. U.S. Department of Health and Human Services' declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

7. U.S. Department of Homeland Security's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

8. U.S. Department of Housing and Urban Development's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

9. U.S. Department of Justice's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and stating that the Department of Justice did not use the OPM template termination notice or any variation thereof.

10. U.S. Department of Interior's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

11. U.S. Department of Labor's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM

1  template termination notice with a written statement that their termination was not
2  "performance" or fitness based but was made as part of a government-wide mass termination.

3    12.   U.S. Department of State's declaration, acknowledging that its Chief Human Capital Officer (or its equivalent) has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. An unredacted version of that declaration is being submitted under seal to provide details of employees whose terminations were carried out after an individualized evaluation of their performance.

    13.   U.S. Department of the Treasury's declaration, acknowledging that the equivalent of its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

    14.   U.S. Department of Transportation's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

    15.   U.S. Veterans' Administration's ("VA") declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice, who were not terminated based on individualized determinations, with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. Separate declarations from the VA are being submitted under seal to provide details of employees whose terminations were carried out after an individualized evaluation of their performance.

    16.   U.S. Environmental Protection Agency's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients

of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

17. U.S. General Services Administration's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

18. U.S. National Aeronautics and Space Administration's ("NASA") declaration, acknowledging that its Chief Human Capital Officer has read and received the order and stating that NASA did not use the OPM template termination notice or any variation thereof.

19. National Science Foundation's ("NSF") declaration, acknowledging that its Chief Human Capital Officer (or its equivalent) has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. A list from NSF is being submitted under seal to provide details of one employee whose termination was carried out after an individualized evaluation of said employee's performance.

20. U.S. Office of Management and Budget's declaration, acknowledging that its Chief Human Capital Officer (or its equivalent) has read and received the order and that it has provided the recipient of the OPM template termination notice with a written statement that his termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

21. U.S. Small Business Administration's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

22. U.S. Social Security Administration's declaration, acknowledging that its Chief Human Capital Officer has read and received the order and that it has provided recipients of the

Defendants' Notice of Steps Taken to Comply with This Court's April 18, 2025 Preliminary Injunction
3:25-cv-1780-WHA

4

OPM template termination notice with a written statement that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination.

| | |
|---|---|
| Dated: May 8, 2025 | Respectfully submitted, |
| | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| | ERIC HAMILTON<br>Deputy Assistant Attorney General |
| | DIANE KELLEHER<br>Branch Director |
| | CHRISTOPHER HALL<br>Assistant Branch Director |
| | JAMES D. TODD, JR.<br>Senior Trial Counsel |
| | s/ Yuri S. Fuchs<br>YURI S. FUCHS<br>GREGORY CONNER<br>Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044 |
| | *Counsel for Defendants* |