PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>        Plaintiffs,<br><br>            v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF MARY PLETCHER RICE** |

Declaration of Mary Pletcher Rice
3:25-cv-1780-WHA

I, Mary Pletcher Rice, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Acting Principal Deputy Assistant Secretary for Administration within Departmental Administration at the United States Department of Agriculture ("USDA" or "Department") headquartered in Washington, D.C.  I make this Declaration based on my own personal knowledge, on information contained in the records of USDA, or on information provided to me by USDA employees.  I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.  I submitted previous declarations in this matter and rely on and incorporate my prior declaration testimony in making this declaration.

2. In my role at USDA, I currently oversee the Department's Office of Human Resources Management and I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices.

3. I received and read the April 18, 2025 Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington, in the above-captioned case.

4. On May 7, 2025, USDA sent an email to each of the previously-terminated probationary employees ("Affected Probationary Employees"), explaining that the prior termination "was not performance or fitness based but was made as part of a government-wide mass termination."

5. USDA sent each email to the USDA government email address and the personal email address (if any) that were on file for each Affected Probationary Employee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.



MARY RICE  Digitally signed by MARY RICE
Date: 2025.05.08 09:48:20 -04'00'

MARY PLETCHER RICE

Declaration of Mary Pletcher Rice
3:25-cv-1780-WHA