PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>     Plaintiffs,<br><br>          v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>     Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF JESSICA S. PALATKA IN SUPPORT OF DEFENDANT DEPARTMENT OF COMMERCE'S REPORT REGARDING COMPLIANCE WITH APRIL 18, 2025 ORDER** |

Declaration of Jessica S. Palatka in Support of Defendant Department of Commerce's Report Regarding Compliance with April 18, 2025 Order
3:25-cv-1780-WHA

I, Jessica S. Palatka, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am the Chief Human Capital Officer for the U.S. Department of Commerce (Commerce) headquartered in Washington, D.C.  I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Commerce, or on information provided to me by Commerce employees.

2.    I have served as Chief Human Capital Officer for Commerce since September 2021.  In my role at Commerce, I am responsible for personnel management.  I have the responsibility for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations.  I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3.    I acknowledge having received and read this Court's April 18, 2025 Order.

4.    I confirm that, as required by this Court's April 18, 2025 Order, by close of business on May 8, 2025, the Department of Commerce will have provided recipients of the Office of Personnel Management (OPM) template termination letter (or variation thereof) with written notice, directed to each recipient personally, that their earlier termination "was not 'performance' or fitness based but was made as part of a government-wide mass termination."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2025

JESSICA PALATKA
Digitally signed by JESSICA PALATKA
Date: 2025.05.08 10:24:09 -04'00'

/s/ _____
JESSICA S. PALATKA
CHIEF HUMAN CAPITAL OFFICER
U.S. DEPARTMENT OF COMMERCE

Declaration of Jessica S. Palatka in Support of Defendant Department of Commerce's Report Regarding Compliance with April 18, 2025 Order
3:25-cv-1780-WHA

1