PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF TIMOTHY D. DILL IN SUPPORT OF DEFENDANTS' MAY 8, 2025 FILING** |

Declaration of Timothy D. Dill in Support of Defendants' May 8, 2025 Filing  3:25-cv-1780-WHA

I, Timothy D. Dill, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am currently the official performing the duties of the Assistant Secretary of Defense for Manpower and Reserve Affairs of the Department of Defense ("Department"), headquartered in Washington, D.C.  I have served in this position since January 22, 2025.  The information below is based on my personal knowledge and information available to me in my role at the Department.

2.     In my role at the Department, I am responsible for personnel policy for the Department of Defense's civilian workforce.  That responsibility includes tracking and recording personnel actions, including terminations.  I am responsible for ensuring that all personnel actions, including those related to probationary employees, comply with federal law.

3.     I received and read the court's order for provisional relief issued in the above captioned case on April 18, 2025.

4.     Per the court order, the Department directed DoD Military Departments and other DoD Components to notify the one hundred seventy-eight (178) probationary employees separated, or notified of termination, based upon the OPM template termination notice that their termination was not performance or fitness based but was made as part of a government-wide mass termination.  The Department anticipates that these actions will be completed by May 8, 2025.

5.     The Department provided notification that the Defense Commissary Agency terminated eleven (11) probationary employees effective March 1, 2025, after an individualized evaluation of each of the employee's performance or fitness.  Attached hereto is a list of the eleven (11) terminated probationary employees and the reasons for their terminations, along with a declaration by Mr. Craig Smith of the Defense Commissary Agency.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Declaration of Timothy D. Dill in Support of Defendants' May 8, 2025 Filing  3:25-cv-1780-WHA

1

Dated: May 6, 2025

_T̶ Dill_
Timothy D. Dill
Performing the Duties of the
Assistant Secretary of Defense for
Manpower and Reserve Affairs