IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>　　　Defendants. | Case No. C 25-01780 WHA |

**DECLARATION OF JACQUELINE CLAY**

Pursuant to 28 U.S.C. § 1746, I, declare as follows:

1.　　I am the Chief Human Capital Officer for the U.S. Department of Education, headquartered in Washington, D.C.  I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Education, or on information provided to me by the Department of Education employees.

2.　　I have served in this position since June 19, 2022.  In my role at the Department of Education, I am responsible for personnel management. I have the responsibility for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3.      As of Monday, March 17, 2025, the Department of Education had 65 probationary employees who had been terminated by the agency following OPM's template termination letter ("ED Probationary Employees"). As of that date, the Department of Education had processed reinstatement of all 65 ED Probationary Employees. As of Friday, March 20, 2025, all 65 ED Probationary Employees were fully reinstated into administrative leave status including access to email, administrative leave status notification, benefits and SF-50 notification to the employee's personnel folder completed.

4.      I have received a copy of and have read this Court's order, ORDER ON MOTION FOR PRELIMINARY INJUNCTION BY UNION PLAINTIFFS AND STATE OF WASHINGTON, entered April 18, 2025 (ECF No. 202) (the "April 18 Order").

5.      Pursuant to the April 18 Order, on May 7, 2025, the Department of Education communicated via email individually to each of the 65 ED Probationary Employees a written statement that the employee's termination was not performance or fitness based but was made as part of a government-wide mass termination.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2025


for Jacqueline Clay