PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>        Plaintiffs,<br><br>            v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-1780-WHA<br><br><br>**MAY 6, 2025 DECLARATION OF REESHA TRZNADEL** |

May 6, 2025 Declaration of Reesha Trznadel
3:25-cv-1780-WHA

I, Reesha Trznadel, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.       I am the Acting Chief Human Capital Officer of the Department of Energy ("DOE"), headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of DOE, or on information provided to me by DOE employees.

2.       I have served in this position since February 28, 2025. In my Acting role at DOE, I oversee those responsible for personnel management. I oversee those responsible for tracking and recording personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3.       I have received and read this Court's "ORDER ON MOTION FOR PRELIMINARY INJUNCTION BY UNION PLAINTIFFS AND STATE OF WASHINGTON" entered April 18, 2025, ECF No. 202.

4.       In accordance with that Order, on April 30, 2025, via electronic mail, I instructed all DOE Departmental elements to distribute a written statement to their probationary employees who received a variation of the Office of Personnel Management template termination notice on February 13 or 14, 2025, with the exception of any employees who were later terminated for unrelated individualized reasons. I instructed that this written statement be directed to the employee individually; be transmitted via electronic mail no later than May 1, 2025; and state that the employee's "termination was not 'performance' or fitness based but was made as part of a government-wide mass termination."

5.       To the best of my knowledge, all DOE Departmental elements have distributed this written statement consistent with my instructions. However, this written statement was not distributed to five DOE probationary employees who have been terminated (or whose terminations are pending) for individualized reasons unrelated to the mass termination notices sent on February 13 or 14, 2025. In the following table, I include the name, termination date, and individualized reasoning supporting the termination of each of these five probationary employees.



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2025

REESHA
TRZNADEL

Digitally signed by
REESHA TRZNADEL
Date: 2025.05.06
13:45:12 -04'00'

REESHA TRZNADEL
ACTING CHIEF HUMAN CAPITAL OFFICER
US DEPARTMENT OF ENERGY