UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case no. 3:25-cv-1780-WHA |

**DECLARATION OF THOMAS NAGY, JR.**

Pursuant to 28 U.S.C. § 1746, I, Thomas Nagy, Jr., declare as follows:

1.      I am the Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer, United States Department of Health and Human Services ("HHS" or "Department") headquartered in Washington, D.C.  I make this declaration based on my own personal knowledge and information provided to me by the Department's Human Resources Office.

2.      I have served in this position since March 17, 2025.  In my role at HHS, I am responsible for personnel management. I have the responsibility for overseeing the personnel enterprise for the Department.

3.      I have received and read the April 18, 2025, Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington (Preliminary Injunction Order).

4.      To comply with Paragraph 4 of the Preliminary Injunction Order, HHS shall send written notices to all probationary employees who received a notice of termination that was based on the Office of Personnel Management ("OPM") template termination letter provided by OPM.

The written notices shall state that each employee's termination was not performance or fitness-based, but was made as part of a government-wide mass termination.

5.      HHS shall send these written notices on or before Thursday, May 8, 2025, by work or personal email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 06, 2025

THOMAS J. NAGY JR -S

Digitally signed by THOMAS J. NAGY JR -S
Date: 2025.05.06 16:57:18 -04'00'

Thomas Nagy, Jr.