PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF STEPHANIE M. HOLMES IN SUPPORT OF DEFENDANTS' COMPLIANCE WITH APRIL 18, 2025, ORDER ON MOTION FOR PRELIMINARY INJUNCTION BY UNION PLAINTIFFS AND STATE OF WASHINGTON** |

Declaration of Stephanie M. Holmes in Support of Defendants' Compliance with Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington, dated April 18, 2025
3:25-cv-1780-WHA

I, Stephanie M. Holmes, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am Acting Chief Human Capital Officer for the U.S. Department of the Interior ("Department"), headquartered in Washington, D.C.  I have served in this position since February 24, 2025. I make this declaration based on my own personal knowledge, on information contained in the records of the Department, or on information provided to me by Department employees.

2.    In my role at the Department, I am responsible for personnel management. I have the responsibility of overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary and trial period appointees.

3.    I have received and read the District Court's April 18, 2025 Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington ("April 18, 2025 Order") in the above-referenced matter.

4.    Per the April 18, 2025 Order, the Department has provided written notice to each terminated employee that his or her termination was not performance or fitness-based, but rather, those terminations were made as part of a government-wide mass termination.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 6, 2025


STEPHANIE HOLMES
Digitally signed by STEPHANIE HOLMES
Date: 2025.05.06 15:18:16 -04'00'

/s/ _____
STEPHANIE M. HOLMES

Declaration of Stephanie M. Holmes in Support of Defendants' Compliance with Order on Motion for Preliminary Injunction, dated April 18, 2025
3:25-cv-1780-WHA

1