PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>       v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF SYDNEY ROSE IN RESPONSE TO THE COURT'S APRIL 18, 2025, ORDER** |

Declaration of Sydney Rose in Response to the Court's April 18, 2025, Order
3:25-cv-1780-WHA

I, Sydney Rose, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief Human Capital Officer of the U.S. Department of Labor ("Department"), headquartered in Washington, D.C.  I have served in this position since March 24, 2013.

2.      In my role at the Department, I am responsible for personnel management.  I have the responsibility for overseeing the human resources enterprise and tracking and recording of personnel actions, including terminations.  I assist in ensuring that all personnel actions comply with Federal law, including those related to probationary employees.

3.      I acknowledge having received and read the Court's April 18, 2025, Order.

4.      I confirm that the Department is in the process of providing, and by May 8, 2025, will have provided, recipients of the OPM template termination notice that their termination was not "performance" or fitness based.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2025

SYDNEY ROSE

Digitally signed by
SYDNEY ROSE
Date: 2025.05.06
10:29:15 -04'00'

SYDNEY ROSE
CHIEF HUMAN CAPITAL OFFICER
US DEPARTMENT OF LABOR

Declaration of Sydney Rose in Response to the Court's April 18, 2025, Order
3:25-cv-1780-WHA

1