**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| AMERICAN FEDERATION OF, GOVERNMENT EMPLOYEES, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-01780-WHA<br><br>The Hon. William H. Alsup<br><br>Date: May 7, 2025 |

**DECLARATION OF LEW J. OLOWSKI**

1.  I am the Director of the Bureau of Global Talent Management for the Department of State (the "Department"). In this role I serve as the equivalent of the Chief Human Capital Officer for the Department.

2.  I certify that I have received and read the Order of this Court dated April 18, 2025.

3.  On or about February 26, 2025, eight probationary employees at the Department received notices informing them that their employment with the Department was being terminated (hereinafter, "Notices"). The Notices were based on a variation of the template termination letter circulated by the Office of Personnel Management ("OPM").

4.  I certify that the following five probationary employees who received Notices were terminated after an individualized evaluation of that employee's performance or fitness. The following four employees were terminated for both unsatisfactory performance and conduct issues:



The following employee was terminated for conduct issues:

5.  I certify that one probationary employee, ███ ████ received a Notice in error, on or after the date that she voluntarily resigned from the Department.  The Department will send this employee a written communication by May 8, 2025 stating that the Notice she received was in error, and that she was not in fact terminated.

6.  I certify that the remaining two probationary employees who received Notices, ████ ███ and ███ ████ were not terminated after an individualized evaluation of that employee's performance or fitness.  The Department will send both of these employees a written communication by May 8, 2025 stating that his or her termination was not performance- or fitness-based, but was made as part of a government-wide mass termination.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2025.

_____
Lew J. Olowski