PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF TRACEY THERIT IN COMPLIANCE WITH ORDER ON MOTION FOR PRELIMINARY INJUNCTION BY UNION PLAINTIFFS AND STATE OF WASHINGTON** |

Declaration of Tracey Therit in Compliance with the Court's Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington (April 18, 2025), 3:25-cv-1780-WHA

I, Tracey Therit, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am the Chief Human Capital Officer of the Department of Veterans Affairs ("Department"), headquartered in Washington, D.C.  I have served in this position since July 2019.

2.    I have worked for the VA for 19 years, and the federal government for 34 years. The Office of the Chief Human Capital Officer provides governance, policy and guidance with regard to recruitment, staffing, enterprise-wide HR systems, classification, compensation, leave, performance management, recognition, work-life and benefits, workforce and succession planning, employee and labor relations, learning and development and alternative dispute resolution.

3.    I received and read the April 18, 2025, preliminary injunction order from the District Court for the Northern District of California in the above-captioned case.

4.    Pursuant to that order, VA provided notice to each affected probationary employee that, as required by the Court, the "earlier termination was not performance or fitness based but was made as part of a government-wide mass termination."

5.    Employees who were terminated based on individualized evaluations did not receive the above notice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:

*Tracey Therit*

Tracey Therit

Declaration of Tracey Therit in Compliance with the Court's Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington (April 18, 2025), 3:25-cv-1780-WHA

1