# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

American Federation of Government Employees, et al.,

Plaintiffs,

v.

United States Office of Personnel Management, et al.,

Defendants.

Case No.  3:25-cv-1780

## DECLARATION OF HELENA WOODEN-AGUILAR

Pursuant to 28 U.S.C. § 1746, I, Helena Wooden-Aguilar, declare as follows:

1.      I am the Chief Human Capital Officer, Office of Mission Support, at the U.S. Environmental Protection Agency ("EPA"), headquartered in Washington, D.C.  I make this declaration based on my own personal knowledge, on information contained in EPA records, or on information provided to me by EPA employees.

2.       I have served in this position since November 2023.  In my role at EPA, I am responsible for supporting agency strategic planning and performance improvement efforts by ensuring human capital plans, strategies and investments advance organizational goals set forth in the Agency's strategic and annual plans.

3.      I have received and read the Court's April 18, 2025, Order.

4.      Between May 3 and 6, 2025, EPA sent an email (Attachment A) and a copy of the Court's April 18, 2025, Order, individually to the personal and/or Agency email addresses, as applicable, of the individuals that received a notice of termination in February 2025 based on a

variation of the Office of Personnel Management template termination during a probationary or trial period notice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2025

HELENA
WOODEN-
AGUILAR

Digitally signed by HELENA
WOODEN-AGUILAR
Date: 2025.05.06 20:32:26
-04'00'

/s/

Helena Wooden-Aguilar

Attachment A to *Declaration of Helena Wooden Aguilar*, dated May 6, 2025 (3:25-cv-1780).

Dear [Employee],

This letter is being provided to you in accordance with the preliminary injunction issued by the Northern District of California in *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780 WHA (N.D. Cal.).

On April 18, 2025, U.S. District Judge William Alsup of the Northern District of California required Environmental Protection Agency (EPA) to provide you with "a written statement, directed to [you] individually, stating that [your] termination was not 'performance' or fitness based but was made as part of a government-wide mass termination." Judge Alsup's decision is attached.

The EPA is appealing the Court's April 18, 2025, Order and will argue it to be both legally and factually erroneous. Nonetheless, the EPA must comply with the Order unless and until it is stayed or reversed by an appellate court.

In accordance with the Court's April 18, 2025, Order, the EPA hereby, informs you, as required by the Court, that your earlier termination "was not 'performance' or fitness based but was made as part of a government-wide mass termination."

This letter is to be (i) implemented consistent with applicable law, and (ii) it shall not serve as any basis for liability against the Environmental Protection Agency or any other agency or instrumentality of the Federal government, before any court or in any administrative proceeding. The Environmental Protection Agency reserves all rights.


Regards,



Helena Wooden-Aguilar

Deputy Assistant Administrator for Workplace Strategy

Office of Mission Support - U.S. EPA