| | |
|---|---|
| American Federation of Government Employees,et al., Plaintiffs,<br><br><br>v.<br><br><br><br>United States of Personnel Management, et al., Defendants | No. 3:25-cv-1780 (N.D. Cal.) |

## **DECLARATION OF ARRON HELM**

Pursuant to 28 U.S.C. § 1746, I, Arron Helm declare as follows:

1.      I am the  Chief Human Capital Officer, Office of Human Resources Management, at the General Services Administration headquartered in Washington, D.C. I make this declaration based on my own personal knowledge, on information contained in the records of the General Services Administration, and/or on information provided to me by the Office of Human Resources Management, General Services Administration employees.

2.      I have served in this position since July 2024. In my role at the General Services Administration, I am responsible for personnel management. I am responsible for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3.      As of Monday, May 5, 2025, the General Services Administration provided a written notice to a total of 366 individuals who had previously received probationary period

termination notices  that his or her termination was not performance- or fitness-based but was made as part of a government-wide mass termination.

4.    As of Monday, May 5, 2025, I have received and read the Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington in the case of American Federation of Government Employees, AFL-CIO, et al., Plaintiffs, v. United States Office of Personnel Management, et al., Defendants, No. C 25-01780 WHA, filed on April 18, 2025, by United States District Judge William Alsup.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that that foregoing is true and correct.

Date: 5/5/2025

Signed by:

*Arron Helm*

9C2BC648FECF491...

Arron Helm