PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC J. HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1780-WHA<br><br><br><br>**DECLARATION OF KELLY ELLIOTT** |

Declaration of Kelly Elliot
3:25-cv-1780-WHA

KELLY ELLIOTT, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I am the Chief Human Capital Officer at the National Aeronautics and Space Administration ("NASA").  In that capacity, I am responsible for leading the human capital practices that support NASA's workforce of more than 18,000 employees.  I have held that position since December 2023, after being named as NASA's Acting Chief Human Capital Officer in February 2023.  I have worked at NASA since 2005, and the principal responsibilities of each of my NASA roles during that time have related to human capital and/or human resources.

2.    I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other NASA employees, and information portals maintained and relied upon by NASA in the regular course of business.

3.    I have received and read the Court's order entered in this action on April 18, 2025 (the "Order").  *See* ECF No. 202 ¶ 6.

4.    I have also reviewed certain communications referred to in the Order, which related to probationary employees.  *See* ECF Nos. 111-1, 111-2, 111-5, 87-1.  I reviewed either identical or substantively identical versions of these documents in January and February 2025.  I understand the Order's reference to an "OPM template termination notice" to mean the document filed at ECF No. 87-1.

5.    NASA did not use and has not used the OPM template termination notice—including any altered or modified versions or any variation thereof—to terminate or fire any NASA employee.  *See* ECF No. 202 ¶¶ 4–5.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 2, 2025                              Respectfully submitted,

Kelly Elliott

Digitally signed by Kelly Elliott
Date: 2025.05.02 14:30:32 -04'00'

Kelly Elliott
Chief Human Capital Officer
National Aeronautics and Space Administration

Declaration of Kelly Elliott
3:25-cv-1780-WHA

1