PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> **ADMINISTRATIVE MOTION TO FILE AGENCY DECLARATIONS AND LISTS OF EMPLOYEES UNDER SEAL** <br><br> Honorable William H. Alsup |

Defendants' Admin. Mot. to File Agency Declarations and Lists of Employees Under Seal
NO. 3:25-CV-1780-WHA

1  Pursuant to Civil Local Rule 7-11 and 79-5(c), Defendants move to file under seal unredacted
2  copies of federal-employee information as part of their submission under Paragraph 5 of this Court's
3  April 18, 2025 preliminary injunction order. *See* Order on Mot. for Prelim. Inj. by Union Pls. & State of
4  Wash. at 26, ¶ 5, ECF No. 202 ("Order"). In that Order, the Court ordered the various relief defendant
5  agencies to take certain steps regarding an OPM template termination notice that had been provided to
6  probationary employees at the relief defendant agencies. *See id*. ¶¶ 2-6. The Court ordered that relief
7  defendant agencies using the template could direct a written statement to the affected probationary
8  employees. *See id*. ¶ 4. However, the Court also offered the relief defendant agencies the alternative of
9  submitting "a declaration, under oath and seal, stating" that the termination of an employee using the
10 OPM template termination notice was "carried out after an individualized evaluation of that employee's
11 performance or fitness." *Id*. ¶ 5. The Court further directed that any such materials would "provid[e] the
12 individual reasoning underpinning that termination." *Id.*

13  In compliance with paragraph 5 of the Court's Order, a number of agencies are submitting
14 declarations and lists of employees that were terminated after an individualized evaluation of that
15 employee's performance or fitness. Per the Court's instructions, Defendants seek to seal the unredacted
16 declarations and lists while submitting the redacted declarations on the public docket.

17  Because the information Defendants seek to seal is not being submitted in support of any
18 argument for relief on the merits, but rather to comply with the Court's Order, the "good cause" standard
19 for sealing applies. *See Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1097 (9th Cir.
20 2016) (internal citations omitted). Even under the more stringent "compelling reasons" standard for
21 sealing some information, courts in this District routinely order the sealing of third-party personal
22 identifying information ("PII"). *See, e.g.*, *Opperman v. Path, Inc.*, No. 13-cv-453, 2017 WL 1036652, at
23 *4 (N.D. Cal. Mar. 17, 2017) (exhibit containing "the names, email addresses, and phone numbers of
24 non-part[ies]" provided "compelling reasons to seal [it] in its entirety").

25  In this case, there is both good cause and a compelling reason to protect federal employee PII
26 from public disclosure here. First, absent an applicable exemption, the Privacy Act protects such
27 information from disclosure. *See* 5 U.S.C. § 522a(b). Second, the federal employees identified in the
28 documents are not parties to this litigation and have their own privacy interests; therefore there is no

need for public disclosure of their identities or their PII at this point in the proceedings. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (recognizing the need to "protect third-party privacy interests" in "personnel records"). If sealing were denied, the names and PII of third-party employees will be exposed to public attention in this high-profile litigation. And because the Court's Order specifically requires the submission of employee PII and that this is to be done under seal, *see* Order at 26, no less-restrictive alternative (such as redacting that information) is sufficient here.

## CONCLUSION

Defendants respectfully request this Court grant this Motion and permit unredacted copies of the following documents to be filed under seal:

1. U.S. Department of Agriculture's declaration providing details of employees whose terminations were carried out after an individualized evaluation of their performance.

2. U.S. Department of Defense's declaration providing details of employees whose terminations were carried out after an individualized evaluation of their performance.

3. U.S. Department of Defense's list of employees whose terminations were carried out after an individualized evaluation of their performance.

4. U.S. Department of Energy's unredacted declaration providing details of employees whose terminations were carried out after an individualized evaluation of their performance.

5. U.S. Department of State's unredacted declaration providing details of employees whose terminations were carried out after an individualized evaluation of their performance.

6. U.S. Veterans' Administration's declaration providing details of employees whose terminations were carried out after an individualized evaluation of their performance.

7. U.S. Veterans' Administration's declaration providing details of one employee whose termination was carried out after an individualized evaluation of that employee's performance.

8. National Science Foundation's list of one employee terminated on an individualized basis.

1 | DATED: May 8, 2025          Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

*s/ Yuri S. Fuchs*
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Defendants' Admin. Mot. to File Agency Declarations and Lists of Employees Under Seal
NO. 3:25-CV-1780-WHA