1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELLEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 YURI S. FUCHS
   GREGORY CONNER
11 Trial Attorneys
   U.S. DEPARTMENT OF JUSTICE
12 Civil Division, Federal Programs Branch
   P.O. Box 883
13 Washington, DC 20044

14 *Counsel for Defendants*

15

16                    **UNITED STATES DISTRICT COURT**
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                      **SAN FRANCISCO DIVISION**

18
   AMERICAN FEDERATION OF                    Case No. 3:25-cv-1780-WHA
19 GOVERNMENT EMPLOYEES, *et al.*,

20        Plaintiffs,

21           v.

22 UNITED STATES OFFICE OF PERSONNEL          **CERTIFICATION OF THE**
   MANAGEMENT, *et al.*,                      **ADMINISTRATIVE RECORD**
23
24        Defendants.

25

26

27

28

Certification of the Administrative Record
3:25-cv-1780-WHA

I, Stephen D. Hickman, declare as follows:

1.      I am an employee in the Executive Secretariat, U.S. Office of Personnel Management. I have been tasked with compiling the administrative record in the above-captioned matter, in which Plaintiffs allege that Defendants "ordered federal agencies across the country to terminate tens of thousands of federal employees by sending them standardized notices of terminations, drafted by OPM, that falsely state that the terminations are for performance reasons."

2.      The facts attested to herein are based on information made available to me in the course of my official duties.

3.      I certify that the Index attached hereto constitutes, to the best of my knowledge, a true and complete description of the documents and materials that constitute the administrative record of non-privileged decisionmaking related to the guidance from OPM to other executive agencies regarding probationary employees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2025

s/ _____
    Stephen D. Hickman