*American Federation of Government Employees v.*
*U.S. Office of Personnel Management*,
No. 3:25-cv-01780-WHA (N.D. Cal.)

## Index of Administrative Record

| Doc. No. | Doc. Title | Bates Number |
|---|---|---|
| 1. | 39th Report U.S. Civil Service Commission for the Fiscal Year Ended June 30, 1922 excerpt re: Probational Period (1921-22) | AR0001 |
| 2. | The Probationary Period: A Critical Assessment Opportunity. A Report to the President and the Congress of the United States by the U.S. Merit Systems Protection Board (August 2005) | AR0003 |
| 3. | U.S. Merit Systems Board – Information Sheet No. 4 – Probationary Employees (2012) | AR0057 |
| 4. | U.S. Government Accountability Office Report to the Chairman, Committee on Homeland Security and Governmental Affairs, U.S. Senate re: FEDERAL WORKFORCE – Improved Supervision and Better Use of Probationary Periods Are Needed to Address Substandard Employee Performance (February 2015) | AR0060 |
| 5. | U.S. Office of Personnel Management – A Handbook for Measuring Employee Performance (March 2017) | AR0117 |
| 6. | National Academy of Public Administration: Elevating Human Capital: Reframing the U.S. Office of Personnel Management's Leadership Imperative (March 2021) | AR0210 |
| 7. | Memorandum from Kiran A. Ahuja, Director, U.S. Office of Personnel Management to Heads of Executive Departments and Agencies re: Maximizing Effective Use of Probationary Periods (December 13, 2023) | AR0324 |
| 8. | OPM Webpage (https://www.opm.gov/policy-data-oversight/hiring-information/practical-tips-for-supervisors-of-probationers/): Practical Tips for Supervisors of Probationers (posted December 2023) | AR0329 |
| 9. | Presidential Action – Hiring Freeze (January 20, 2025) | AR0332 |
| 10. | Memorandum from Charles Ezell, Acting Director, U.S. Office of Personnel Management to Heads and Acting Heads of Departments and Agencies re: Guidance on Probationary Periods, Administrative Leave and Details (January 20, 2025) | AR0335 |
| 11. | Email from Noah Peters to Amanda Scales et al. re: Regarding Probationary Periods, Administrative Leave and Details (February 5, 2025) | AR0338 |
| 12. | Email from CHCO Counsel to CHCOs and Deputy CHCOs re: Updated Deferred Resignation Agreement Template and FAQ (February 5, 2025) | AR0341 |

*American Federation of Government Employees v.*
*U.S. Office of Personnel Management*,
No. 3:25-cv-01780-WHA (N.D. Cal.)

## Index of Administrative Record

| Doc. No. | Doc. Title | Bates Number |
|---|---|---|
| 13. | Attachment to February 5, 2025 email from CHCO Counsel to CHCOs and Deputy CHCOs re: Updated Deferred Resignation Agreement Template and FAQ: Deferred Resignation Agreement 02.04.25.docx | AR0342 |
| 14. | Email from CHCO Counsel to CHCOs and Deputy CHCOs re: Updated Deferred Resignation Agreement Template and Meeting Notes (February 5, 2025) | AR0346 |
| 15. | Attachment to February 5, 2025 email from CHCO Counsel to CHCOs and Deputy CHCOs re: Updated Deferred Resignation Agreement Template and Meeting Notes: (Agency Name) Probationary Employees Template_v2.xlsx | AR0348 |
| 16. | Executive Order 14210 – Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative (February 11, 2025) | AR0351 |
| 17. | Email from Veronica Hinton to Noah Peters, et al. re: Question (February 11, 2025) | AR0357 |
| 18. | Email from Noah Peters to Donia Hashimi, et al. re: Call with OPM (February 11, 2025) | AR0359 |
| 19. | Attachment to February 11, 2025 email from Noah Peters to Donia Hashimi, et al. re: Call with OPM: Memo Lifting Caps on TTCs-bill FINAL.pdf | AR0364 |
| 20. | Email from Noah Peters to Adam Ramada and Amanda Scales re: Probationary Termination Letter (February 11, 2025) | AR0367 |
| 21. | Email from CHCO Counsel to CHCOs and Deputy CHCOs re: Key Takeaways from CHCO Counsel Special Session - ADEA (February 12, 2025) | AR0368 |
| 22. | Attachment to February 12, 2025 email from CHCO Counsel to CHCOs and Deputy CHCOs re: Key Takeaways from CHCO Counsel Special Session - ADEA: NTE Term Draft.docx | AR0370 |
| 23. | Attachment to February 12, 2025 email from CHCO Counsel to CHCOs and Deputy CHCOs re: Key Takeaways from CHCO Counsel Special Session – ADEA: Termination of Probationary Employee-clean.docx | AR0371 |

*American Federation of Government Employees v.*
*U.S. Office of Personnel Management*,
No. 3:25-cv-01780-WHA (N.D. Cal.)

## Index of Administrative Record

| Doc. No. | Doc. Title | Bates Number |
|---|---|---|
| 24. | Attachment to February 12, 2025 email from CHCO Counsel to CHCOs and Deputy CHCOs re: Key Takeaways from CHCO Counsel Special Session – ADEA: DRP OWBPA notification process.pptx | AR0373 |
| 25. | Email from Noah Peters to Veronica Hinton, et al. re: Probationary Period employee questions (February 14, 2025) | AR0374 |
| 26. | Email from CHCO Council to CHCOs and Deputy CHCOs re: – Follow up CHCO Counsel Special Session (February 14, 2025) | AR0375 |
| 27. | Attachment to February 14, 2025 email from CHCO Council to CHCOs and Deputy CHCOs re: Follow up CHCO Counsel Special Session: Termination of Probationary Employee-clean.docx | AR0377 |
| 28. | Attachment to February 14, 2025 email from CHCO Council to CHCOs and Deputy CHCOs re: Follow up CHCO Counsel Special Session: Copy of (Agency Name) Probationary Employees Template_v3.xlsx | AR0379 |
| 29. | Email from James Sullivan to Amanda Scales, et al. re: [Action due 2/13] Probationary Employee Actions (February 16, 2025) | AR0382 |
| 30. | Attachment to February 16, 2025 email James Sullivan to Amanda Scales, et al. re: [Action due 2/13] Probationary Employee Actions: (Agency Name) Daily Tracker_v1.xlsx | AR0385 |
| 31. | Email from Amanda Scales to Noah Peters, et al. re: Department of Justice – Updated Probationary Period Employees Report – 2-18-2025 (February 19, 2025) | AR0386 |
| 32. | Email from CHCO Counsel to CHCOs and Deputy CHCOs re: CHCO Updates (February 24, 2025) | AR0389 |
| 33. | Attachment to February 24, 2025 email from CHCO Council to CHCOs and Deputy CHCOs re: CHCO Updates: Probationary Period FAQs.docx | AR0390 |
| 34. | Attachment to February 24, 2025 email from CHCO Council to CHCOs and Deputy CHCOs re: CHCO Updates: Guidance on Return to In-Person Work and Deferred Resignation Program Processing and Reporting.docx | AR0395 |
| 35. | Memorandum from Charles Ezell, Acting Director, U.S. Office of Personnel Management to Heads and Acting Heads of Departments and Agencies re: Guidance on Probationary Periods, Administrative Leave and Details (Revised March 4, 2025) | AR0400 |