UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **NOTICE OF LETTER TO COURT AND REQUEST FOR INFORMATION** |

On May 8, 2025, the Department of Health and Human Services submitted a sworn declaration stating that it shall send notices in compliance with Paragraph 4 of the undersigned's preliminary injunction "on or before Thursday, May 8, 2025" (Dkt. No. 216-6 at 2).

On May 12, the undersigned received the attached letter (filed under seal), wherein 124 terminated probationers state that they have not received any such notice from HHS.

1   HHS shall file a sworn declaration detailing their compliance with Paragraph 4 of the
2   preliminary injunction by **MAY 22, 2025, AT NOON**.  That declaration shall address compliance
3   as to each of the 124 terminated probationers listed in the attached letter.

4   The attached letter will be unsealed on **MAY 22, 2025, AT NOON**, unless counsel files an
5   administrative motion showing good cause why it should remain under seal.

7   **IT IS SO ORDERED.**

9   Dated:  May 15, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2