1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELLEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 YURI S. FUCHS
   GREGORY CONNER
11 Trial Attorneys
   U.S. DEPARTMENT OF JUSTICE
12 Civil Division, Federal Programs Branch
   P.O. Box 883
13 Washington, DC 20044

14 *Counsel for Defendants*

15

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' NOTICE OF HHS DECLARATION DETAILING COMPLIANCE WITH PARAGRAPH 4 OF THE COURT'S PRELIMINARY INJUNCTION** |

Please take notice that Defendants are filing on behalf of the Department of Health and Human Services ("HHS") a declaration detailing HHS's compliance with Paragraph 4 of this Court's April 18, 2025 preliminary injunction. On May 15, 2025, the Court ordered HHS to address compliance as to each of the terminated probationers that had written to the Court.[1] Those terminated probationers had written to the Court asserting that they had not yet received a notice from HHS, which would state to the terminated probationers that their termination was not "performance" or fitness based but was made as part of a government-wide mass termination. The declaration attached to this filing explains that notices have been sent to the terminated probationers and explains why the terminated probationers had not received the notices at the time that they wrote to the Court. A redacted version of that declaration is being filed on the public docket while a full version of the declaration—identifying personally identifiable information of the terminated probationers—is being filed under seal.

Dated: May 22, 2025                    Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

s/ Yuri S. Fuchs
YURI S. FUCHS

---

[1] The Court's order and the attached letter made reference to "124 terminated probationers." However, a review of the letter indicates that there are five (5) duplicate names in the letter. Thus, the list of terminated probationers who wrote to the Court consists of 119 terminated probationers.

Defendants' Notice of HHS Declaration Detailing Compliance with Paragraph 4 of the Court's Preliminary Injunction
3:25-cv-1780-WHA

GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Defendants' Notice of HHS Declaration Detailing Compliance with Paragraph 4 of the Court's Preliminary Injunction
3:25-cv-1780-WHA

2