```
 1  PATRICK D. ROBBINS (CABN 152288)
    Acting United States Attorney
 2  PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
 3  KELSEY J. HELLAND (CABN 298888)
    Assistant United States Attorney
 4  U.S. ATTORNEY'S OFFICE
    450 Golden Gate Avenue, Box 36055
 5  San Francisco, California 94102-3495

 6  ERIC HAMILTON
    Deputy Assistant Attorney General
 7  DIANE KELLEHER
    Branch Director
 8  CHRISTOPHER HALL
    Assistant Branch Director
 9  JAMES D. TODD, JR.
    Senior Trial Counsel
10  YURI S. FUCHS
    GREGORY CONNER
11  Trial Attorneys
    U.S. DEPARTMENT OF JUSTICE
12  Civil Division, Federal Programs Branch
    P.O. Box 883
13  Washington, DC 20044

14  Counsel for Defendants
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' NOTICE OF FILING AMENDED DECLARATION OF STATE DEPARTMENT DETAILING COMPLIANCE WITH THE COURT'S PRELIMINARY INJUNCTION** |

1  Please take notice that Defendants are filing on behalf of the U.S. Department of State ("State Department") an amended declaration detailing its compliance with this Court's April 18, 2025 preliminary injunction. On May 8, 2025, Defendants filed a redacted and under seal declaration on behalf of the State Department detailing what the State Department had done to comply with this Court's April 18, 2025 preliminary injunction regarding eight probationary employees. Following the filing of that declaration, the State Department has learned that certain representations regarding the status of one of its employees in paragraph 5 of that declaration were made in error. Thus, to comply with their ethical duty to the Court, Defendants are submitting an amended declaration, correcting those representations. A redacted version of that declaration is being filed on the public docket while a full version of the declaration—identifying personally identifiable information of the employee at issue—is being filed under seal.

Dated: June 9, 2025

Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

s/ Yuri S. Fuchs
YURI S. FUCHS
GREGORY CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Defendants' Notice of Amended State Department Declaration Detailing Compliance with the Court's Preliminary Injunction
3:25-cv-1780-WHA

1