UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF, GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-01870-WHA <br><br> The Hon. William H. Alsup <br><br> Date: June 9, 2025 |

**AMENDED DECLARATION OF LEW J. OLOWSKI**

1. I am the Director of the Bureau of Global Talent Management for the Department of State (the "Department"). In this role, I serve as the equivalent of the Chief Human Capital Officer for the Department.

2. On May 7, 2025, I signed a declaration certifying, among other items, that ▮, identified as a probationary employee, resigned from the Department prior to receiving a notice that ▮ employment with the Department was being terminated.

3. Since I signed the declaration, I received updated information that ▮: a) did not resign but was terminated; b) received a notice from the Department terminating ▮ employment based on a variation of the template termination letter circulated by the Office of Personnel Management without an individualized evaluation of ▮ performance or fitness; and c) was not a probationary employee at the time of ▮ termination. To assure compliance with this Court's April 18, 2025 Order, the Department is sending ▮ a written communication stating that ▮ termination was not performance- or fitness-based, but was made as part of a government-wide mass termination.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2025.

_____
Lew J. Olowski