PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY B. CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

*(Counsel for other parties listed on signature page)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' REQUEST TO EXCEED PAGE LIMITATION** |

Pursuant to Civil Local Rule 7-4, 7-11, and 7-12, the parties hereby stipulate and respectfully move that the Court grant Defendants' Request to Exceed Page Limitation for Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. The parties agree that Defendants will receive the minor increase of two pages to the twenty-five-page limitation under Northern District of California Civil Local Rules. The filing of a combined cross-motion and opposition will conserve the parties' resources and promote judicial economy. The parties further stipulate that the Court permit an equivalent increase of two pages in the page limitation for Plaintiffs' reply motion.

DATED: July 1, 2025

Respectfully submitted,

| | |
|---|---|
| s/ Eileen B. Goldsmith<br>Eileen B. Goldsmith (SBN 218029)<br>Scott A. Kronland (SBN 171693)<br>Stacey M. Leyton (SBN 203827)<br>Danielle E. Leonard (SBN 218201)<br>Robin S. Tholin (SBN 344845)<br>JAMES BALTZER (SBN 332232)<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiff Organizations*<br><br>s/ Rushab Sanghvi<br>Rushab Sanghvi (SBN 302809)<br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES<br>80 F Street, NW<br>Washington, DC 20001<br><br>*Attorney for Plaintiff American Federation of Government Employees*<br><br>s/ Teague Paterson<br>Teague Paterson (SBN 226659)<br>Matthew Blumin (*pro hac vice*)<br>AMERICAN FEDERATION OF STATE,<br>COUNTY, AND MUNICIPAL<br>EMPLOYEES<br>1625 L Street, N.W.<br>Washington, D.C. 20036<br><br>*Attorneys for Plaintiff American Federation of State County and Municipal Employees*<br><br>s/ Tera M. Heintz<br>Tera M. Heintz (SBN 241414)<br>Cristina Sepe (SBN 308023)<br>Cynthia Alexander, WA Bar No. 46019 (*pro hac vice*)<br>Deputy Solicitors General<br>OFFICE OF THE WASHINGTON STATE<br>ATTORNEY GENERAL<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>*Attorneys for Plaintiff State of Washington* | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>DIANE KELLEHER<br>Branch Director<br>CHRISTOPHER HALL<br>Assistant Branch Director<br><br>JAMES D. TODD, JR.<br>Senior Trial Counsel<br><br>s/ Gregory B. Conner<br>GREGORY B. CONNER<br>YURI S. FUCHS<br>Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br><br>*Counsel for Defendants* |

Stipulation and [Proposed] Order Re: Defendants' Request to Exceed Page Limitation
3:25-cv-1780-WHA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

HON. WILLIAM H. ALSUP
Senior United States District Judge