PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
GREGORY B. CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

*(Counsel for other parties listed on signature page)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' REQUEST TO EXCEED PAGE LIMITATION** |

1   Pursuant to Civil Local Rule 7-4, 7-11, and 7-12, the parties hereby stipulate and

2 respectfully move that the Court grant Defendants' Request to Exceed Page Limitation for

3 Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for

4 Summary Judgment. The parties agree that Defendants will receive the minor increase of two

5 pages to the twenty-five-page limitation under Northern District of California Civil Local Rules.

6 The filing of a combined cross-motion and opposition will conserve the parties' resources and

7 promote judicial economy. The parties further stipulate that the Court permit an equivalent

8 increase of two pages in the page limitation for Plaintiffs' reply motion.

DATED: July 1, 2025

Respectfully submitted,

*s/ Eileen B. Goldsmith*
Eileen B. Goldsmith (SBN 218029)
Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
JAMES BALTZER (SBN 332232)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108

*Attorneys for Plaintiff Organizations*

*s/ Rushab Sanghvi*
Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001

*Attorney for Plaintiff American Federation
of Government Employees*

*s/ Teague Paterson*
Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036

*Attorneys for Plaintiff American Federation
of State County and Municipal Employees*

*s/ Tera M. Heintz*
Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro
hac vice*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE
ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Attorneys for Plaintiff State of Washington*

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

*s/ Gregory B. Conner*
GREGORY B. CONNER
YURI S. FUCHS
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Stipulation and [Proposed] Order Re: Defendants' Request to Exceed Page Limitation
3:25-cv-1780-WHA

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 1, 2025

_____
HON. WILLIAM H. ALSUP
Senior United States District Judge