1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  BRETT A. SHUMATE
   Assistant Attorney General
7  DIANE KELLEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director

9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 YURI S. FUCHS
   GREGORY CONNER
11 Trial Attorneys
   U.S. DEPARTMENT OF JUSTICE
12 Civil Division, Federal Programs Branch
   P.O. Box 883
13 Washington, DC 20044

   *Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF CLAIMS I–IV** |

Before this Court are Plaintiffs' Motion for Summary Adjudication of Claims I-IV and Defendants' Motion for Summary Judgment. For the reasons set for in Defendants' Memorandum of Points and Authorities in support of their Motion for Summary Judgment, it is hereby ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. Plaintiffs' Motion for Summary Adjudication of Claims I-IV is DENIED; and

[Proposed] Order Granting Defendants' Motion for Summary Judgment
and Denying Plaintiffs' Motion for Summary Adjudication of Claims I–IV
3:25-cv-1780-WHA

3. The Clerk is DIRECTED to enter JUDGMENT for Defendants.

DATED:

_____
HON. WILLIAM H. ALSUP
United States District Judge