Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

FILED

JUL 09 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **NOTICE OF SUBMISSION OF CASH DEPOSIT** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### NOTICE OF SUBMISSION OF CASH DEPOSIT

On April 18, 2025, the Court entered a preliminary injunction in favor of five union plaintiffs: American Federation of Government Employees. AFL-CIO ("AFGE"); American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"); AFGE Local 1216; United Nurses Associations of California/Union of Health Care Professionals, AFSCME, AFL-CIO ("UNAC/UHCP"), and AFGE Local 2110 (collectively, the "Union Plaintiffs"). The Court ordered that "security is appropriate in the amount of one dollar per union plaintiff." Dkt. 202.

The undersigned counsel submit the enclosed check for five dollars as security on behalf of the five Union Plaintiffs.

DATED: July 9, 2025

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: /s/ Danielle Leonard

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS
FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: /s/ Norman L. Eisen

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: /s/ Rushab Sanghvi

*Attorneys for Plaintiff American Federation of
Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.

1    Washington, D.C.  20036
     Tel: (202) 775-5900
2    TPaterson@afscme.org
     MBlumin@afscme.org
3

4    By: /s/Matthew Blumin

5    *Attorneys for Plaintiff American Federation of State*
     *County and Municipal Employees (AFSCME)*
6

7    Tera M. Heintz (SBN 241414)
     Cristina Sepe (SBN 308023)
8    Cynthia Alexander, WA Bar No. 46019 (pro hac vice)
     Deputy Solicitors General
9    OFFICE OF THE WASHINGTON STATE
     ATTORNEY GENERAL
10   800 Fifth Avenue, Suite 2000
     Seattle, WA 98104
11   (206) 464-7744
     tera.heintz@atg.wa.gov
12   cristina.sepe@atg.wa.gov
     cynthia.alexander@atg.wa.gov
13

14   By: /s/ Tera M. Heintz

15   *Attorneys for Plaintiff State of Washington*

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Submission of Cash Deposit, NO. 3:25-cv-01780-WHA                    3