

# U.S. District Court

### California Northern - San Francisco

Receipt Date: Jul 9, 2025 12:48PM

Altshuler Berzon LLP
Attorneys at Law
177 Post St
San Francisco, CA 94108

| Rcpt. No: 311173475 | Trans. Date: Jul 9, 2025 12:48PM | | | Cashier ID: #AK (3762) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DCAN325CV001780 | 1 | 5.00 | 5.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #37314 | 07/9/2025 | | $5.00 |
| | | | Total Due Prior to Payment: | | $5.00 |
| | | | Total Tendered: | | $5.00 |
| | | | Total Cash Received: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.