Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**STIPULATION TO DISMISS FIFTH CLAIM FOR RELIEF WITHOUT PREJUDICE** |

Stipulation for Dismissal of Fifth Claim for Relief Without Prejudice, No. 3:25-cv-01780-WHA

1  This stipulation is entered into by all Plaintiffs and Defendants Office of Personnel
2  Management ("OPM") and Acting OPM Director Charles Ezell.
3  Plaintiffs' Second Amended Complaint (Dkt. 90) includes the Fifth Claim for Relief, alleging
4  that Defendants OPM and Acting Director Ezell violated the Administrative Procedure Act, 5 U.S.C.
5  §706(2)(d), on the basis that the OPM program requiring federal employees to submit reports to OPM
6  by email is void for failure to comply with the APA's requirements for notice-and-comment
7  rulemaking.  Defendants have not answered the Second Amended Complaint.
8  The Parties have met and conferred and stipulate that the Fifth Claim for Relief is hereby
9  DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| 1 | DATED: July 15, 2025 |
| 2 | Respectfully submitted, |

<div style="display:flex">
<div>

*s/ Eileen B. Goldsmith*
Eileen B. Goldsmith (SBN 218029)
Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108

*Attorneys for Plaintiff Organizations*

*s/ Rushab Sanghvi*
Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001

*Attorney for Plaintiff American Federation of Government Employees*

*s/ Teague Paterson*
Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036

*Attorneys for Plaintiff American Federation of State County and Municipal Employees*

*s/ Tera M. Heintz*
Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro hac vice*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE
ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Attorneys for Plaintiff State of Washington*

</div>
<div>

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director


*s/James D. Todd, Jr.*

JAMES D. TODD, JR.
Senior Trial Counsel
GREGORY B. CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

</div>
</div>

Stipulation for Dismissal of Fifth Claim for Relief Without Prejudice, No. 3:25-cv-01780-WHA          3