Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiff Organizations*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>         Defendants. | Case No. 3:25-cv-01780-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' REQUEST TO EXCEED PAGE LIMITATION** |

1    Pursuant to Civil Local Rule 7-4, 7-11, and 7-12, the parties hereby stipulate and
2    respectfully move that the Court grant Plaintiffs' Request to Exceed Page Limitation for
3    Plaintiffs' combined Reply in Support of Motion for Summary Adjudication and Opposition to
4    Defendants' Cross-Motion for Summary Judgment. The parties agree that Plaintiffs will receive the
5    minor increase of two pages to the 17 pages permitted by the Court's July 1 Order granting the
6    parties' previous stipulation (Dkt. 227), for a total of 19 pages.
7    The filing of a combined reply brief and cross-motion opposition will conserve the parties'
8    resources and promote judicial economy. The parties further stipulate that the Court permit an
9    equivalent increase of two pages in the page limitation for Defendants' reply brief.

DATED: July 22, 2025

Respectfully submitted,

*s/ Eileen B. Goldsmith*
Eileen B. Goldsmith (SBN 218029)
Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108

*Attorneys for Plaintiff Organizations*

*s/ Rushab Sanghvi*
Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001

*Attorney for Plaintiff American Federation of Government Employees*

*s/ Teague Paterson*
Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036

*Attorneys for Plaintiff American Federation of State County and Municipal Employees*

*s/ Tera M. Heintz*
Tera M. Heintz (SBN 241414)
Cristina Sepe (SBN 308023)
Cynthia Alexander, WA Bar No. 46019 (*pro hac vice*)
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Attorneys for Plaintiff State of Washington*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

*s/Gregory B. Conner*

JAMES D. TODD, JR.
Senior Trial Counsel
GREGORY B. CONNER
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Stipulation and [Proposed] Order re: Pls' Request to Exceed Page Limitation, No. 3:25-cv-01780-WHA    3