Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
James Baltzer (SBN 332232)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
skronland@altber.com
sleyton@altber.com
egoldsmith@altber.com
dleonard@altber.com
rtholin@altber.com
jbaltzer@altber.com

*Attorneys for Plaintiffs*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-01780-WHA<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

PLFS' OPP. TO MOT FOR EXTENSION OF TIME TO FILE REPLY BRIEF, NO. 3:25-cv-01780-WHA

1      Despite having stipulated months ago to the briefing schedule for cross-motions for summary
2 adjudication, pursuant to which Defendants would have 19 days for their reply brief rather than the
3 usual seven days provided by the local rules, Defendants now seek another week for that brief,
4 bringing their total time to 26 days after Plaintiffs' cross-motion opposition was filed on July 24.
5 Plaintiffs oppose this request to the extent it would require the August 28 hearing date to be
6 continued.  If the Court is inclined to keep the August 28 hearing date on calendar, Plaintiffs would
7 withdraw their opposition to the requested extension to August 19.

8      Defendants' extension request is notable not for what it says, but for what it does not say.
9 First, the parties negotiated the briefing schedule, which the Court then approved, a schedule that
10 generously accommodated defense counsel's vacation schedules.  And now, Defendants neglect to
11 say why Plaintiffs would agree to only two additional days for Defendants' reply brief, rather than the
12 requested seven.  As Plaintiffs explained, the usual time under this Court's rules between the
13 completion of briefing and the hearing date is 14 days.  Therefore, Plaintiffs offered to agree to an
14 extension that would ensure the motions were fully briefed by August 14, which would be 14 days
15 before the August 28 hearing, but Plaintiffs would not agree to a longer extension that would likely
16 require the hearing date to be continued.  Decl. of Eileen B. Goldsmith, ¶¶2-4.

17      Plaintiffs would be prejudiced if the August 28 hearing date is lost due to Defendants'
18 extension request.  The permanent injunctive relief sought by Plaintiffs in their motion will provide
19 employees adversely affected by OPM's actions the further and final relief needed to ensure the
20 unlawful terminations challenged in this case do not continue to haunt affected probationary
21 employees in their pursuit of other jobs or unemployment benefits.  Every week that passes without
22 permanent relief is compounding these harms.  The "press of other business" and counsel's vacations
23 simply are not sufficient reason to delay completing the briefing and hearing of these cross-motions.
24 Again, as noted above, if the extension request can be granted without requiring the August 28
25 hearing to be continued, Plaintiffs would not object.

                                        Respectfully submitted,

DATED: August 4, 2025                   Scott A. Kronland
                                        Stacey M. Leyton

PLFS' OPP. TO MOT FOR EXTENSION OF TIME TO FILE REPLY BRIEF, NO. 25-cv-01780-WHA      1

Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

By: */s/ Danielle Leonard*

*Attorneys for Plaintiff Organizations*

Norman L. Eisen (*pro hac vice*)
Pooja Chadhuri (SBN 314847)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

By: */s/ Norman L. Eisen*

*Attorneys for Plaintiff Organizations*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900

       TPaterson@afscme.org
       MBlumin@afscme.org

By: */s/Teague Paterson*

 *Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

 Tera M. Heintz (SBN 241414)
 Cristina Sepe (SBN 308023)
 Cynthia Alexander, WA Bar No. 46019 (pro hac vice)
 Deputy Solicitors General
 OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
 800 Fifth Avenue, Suite 2000
 Seattle, WA 98104
 (206) 464-7744
 tera.heintz@atg.wa.gov
 cristina.sepe@atg.wa.gov
 cynthia.alexander@atg.wa.gov

By: */s/ Tera M. Heintz*

 *Attorneys for Plaintiff State of Washington*