UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
et al.,

        Plaintiffs,

        v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT, et al.,

        Defendants.

No. C 25-01780 WHA

**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**

        The Local Rules afford parties *seven days* to file a reply. Local Rule 7-3(c). On May 2, 2025, the government stipulated to, and the undersigned granted, a modified schedule that afforded the government an extended *19 days* to file their reply. The government now moves for an *additional* week to file their reply, for a total time of *26 days*, citing "the confluence of scheduled annual leave and unscheduled sick leave of Defendants' undersigned counsel, the departure of one of Defendants' litigation team members, see Notice of Withdrawal, ECF No. 229, and the press of business in other matters" (Dkt. No. 239 at 2). Plaintiffs agreed privately to a two-day extension but oppose the government's request for seven (Dkt. No. 240 at 2).

Vacations and other planned leave do not constitute good cause where, as here, a party *stipulated* to the schedule they now deem too onerous. True, one of the government's attorneys withdrew from this matter. That happened a month ago, and Kelsey Helland, an excellent attorney who has argued every motion thus far, remains on the case (as do two others). "[T]he press of business in other matters" does not ever constitute good cause without more. An ongoing trial, double-booked hearings, and so on may constitute good cause in any one instance, but the government provides no such details here.

The reasons presented by the government do not overcome plaintiffs' interest in the timely resolution of this matter (and the prejudice caused by undue delay). The government is granted an additional two days for a total ***21 days on reply***, as agreed to by plaintiffs. The government's reply shall be filed no later than **AUGUST 14, 2025, AT NOON**. The hearing goes forward as planned.

**IT IS SO ORDERED.**

Dated: August 6, 2025

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE