CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

BRETT A. SHUMATE
Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
GREGORY B. CONNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*, | Case No. 3:25-cv-1780-WHA |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO SUBMIT LETTERS IN COMPLIANCE WITH COURT NOTICE UNDER SEAL** |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | Honorable William H. Alsup |
| Defendants. | |

Pursuant to Civil Local Rule 7-11 and 79-5(c), Defendants move to provide under seal the corrective letters in compliance with this Court's Notice Re: Preliminary Injunction Compliance, ECF No. 237 ("Notice"). In that Notice, the Court stated that "[t]he government should be prepared with hard copies of the corrective letters sent by each agency." *Id.* at 2. Because the letters to the terminated probationers contain the personal identifying information ("PII") of the terminated probationers, Defendants and Plaintiffs both submit that this information should remain under seal.

The information Defendants seek to seal is not being submitted in support of any argument for relief on the merits but rather to comply with the Court's Notice, the "good cause" standard for sealing applies. *See Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016) (internal citations omitted). Even under the more stringent "compelling reasons" standard for sealing some information, courts in this District routinely order the sealing of third-party PII. *See, e.g.*, *Opperman v. Path, Inc.*, No. 13-cv-453, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (exhibit containing "the names, email addresses, and phone numbers of non-part[ies]" provided "compelling reasons to seal [it] in its entirety").

In this case, there is both good cause and a compelling reason to protect federal employee PII from public disclosure here. First, absent an applicable exemption, the Privacy Act protects such information from disclosure. *See* 5 U.S.C. § 522a(b). Second, the federal employees identified in the letters are not parties to this litigation and have their own privacy interests; therefore there is no need for public disclosure of their identities or their PII at this point in the proceedings. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (recognizing the need to "protect third-party privacy interests" in "personnel records"). If sealing were denied, the names and PII of third-party employees will be exposed to public attention in this high-profile litigation.

## CONCLUSION

Defendants respectfully request this Court grant this Motion and permit an unredacted version of the corrective letters to be submitted under seal in hard copy form to the Court at the August 28, 2025, hearing.

Defendants' Admin. Mot. to Submit Letters in Compliance with Court Notice Under Seal
No. 3:25-cv-1780-WHA

| | |
|---|---|
| DATED: August 26, 2025 | Respectfully submitted, |

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

BRETT A. SHUMATE
Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER HALL
Assistant Branch Director

JAMES D. TODD, JR.
Senior Trial Counsel

s/ Gregory B. Conner
GREGORY B. CONNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Defendants' Admin. Mot. to Submit Letters in Compliance with Court Notice Under Seal
No. 3:25-cv-1780-WHA