CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

BRETT A. SHUMATE
Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
GREGORY B. CONNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

*(Counsel for other parties listed on signature page)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTION TO SUBMIT LETTERS UNDER SEAL** |

1  Pursuant to Civil Local Rule 7-11 and 79-5(c), the parties hereby stipulate and respectfully
2  move that the Court grant Defendants' Administrative Motion to Submit Letters in Compliance
3  with Court Notice Under Seal. The parties agree that Defendants will make hard copies available
4  to the Court at the August 28, 2025, hearing. The parties further agree that Defendants will make
5  electronic copies of the letters available to Plaintiffs' counsel. Finally, the parties agree that the
6  letters contain personal identifying information that should remain under seal.

DATED: August 26, 2025

Respectfully submitted,

| | |
|---|---|
| s/ Eileen B. Goldsmith<br>Eileen B. Goldsmith (SBN 218029)<br>Scott A. Kronland (SBN 171693)<br>Stacey M. Leyton (SBN 203827)<br>Danielle E. Leonard (SBN 218201)<br>Robin S. Tholin (SBN 344845)<br>JAMES BALTZER (SBN 332232)<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiff Organizations*<br><br>s/ Rushab Sanghvi<br>Rushab Sanghvi (SBN 302809)<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>80 F Street, NW<br>Washington, DC 20001<br><br>*Attorney for Plaintiff American Federation of Government Employees*<br><br>s/ Teague Paterson<br>Teague Paterson (SBN 226659)<br>Matthew Blumin (*pro hac vice*)<br>AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES<br>1625 L Street, N.W.<br>Washington, D.C. 20036<br><br>*Attorneys for Plaintiff American Federation of State County and Municipal Employees*<br><br>s/ Tera M. Heintz<br>Tera M. Heintz (SBN 241414)<br>Cristina Sepe (SBN 308023)<br>Cynthia Alexander, WA Bar No. 46019 (*pro hac vice*)<br>Deputy Solicitors General<br>OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>*Attorneys for Plaintiff State of Washington* | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>DIANE KELLEHER<br>Branch Director<br><br>CHRISTOPHER HALL<br>Assistant Branch Director<br><br>JAMES D. TODD, JR.<br>Senior Trial Counsel<br><br>s/ Gregory B. Conner<br>GREGORY B. CONNER<br>Trial Attorney<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br><br>*Counsel for Defendants* |

Stipulation and [~~Proposed~~] Order Re: Defendants' Motion to Submit Letters Under Seal
3:25-cv-1780-WHA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **September 4, 2025**

_____
HON. WILLIAM H. ALSUP
Senior United States District Judge

Stipulation and [Proposed] Order Re: Defendants' Motion to Submit Letters Under Seal
3:25-cv-1780-WHA

2