1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  BRETT A. SHUMATE
   Assistant Attorney General
7  DIANE KELLEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 GREGORY B. CONNER
   Trial Attorney
11 U.S. DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
12 P.O. Box 883
   Washington, DC 20044

13 *Counsel for Defendants*

14

15                    **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN FRANCISCO DIVISION**

17 AMERICAN FEDERATION OF                )
   GOVERNMENT EMPLOYEES, *et al.*,        )  Case No. 3:25-cv-1780-WHA
                                         )
18      Plaintiffs,                       )  **STATEMENT OF RECENT DECISION**
                                         )
19      v.                               )  Honorable William H. Alsup
                                         )
20 UNITED STATES OFFICE OF PERSONNEL    )
   MANAGEMENT, *et al.*,                  )
21                                        )
        Defendants.                       )
22 _____       )

23

24

25

26

27

28

Defendants' Statement of Recent Decision
No. 3:25-cv-1780-WHA

1    Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit this statement to inform

2    the Court of a recent decision rendered after the parties' briefing that may be relevant to this Court's

3    consideration:

4    On September 8, 2025, the Fourth Circuit concluded in *Maryland v. U.S. Department of*

5    *Agriculture*, Nos. 25-1248, 25-1338 (4th Cir. Sept. 8, 2025), that the state plaintiffs lacked standing to sue

6    the federal government for terminating the employment of certain probationary employees. *See* Slip

7    Opinion, Attachment A. The court described the case as addressing "whether a group of states may invoke

8    the jurisdiction of a federal district court to oversee the federal government's compliance with federal

9    employment laws governing the termination of federal employees." Slip op. at 28–29. Concluding that

10   "the Supreme Court's decisions plainly dictate" that the plaintiff states lacked standing, the Fourth Circuit

11   returned the case to the district court with directions to dismiss it. *Id.* at 29.

12
13   DATED: September 8, 2025            Respectfully submitted,

14                                      CRAIG H. MISSAKIAN (CABN 125202)
                                        United States Attorney
                                        PAMELA T. JOHANN (CABN 145558)
15                                      Chief, Civil Division
                                        KELSEY J. HELLAND (CABN 298888)
16                                      Assistant United States Attorney
                                        U.S. ATTORNEY'S OFFICE
17                                      450 Golden Gate Avenue, Box 36055
                                        San Francisco, California 94102-3495

18                                      BRETT A. SHUMATE
                                        Assistant Attorney General
19
                                        DIANE KELLEHER
20                                      Branch Director

21                                      CHRISTOPHER HALL
                                        Assistant Branch Director
22
                                        s/ James D. Todd, Jr.
23                                      JAMES D. TODD, JR.
                                        Senior Trial Counsel
24                                      GREGORY B. CONNER
                                        Trial Attorney
                                        U.S. DEPARTMENT OF JUSTICE
25                                      Civil Division, Federal Programs Branch
                                        P.O. Box 883
26                                      Washington, DC 20044

27                                      *Counsel for Defendants*

28

Defendants' Statement of Recent Decision
No. 3:25-cv-1780-WHA