Scott A. Kronland (SBN 171693)
Stacey M. Leyton (SBN 203827)
Eileen B. Goldsmith (SBN 218029)
Danielle E. Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
JAMES BALTZER (SBN 332232)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108

*Attorneys for Plaintiff Organizations*

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rule 7-11, 7-12, and 79-5, the parties hereby stipulate and respectfully request that the Court grant Defendants' Administrative Motion to File Under Seal and permit unredacted copies of the following documents to be filed under seal to protect the personal identifying information of the federal employees identified therein:

1. Ex. 1: U.S. Department of Defense's List of Employees
2. Ex. 2: U.S. Department of Veterans Affairs' List of Employees
3. Ex. 3: U.S. Department of the Interior's List of Employees

Redacted copies of these documents will be filed on the public docket.

DATED: March 31, 2025

Respectfully submitted,

| | |
|---|---|
| Scott A. Kronland (SBN 171693)<br>Stacey M. Leyton (SBN 203827)<br>Eileen B. Goldsmith (SBN 218029)<br>Danielle E. Leonard (SBN 218201)<br>Robin S. Tholin (SBN 344845)<br>JAMES BALTZER (SBN 332232)<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiff Organizations* | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>DIANE KELLEHER<br>Branch Director<br>CHRISTOPHER HALL<br>Assistant Branch Director<br><br>JAMES D. TODD, JR.<br>Senior Trial Counsel<br><br>*s/ Yuri S. Fuchs*<br>YURI S. FUCHS<br>Trial Attorney<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br><br>*Counsel for Defendants* |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **September 12, 2025**

_____
HON. WILLIAM H. ALSUP
Senior United States District Judge