| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288) |
| | Acting United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558) |
| | Chief, Civil Division |
| 3 | KELSEY J. HELLAND (CABN 298888) |
| | Assistant United States Attorney |
| 4 | U.S. ATTORNEY'S OFFICE |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102-3495 |
| | (415) 436-7200 |
| 6 | |
| | ERIC HAMILTON |
| 7 | Deputy Assistant Attorney General |
| | DIANE KELLEHER |
| 8 | Branch Director |
| | CHRISTOPHER HALL |
| 9 | Assistant Branch Director |
| | JAMES D. TODD, JR. |
| 10 | Senior Trial Counsel |
| | YURI S. FUCHS |
| 11 | GREGORY CONNER |
| | Trial Attorneys |
| 12 | U.S. DEPARTMENT OF JUSTICE |
| | Civil Division, Federal Programs Branch |
| 13 | P.O. Box 883 |
| 14 | Washington, DC 20044 |
| 15 | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**[PROPOSED] ORDER**

Good cause appearing, Defendants' Administrative Motion to File Under Seal is hereby GRANTED. Unredacted copies of the following documents shall be filed under seal to protect the personal identifying information of the third-party federal employees identified therein:

1. Ex. 1: U.S. Department of Defense's List of Employees
2. Ex. 2: U.S. Department of Veterans Affairs' List of Employees
3. Ex. 3: U.S. Department of the Interior's List of Employees

DATED: **September 12, 2025**

_____
HON. WILLIAM H. ALSUP
United States District Judge