| | |
|---|---|
| Scott A. Kronland (SBN 171693) | PATRICK D. ROBBINS (CABN 152288) |
| Stacey M. Leyton (SBN 203827) | Acting United States Attorney |
| Eileen B. Goldsmith (SBN 218029) | PAMELA T. JOHANN (CABN 145558) |
| Danielle E. Leonard (SBN 218201) | Chief, Civil Division |
| Robin S. Tholin (SBN 344845) | KELSEY J. HELLAND (CABN 298888) |
| James Baltzer (SBN 332232) | Assistant United States Attorney |
| ALTSHULER BERZON LLP | U.S. ATTORNEY'S OFFICE |
| 177 Post St., Suite 300 | 450 Golden Gate Avenue, Box 36055 |
| San Francisco, CA 94108 | San Francisco, California 94102-3495 |
| *Attorneys for Plaintiff Organizations* | ERIC HAMILTON |
| | Deputy Assistant Attorney General |
| | DIANE KELLEHER |
| | Branch Director |
| | CHRISTOPHER HALL |
| | Assistant Branch Director |
| | JAMES D. TODD, JR. |
| | Senior Trial Counsel |
| | YURI S. FUCHS |
| | Trial Attorney |
| | U.S. DEPARTMENT OF JUSTICE |
| | Civil Division, Federal Programs Branch |
| | P.O. Box 883 |
| | Washington, Dc 20044 |
| | *Counsel For Defendants* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:25-cv-01780-WHA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE: PLAINTIFFS' ADMINISTATIVE MOTION TO FILE UNDER SEAL** |

Stipulation and [~~Proposed~~] Order Granting Plaintiffs' Administrative Motion to File Under Seal
No. 3:25-cv-01780-WHA

1  Pursuant to Civil Local Rule 7-11, 7-12, and 79-5, the parties hereby stipulate and respectfully request that the Court grant Plaintiffs' Administrative Motion to File Under Seal and permit unredacted copies of the following documents to be filed under seal to protect the personal identifying information of the federal employees identified therein:

1. Exhibit 1 to the Supplemental Declaration of Amelia Glymph
2. Exhibit 1 to the Supplemental Declaration of Kory Blake

Redacted copies of these documents will be filed on the public docket.

DATED: April 11, 2025

Respectfully Submitted,

By: */s/ Danielle Leonard*

| | |
|---|---|
| Scott A. Kronland (SBN 171693)<br>Stacey M. Leyton (SBN 203827)<br>Eileen B. Goldsmith (SBN 218029)<br>Danielle E. Leonard (SBN 218201)<br>Robin S. Tholin (SBN 344845)<br>James Baltzer (SBN 332232)<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiff Organizations* | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>DIANE KELLEHER<br>Branch Director<br>CHRISTOPHER HALL<br>Assistant Branch Director<br>JAMES D. TODD, JR.<br>Senior Trial Counsel<br>YURI S. FUCHS<br>Trial Attorney<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, Dc 20044<br><br>*Counsel For Defendants* |

Stipulation and [~~Proposed~~] Order Granting Plaintiffs' Administrative Motion to File Under Seal
No. 3:25-cv-01780-WHA

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __September 12__, 2025        _____
The Honorable William H. Alsup
United States District Court Judge

Stipulation and [Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal
No. 3:25-cv-01780-WHA