| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division |
| 3 | KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney |
| 4 | U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102-3495 |
| 6 | ERIC HAMILTON<br>Deputy Assistant Attorney General |
| 7 | DIANE KELLEHER<br>Branch Director |
| 8 | CHRISTOPHER HALL<br>Assistant Branch Director |
| 9 | JAMES D. TODD, JR.<br>Senior Trial Counsel |
| 10 | YURI S. FUCHS<br>GREGORY CONNER |
| 11 | Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE |
| 12 | Civil Division, Federal Programs Branch<br>P.O. Box 883 |
| 13 | Washington, DC 20044 |
| 14 | *Counsel for Defendants* |
| 15 | *(Counsel for other parties listed on signature page)* |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  Pursuant to Civil Local Rule 7-11, 7-12, and 79-5, the parties hereby stipulate and
2  respectfully request that the Court grant Defendants' Administrative Motion to File Under Seal
3  and permit an unredacted copy of a declaration detailing the Department of Health and Human
4  Services' ("HHS") compliance with Paragraph 4 of this Court's April 18, 2025 preliminary
5  injunction to be filed under seal in order to protect the personal identifying information ("PII") of
6  the federal employees identified therein. The parties further stipulate that the Court keep under
7  seal the PII of the terminated probationers in the letter that those terminated probationers wrote to
8  the Court.

DATED: May 22, 2025

Respectfully submitted,

| | |
|---|---|
| Scott A. Kronland (SBN 171693)<br>Stacey M. Leyton (SBN 203827)<br>Eileen B. Goldsmith (SBN 218029)<br>Danielle E. Leonard (SBN 218201)<br>Robin S. Tholin (SBN 344845)<br>JAMES BALTZER (SBN 332232)<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiff Organizations* | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>DIANE KELLEHER<br>Branch Director<br>CHRISTOPHER HALL<br>Assistant Branch Director<br><br>JAMES D. TODD, JR.<br>Senior Trial Counsel |
| *s/ Rushab Sanghvi*<br>Rushab Sanghvi (SBN 302809)<br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES<br>80 F Street, NW<br>Washington, DC 20001<br><br>*Attorney for Plaintiff American Federation of Government Employees* | *s/ Yuri S. Fuchs*<br>YURI S. FUCHS<br>GREGORY CONNER<br>Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br><br>*Counsel for Defendants* |
| *s/ Teague Paterson*<br>Teague Paterson (SBN 226659)<br>Matthew Blumin (*pro hac vice*)<br>AMERICAN FEDERATION OF STATE,<br>COUNTY, AND MUNICIPAL<br>EMPLOYEES<br>1625 L Street, N.W.<br>Washington, D.C. 20036<br><br>*Attorneys for Plaintiff American Federation of State County and Municipal Employees* | |
| *s/ Tera M. Heintz*<br>Tera M. Heintz (SBN 241414)<br>Cristina Sepe (SBN 308023)<br>Cynthia Alexander, WA Bar No. 46019 (*pro hac vice*)<br>Deputy Solicitors General<br>OFFICE OF THE WASHINGTON STATE<br>ATTORNEY GENERAL<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>*Attorneys for Plaintiff State of Washington* | |

Stipulation and [~~Proposed~~] Order Re: Defendants' Administrative Motion to File Under Seal
3:25-cv-1780-WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **September 12, 2025**

_____
HON. WILLIAM H. ALSUP
Senior United States District Judge

Stipulation and [Proposed] Order Re: Defendants' Administrative Motion to File Under Seal
3:25-cv-1780-WHA

2