United States District Court
Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4

5                         NORTHERN DISTRICT OF CALIFORNIA

6   AMERICAN FEDERATION OF
    GOVERNMENT EMPLOYEES, AFL-CIO
7   ("AFGE"); AMERICAN FEDERATION            No.  C 25-01780 WHA
    OF STATE COUNTY AND MUNICIPAL
8   EMPLOYEES, AFL-CIO ("AFSCME");
    AFGE LOCAL 1216; UNITED NURSES
9   ASSOCIATIONS OF CALIFORNIA/
    UNION OF HEALTH CARE                     **FINAL JUDGMENT**
10  PROFESSIONALS, AFSCME, AFL-CIO;
    AFGE LOCAL 2110; MAIN STREET
11  ALLIANCE; COALITION TO PROTECT
    AMERICA'S NATIONAL PARKS;
12  WESTERN WATERSHEDS PROJECT;
    VOTE VETS ACTION FUND INC.;
13  COMMON DEFENSE CIVIC
    ENGAGEMENT; AMERICAN PUBLIC
14  HEALTH ASSOCIATION;
    ASSOCIATION OF FLIGHT
15  ATTENDANTS-CWA, AFL-CIO;
    AMERICAN GEOPHYSICAL UNION;
16  CLIMATE RESILIENT COMMUNITIES;
    POINT BLUE CONSERVATION
17  SCIENCE; and, STATE OF
    WASHINGTON,
18
                Plaintiffs,
19
          v.
20
    UNITED STATES OFFICE OF
21  PERSONNEL MANAGEMENT; and,
    ACTING DIRECTOR CHARLES EZELL,
22  in his official capacity,
23              Defendants, and,
24  UNITED STATES ("U.S.")
    DEPARTMENT OF AGRICULTURE;
25  SECRETARY ("SEC.") BROOKE
    ROLLINS, in her official capacity;
26  U.S. DEPARTMENT OF COMMERCE;
    SEC. HOWARD LUTNICK, in his official
27  capacity; U.S. DEPARTMENT OF
    DEFENSE; SEC. PETE HEGSETH, in his
28  official capacity; U.S. DEPARTMENT OF

EDUCATION; SEC. LINDA McMAHON, in her official capacity;
U.S. DEPARTMENT OF ENERGY; SEC. CHRIS WRIGHT, in his official capacity; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEC. ROBERT F. KENNEDY JR., in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; SEC. KRISTI NOEM, in her official capacity;
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEC. SCOTT TURNER, in his official capacity;
U.S. DEPARTMENT OF JUSTICE; ATTORNEY GENERAL PAM BONDI, in her official capacity; U.S. DEPARTMENT OF THE INTERIOR; SEC. DOUG BURGUM, in his official capacity;
U.S. DEPARTMENT OF LABOR; SEC. LORI CHAVEZ-DeREMER, in her official capacity; U.S. DEPARTMENT OF STATE; SEC. MARCO RUBIO, in his official capacity; U.S. DEPARTMENT OF TREASURY; SEC. SCOTT BESSENT, in his official capacity; U.S. DEPARTMENT OF TRANSPORTATION; SEC. SEAN DUFFY, in his official capacity;
U.S. VETERANS' ADMINISTRATION; SEC. DOUG COLLINS, in his official capacity; U.S. ENVIRONMENTAL PROTECTION AGENCY; ADMINISTRATOR ("ADMSTR.") LEE ZELDIN, in his official capacity;
U.S. GENERAL SERVICES ADMINISTRATION; ADMSTR. ROBIN CARNAHAN, in her official capacity;
U.S. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; ACTING ADMSTR. SEAN DUFFY, in his official capacity; NATIONAL SCIENCE FOUNDATION; DE FACTO DIRECTOR BRIAN STONE, in his official capacity;
U.S. OFFICE OF MANAGEMENT AND BUDGET; DIRECTOR RUSSELL VOUGHT, in his official capacity;
U.S. SMALL BUSINESS ADMINISTRATION; ADMSTR. KELLY LOEFFLER, in her official capacity;
U.S. SOCIAL SECURITY ADMINISTRATION; and, COMMISSIONER FRANK BISIGNANO, in his official capacity,

Relief Defendants.

United States District Court
Northern District of California

2

United States District Court
Northern District of California

1    Final judgment is hereby entered against Defendants and in favor of Plaintiffs to the

2   extent stated in the summary judgment order (but otherwise denied).

3    Final injunctive relief was ordered against all Relief Defendants except, as set out in the

4   summary judgment order, the Department of State, the National Aeronautics and Space

5   Administration, the Office of Management and Budget, and these three agencies' respective

6   agency heads in their official capacities.

7    The Court retains jurisdiction to enforce the final injunction and to award ancillary relief.

8   The Clerk shall close the file.

9

10    **IT IS SO ORDERED.**

11

12   Dated:  September 13, 2025.

13

14

15   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

3