UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; et al.,<br><br>　　　　Defendants - Appellants. | Nos. 25-1677, 25-2637, 25-5875<br>D.C. No. 3:25-cv-01780-WHA<br>Northern District of California, San Francisco<br><br>ORDER |

Before: CHRISTEN, BRESS, and VANDYKE, Circuit Judges.

　　The appeals from the district court's preliminary injunctions, Case No. 25-1677 and Case No. 25-2637, are dismissed as moot because the district court entered a final judgment. *Planned Parenthood Ariz. Inc. v. Betlach*, 727 F.3d 960, 963 (9th Cir. 2013); *see also Grupo Mexicano de Desarrollo S.A. v. All. Bond Fund, Inc.*, 527 U.S. 308, 314 (1999).

　　The appeal from the district court's final judgment, Case No. 25-5875, is assigned to this panel as a related appeal. Because the appeals from the district court's preliminary injunctions are dismissed as moot, Appellants' motion to consolidate appeals is DENIED. All future filings must be made in Case No. 25-5875, but the parties may refer to the filings previously made in Case No. 25-1677

and Case No. 25-2637.  The briefing, record, and oral argument in Case No. 25-1677 and Case No. 25-2637 shall be considered in the resolution of Case No. 25-5875.

The briefing schedule for Case No. 25-5875 shall be amended as follows: the Opening Brief is due October 17, 2025; the Answering Brief is due November 7, 2025; and Appellants' optional Reply Brief is due 10 days after service of the Answering Brief.

**Case Nos. 25-1677 and 25-2637 are DISMISSED as moot.**