UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER STRIKING GOVERNMENT'S POST-JUDGMENT REPLY BRIEF** |

In this post-judgment matter, the government files an "errata" to *sua sponte* supplant the actual record of these proceedings with a record it now prefers (Dkt. No. 264). The district court "has inherent supervisory authority over its own records even after final judgment and the filing of a notice of appeal." *Brennan v. Opus Bank*, 796 F.3d 1125, 1126 (9th Cir. 2015). In the United States District Court, no litigant gets to recreate the record of decision, for itself, after the decision has been made, and after it is already litigating that decision on appeal. The request (Dkt. No. 264) is DENIED. The spiffed-up reply (Dkt. No. 264-1) is STRICKEN. Our record of decision and judgment remains.

**IT IS SO ORDERED.**

Dated: October 2, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE