**MSPB EEOC United States District Court, Wake County NC Court**
**FBI, Office of the Senator John Cornyn, Senator Ted Cruz**

Oct 10 2025

**Request for all Parties to urgently evaluate this & my prior petitions and Answer**
**Supplement to my prior Aug and Sept 2025 Petitions and Judicial Notice**

**Notice & Request for FBI & US Attorney's office**: Pl refer to 9th Circuit 3:25-cv-01780-WHA case & my July, Aug, Sept 2025 Petitions & provides copies of this petition to: Acting US attorney Jeanine Pirro, Ellis Boyle and also to Matthew Fesak, Seth Wood

**Subject:** Fraud on Court and obstruction of Justice, by Clerk of Court, defendants, Peter Statt Moore, Mathew Fesak, Seth Wood, George Holding, Judges Flanagan, Boyle, Howard, Dever, Britt, Seeborg, Diaz, 4th circuit Judges, 4th circuit Judicial Council, Administrative Office of Courts, Judicial Conference of the USA in 5:09cv375:FL, 5:11cv365:BO, 5:11-cv-431:BO, 5:12cv29:H, 3:12-MC-80277-RS, 5:13-MC-54-D, 5:15:cv259:Br 5:17MJ1775:Br, 5:18-MJ-1029-D, 4th circuit appeal cases 09-2276, 10-1080 & others later US Supreme Court 10-934 Judicial Misconduct Complaints filed by Lakshminarasimha as cited by Judge Albert Diaz in 4-25-90060,63,64,65 for past 5 years, Wake County, NC Judges Sasser, Mangum, Ratledge, Chasse and related Cases.

FRCP 9, 19, 21 (change and/or add defendants), 42 (Consolidation) FRCP 60 (d) (3) Preliminary Injunction FRCP 65, 28USC 1404 (Change of Venue), 28 USC1651, 28USC1653 5USC702, 28 U.S.C. § 455 28 U.S.C. § 144 28USC351

**Certificate of Service of this Petition**

I certify I have mailed this Petition to the following by first class US Post mail.

1. Duty Agent, FBI, 500 S Taylor St # 401, Amarillo, TX 79101
2. Clerk of Court, US Federal Court, 310 New Bern Ave, Raleigh, NC 27601
3. Clerk of Court, US Federal Court, 16th floor, 450 Golden Gate Avenue, San Francisco
4. MSPB, 1100 Commerce Street, Room 620 Dallas, TX 75242-9979
5. U.S.EEOC. 131 M Street, NE. Washington, DC 20507
6. Office of Secretary of Navy, 1000 Navy Pentagon, Room 4D652 Washington, DC 20350
7. Wake County Clerk of Court is P.O. Box 351, Raleigh, NC 27602-0351
8. Wake County DA's Office, PO Box 31, Raleigh, NC 27602
9. The Whitehouse, President Trump, 1600 Pennsylvania Ave NW, Washington, DC 20500
10. W. Ellis Boyle, 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601
11. By Postal Mail and email to Senator Cornyn and Senator Cruz.
Via Email to: AdminOversight@ao.uscourts.gov USADC.ServiceCivil@usdoj.gov, Deborah Borges, US Navy, Deborah.n.borges.civ@us.navy.mil, Eric Knapp, US DOT, eric.knapp@dot.gov, Ellis Boyle, ellis.boyle@usdoj.gov, Matthew Fesak, Matthew.fesak@usdoj.gov, brian.hudak@usdoj.gov, seth.wood@usdoj.gov medford@manningfulton.com, kevin.joyner@ogletree.com, zanderson@smithlaw.com Sergio@who.eop.gov, usance.ecfcivil2@usdoj.gov

### Urgent Request to all Parties to evaluate this & my prior petitions and Answer
### Important and Urgent Notice to All Parties
### Not limited to Clerks, Associates of State & Fed Courts, FBI, Senators, US Navy

I certify I have mailed all my Aug & Sept 2025 and earlier petitions to all parties in certificate of service. I request Peter Statt Moore, Clerk of Court in NC and CA state and federal court provide copies to all judges that have handled my case. I also request clerks or case agents processing paper work for Senators, FBI, US DOJ provide copies to elected officials, assigned duty US attorney or US attorney. I certify, I have mailed Sept 26 2025 petition to Matthew Fesak. I also have emailed Aug and Sept Petitions to Matthew Feak. I received following email response, back from Matthew Fesak.

