UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER RE THIRD-PARTY REQUEST** |

In this post-judgment matter, a third party pleads for the return of a sacred thread, among other requests not always coherently stated but which appear to have been denied in actions pending in other jurisdictions, all these requests for relief now being made to all judges and senators and others beside (Dkt. No. 267). This court lacks jurisdiction to consider any of these requests. The third-party filing is DISMISSED.

**IT IS SO ORDERED.**

Dated: October 19, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE