CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
GREGORY CONNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' NOTICE OF FILING AGENCY DECLARATIONS PURSUANT TO PARAGRAPH 7 OF THE COURT'S ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>The Hon. William H. Alsup |

Defendants' Notice of Filing Agency Declarations Pursuant to Paragraph 7
of the Court's Order on Cross-Motions for Summary Judgment
3:25-cv-1780-WHA

Please take notice that, pursuant to Paragraph 7 of this Court's Order on the Parties' Cross Motions for Summary Judgment, *see* Order on Cross Mots. for Summ. J. at 38, ¶ 7, ECF No. 261, Defendants are filing declarations by the Chief Human Capital Officer of each defendant agency subject to the Court's Order—the Departments of Agriculture; Commerce; Defense; Education; Energy; Health & Human Services; Homeland Security; Housing and Urban Development; the Interior, Justice; Labor; the Treasury; Transportation; and Veterans Affairs, as well as the Environmental Protection Agency; General Services Administration; National Science Foundation; Small Business Administration; and Social Security Administration, *see* Order at 36—acknowledging, in writing, that they have received and read the Order.

Dated: October 31, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
GREGORY CONNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

Defendants' Notice of Filing Agency Declarations Pursuant to Paragraph 7
of the Court's Order on Cross-Motions for Summary Judgment
3:25-cv-1780-WHA