PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF CRYSTAL TAYLOR IN SUPPORT OF DEFENDANT DEPARTMENT OF COMMERCE'S REPORT REGARDING COMPLIANCE WITH SEPTEMBER 12, 2025 ORDER** |

Pursuant to 28 U.S.C. § 1746, I, Crystal Taylor, declare as follows:

1.      I am the Acting Chief Human Capital Officer and Director, Office of Human Resources Management at the Department of Commerce (Commerce), headquartered in Washington, D.C.  I have served in this position since September 25, 2025.  I make this Declaration based on my own personal knowledge, on information contained in the records of the Department of Commerce, or on information provided to me by Commerce employees.

2.      In my role at Commerce, I am responsible for personnel management.  I have the responsibility for overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations.  I assist in ensuring that all personnel actions comply with court orders and federal law, including those related to probationary employees.

3.      I acknowledge having received and read this Court's September 12, 2025 Order on Cross-Motions for Summary Judgment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2025

/s/

_____
CRYSTAL TAYLOR
ACTING CHIEF HUMAN CAPITAL OFFICER
DIRECTOR, OFFICE OF HUMAN RESOURCES
MANAGEMENT
U.S. DEPARTMENT OF COMMERCE

Declaration of Crystal Taylor in Support of Defendant Department of Commerce's Report Regarding Compliance with September 12, 2025 Order
3:25-cv-1780-WHA

1