UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case no. 3:25-cv-1780-WHA |

**DECLARATION OF THOMAS NAGY**

Pursuant to 28 U.S.C. § 1746, I, Thomas J. Nagy Jr., declare as follows:

1. I am the Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer (CHCO), United States Department of Health and Human Services ("HHS" or "Department") headquartered in Washington, D.C.

2. I have received and read the September 12, 2025, Order on Cross-Motions for Summary Judgment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2025

Thomas J. Nagy Jr.