IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | No. C 25-01780 WHA |

### DECLARATION OF LORI A. MICHALSKI

Pursuant to 28 U.S.C. § 1746, I, Lori A. Michalski declare as follows:

1. I currently serve as the General Deputy Assistant Secretary for the Office of Administration at the U.S. Department of Housing and Urban Development (HUD) and am duly authorized to make this declaration on behalf of HUD.

2. On September 12, 2025, the Court issued an Order on Cross-Motions for Summary Judgment (Order). I received and read the Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2025

*Lori A. Michalski*
/s/
Lori A. Michalski