PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF RACHEL BORRA IN SUPPORT OF DEFENDANTS' COMPLIANCE WITH SEPTEMBER 12, 2025, ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

I, Rachel Borra, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer for the U.S. Department of the Interior ("Department"), headquartered in Washington, D.C.  I have served in this position since September 29, 2025. I make this declaration based on my own personal knowledge, on information contained in the records of the Department, or on information provided to me by Department employees.

2. In my role at the Department, I am responsible for personnel management. I have the responsibility of overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary and trial period appointees.

3. I have received and read the District Court's September 12, 2025 Order on Cross Motions for Summary Judgment ("September 25, 2025 Order") in the above-referenced matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2025

_____
RACHEL BORRA

Declaration of Rachel Borra in Support of Defendants' Compliance with Order on Cross Motions for Summary Judgment, dated September 12, 2025
3:25-cv-1780-WHA

1