CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AGENCY DECLARATIONS AND DOCUMENTS PURSUANT TO PARAGRAPH 8 OF THE COURT'S ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>The Hon. William H. Alsup |

Pursuant to Civil Local Rule 7-11, 79-5(c), and Paragraph 8 of this Court's Order on the Parties' Cross Motions for Summary Judgment, *see* Order on Cross Mots. for Summ. J. at 38, ¶ 8, ECF No. 261 ("September 12 Order"), Defendants move to file under seal declarations by the Chief Human Capital Officer of the following defendant agencies—the Departments of

Defendants' Administrative Motion to File Under Seal Agency Declarations and Documents
Pursuant to Paragraph 8 of the Court's Order on Cross-Motions for Summary Judgment
3:25-cv-1780-WHA

Agriculture; Commerce; Defense; Education; Energy; Homeland Security; the Interior, Labor; Transportation; and Veterans Affairs, as well as the Environmental Protection Agency; General Services Administration; National Science Foundation; and Social Security Administration—stating that they terminated a number of probationary employees who received termination notices based on the U.S. Office of Personnel Management's January and February 2025 guidance and template notice after the agency carried out an individualized evaluation of that employee's performance. Attached to each declaration is documentation underpinning those terminations. *See id*. Defendants seek to seal these declarations and documentation because they contain the personal identifying information ("PII") of former employees, the documents are not submitted in support of any argument for relief on the merits, and because the former employees are not parties to this litigation. Defendants and Plaintiffs also submit that this information should remain under seal.

This Court should find that the "good cause" standard for sealing this information applies because the information Defendants seek to seal is not being submitted in support of any argument for relief on the merits, but rather to comply with Paragraph 8 of the Court's September 12 Order. *See Ctr. for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016) (internal citations omitted). Even under the more stringent "compelling reasons" standard for sealing some information, courts in this District routinely order the sealing of third-party PII. *See, e.g.*, *Opperman v. Path, Inc.*, No. 13-cv-453, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (exhibit containing "the names, email addresses, and phone numbers of non-part[ies]" provided "compelling reasons to seal [it] in its entirety").

In this case, there is both good cause and a compelling reason to protect federal employee PII from public disclosure here. First, absent an applicable exemption, the Privacy Act protects such information from disclosure. *See* 5 U.S.C. § 522a(b). Second, the former employees identified in the declaration are not parties to this litigation and they have their own privacy interests; therefore, there is no need for public disclosure of his or her identity or PII at this point in the proceedings. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (recognizing the need to "protect third-party privacy interests" in "personnel records"). If

Defendants' Administrative Motion to File Under Seal Agency Declarations and Documents
Pursuant to Paragraph 8 of the Court's Order on Cross-Motions for Summary Judgment
3:25-cv-1780-WHA

sealing were denied, the name and PII of a third-party employee will be exposed to public attention in this high-profile litigation.

## CONCLUSION

Defendants respectfully request this Court grant this Motion and file the attached declarations and documentation under seal.

Dated: November 21, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*