```
CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
```

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' NOTICE OF FILING AGENCY DECLARATIONS PURSUANT TO PARAGRAPHS 3-5 OF THE COURT'S ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>The Hon. William H. Alsup |

Please take notice that, pursuant to Paragraphs 3, 4, and 5 of this Court's Order on the Parties' Cross Motions for Summary Judgment, *see* Order on Cross Mots. for Summ. J. at 37–38, ¶¶ 3-5, ECF No. 261, Defendants are filing declarations by the Chief Human Capital Officer of each defendant agency subject to the Court's Order—the U.S. Departments of Agriculture;

Defendants' Notice of Filing Agency Declarations Pursuant to Paragraphs
3-5 of the Court's Order on Cross-Motions for Summary Judgment
3:25-cv-1780-WHA

Commerce; Defense; Education; Energy; Health & Human Services; Homeland Security; Housing and Urban Development; the Interior, Justice; Labor; the Treasury; Transportation; and Veterans Affairs, as well as the Environmental Protection Agency; General Services Administration; National Science Foundation; Small Business Administration; and Social Security Administration, *see* Order at 36—acknowledging that: (i) the agency has updated the personnel file, including the SF-50, of each probationary employee who received a termination notice based on the U.S. Office of Personnel Management ("OPM")'s January and February 2025 guidance and template notice to reflect that the termination was not performance or conduct based, *see* Order at 37, ¶ 3; (ii) where applicable, the agency has not made a later termination of any such employee retroactive to the date of the first and has updated all personnel files, *see id.* ¶ 4; and (iii) the agency has issued a corrective notice to each such employee, *see id.* ¶ 5. Attached to each declaration is an exemplar of the corrective notice sent to each such employee. *See id.*[1]

---

[1] As described in the attached declaration by the Chief Human Capital Officer of the U.S. Department of Justice, no notice is attached that declaration because the Department did not issue any termination notices to probationary employee based on OPM's January and February 2025 guidance and template.

Defendants' Notice of Filing Agency Declarations Pursuant to Paragraphs
3-5 of the Court's Order on Cross-Motions for Summary Judgment
3:25-cv-1780-WHA

Dated: November 21, 2025           Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*