PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al. | Case No. 3:25-cv-1780-WHA |
| Plaintiffs, | |
| v. | **DECLARATION OF REESHA TRZNADEL REGARDING COMPLIANCE WITH ORDER OF SEPTEMBER 12, 2025** |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., | |
| Defendants. | |

I, Reesha Trznadel, hereby declare:

1. I am the Acting Chief Human Capital Officer of the Department of Energy ("DOE"), headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of DOE, or on information provided to me by DOE employees.

2. I have served in this position since February 28, 2025. In my Acting role at DOE, I oversee those responsible for personnel management. I oversee those responsible for tracking and recording personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary employees.

3. I have received and read this Court's "ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT" entered September 12, 2025, ECF No. 261.

4. In accordance with that Order, between November 4, 2025 and November 14, 2025, human resources staff for all DOE Departmental elements distributed a written notice to their current or former probationary employees who received a variation of the Office of Personnel Management template termination notice on February 13 or 14, 2025, with the exception of three employees who were later terminated for unrelated individualized performance or conduct reasons. These written notices were directed to the employee individually and were transmitted via electronic mail or, if an electronic mail address for the employee was not available, via United States mail. An example of the written notice is attached to this declaration as Exhibit A.

5. As mentioned, the written notice was not distributed to three DOE probationary employees who were terminated for individualized performance or conduct reasons unrelated to the mass termination notices sent on February 13 or 14, 2025. These employees are identified in a separate version of my declaration that will be filed under seal.

6. Except for the three employees identified in Paragraph 5, to the best of my knowledge, the official personnel files for each of the DOE probationary employees who

Decl. of Reesha Trznadel Re: Compliance With Order of Sept. 12, 2025
3:25-cv-1780-WHA

1

received the mass termination notices sent on February 13 or 14, 2025, do not reflect a termination that was performance or conduct based.

7. I confirm that, to the best of my knowledge, DOE has not terminated any probationary employees who received the mass termination notices sent on February 13 or 14, 2025 in a manner that made the employee's termination date retroactive.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of November, 2025.

REESHA TRZNADEL
Digitally signed by REESHA TRZNADEL
Date: 2025.11.18 17:07:47 -05'00'

REESHA TRZNADEL
ACTING CHIEF HUMAN CAPITAL OFFICER
US DEPARTMENT OF ENERGY

Decl. of Reesha Trznadel Re: Compliance With Order of Sept. 12, 2025
3:25-cv-1780-WHA

| | |
|---|---|
| **From:** | Boyle, Christopher |
| **To:** | ▮ |
| **Subject:** | Court Ordered Communication |
| **Date:** | Wednesday, November 5, 2025 12:24:00 PM |
| **Attachments:** | image001.png |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.pdf |

Dear ▮▮▮▮▮▮▮▮,

*Please see the attached letter being provided to you in accordance with the American Federation of Government Employees v. U.S. Office of Personnel Management, No. 3:25-cv-1780 WHA (N.D. Cal.) court case.*

*Regards,*



*Learn more on HCnet*
*Contact the HR Hotline*

**Chris Boyle**
Chief Operating Officer

Office of the Chief Human Capital Officer
**OFFICE**  240.252.8536



# Department of Energy
Washington, DC 20585

November 4, 2025

████████

████████████████

Dear ██████████████

    This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, the Department of Energy (DOE) informs you that you were not terminated on the basis of your personal performance.

    As required by Paragraph 3 of that order, DOE has updated your personnel file to reflect that you were not terminated for performance or conduct based reasons.

Sincerely,



Reesha Trznadel
Chief Human Capital Officer
Office of the Chief Human Capital Officer