PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> **DECLARATION OF ROLAND EDWARDS IN RESPONSE TO THE COURT'S September 12, 2025, ORDER** |

Declaration of Roland Edwards in Response to the Court's September 12, 2025, Order
3:25-cv-1780-WHA

I, Roland Edwards, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer of the Department of Homeland Security ("Department"), headquartered in Washington, D.C. I have served in this position since 2023.

2. In my role at the Department, I am responsible for personnel management. I have the responsibility for overseeing the human resources enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with Federal law, including those related to probationary employees.

3. I acknowledge having received and reviewed the Court's September 12, 2025, Order.

4. I confirm that, as of November 14, 2025, the Department sent corrective notices in accordance with Paragraph 5 of the Court's September 12, 2025, Order to all applicable employees, of which there were approximately 329 individuals. An exemplar of the corrective notices is attached.

5. As relates to ¶ 3 of the relief contained in the September 12 Order, DHS has reviewed the electronic Official Personnel File (eOPF) of the Probationary Employees. The SF-50s for the Probationary Employees that reference their removal on February 14, 2025, have been deleted and no SF-50s in the eOPF of the Probationary Employees reference their removal on February 14, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2025

BENJAMIN R EDWARDS
Digitally signed by BENJAMIN R EDWARDS
Date: 2025.11.21 12:34:33 -05'00'

ROLAND EDWARDS
CHIEF HUMAN CAPITAL OFFICER
DEPARTMENT OF HOMELAND SECURITY

Declaration of Roland Edwards in Response to the Court's September 12, 2025, Order
3:25-cv-1780-WHA

1

*Office of the Chief Human Capital Officer*
**U.S. Department of Homeland Security**
Washington, DC 20528



November 14, 2025

███████████
███████████████
███████████████

Dear ███████,

    This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, the Department of Homeland Security informs you that you were not terminated on the basis of your personal performance.

    As required by Paragraph 3 of that order, the Department of Homeland Security confirms it cancelled the SF-50 terminating your employment in March 2025 and that no such SF-50 is in your personnel file.

Sincerely,

NICOLE C PERRY
Digitally signed by NICOLE C PERRY
Date: 2025.11.14 11:25:42 -05'00'

Nicole C. Barksdale-Perry
Executive Director
Human Resources Management and Services