PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**SUPPLEMENTAL DECLARATION OF RACHEL BORRA IN SUPPORT OF DEFENDANTS' COMPLIANCE WITH SEPTEMBER 12, 2025, ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT – re: CORRECTIVE NOTICES AND CORRECTIONS TO SF-50s** |

I, Rachel Borra, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer for the U.S. Department of the Interior ("Department"), headquartered in Washington, D.C. I have served in this position since September 29, 2025. I make this declaration based on my own personal knowledge, on information contained in the records of the Department, or on information provided to me by Department employees.

2. In my role at the Department, I am responsible for personnel management. I have the responsibility of overseeing the personnel enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with federal law, including those related to probationary and trial period appointees.

3. I have received and read the District Court's September 12, 2025 Order on Cross Motions for Summary Judgment ("September 25, 2025 Order") in the above-referenced matter.

4. The Department of Interior did not retroactively terminate probationary employees.

5. In late April/early May, 2025, following the District Court's April 18, 2025 Order on Motion for Preliminary Injunction by Union Plaintiff's and State of Washington ("April 18, 2025 Order"), DOI's Office of Human Capital instructed all Bureaus/Offices to issue a subsequent individual written notice to all probationers terminated pursuant to OPM's February instruction that their termination was not performance or conduct based. See Decl. of Stephanie Holmes, Dated May 5, 2025.

6. Following the District Court's July 23, 2025, Notice Regarding Preliminary Injunction Compliance ("July 23, 2025 Notice"), DOI's Office of Human Capital instructed all Bureaus/Offices to confirm that individual written correction notices were issued in compliance with the April 18, 2025, Order.

7. All DOI Bureau/Offices issued a subsequent individual written notice to all probationers, terminated pursuant to OPM's February 2025 instruction, that their termination was not performance or conduct based.

Supplemental declaration of Rachel Borra in support of defendants' compliance with September 12, 2025, order on cross motions for summary judgment – re: corrective notices and corrections to sf-50s
3:25-cv-1780-WHA

1

8. As of November 7, 2025, DOI's Bureaus/Offices have cancelled and removed the termination during probation SF-50s issued on or about February 14, 2025, from individual electronic Official Personnel Files that are under the custody and control of DOI.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2025

RACHEL BORRA
Digitally signed by RACHEL BORRA
Date: 2025.11.18 16:00:56 -05'00'

RACHEL BORRA

Supplemental declaration of Rachel Borra in support of defendants' compliance with September 12, 2025, order on cross motions for summary judgment – re: corrective notices and corrections to sf-50s
3:25-cv-1780-WHA

2



United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240

November 14, 2025



Dear 

    This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, U.S. Department of the Interior informs you that you were not terminated on the basis of your personal performance.

    As required by Paragraph 3 of that order, U.S. Department of the Interior has updated your personnel file, including your SF-50, to reflect that your termination was not performance or conduct based.

Sincerely,

*Rachel Borra*

Rachel Borra
Chief Human Capital Officer