```
```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF MICHAEL J. WILLIAMS REGARDING INDIVIDUALIZED REASONING AND DOCUMENTATION OF PROBATIONARY TERMINATIONS** |

I, Michael J. Williams, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer for the Department of Justice. I have served in the Chief Human Capital Officer position since June 2023.

2. Pursuant to this court's September 12, 2025, Order on Cross-Motions for Summary Judgment in the above-styled case, I hereby provide information regarding the probationary terminations conducted by Department of Justice components from January 20, 2025, to October 31, 2025, the date of the request for information to components.

3. From January 20, 2025, to October 31, 2025, the Department of Justice terminated 265 employees serving a probationary or trial period.

4. It was not necessary for DOJ to update any employee personnel files, including electronic official personnel folders (eOPFs) and/or Standard Form 50s (SF-50s), to comply with Paragraph 3 of the September 12, 2025, Order because DOJ did not terminate any employee using the U.S. Office of Personnel Management's (OPM) February 2025 template nor was any termination based in whole or in part on OPM's January 20, 2025, memo titled "Guidance on Probationary Periods, Administrative Leave and Details."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2025

_____
MICHAEL J. WILLIAMS
CHIEF HUMAN CAPITAL OFFICER
DEPARTMENT OF JUSTICE

1