PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF DEAN HEYL IN RESPONSE TO THE COURT'S September 12, 2025, ORDER** |

I, Dean Heyl, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer of the U.S. Department of Labor ("Department"), headquartered in Washington, D.C. I have served in this position since July 29, 2025.

2. In my role at the Department, I am responsible for personnel management. I have the responsibility for overseeing the human resources enterprise and tracking and recording of personnel actions, including terminations. I assist in ensuring that all personnel actions comply with Federal law, including those related to probationary employees.

3. I acknowledge having received and reviewed the Court's September 12, 2025, Order.

4. I confirm that, as of October 30, 2025, the Department sent corrective notices in accordance with Paragraph 5 of the Court's September 12, 2025, Order to all applicable employees, of which there were one-hundred sixty-eight (68) individuals. An exemplar of the corrective notices is attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2025

/s/ *Dean A. Heyl*
_____
DEAN HEYL
CHIEF HUMAN CAPITAL OFFICER
U.S. DEPARTMENT OF LABOR

| | |
|---|---|
| **From:** | Career Transition Services |
| **To:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Cc:** | Career Transition Services |
| **Subject:** | Corrective Notice For ▮▮▮▮▮▮▮▮▮▮ |
| **Date:** | Thursday, October 30, 2025 11:06:00 AM |
| **Attachments:** | Corrective Notice for ▮▮▮▮▮▮▮▮▮▮.pdf |

Dear ▮▮▮▮▮▮▮▮▮▮,

Please see attached corrective notice.

**U.S. DEPARTMENT OF LABOR**
WASHINGTON, DC 20210

October 29, 2025

Dear █████████████████:

    This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, the U.S. Department of Labor (DOL) informs you that you did not receive a notice of termination on the basis of your personal performance.

    As required by Paragraph 3 of that order, DOL has confirmed that your personnel file, including your SF-50s, does not reflect that you were terminated for performance or conduct.

Sincerely,

*Dean A. Heyl*

DEAN HEYL
Assistant Secretary for Administration and Management (OASAM)