PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1780-WHA <br><br> **DECLARATION OF TREVOR NORRIS** |

I, Trevor Norris, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am Deputy Assistant Secretary (DAS) for Human Resources (HR) for the United States Department of the Treasury, headquartered in Washington, D.C. I have served in this position since September 2017.

2. As DAS for HR, I oversee all human capital programs for the Department of the Treasury and its bureaus (collectively, "Treasury"). I have the responsibility for tracking and recording personnel actions, including terminations.

3. Treasury offered to reinstate all impacted employees in March 2025. In addition, Treasury fully rescinded the terminations, which included the removal of any reference to the terminations, including SF-50s, from all impacted employees' personnel files.

4. Treasury did not retroactively terminate any of the impacted employees.

5. In accordance with Paragraph 5 of the Court's September 12, 2025 Order on Cross-Motions for Summary Judgment, Treasury has issued corrective notices to all impacted employees. See Ex. 1.

6. Treasury did not terminate any of the impacted employees in the manner referenced in Paragraph 8 of the Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2025

John T. Norris
Digitally signed by John T. Norris
Date: 2025.11.14 15:46:13 -05'00'

Trevor Norris

Declaration of Trevor Norris
3:25-cv-1780-WHA

1



**DEPARTMENT OF THE TREASURY**
UNITED STATES MINT
WASHINGTON, D.C. 20220

November 5, 2025



Dear ███:

This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

As required by Paragraph 5 of the district court's order, The United States Mint informs you that the termination letter you received in February 2025 was not issued on the basis of your personal performance.

As required by Paragraph 3 of that order, any reference to the February 2025 termination has been removed from your personnel file.

Sincerely,

Cami McClain
Chief Human Capital Officer
United States Mint