1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 U.S. DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
11 P.O. Box 883
   Washington, DC 20044
12
13 *Counsel for Defendants*

14                  **UNITED STATES DISTRICT COURT**
15        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
16

17 AMERICAN FEDERATION OF                     Case No. 3:25-cv-1780-WHA
   GOVERNMENT EMPLOYEES, *et al.*
18
                                             **DECLARATION OF TRACEY THERIT IN**
19        Plaintiffs,                        **COMPLIANCE WITH ORDER ON**
                                             **CROSS-MOTIONS FOR SUMMARY**
20            v.                             **JUDGMENT**

21 UNITED STATES OFFICE OF PERSONEL
   MANAGEMENT, *et al.*,
22
          Defendants.
23

24

25

26

27

28

1    I, Tracey Therit, declare, pursuant to 28 U.S.C. § 1746, as follows:

2    1.    I am the Chief Human Capital Officer of the Department of Veterans Affairs

3    ("Department"), headquartered in Washington, D.C.  I have served in this position since July

4    2019.

5    2.    I have worked for the Department for 19 years, and the federal government for 34

6    years. The Office of the Chief Human Capital Officer provides governance, policy and guidance

7    with regard to recruitment, staffing, enterprise-wide HR systems, classification, compensation,

8    leave, performance management, recognition, work-life and benefits, workforce and succession

9    planning, employee and labor relations, learning and development and alternative dispute

10   resolution.

11   3.    On February 13, 2025, and February 24, 2025, the Department terminated

12   approximately 1,683 probationary employees ("affected employees"). As of March 17, 2025, all

13   affected employees were returned to a pay status and were subsequently returned to duty status,

14   unless the employee chose to resign or was terminated for cause following an individualized

15   review of their performance or conduct.

16   4.    In March 2025, VA also removed all references to the February 13, 2025, or

17   February 24, 2025, terminations, whichever is applicable, from personnel files of affected

18   employees.

19   5.    All corrective notices required by the district court's order were sent to affected

20   employees through official Department email on October 22, 2025, personal email on October

21   24, 2025, and October 30, 2025 or by first-class mail on October 30, 2025.  An example of the

22   corrective notice is provided with this declaration.

23

24

25

26

27

28

Declaration of Tracey Therit in Compliance with the Court's Order on Cross-Motions for Summary Judgment
(September 12, 2025), 3:25-cv-1780-WHA

1

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

2  and correct.

3  Dated:

4

5

6                                          /s/ _____

7                                          Tracey Therit

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Tracey Therit in Compliance with the Court's Order on Cross-Motions for Summary Judgment
(September 12, 2025), 3:25-cv-1780-WHA

2

**From:** OCHCO Probationary BUE Communications
**Sent:** Thursday, October 30, 2025 6:59 AM
**To:**
**Subject:** AFGE v. OPM (Decision Sept 12, 2025)

Department of Veterans Affairs
810 Vermont Ave NW
Washington, D.C. 20420

October 30, 2025



Dear

    This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, the Department of Veterans Affairs informs you that your termination on either February 13 or February 24, 2025, depending on which applies, was not based on your personal performance.

    An SF-50 termination action was the only document in your personnel files referencing the termination referenced in paragraph 2 of this corrective notice. As required by Paragraph 3 of the district court's order, the Department of Veterans Affairs has removed the SF-50 termination action, which was not performance or conduct based.

Sincerely,

s/ Tracey Therit

Tracey Therit
Chief Human Capital Officer