PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF KRYSTI J. WELLS IN RESPONSE TO THE COURT'S September 12, 2025, ORDER** |

I, Krysti Wells, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the acting Chief Human Capital Officer at the U.S. Environmental Protection Agency ("EPA" or "Agency") headquartered in Washington, D.C. I make this Declaration based on my own personal knowledge, on information contained in the records of the EPA, or on information provided to me by EPA employees.

2. I have served in this position since September 29, 2025. In my role, I am responsible for EPA's human capital program. Part of these responsibilities include overseeing the processing and implementation of personnel actions, including ensuring the actions and records thereof are in compliance with federal law and regulation.

3. I previously submitted a declaration to this Court acknowledging receipt and review of the September 12, 2025, Order.

4. I have confirmed that for each individual who received a notice of termination in February 2025 based on a variation of the Office of Personnel Management template termination during a probationary or trial period notice, their official personnel file (or "eOPF") does not reflect any documentation of the since-rescinded February 2025 notice or termination. As there is no remaining eOPF documentation of the notice or action, there is no documentation, including SF-50s, to update or amend.

5. Between October 29-31, 2025, EPA sent a notice (an example of which is attached as Exhibit A) individually to each person who received a notice of termination in February 2025 based on a variation of the Office of Personnel Management template termination during a probationary or trial period notice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ KRYSTI WELLS  
Digitally signed by KRYSTI WELLS  
Date: 2025.11.14 15:58:17 -05'00'

KRYSTI J. WELLS



## OFFICE OF MISSION SUPPORT
WASHINGTON, D.C. 20460

October 31, 2025



@EPA.GOV ;           .EDU

Dear

    This notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, EPA informs you that you were not terminated in February 2025 on the basis of your personal performance or conduct.

    As required by Paragraph 3 of the order, EPA has confirmed that your up-to-date official personnel file (or "eOPF"), does not reflect your since-rescinded February 2025 notice or separation.

Sincerely,

s/

**Krysti Wells**
Acting Chief Human Capital Officer
U.S. Environmental Protection Agency

Exhibit A - Declaration of Krysti J. Wells in Response to the Court's September 12, 2025, Order
3:25-cv-1780-WHA