1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4  U.S. ATTORNEY'S OFFICE
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495

6  ERIC HAMILTON
   Deputy Assistant Attorney General
7  DIANE KELEHER
   Branch Director
8  CHRISTOPHER HALL
   Assistant Branch Director
9  JAMES D. TODD, JR.
   Senior Trial Counsel
10 U.S. DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
11 P.O. Box 883
   Washington, DC 20044
12
13 *Counsel for Defendants*

14              **UNITED STATES DISTRICT COURT**
15        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
16

17 AMERICAN FEDERATION OF                    Case No. 3:25-cv-1780-WHA
   GOVERNMENT EMPLOYEES, *et al.*
18                                            **DECLARATION OF FLORENCE FELIX-**
19         Plaintiffs,                        **LAWSON IN COMPLIANCE WITH**
                                              **SEPTEMBR 12, 2025 ORDER ON CROSS-**
20         v.                                 **MOTIONS FOR SUMMARY JUDGMENT**

21 UNITED STATES OFFICE OF PERSONEL
   MANAGEMENT, *et al.*,
22
23         Defendants.

24
25
26
27
28

Declaration of Florence Felix-Lawson in Compliance with September 12, 2025 Order on Cross-Motions for
Summary Judgment.
3:25-cv-1780-WHA

1    I, Florence Felix-Lawson declare, pursuant to 28 U.S.C. § 1746, as follows:

2    1.    I am the Chief Human Capital Officer for the Social Security Administration

3  ("SSA").  I have served in the Chief Human Capital Officer position since November 2024.

4    2.    Consistent with paragraph 6 of page 37 of the Court's September 12, 2025 Order

5  on Cross-Motions for Summary Judgment, SSA has issued individually-addressed corrective

6  notices to each probationary employee at issue in this litigation advising them that their

7  "termination was not performance or conduct based."  As further ordered, the corrective notices

8  do not contain further statements from SSA concerning the validity of this Court's ruling or

9  SSA's opinions on this Court's ruling.  An example of such notice is being filed

10  contemporaneously with this declaration.

11    3.    Consistent with paragraph 3 of page 37 of the Court's September 12, 2025 Order

12  on Cross-Motions for Summary Judgment, SSA has updated personnel files, including SF-50s

13  for each probationary employee at issue in this litigation to reflect that their termination "was not

14  performance or conduct based."

15    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

16  and correct.

17  Dated: November 5, 2025

18

19

20

21    /s/  *Florence Felix-Lawson*

22    _____
      FLORENCE FELIX-LAWSON

23    CHIEF HUMAN CAPITAL OFFICER
      SOCIAL SECURITY ADMINISTRATION

24

25

26

27

28

Declaration of Florence Felix-Lawson in Compliance with September 12, 2025 Order on Cross-Motions for
Summary Judgment.
3:25-cv-1780-WHA



## SOCIAL SECURITY
Social Security Administration
HR - 600 W. Madison Street, 3rd Floor; Chicago, IL 60661

November 3, 2025



    This corrective notice is provided to you pursuant to an order issued on September 12, 2025, by the United States District Court for the Northern District of California in the case *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 3:25-cv-1780-WHA (N.D. Cal.).

    As required by Paragraph 5 of the district court's order, the Social Security Administration informs you that you were not terminated on the basis of your personal performance.

    As required by Paragraph 3 of that order, the Social Security Administration has updated your personnel file, including your SF-50, to reflect that your termination was not performance or conduct based.

Sincerely,

/s/ Florence Felix-Lawson

Florence Felix-Lawson
Chief Human Capital Officer
Social Security Administration

Standard Form 50-B
Rev. 7/99
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CROMARTIE, CARMEN D | 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 | 02/09/77 | 02/21/25 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 002 | CORRECTION | 357 | TERMINATION |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | ZLM | CO C25-01780 WHA DTD 09/12/25 |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

**7. FROM: Position Title and Number**
SENIOR REAL-TIME CAPTIONER
SENIOR REAL-TIME CAPTIONER
TEH11         04E0790

**15. TO: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 01 | $120579 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 90025 | $ 30554 | $120579 | $ 0 | | | | |

**14. Name and Location of Position's Organization**
SOCIAL SECURITY ADMINISTRATION
COMMUNS
OFC PUB INQRS & COMMUNS SUPRT
DIV COMMUNICATIONS SUPPORT
ASSISTIVE COMMUNICATIONS TEAM

**22. Name and Location of Position's Organization**

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 - None    3 - 10-Point/Disability    5 - 10-Point Other    2 - 5-Point    4 - 10-Point Compensable    6 - 10-Point/Compensable/30% | 2 — 0 - None    2 - Conditional    1 - Permanent    3 - Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS-FRAE & FICA | 01/12/25 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 - Competitive Service    3 - SES General    2 - Excepted Service    4 - SES Career Reserved | N — E - Exempt    N - Nonexempt | 4000241 | 2457 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 24-1698-005 | WOODLAWN,BALTIMORE,MARYLAND |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| FUNC  CLS  00 | VET-STAT  X | EDUC LVL  09 | SUPV STAT  8 | POSITION SENSITIVITY  NONSENSITIVE/LOW RI |

**45. Remarks**
CORRECTS ITEM NUMBER 5-A FROM 385
CORRECTS ITEM NUMBER 5-B FROM TERMINATION DURING PROB/TRIAL PER
CORRECTS ITEM NUMBER 5-C FROM L2M
CORRECTS ITEM NUMBER 5-D FROM REG 315.804
CORRECTS ITEM 45  TO READ:                                        !
EMPLOYEE TERMINATED DURING PROBATIONARY PERIOD.  TERMINATION WAS NOT
PERFORMANCE OR CONDUCT BASED.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SZ - SOCIAL SECURITY ADMIN | MONIQUE CEPHAS  ASSOC COMM, OHR  253516887 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| SZ00 | 1166 | 10/30/25 | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY