```
CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
```

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. 272-19)**<br><br>The Hon. William H. Alsup |

Pursuant to Local Rule 7-11, and for good cause shown herein, Defendants respectfully request that the Court remove from the public docket the documents filed as ECF No. 272-19, because it accidentally contains the personal identifying information ("PII") of a third party that should remain confidential.

ECF No. 272-19 is a document filed in compliance with paragraphs 3-5 of the Court's September 12, 2025, Order on the parties' Cross Motions for Summary Judgment, *see* Order on Cross Mots. for Summ. J. at 37–38, ¶¶ 3-5, ECF No. 261. The document is titled "Declaration of Florence Felix-Lawson in Compliance with September 12, 2025, Order on Cross Motions for Summary Judgment." Defendants accidentally filed this document without realizing that the document contained an extra page at the end which contained non-public PII of a third party. Defendants are filing a corrected version of this document with this extra page deleted.

Defendants have met and conferred with Plaintiffs regarding the relief requested herein, and Plaintiffs do not oppose it.

## CONCLUSION

Defendants respectfully request this Court grant motion to remove this incorrectly filed document. Pursuant to Civil Local Rule 7-11(a), a Stipulation and [Proposed] Order is attached hereto.

Dated: November 24, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN (CABN 125202)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

ERIC HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*