UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management,<br><br>        Defendants - Appellants,<br><br>and<br><br>HOWARD W. LUTNICK, Secretary of Commerce; et al.,<br><br>        Defendants. | No. 25-1677<br><br>D.C. No. 3:25-cv-01780-WHA<br><br>Northern District of California, San Francisco<br><br>MANDATE |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity | No. 25-2637<br><br>D.C. No. 3:25-cv-01780-WHA<br><br>Northern District of California, San Francisco |

as Acting Director of the U.S. Office of Personnel Management,

Defendants - Appellants.

The judgment of this Court, entered September 29, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT