PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200

ERIC HAMILTON
Deputy Assistant Attorney General
DIANE KELLEHER
Branch Director
CHRISTOPHER HALL
Assistant Branch Director
JAMES D. TODD, JR.
Senior Trial Counsel
YURI S. FUCHS
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1780-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. 272-19)** |

**STIPULATION**

Pursuant to Civil Local Rule 7-12, the parties hereby stipulate and respectfully request that the Court grant Defendants' Administrative Motion to Remove Incorrectly Filed Document and remove the documents filed at ECF No. 272-19 from the public docket. As set forth in the Administrative Motion, the document to be removed inadvertently contained the PII of a third-party. A replacement document will be filed has been filed at ECF No. 274-1, and all parties agree to the removal of the previously filed version.

Dated: November 24, 2025

| | |
|---|---|
| s/ Eileen B. Goldsmith<br>Scott A. Kronland (SBN 171693)<br>Stacey M. Leyton (SBN 203827)<br>Eileen B. Goldsmith (SBN 218029)<br>Danielle E. Leonard (SBN 218201)<br>Robin S. Tholin (SBN 344845)<br>James Baltzer (SBN 332232)<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br><br>*Attorneys for Plaintiff Organizations*<br><br>s/ Rushab Sanghvi<br>Rushab Sanghvi (SBN 302809)<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>80 F Street, NW<br>Washington, DC 20001<br><br>*Attorney for Plaintiff American Federation of Government Employees*<br><br>s/ Teague Paterson<br>Teague Paterson (SBN 226659)<br>Matthew Blumin (*pro hac vice*)<br>AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES<br>1625 L Street, N.W.<br>Washington, D.C. 20036<br><br>*Attorneys for Plaintiff American Federation of State County and Municipal Employees*<br><br>s/ Tera M. Heintz<br>Tera M. Heintz (SBN 241414)<br>Cristina Sepe (SBN 308023)<br>Cynthia Alexander, WA Bar No. 46019 (*pro hac vice*)<br>Deputy Solicitors General<br>OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>*Attorneys for Plaintiff State of Washington* | CRAIG H. MISSAKIAN (CABN 125202)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>DIANE KELLEHER<br>Branch Director<br>CHRISTOPHER HALL<br>Assistant Branch Director<br><br>s/ James D. Todd, Jr.<br>JAMES D. TODD, JR.<br>Senior Trial Counsel<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br><br>*Counsel for Defendants* |

Stipulation and [~~Proposed~~] Order Granting Defendants' Administrative Motion to Remove Incorrectly Filed Document (ECF No. 272-19)
3:25-cv-1780-WHA

**[~~PROPOSED~~] ORDER**

Pursuant to Stipulation, it is so ORDERED.

DATED: December 30, 2025.



Judge William Alsup