From: Fesak, Matthew (USANCE) <Matthew.Fesak@usdoj.gov>
Date: Fri, Oct 3, 2025 at 1:46 PM
Subject: Automatic reply: [EXTERNAL] Sept 26, 2025, Sept 19, 22, Oct 3, 2025 documents, DE 59 5:09-cv-375:FL
To: PRDB <prdbllc@gmail.com>
*Due to the lapse in appropriations, I am currently in furlough status related to non-excepted civil work. If this is an emergency, please call the receptionist at 919-856-4530 or send an email to usance.ecfcivil2@usdoj.gov. Thank you for your patience as responses will be delayed.*

This means, not only I have sent emails to proper email addresses earlier, due process required for Matthew Fesak to take appropriate action and resolve matter, since I had properly served assigned case US attorney (since I had served and notified Matthew Fesak, both by mail and email). Since I have mailed copies to FBI, Amarillo, failure for FBI, Amarillo office employees to resolve matter provides evidence of intentional wilful negligence by them, aiding and abetting fraud and corruption by them. I have informed all parties, that I have notified Chief of Police, Canyon, TX, US DOL, Texas Workforce Commission, Senator Cornyn and Cruz also. Then, since they, EEOC, MSPB, US DOJ, FBI, Senator Cornyn and Sen Cruz know and knew, my right to life, liberty, property, ability to get justice, enjoy life has been interfered, by not only State of NC, when State initiated 08cr40557, but both earlier and later, then due process and duty require, or required them to resolve matter by ensuring ensuring court employees in NC processes change of venue and new independent article 3 Judge resolve matter. Since this has not occurred, it is evident, there is aiding and abetting of fraud and obstruction of justice by representatives who are processing my paper work now and last few months also.

### Order issued by Judge Alsup in Case 3:25-cv-01780-WHA

Document 266 was Filed 10/02/25 by UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, in case titled, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., Plaintiffs, v. UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., Defendants. Order in No. C 25-01780 WHA, states, ORDER STRIKING GOVERNMENT'S POSTJUDGMENT REPLY BRIEF.. "In this post-judgment matter, the government files an "errata" to sua sponte supplant the actual record of these proceedings with a record it now prefers (Dkt. No. 264). The district court "has inherent supervisory authority over its own records even after final judgment and the filing of a notice of appeal." Brennan v. Opus Bank, 796 F.3d 1125, 1126 (9th Cir. 2015). .. Our record of decision and judgment remains. IT IS SO ORDERED.

This means, federal district court, has inherent authority to review its own court orders at any time. I also have explained and reasoned, since fraud and deceit is possible not only in state and federal courts, but only appeal then due process should have been implemented and provided that is equivalent to FRCP 60 in court of appeals and Supreme Court also. Since I had initiated 5:09-cv-375:FL and timely appealed, then I did not need to initiate any additional cases later and in even if I had been forced to initiate new cases by fraud and deceit, then since FRCP 9 and FRCP 60 fraud, FRCP 15, relate back, equitable estoppel, equitable tolling applied and remedy exist, all I have to show after discovery is I had suffered injury to which either Article 2 or Article 3 needed to provide remedy and since they have not, both new independent Article 3 Judge and Article 1 or Senator Cornyn and Senator Cruz has jurisdiction and duty to resolve matter. I also have explained, since I have sent my petition to Secretary of Navy, President Trump also, and duty of office of President is to provide justice, then Secretary of Navy or President can resole matter. I have provided specific details how and why Navy HR office or US Navy has continued duty to answer, since court has not resolved matter. I also have explained, since Matthew Fesak and George Holding, have deceived me, by creating false impression and claiming sovereign immunity, knowing, I was attempting to resolve employment and family relocation matter, court had jurisdiction under not only Title VII but also under Biven's action, government and court can add and drop or add or sever claim at any time, required defendants had not been added in 5:09-cv-375:FL, and therefore court has dismissed 5:09-cv-375:FL, and issued an invalid order directing clerk of court to not accept additional documents and docket them.

### Additional Details

This important and urgent notice applies to not only all state and federal courts not limited to Peter Statt Moore, clerk of court in Wake County, NC Courts and Federal Court in CA and NC, but it also applies to assistants helping Senators, FBI and employees in US attorney's office in not limited to Ellis Boyle and Jeanine Ferris Pirro, In addition, since I am sending this petition to Wake County, State of NC DA's office and Clerk of court, have sent Sept 26, 2025 and numerous other petitions earlier, then they, FBI and US attorney's office knew, they could not allow, Wake County, State of NC, small claims, district and superior court state judges to adjudicate dispute. In spite of knowing, fact FBI and US attorney's and Wake County DA's have allowed Clerk of Court in Wake County and Wake County Judges to conduct hearing and adjudicate dispute not only in 2021/2 and later, but between 2009-2021/2, provides evidence of not only public corruption, fraud on court and obstruction of Justice. I would like all parties note, even though I have forgotten to include claim, that State of NC, Town of Cary police, did not return vehicle I was driving, in my Sept 26, 2025 petition, I certify, I have explained and made this claim known numerous times. That is, State of NC had scheduled, hearing and trial date of 08cr40557 to be on Oct 13, 2008 or so, Judge Eric Chasse had ordered all parties to appear in court for trial, Wake County DA Jim Ferguson was, assigned to handle case, but State of NC dismissed my case in violation of due process without explaining and resolving my case and controversy, **of returning not only sacred thread, house and vehicle keys, but vehicle I was driving, as well as explaining duties and responsibilities of all parties**. I also have explained how and why State of NC, State of CA, and US attorney's office in NC and CA, have violated equal protection and due process, because, not only I was not a resident of NC, but resident of CA, there was another DMV ticket case active, as well as a number of employers in CA, also have discriminated me, and family court case 07-cvd-11248 had been dismissed and closed. I have explained and reasoned since family court case 07cvd11248 had

been dismissed and closed, both me and my wife had custody of children, both house and vehicle were jointly owned, then town of Cary Police and State of NC could violate equal protection and due process, and involve themselves in family matter, arrest me and prevent me to live at my home and with my family. I have explained in great detail, since State of NC had interfered with my life, liberty and property, and this situation had come about when I was attempting to resolve employment and family relocation matter, another CA, DMC ticket case was active, then due process and duty required for State of NC, CA, and federal court to understand circumstances and situation and all related facts and resolve all matter. Since facts and evidence show, I was prevented from entering and living with my house and family not only after July 7, 2008 or so but between July and Oct 2008, and this situation had come about when I was attempting to resolve employment and family relocation matter, because Jim Ferguson, had initiated vindictive prosecution 08cr40557 against me without justification, I had notified employers for discrimination and failure to hire, and I did not know existence of EEOC, OSC, MSPB to resolve employment and family relocation matter, I had right to seek and had sufficient justification to seek remote work authorization, I did not need to leave my employment and reapply to get back into my employment as I had been led to believe, there was not reduction in force or furlough in effect, as well as number of employers had discriminated and not hired. Therefore, due process and duty required not only FBI and US attorney's office, but Wake County, DA to understand my complaint and situation and resolve matter also. Therefore, State of NC could not dismiss 08cr40557. I also have explained, since I had met with FBI and FBI had sent me to US attorney's office, Rudy Renfer or US attorney's office employees were required to resolve matter. Since neither they, Senator Feinstein, US Rep Price or US Attorney General or Office of President resolved matter, I had been forced to initiate 5:09-cv-375:FL before discovery and therefore, burden to resolve matter had been shifted to court, court could not impose notification, pleading and plausibility standards to hear case to provide justice. Facts and evidence show, Rudy Renfer has made fraudulent claim, his only duty is to determine, if I owe taxes and if I do, then he has justification to make sure I pay all taxes owed by me to government. Other than that he has no obligation to understand my case and controversy. Since facts and evidence show, Judge Flanagan had issued an order without conduct hearing, duty required for, Matthew Fesak and George Holding to present facts and evidence without omission and misrepresentation and Judge Flanagan could not dismiss case, since I had suffered concrete particularized injury by multiple parties that were related. Burden to discover who caused the injury what my claim and what interim relief and remedy I was and/am entitled to was/is not mine alone. I have explained, since equitable tolling, equitable estoppel applied, FRCP 15 related back applies, I have notified FBI, US DOL, Texas Workforce commission with more details, then they have obligation to provide justice to me.

Since House and Senate, Whitehouse, US DOJ have come if Matthew Fesak, Seth Wood, George Holding had presented my case properly they knew Rudy Renfer was defendant under Bivens action,, US Navy and multiple employers were defendants under Title VII and 42USC1981 failure to hire, in 5:09-cv-375:FL, due process required for US DOJ to remove 08cr40557 to federal court and resolved matter related to family breakup, employment, family relocation and resettlement before I initiated civil case 5:09-cv-375:FL because my case and controversy was related to employer discrimination, failure to protect my civil and fundamental rights by State and federal authorities, they also knew, Sovereign Immunity did not apply, I was entitled to rental car and living expenses and unemployment income, since I had not lost employment due to my fault, both I and my wife and custody rights of Children, there was no

family court case, town of Cary police had prevented me to enter to my house and live with my family, had taken my vehicle I owned and car and hose keys.

Based on 3:25-cv-01780-WHA, since I had valid right to seek remote work authorization, I had not lost employment due to my fault, I did not need to leave employment and reapply, I was reinstatable to employment with Navy. Since this discrimination and fraud had occurred when I had been made to leave and reapply by Boyce Engineering, EPRI, GE, and multiple employers had discriminated and not hired, since government and court can add or drop a party, add or drop a claim, I was entitled to salary and income, loss of grade, punitive damages from multiple employers. Government (George Holding, Matthew Fesak, Seth Wood, Rudy Renfer and other assigned US attorney was required to answer if they will represent me or will will authorize court costs and attorney fee. Government could not motion court to dismiss case and Judges could not dismiss case, since I had suffered valid injury. I also have explained, not in all cases, circumstances and situation, litigant or complainant need not meet requirements of plausibility and pleading standards. One need not need to complete discovery and know all details of case, relief and remedy to initiate a civil case. All a litigant needs to do is to simply explain, what circumstances and situation is, and based on these circumstances and situation, government and court needs to conduct hearing and issue a detailed case management order, and if litigant does not know relief and remedy, government and court can explain and provide this, since this does not affect case outcome. On the other hand, if government and court does not provide required information, it can cause injury to litigant, as it has to me and family. All of this shows, fraud on me and fraud on court, has been committed by not only Wake County, DA, Jim Ferguson and attorney's representing defendants in State Courts but Judges Sasser Eric Chasse, Ned Mangum, Ratledge and others in NC Wake County courts as well as by Matthew Fesak, Seth Wood, George Holding, Flanagan, Boyle, Howard, Dever, Britt, Seeborg, Diaz, 4th circuit Judges, 4th circuit Judicial Council, Administrative Office of Courts, Judicial Conference of the USA also have obstructed justice. Since I had explained situation to Steve Bizzarro and Paul Singshinsuk, Sandy Miller and Don Crystal, Navy HR needed to explain and answer if it plans to rehire me or not, if I am entitled to leave without pay or unemployment insurance, since I had valid right to seek remote work authorization and since reduction in force was not in effect. Since I had gone and met with Navy HR after initiating 5:09-cv-375:FL, court has not resolved matter, then Navy needs to still answer regarding hiring me and if it declines, Navy EEO, EEOC, OSC, MSPB and/or courts have continued obligation to resolve employment and my fundamental rights matter. Since I had been interviewed by EPRI (John Schiebel), Duke Progress Energy had not yet interviewed me when State of NC initiated 08cr40557, but interviewed later and I had initiated 5:09-cv-375:FL, due process and duty required for, US DOJ and Article III Judge to remove all Wake County, NC cases to federal court, issue a detailed case management order to resolve employment and family breakup matter using EEOC, OSC, MSPB. Since State of NC took custody of my children, house and vehicle key, Sacred thread I was wearing and vehicle, have not given them back to me, employers have discriminated and not hired, dismissed case by fraud and not reopening them or changing venue, I have explained, I was entitled rental car and living expenses and unemployment income, I am requesting FBI, Sec of Navy, The Whitehouse, Admin Office of courts, Senator Cornyn and Senator Cruz to resolve matter and provide justice urgently.

Respectfully,

Arkalgud Lakshminarasimha (Ark Simha)   oct 10, 2025

(806) 584-6558   Oct 10 2025
2602 6th Av Apt 2, Canyon, TX 79015